# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

**Case No. 4:25-cv-2013**

## STATEMENT OF FACTS

United States Courts
Southern District of Texas
FILED

MAY 08 2025

Nathan Ochsner, Clerk of Court

**By: Rachael Griffin-El**, in propria persona, sui juris

**To:**

- **Tomas J. Axon**, President / CEO
  Franklin Credit Management Corporation
- **Mr. Jamie Dimon,** Chairman of the Board of Directors / CEO
  JPMorgan Chase & Co.

**Re:**

- Misrepresented Instruments — Bills of Attainder / Foreign Bills of Exchange titled **Mortgage Statement December 17, 2024**, associated with Account Number **0696921980;**
- Misrepresented Instruments — Bills of Attainder / Foreign Bills of Exchange titled **Mortgage Statement December 9, 2024**, associated with Account Number **1000002795;**
- And ancestral estate in reversion at **703 Deveron Ln., Houston, Texas**

I, **Rachael Griffin-El**, propria persona, *sui juris*, an aboriginal and indigenous Moorish American sovereign national of the Moroccan Empire at Maghrib al-Aqsá, North-West Amexem (North America), being of legal age and duly affirmed according to law, hereby depose and state the following facts:

## 1. Heritage and Ancestry

I am a surviving heiress apparent of the ancient Moabites (modernly known as Moroccans), who settled in North-West Africa (Amexem) by permission of the Pharaohs of Kemet. My ancestors were founders and true possessors of the present Moroccan Empire, whose dominion historically extended across North-East and South-West Africa, across the Atlantic, and into present-day North, South, and Central America, including Mexico and the Atlantis Islands.

## 2. Nationality and Political Status

My nationality and political status as a Moorish American sovereign national, descended by *jus sanguinis*, is recognized under Registration Number **CAA 222141, Class A**, with the Clock of Destiny Moorish American National Identification Card and Zodiac Constitution recorded by Charles Mosley Bey on September 10, 1952, in the Library of Congress Copyright Office and registered with the U.S. Department of Justice.

## 3. Treaty Rights and Historical Claims

My Moabite ancestors died intestate but retained a reversionary interest in the lands and resources of the Moroccan Empire in North America. Under the **Treaty of Peace and Friendship of 1836** (which superseded the 1787 treaty), binding under the Supremacy Clause of the U.S. Constitution (Article VI, Clause 2), I assert my inherited rights. Article 25 of the 1836 Treaty specifies a fifty-year term, after which the treaty continues unless terminated by twelve months' notice.

## 4. Inheritance and Stare Decisis

Under **Article 22 of the 1836 Treaty** and consistent with **Kolovrat v. Oregon**, 366 U.S. 187 (1961), I hold treaty rights to inherit ancestral property. State policies, including those of the State of Texas, must yield to overriding federal treaty obligations. These rights are further protected under international law, including the **United Nations Declaration on the Rights of Indigenous Peoples.**

## 5. Property Description

I assert an adverse claim of aboriginal title to the property located know as **703 Deveron Ln., Houston, Texas 77090**, geographically positioned at Latitude **30.0095° N**, Longitude **95.43774° W**, situated within the dominions of the Moroccan Empire at Maghrib al-Aqsá, North-West Amexem.

## 6. Land Tenure and Trust

This property is held under the **Allodial Irrevocable Private Living Trust of Rachael Griffin-El**, dated December 2024, for which I serve as Trustee. The accompanying **Memorandum of Trust** serves as evidence of this trust arrangement.

## 7. Invalidity of Encumbrances

Any mortgage, lien, hypothecation, or fee simple deed claimed or held against this property under feudal law practices (within the purview of the 14th Amendment) by U.S. citizens or corporations is declared ineffective, invalid, null, void, and unconstitutional, in accordance with the **Congressional Record, 90th Congress, 1st Session, Volume 113, Part 12, June 12, 1967, p. 15614.**

## 8. Purpose of Statement

I make this affidavit to attest to the truthfulness of the facts set forth herein and to preserve and assert my lawful and rightful claims as heir apparent to my ancestral estate.

---

**Executed by:**
**Rachael Griffin-El, in propria persona, sui juris**

Date: 5/7/2025

Signature: Rachael Griffin-El

STATE OF TEXAS

County of Harris

Before me Rachael Griffin-El on the day personally in full life appeared May 7th, 2025.

To be the person whose name is subscribed to the foregoing instrument and acknowledge to me that [he/she] executed the same for the purposes and consideration therein expressed.

