# AFFIDAVIT OF FACT
## By Rachael Griffin-El
In Propria Persona, Sui Juris.

Case No. 4:25-cv-02013

## United State District Court

## Southern District of Texas

I, **Rachael Griffin-EL**, a living, sentient, natural Moorish American national and heir unconditional to my ancestral estate in reversion, being competent and of sound mind, do hereby declare the following to be true, correct, and complete to the best of my knowledge, understanding, and belief:

1. On **December 30, 2024**, I sent an **Affidavit of Dispute**, designated as Exhibit A, via Certified Mail to the following individuals:
    - **Jamie Dimon**, CEO of JPMorgan Chase & Co. — Certified Mail No. 9589 0710 5270 2556 6743
    - **Thomas J. Axon**, CEO of Franklin Credit Management Corporation — Certified Mail No. 9589 0710 5270 2556 6743 67
2. The Affidavit of Dispute addressed **misrepresented instruments** styled as:
    - "Mortgage Statement" dated **December 17, 2024**, associated with alleged Account Number **0696921980**
    - "Mortgage Statement" dated **December 9, 2024**, associated with alleged Account Number **1000002795**
    - And the **adverse claim** affecting my ancestral estate in reversion know as **703 Deveron Lane, Houston, Texas [77090]**
3. I demanded the production, within ten (10) days, of the following:
    - A certified copy of the **original loan agreement (Promissory note)**, front and back, bearing my **wet-ink signature** with all endorsements.
    - All **bookkeeping entries** related to the alleged loan.
    - Legal evidence of **allodial or aboriginal title** establishing JPMorgan Chase & Co. and Franklin Credit Management Corporation as lawful owners of the estate.
    - Verification of the **specific specie** lent under said agreement, in accordance with **Article I, Section 10, Clause 1** of the U.S. Constitution (i.e., gold or silver coins), excluding corporate securities or Federal Reserve Notes.
4. On **January 27, 2025**, I issued a **Notice of Error** (Exhibit C) to both CEOs via Certified Mail:
    - Jamie Dimon — Certified Mail No. 9589 0710 5270 2556 6653 72
    - Thomas J. Axon — Certified Mail No. 9589 0710 5270 2556 6653 58
5. This Notice of Error responded to misrepresented "Notices of Breach" dated:
    - **January 14, 2025** (Account No. 0696921980)
    - **January 17, 2025 and February 14, 2025** (Account No. 1000002795)
    — all involving adverse actions concerning the aforementioned ancestral estate.
6. In accordance with **United States v. Throckmorton, 98 U.S. 61 (1878)**, I affirm that:

> "Fraud vitiates the most solemn contracts, documents, and even judgments."

7. On February 24, 2025, I sent **Affidavit of Fact and Notice of Error** (Exhibit D) via Certified Mail, addressing further misrepresented instruments styled as mortgage statements dated **February 13, 2025**.
8. Additional Notices (Exhibits D1 and E) were mailed:
    - March 24, 2025 — Jamie Dimon (7020 1290 0000 5986 8195) and Juanita Deaven (9589 0710 5270 2556 6653 96)
    - March 31, 2025 and April 3, 2025 — regarding Account 0696921980 and the same estate
9. On **May 5, 2025, I, Rachael Griffin-El, filed a civil action in the U.S. District Court for the Southern District of Texas, Houston Division,** Case No. 4:25-cv-02013, asserting my rights and protecting my lawful interest in the ancestral estate.

**Verification:**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 11th day of May, 2025.

**Rachael Griffin-El**
In Propria Persona, Sui Juris
Moorish American National
All Rights Reserved – UCC 1-308

STATE OF TEXAS

COUNTY OF HARRIS

Before me Rachael Griffin-El on the day personally in full life appeared May 11th, 2025 to be the person whose name is subscribed to the foregoing instrument and acknowledge to me that [he/she] executed the same for the purpose and consideration therein expressed.

[Notarization Block] 

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

KAYLA MASON



## Affidavit of Fact
Certificate of Service

I Rachael Griffin-El, hereby certify that on the 11 th day of May, 2025. Statement of Fact, Notice of Fraud an Estoppel, Affidavit of Fact, Exhibits: A,B,C,D and E true and correct to the best of my knowledge and

following recipients:

Mr. Jamie Dimon, (acting as) Chairman of the Board of Directors /CEO
JPMORGAN CHASE CO.
270 Park Avenue
New York, NY [near 100017, United States]

Thomas J. Axon (acting as) Chairman of the Board of Directors/CEO
Franklin Credit Management Corporation
101 Hudson Street 24 floor
Jersey City, New York [ near 07302 United States]

Alliant: Rachael Griffin-El, de jure
in propria persona, sui juris, in solo proprio
authorized representative, ex rel.
RACHAEL GRIFFIN, All Rights Reserved

- U.S. Treasury Department's Office of Foreign Assets Control
- Marco Rubio, United States Secretary of State
- Pamela Bondi, United States Attorney General
- Volker Türk, United Nations High Commissioner for Human Rights
- Office of Consul GeneralMorocco, Maghrib al Aqsá
- U.S. Attorney-Southern District of Texas
- Federal Bureau of Investigation-Houston Field Office
- Texas Attorney General-Consumer Protection Division
- Office Of Consel General, Morocco
- United State Postal Inspectors-Fraud Division
- Jane Nelson, Texas Secretary of State

 

## Affidavit Fact

### Certificate of service

I declare and affirm virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution for the United States of North America 1791, and the honor of my Foremothers and Forefathers that the above Affidavit Criminal Allegations referral, Application(TRO), Memorandum of law in support of complaint, Notice of Lis Pending, Notice of fraud and Estoppel, Statement of Fact Affidavit of Fact, Exhibits: A,B,C,D and E true and correct to the best of my knowledge and

Executed 11th this day of May 2025.

_____
Alliant: Rachael Griffin -EL, de jure
in propria persona, sui juris, in solo proprio
authorized representative, ex rel.
RACHAEL GRIFFIN, All Rights Reserved

Case No. 4:25-cv-02013