🏛 UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Rachael Griffin-El ex rel
RACHAEL GRIFFIN,
Plaintiff,

v.

FRANKLIN CREDIT MANAGEMENT CORPORATION,
THOMAS J. AXON,
JPMORGAN CHASE & CO.,
JAMIE DIMON,
Defendants.

United States Courts
Southern District of Texas
FILED

JUN 0 6 2025

Nathan Ochsner, Clerk of Court

Civil Action No. 4:25-cv-2013

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

TO THE HONORABLE CLERK OF THE COURT:

NOW COMES **Rachael Griffin-El ex rel RACHAEL GRIFFIN**, a living woman, *sui juris, in propria persona*, and hereby respectfully requests that the Clerk of the Court enter **Default** against the above-named Defendants pursuant to **Federal Rule of Civil Procedure 55(a)**, for failure to plead or otherwise defend this action as required by law. In support of this request, Plaintiff states the following:

1. The **Summons and Complaint** were duly served on Defendants **Franklin Credit Management Corporation, Thomas J. Axon, JPMorgan Chase & Co., and Jamie Dimon** on or about May 14, 2025.
2. More than **21 days** have elapsed since service of process upon the Defendants, and they have **failed to file any responsive pleading or motion** as required by Rule 12 of the Federal Rules of Civil Procedure.
3. As of the date of this request, **no Defendant has filed an Answer**, Motion to Dismiss, or other responsive document, nor have they entered an appearance in this matter.

WHEREFORE, Plaintiff respectfully requests that the Clerk of Court enter **default** against all Defendants pursuant to **Rule 55(a)** of the Federal Rules of Civil Procedure.

Respectfully submitted,
Dated June 6, 2025

*/s/ Rachael*

**Rachael Griffin-El ex rel
RACHAEL GRIFFIN**
c/o 703 Deveron Lane
Houston, Texas [77090]
Non-Domestic, Non-Resident, Zip Exempt
(281) 755-8220
rachaelgriffin300@gmail.com