[ Notarization Block]

Kayla Mason

KAYLA MASON

Notary public

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071





**Affidavit of Fact**

Certificate of Service

I Rachael Griffin-El, hereby certify that on the 5 day of May, 2025. the enclosed Affidavit Criminal Allegation referral, Application (TRO), Memorandum of law in support of complaint and Notice of Lis Pendens was sent via certified mail to the following recipients:

Mr. Jamie Dimon, (acting as) Chairman of the Board of Directors /CEO
JPMORGAN CHASE CO.
270 Park Avenue
New York, NY [near 100017, United States]

Thomas J. Axon (acting as) Chairman of the Board of Directors/CEO
Franklin Credit Management Corporation
101 Hudson Street 24 floor
Jersey City, New York [ near 07302 United States]

Rachael [signature]

Alliant: Rachael Griffin -EL, de jure
in propria persona, sui juris, in solo proprio
authorized representative, ex rel.
RACHAEL GRIFFIN, All Rights Reserved

- U.S. Treasury Department's Office of Foreign Assets Control
- Marco Rubio, United States Secretary of State
- Pamela Bondi, United States Attorney General
- Volker Türk, United Nations High Commissioner for Human Rights
- Office of Consul GeneralMorocco, Maghrib al Aqsá
- Federal Bureau of Investigation-Houston Field Office
- Texas Attorney General-Consumer Protection Division
- Office Of Consel General,Morocco
- United State Postal Inspectors-Fraud Division
- Jane Nelson, Texas Secretary of State





## **Affidavit Fact**

Certificate of service

I declare and affirm virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution for the United States of North America 1791, and the honor of my Foremothers and Forefathers that the above Affidavit Criminal Allegation referral, Application (TRO), Memorandum of law in support of complaint and Notice of Lis Pendens is true and correct to the best of my knowledge and

Executed 5th. this day of May 2025.

Alliant: Rachael Griffin -EL, de jure
in propria persona, sui juris, in solo proprio
authorized representative, ex rel.
RACHAEL GRIFFIN, All Rights Reserved





County of Harris

Before me Rachael Griffin-El on the day personally in full life appeared May 7th, 2025 to be the person whose name is subscribed to the foregoing instrument and acknowledge to me that [he/she] executed the same for the purpose and consideration therein expressed.

[Notarization Block]

KAYLA MASON
Notary Public, State of Tex.
Comm. Expires 12-23-2027
Notary ID 134118071

Kayla Mason

KAYLA MASON

Notary Public



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Washington DC 20220

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $2.31

Total Postage and Fees $11.26

Postmark Here

05/07/2025

Sent To: U.S. Treasury Dep (OFAC)

Street and Apt. No., or PO Box No.: 1500 Pennsylvania Ave NW

City, State, ZIP+4®: Washington, DC 20220

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions



7020 1290 0000 5986 8287

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Houston TX 77002

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $2.31

Total Postage and Fees $11.26

Postmark Here

HOUSTON, TX 77090

05/07/2025

Sent To: Texas Attorney General Consumer Prot. Div.

Street and Apt. No., or PO Box No.: 800 Travis St #1520

City, State, ZIP+4®: Houston, TX 77002

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Austin TX 78701

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $2.31

Total Postage and Fees $11.26

Postmark Here

HOUSTON, TX 77090

05/07/2025

Sent To: Jane Nelson Texas Secretary of State

Street and Apt. No., or PO Box No.: 1019 Brazos St. Jane B. Rudder Bldg

City, State, ZIP+4®: Austin TX 78701

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions



7020 1290 0000 5986 8256

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Washington DC 20520

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $2.31

Total Postage and Fees $11.26

Postmark Here

HOUSTON, TX 77090

05/07/2025

Sent To: Marco Rubio U.S. Secretary of State

Street and Apt. No., or PO Box No.: 2201 C St NW 4th room 5420

City, State, ZIP+4®: Washington DC 20520

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

0000 5986 8294

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Houston TX 77092 — OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | 0056 |
| $ | $4.10 | 10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $2.31 | |
| Total Postage and Fees | $11.26 | 05/07/2025 |

HOUSTON, TX USPS 77090

Sent To: Federal Bureau of Investigation

Street and Apt. No., or PO Box No.: 1 Justice Park Dr.

City, State, ZIP+4®: Houston TX 77092

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions



7020 1290 0000 5986 8270

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Chicago IL 60699 — OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | 0056 |
| $ | | 10 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $2 | |
| Total Postage and Fees | $11.26 | 05/07/2025 |

Sent To: United state Postal Inspector Fraud Division

Street and Apt. No., or PO Box No.: 433 W Harrison Room 3255

City, State, ZIP+4®: Chicago, IL 60699-3255

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

7020 1290 0000 5986 8249

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $2.31

Total Postage and Fees $11.26

Postmark Here — HOUSTON TX USPS 2025 WESTFIELD 05/07/2025

Sent To: Pamela Bondi / Attorney General US Dept

Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave. NW

City, State, ZIP+4®: Washington DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

**Registered No.** RF644549778US

*To Be Completed By Post Office*

Postage $

Extra Services & Fees
- ☐ Registered Mail $
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $
- ☐ Restricted Delivery $ $0.00

Extra Services & Fees (continued)
- ☐ Signature Confirmation $
- ☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $

Customer Must Declare Full Value $ $0.00

Received by 05/07/2025

Date Stamp — HOUSTON TX USPS 77090 2025 WESTFIELD

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

*To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed*

FROM:
Rachael Griffin-El
c/o 703 Deverm Ln
Houston TX [77090]

TO:
Volker Türk / Office of the United Nations
High Commission of Human rights
Palais des Nations
CH-1211 Geneva 10, Switzerland

PS Form **3806, Registered Mail Receipt** Copy 1 - Customer
April 2015, PSN 7530-02-000-9051 (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

RP-2025-168384
05/05/2025 RP1 $29.00

2
LP
Z

**NOTICE OF LIS PENDENS**

STATE OF TEXAS
COUNTY OF HARRIS

**NOTICE IS HEREBY GIVEN** that a lawsuit has been filed and is currently pending in the United States District Court for the Southern District of Texas, Houston Division, that affects the title to the real property described below.

**1. Parties:**

- Plaintiff: **Rachael Griffin-El** Vs
- Defendants: **JPMorgan Chase Co., Jamie Dimon, Franklin Credit Management Corporation, Thomas J. Axon**

lor
4ee

**2. Court:**
United States District Court
Southern District of Texas – Houston Division
Case No. **4:25-cv-02013**

**3. Legal Description of Property:**
(Insert the full legal description from the deed or Harris County property records)

Commonly known as:
**703 Deveron Lane, Houston, Texas**

**4. Nature of Proceeding:**
The lawsuit asserts claims for quiet title, declaratory relief, injunctive relief, and damages concerning alleged improper claims to ownership and enforcement of liens or debts by the defendants. The outcome of this litigation may affect the title, ownership, and rights to the above-described real property.

Ret **5. Plaintiff's Address:**
Rachael Griffin-El
c/o 703 Deveron Lane
Houston, Texas Republic [77090]

**Dated this ___ day of May, 2025**

Rachael Griffin-El, in propria Persona, sui juris All Rights Reserved, UCC1-308

[Notarization Block].

State of Texas

County of Harris

Before me Denia Mariela Perea on the day personally in full life appeared May 5, 2025 to be the person whose name is subscribed to the foregoing instrument and acknowledge to me that [he/she] executed the same for the purposes and consideration therein expressed.




[Notarization Block].

Notary public

FILED FOR RECORD

2:38:48 PM

Monday, May 5, 2025

Teneshia Hudspeth

COUNTY CLERK, HARRIS COUNTY, TEXAS

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS

I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED; in the Official Public Records of Real Property of Harris County Texas

COUNTY COURT OF HARRIS COUNTY, TEXAS

Monday, May 5, 2025

Teneshia Hudspeth

COUNTY CLERK
HARRIS COUNTY, TEXAS

# HELPFUL ADDRESSES IN THE EVENT THE UNITED STATES IS NAMED A DEFENDANT

United States Attorney General
Department of Justice
10th and Constitution Ave., N.W.
Washington, DC 20530

UNITED STATES ATTORNEY'S OFFICE:

Designated Agents:
Primary: Isabel Hinojosa, Katlyn Lloyd, and Cheryl Carey
Backups if the above are unavailable: Ray Babauta, Iris Tang, Rhoma Romero, Jimmy Rodriguez, and Daniel Hu.
(All designated agents are located in the Houston Division office. All process servers must check in at Suite 2300.)

Houston/Galveston Divisions:
1000 Louisiana St., Ste. 2300
Houston, TX 77002

1 Federal Bureau of Investigation
1 Justice Park Dr, Houston TX 77092

Brownsville Division:
600 E. Harrison, Ste. 201
Brownsville, TX 78520-5106

Texas Attorney General
Consumer Protection Divison
~~80~~ Consumer Protection Division, 808
Travis St #1520
Houston TX 77002

Corpus Christi/Victoria Divisions:
800 N. Shoreline Blvd., Ste. 500
Corpus Christi, TX 78401

Laredo Division:
P.O. Box 1179
Laredo, TX 78042-1179

United State Postal Inspector -Fraud Division
433 W Harrison St. Room 3255
Chicago, IL 60699-3255

McAllen Division:
1701 W. Highway 83, #600
McAllen, TX 78501-5160

E-Mails from the public can be sent to usatxs.atty@usdoj.gov.
Before sending e-mail, read the U.S. Attorney's Privacy Policy at http://www.justice.gov/doj/privacy-policy for details about how they handle personal information.