




RP-2025-219781
06/09/2025   RP2   $89.00

International Documents

Notice to Agent is Notice to principal-Notice to Principal is Notice to Agent

HARRIS COUNTY CLERK'S OFFICE – FORECLOSURE DEPARTMENT
Harris County Civil Courthouse
201 Caroline, Suite 800
Houston, Texas 77002
Case 4:25-cv-02013

United States Courts
Southern District of Texas
F I L E D

JUN 0 9 2025

NOTICE AND AFFIRMATION

To Tenseshia Hudspeth, of Harris County clerk, s office

Nathan Ochsner, Clerk of Court

Re: Cessation of Activity Concerning Ancestral Estate in Reversion

I, Rachael Griffin-El, the living sentient, natural Moorish American national and heir unconditional sui juris, in propria persona, and rightful Heir to the estate presently held in reversion, do hereby enter into the public record the following declaration and demand for immediate cessation of any and all activity concerning my ancestral estate known as: 703 Deveron Ln., Houston, Texas Republic.

1. Ultra Vires Conduct by Jamie Dimon acting as CEO, JPMorgan Chase Bank,

It is hereby noticed that JPMorgan Chase Bank, N.A., under the direction of acting CEO Jamie Dimon, has acted ultra vires—beyond the scope of lawful authority—by allegedly selling, transferring, or attempting to encumber my ancestral estate without lawful title or standing. Said parties lack lawful status as Holder in Due Course under UCC § 3-302, thereby invalidating any purported claim, lien, or interest.

2. Unlawful Non-Judicial Foreclosure

Foreclosure activities have allegedly occurred without judicial oversight, constituting an unlawful non-juridical foreclosure, and in violation of:
• Texas State Law
• The Fifth and the unconstitutional Fourteenth Amendments to the U.S. Constitution (unincorporated) – Due Process and Equal Protection Clauses.
This deprivation of property rights without due process renders such actions unconstitutional and void.

3. Unauthorized Disclosure of Private Information

William Miller, doing business as Surplus Recovery Consulting, located at 337 N. Vineyard Ave., Ontario, CA 91764, is hereby named as having received or accessed private, non-public personal information related to my estate without consent, in violation of:
• The Gramm-Leach-Bliley Act
• Texas Business & Commerce Code § 521
• Other applicable federal and state privacy and consumer protection laws.

4. Fraud, Conversion, and Conspiracy

The above-named parties are engaged in acts beyond the scope of lawful territorial jurisdiction and are alleged to be participating in a conspiracy to defraud, commit conversion, and violate civil and criminal laws, including but not limited to:
• 42 U.S.C. § 1983 -- Deprivation of Rights Under Color of Law
• 18 U.S.C. § 1341 – Mail Fraud
• 18 U.S.C. § 1343 – Wire Fraud.
Such actions constitute fraud ab initio and are without legal force or effect.





5. Reservation of Rights

I expressly reserve all rights, remedies, and defenses nunc pro tunc, and assert that all actions taken or documents executed without my full, informed, and voluntary consent are null and void ab initio.

Executed this 9ᵗʰ day of June 2025

Signed: _Rachael Griffin-El_

Rachael Griffin-El, sui juris, in propria persona
c/o 703 Deveron Lane
Houston, Texas Republic [77090]
Non-domestic, non-resident, zip exempt

**TATE OF TEXAS**
**COUNTY OF HARRIS**

Before me _Rachael Griffin-El_ on the day personally in full life appeared **June 9ᵗʰ, 2025.** To be then natural person whose title is Subscribed to the foregoing instrument and acknowledges to me that [he/she] executed the same for the purpose of consideration there in expressed

[Notarization Block]. _Kayla Mason_

_KAYLA MASON_

## **Affidavit Fact**

### Certificate of service

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

I declare and affirm virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution for the United States of North America 1791, and the honor of my Foremothers and Forefathers that the above true and correct to the best of my knowledge and Notice and Affirmation, together with this Affidavit of Fact, Executed ___ this day of June 2025.



Affiant: Rachael Griffin-El, sui juris, in propria persona
c/o 703 Deveron Lane
Houston, Texas Republic [77090]
Non-domestic, non-resident, zip exempt

**Case No. 4:25-cv-02013**



# EXHIBIT







**AFFIRMATION**
**CERTIFICATE OF SERVICE**

I, Rachael Griffin-El, hereby certify that a true, correct, and complete copy of the foregoing Notice and Affirmation, together with this Quitclaim Deed & Affidavit of Allodial Aboriginal Paramount Clear Perfect Title of Conveyance Affidavit of Fact, was served by U.S. Mail, postage certified, or equivalent, on the 5 day of June, 2025, upon the following recipients:

• Mr. Jamie Dimon, (acting as) Chairman of the Board of Directors / CEO
JPMorgan Chase & Co.
270 Park Avenue
New York, NY [near 10017, United States]

• U.S. Treasury Department's Office of Foreign Assets Control

• Marco Rubio, United States Secretary of State

• Pamela Bondi, United States Attorney General

• Volker Türk, United Nations High Commissioner for Human Rights

AFFIRMATION
CERTIFICATE OF SERVICE

I, Rachael Griffin-El, hereby certify that a true, correct, and complete copy of the foregoing Notice and Affirmation, together with this Quitclaim Deed & Affidavit of Allodial Aboriginal Paramount Clear Perfect Title of Conveyance Affidavit of Fact, was served by U.S. Mail, postage certified, or equivalent, on the 5 day of June, 2025, upon the following recipients:

• Tenseshia Hudspeth,( acting as) Harris County Clerk
Harris County Clerk's Office -- Probate Department
Harris County Civil Courthouse
201 Caroline, Suite 800
Houston, TX 77002

• Mr. Jamie Dimon, (acting as) Chairman of the Board of Directors / CEO
JPMorgan Chase & Co.
270 Park Avenue
New York, NY [near 10017, United States]

• U.S. Treasury Department's Office of Foreign Assets Control

• Marco Rubio, United States Secretary of State

• Pamela Bondi, United States Attorney General

• Volker Türk, United Nations High Commissioner for Human Rights

• Office of Consul General – Morocco, Maghrib al-Aqsá

• U.S. Attorney – Southern District of Texas

• Federal Bureau of Investigation – Houston Field Office

• Texas Attorney General – Consumer Protection Division

• United States Postal Inspectors – Fraud Division





• Jane Nelson, Texas Secretary of State

Executed on this 5ᵗʰ day of June, 2025.

Affiant: *Rachael Griffin El*

Rachael Griffin-El, sui juris
in propria persona, de jure
All Rights Reserved – without prejudice UCC 1-308

NOTARY ACKNOWLEDGMENT

State of Texas
County of Harris

Subscribed and sworn to (or affirmed) before me on this 5ᵗʰ day of June , 2025, by Rachael Griffin-El, proved to me
on the basis of satisfactory evidence to be the person who appeared before me.

*Kayla Mason*

Notary Public Signature

(Seal)

on the basis of satisfactory evidence to be the person who appeared before me.

*Kayla Mason*

Notary Public Signature

(Seal)

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071





### QUITCLAIM DEED & AFFIDAVIT
### OF ALLODIAL ABORIGINAL PARAMOUNT CLEAR PERFECT TITLE OF CONVEYANCE

**I, Rachael Griffin-El,** a living, sentient, natural Moorish American and heir unconditional, hereby make the following solemn declaration and conveyance under penalty of perjury and oath:

#### 1. Trustee, and Heir – Executive Beneficiary:

I affirm and declare that I hold exclusive, allodial, aboriginal, paramount, clear, and perfect title to my estate and property, free and clear of all encumbrances, liens, debts, or claims from any foreign, corporate, de facto government entities including, but not limited to, the United States of America (Incorporated) and its subsidiaries, agents, or assigns.

#### 2. Disavowal of Corporate Identities

I reject, disclaim, and renounce any and all obligations, liabilities, claims, or contracts connected to any legal or corporate fiction names or entities attributed to me, including but not limited to any "RACHAEL GRIFFIN," "RACHEL GRIFFIN," "Ens Legis," or **nom de guerre** used in commercial, civil, municipal, or government records.

#### 3. Assignment of Reversionary Interests

I hereby surrender, assign, and quitclaim any and all residual reversionary interests, claims, or rights connected to such corporate constructs to the respective foreign corporate entities, for full acquittance, discharge, settlement, and closure of all alleged or presumed obligations.

#### 4. Non-Consent to Liability

I do not consent and never have consented to act as surety, guarantor, or responsible party for any debts, liabilities, legal actions, or contractual obligations incurred by the UNITED STATES INC., U.S. CORPORATION, or any of their subsidiaries, agents, franchises, contractors, or affiliates.

#### 5. Basis of Title

This conveyance is based upon my inherent natural rights, ancestral and bloodline heritage, unalienable birthrights, and the original organic constitutional principles of lawful, divine, and sovereign ownership.

#### 6. Affirmation and Oath

I affirm under the penalty of perjury that the foregoing is true, correct, and complete to the best of my knowledge, understanding, and belief, and is made freely, voluntarily, and without coercion, for the preservation, reclamation, and protection of my lawful and rightful estate interests.

### Inter Alia Imperium

*TITLE 18 USC § 473: DEALING IN COUNTERFEIT OBLIGATIONS OR SECURITIES: "WHOEVER BUYS, SELLS, EXCHANGES, TRANSFERS, RECEIVES, OR DELIVERS ANY FALSE, FORGED, COUNTERFEITED, OR ALTERED OBLIGATION OR OTHER SECURITY OF THE UNITED STATES, WITH THE INTENT THAT THE SAME BE PASSED, PUBLISHED, OR USED AS TRUE AND GENUINE, SHALL BE FINED UNDER THIS TITLE OR IMPRISONED NOT MORE THAN 20 YEARS, OR BOTH." FEDERAL COURT*






*CASE KOLOVRAT V. OREGON, 366 U.S. 187 (1961) AS SET FORTH IN FEDERAL COURT CASE KOLOVRAT V. OREGON, 366 U.S. 187, 81 S. CT. 922, 6 L. ED. 2D 218 (1961).*

*"A STATE CANNOT REFUSE TO ACKNOWLEDGE OR GIVE "FOREIGN NATIONALS" THEIR TREATY RIGHTS BECAUSE OF FEAR THAT VALID INTERNATIONAL AGREEMENTS MAY POSSIBLY NOT WORK COMPLETELY TO THE SATISFACTION OF STATE AUTHORITIES."*

CANON OF POSITIVE LAW - ARTICLE 84 – TRUST - CANON 1920 states and avers:
*"ANY CLAIM THAT AN INFERIOR ROMAN TRUST POSSESSES SUPERIOR STANDING AND RIGHTS OF OWNERSHIP COMPARED TO A SUPERIOR TRUST, OR TRUE TRUST IS AN ABSURDITY AGAINST DIVINE LAW, NATURAL LAW AND POSITIVE LAW AND THEREFORE IS NULL AND VOID FROM THE BEGINNING, INCLUDING ANY ASSOCIATED COVENANTS, DEEDS AND AGREEMENTS CONCERNING PROPERTY RIGHTS AND LESSER TRUSTS."*

CANON OF POSITIVE LAW - ARTICLE 85 - DIVINE TRUST - CANON 1930 states and avers:
*"ANY CLAIMED OWNERSHIP, CONVEYANCE, LIEN, OR OTHER FICTIONAL DEVICE OVER ANY FORM WITHIN A DIVINE TRUST THAT ARE NOT IN ACCORDANCE WITH THESE CANONS IS A FRAUD AND GROSS INJURY TO THE DIVINE CREATOR AND THEREFORE AUTOMATICALLY NULL AND VOID FROM THE BEGINNING."*

CANON OF POSITIVE LAW – ARTICLE 62-FRAUD – CANON 1752 states and avers:
*"FRAUD IS THE FALSE REPRESENTATION OF FORM TO OBTAIN AN UNJUST ADVANTAGE OR TO INJURE THE RIGHTS OF ANOTHER."*

CANON OF POSITIVE LAW – ARTICLE 62 - FRAUD – CANON 1754 states and avers:
*"FRAUD AND JUSTICE CAN NEVER DWELL TOGETHER. BY NO AGREEMENT OR STATUTE CAN IT BE LAWFULLY EFFECTED THAT A FRAUD SHALL BE PRACTICED."*

Executed this 5th day of June, 2025

By: *Rachael Griffin-El*

Rachael Griffin-El, *sui juris, in propria persona, de jure*
All Rights Reserved – Without Prejudice – UCC 1-308

**Optional Notarial Section (for validation)**

**State of Texas**
County of Harris

On this ___ day of June, 2025, before me, the undersigned Notary Public, personally in full life **Rachael Griffin-El**, known to me (or satisfactorily proven) to be the person whose title is subscribed to the within instrument and acknowledged that she executed the same for the purposes therein contained.

Witness my hand and official seal:

*Kayla Mason*

Notary Public
My Commission Expires: 12/23/2026

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

AFFIDAVIT OF FACT
By Rachael Griffin-El
In Propria Persona, Sui Juris.

Case No.4:25-cv-02013

United State District Court

Southern District of Texas

I, Rachael Griffin-El, a living, sentient, natural Moorish American national and heir
unconditional to my ancestral estate in reversion, being competent and of sound mind, do hereby
declare the following to be true, correct, and complete to the best of my knowledge,
understanding, and belief:

1. On **December 30, 2024**, I sent an **Affidavit of Dispute**, designated as **Exhibit A**, via
   Certified Mail to the following individuals:
   o **Jamie Dimon**, CEO of JPMorgan Chase & Co. — Certified Mail No. 9589 0710
     5270 2556 6743
   o **Thomas J. Axon**, CEO of Franklin Credit Management Corporation — Certified
     Mail No. 9589 0710 5270 2556 6743 67
2. The Affidavit of Dispute addressed **misrepresented instruments** styled as:
   o "Mortgage Statement" dated **December 17, 2024**, associated with alleged
     Account Number **0696921980**
   o "Mortgage Statement" dated **December 9, 2024**, associated with alleged Account
     Number **1000002795**
   o And the **adverse claim** affecting my ancestral estate in reversion know as **703
     Deveron Lane, Houston, Texas [77090]**
3. I demanded the production, within ten **(10) days**, of the following:
   o A certified copy of the **original loan agreement (Promissory note)**, front and
     back, bearing my **wet-ink signature** with all endorsements.
   o All **bookkeeping entries** related to the alleged loan.
   o Legal evidence of **allodial or aboriginal title** establishing JPMorgan Chase &
     Co. and Franklin Credit Management Corporation as lawful owners of the estate.
   o Verification of the **specific specie lent** under said agreement, in accordance
     with **Article I, Section 10, Clause 1** of the U.S. Constitution (i.e., gold or silver
     coins), excluding corporate securities or Federal Reserve Notes.
4. On **January 27, 2025**, I issued a **Notice of Error** (Exhibit C) to both CEOs via Certified
   Mail:
   o Jamie Dimon — Certified Mail No. 9589 0710 5270 2556 6653 72
   o Thomas J. Axon — Certified Mail No. 9589 0710 5270 2556 6653 58
5. This Notice of Error responded to misrepresented "Notices of Breach" dated:
   o **January 14, 2025** (Account No. 0696921980)
   o **January 17, 2025 and February 14, 2025** (Account No. 1000002795)
     — all involving adverse actions concerning the aforementioned ancestral estate.
6. In accordance with **United States v. Throckmorton, 98 U.S. 61 (1878)**, I affirm that:

"Fraud vitiates the most solemn contracts, documents, and even judgments."

7. On **February 24, 2025**, I sent **Affidavit of Fact and Notice of Error** (Exhibit D) via Certified Mail, addressing further misrepresented instruments styled as mortgage statements dated **February 13, 2025**.

8. Additional Notices (Exhibits D1 and E) were mailed:
   - March 24, 2025 — Jamie Dimon (7020 1290 0000 5986 8195) and Juanita Deaven (9589 0710 5270 2556 6653 96)
   - March 31, 2025 and April 3, 2025 — regarding Account 0696921980 and the same estate

9. On **May 5, 2025**, I, **Rachael Griffin-El**, filed a **civil action** in the **U.S. District Court for the Southern District of Texas, Houston Division**, Case No. **4:25-cv-02013**, asserting my rights and protecting my lawful interest in the ancestral estate.

**Verification:**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 11th day of May , 2025.

**Rachael Griffin-El**
In Propria Persona, Sui Juris
Moorish American National
All Rights Reserved – UCC 1-308

STATE OF TEXAS

COUNTY OF HARRIS

Before me Rachael Griffin - El          on the day personally in full life appeared May 11th, 2025 to be the person whose name is subscribed to the foregoing instrument and acknowledge to me that [he/she] executed the same for the purpose and consideration therein expressed.

[Notarization Block]

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

KAYLA MASON





International documents
Notice to Agent is Notice to principal-Notice to Principal is Notice to Agent

**NOTICE OF ACTIVE FEDERAL CASE AND RECORDED LIS PENDENS**
**TO:** Antony Halaris, (Acting) Director, Managing Member
**P.C.F. Properties in TX LLC**
6046 FM 2920 Rd, Ste 160
Spring, Texas Republic [near 77379-2542]

**FROM:** Rachael Griffin-El, ex rel RACHAEL GRIFFIN
Sui Juris, In Propria Persona
Living Sentient Natural Morrish American Heir
All Rights Reserved – Without Prejudice – UCC 1-308

**DATE:** June 7, 2025

**1. NOTICE OF LIS PENDENS**

Please be advised that a **Notice of Lis Pendens** was formally **recorded on May 5, 2025, at 2:38 PM** with the Office of
the **Harris County Clerk**, under the authority of **Tenseshia Hudspeth**, regarding the following estate:
**Property Address known as:** 703 Deveron Lane, Houston, Texas

This Lis Pendens is directly associated with an **active federal civil action** now pending in:

> **U.S. District Court – Southern District of Texas**
> **Houston Division**
> **Civil Action No.: 4:25-cv-02013**
> *Rachael Griffin-El ex rel RACHAEL GRIFFIN v. Franklin Credit Management*
> *Corporation, Thomas J. Axon (CEO), JPMorgan Chase & Co., Jamie Dimon (CEO)*

**2. LEGAL CONSEQUENCES**

This filing constitutes **constructive legal notice** that **title, interest, and rights** related to the above-described estate are **under
judicial review** and subject to **reversionary claim** and lawful **restitution.**

As such, any attempt to **transfer, encumber, or dispose of** said property is prohibited and may constitute **fraudulent
conveyance**, subject to federal prosecution and civil liability.

**3. CEASE AND DESIST DEMAND**

I, **Rachael Griffin-El**, living sentient woman and rightful heir, hereby issue a **formal Cease and Desist** order for the following
reasons:

- You **lack lawful standing and jurisdiction** to transact or assert control over this ancestral estate.
- Any attempted foreclosure, sale, or encumbrance based on **private commercial instruments** (e.g., promissory notes,
  Federal Reserve Notes) is **void ab initio**, and in direct violation of:
  - **Article I, Section 10** of the U.S. Constitution
  - **Clearfield Doctrine** (*Clearfield Trust Co. v. U.S.*, 318 U.S. 363 [1943])







International documents
Notice to Agent is Notice to principal-Notice to Principal is Notice to Agent

**4. INTERNATIONAL & FEDERAL COMPLIANCE**

Notification has been transmitted to the **U.S. Treasury – Office of Foreign Assets Control (OFAC)** to verify **protected national status** and enforce protections under applicable international and constitutional law.

**5. FORMAL LEGAL WARNING**

You are hereby **COMMANDED TO**:

- **Cease and desist** from any and all activity involving 703 Deveron Lane, Houston, TX.
- **Rescind all unlawful claims, records, and filings** associated with this property.
- **Acknowledge this notice** as formal legal warning under the jurisdiction of the **U.S. District Court.**

**6. FAILURE TO COMPLY**

Noncompliance will result in the filing or continuation of federal claims for:

- **Injunctive Relief**
- **Quiet Title Action**
- **Trespass to Title**
- **Civil Rights Violations (42 U.S.C. § 1983)**
- **Fraudulent Conveyance**
- **Punitive Damages**

**Certified Mail Tracking No.:** 9589 0710 5270 0430 8294 76
(Attachment: Copy of Filed Lis Pendens)

Respectfully Submitted,

Rachael Griffin-El, ex rel RACHAEL GRIFFIN
Sui Juris, In Propria Persona
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt






International documents
Notice to Agent is Notice to principal-Notice to Principal is Notice to Agent

## AFFIDAVIT OF FACT

I, **Rachael Griffin-El**, affirm by Divine Law, the Zodiac Constitution, and the Constitution **for** the United States of America (1791), and by the honor of my ancestors, that the facts herein are true and correct to the best of my knowledge. This affidavit is executed on this **7th day of June 2025**.

Affiant: Rachael Griffin-El, sui juris In Propria Persona
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

## CERTIFICATE OF SERVICE

I, **Rachael Griffin-El**, hereby certify that a true, correct, and complete copy of this **Notice of Active Federal Case and Lis Pendens, Exhibit G.**, was served via **Certified Mail June 9,2025 and/or Email** on **June 7, 2025**, to the following parties:

**Primary Parties:**

- Antony Halaris – P.C.F. Properties in TX LLC
  Email: AR@PCFProperties.net
  6046 FM 2920 Rd, Ste 160, Spring, TX [near 77379-2542]

**Government & Legal Authorities:**

- Tenseshia Hudspeth – Harris County Clerk
- Mr. Jamie Dimon – JPMorgan Chase, 270 Park Ave, New York, NY [10017]
- Thomas J. Axon – Franklin Credit, 101 Hudson St, Jersey City, NY [07302]
- Scott Bessent – OFAC, U.S. Treasury
- Marco Rubio – U.S. Secretary of State
- Pamela Bondi – U.S. Attorney General
- Volker Türk – UN High Commissioner for Human Rights
- Consul General of Morocco – Maghrib al-Aqsá
- U.S. Attorney – Southern District of Texas





International documents
Notice to Agent is Notice to principal-Notice to Principal is Notice to Agent

- FBI – Houston Field Office
- Texas Attorney General – Consumer Protection Division
- U.S. Postal Inspectors – Fraud Division

**Executed this 7th day of June, 2025**

Rachael Griffin-El, Affiant In Propria Persona
All Rights Reserved -- Without Prejudice -- UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

## STATE OF TEXAS
## COUNTY OF HARRIS

Before me _Rachael Griffin-El_ on the day personally in full life appeared **June 7, 2025.** To be then natural
person whose title is Subscribed to the foregoing instrument and acknowledges to me that [he/she] executed the same for the
purpose of consideration there in expressed

[Notarization Block].

Kayla Mason

KAYLA MASON

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

## PCF PROPERTIES IN TX, LLC

A TEXAS LIMITED LIABILITY COMPANY

6046 FM 2920 RD STE 160, Spring, TX 77379-2542
e-Mail: AR@PCFProperties.net

Phones: 832-413-1723 or 281-6688-PCF
Fax: 636-212-9452

**RACHAEL GRIFFIN and/or ALL OCCUPANTS**
703 DEVERON LN
HOUSTON, TX 77090-3827

**E X H I B I T      G**

*MAILED VIA REGULAR AND CERTIFIED MAIL 9589 0710 5270 1864 3332 87*

## FORMAL NOTICE TO VACATE

Saturday, June 7, 2025

Dear **Ms. Griffin (and/or All Occupants):**

Your residence at 703 Deveron Ln, was foreclosed upon at the trustee sale of June 3rd, 2025 by the substitute trustee appointed by your lender. Our company, P.C.F. Properties In TX, LLC is the new owner of the property. You are now a tenant at sufferance pursuant to Paragraph 21 of the Deed of Trust that led to the foreclosure.

Given this event, since June 3rd, all the property holding costs, financial (cost of funds), property taxes (since the beginning of the year) and HOA Assessments, are now our responsibility.

**We are hereby giving you this written notice, per Chapter §24.005 of the Texas Property code to vacate the premises and deliver them back to us in their original condition.**

This letter constitutes notice that you are required to VACATE THE PROPERTY and to remove all of your personal belongings **within three (3) days of the date of this letter.** If you fail to comply with this demand, and do not vacate the Property by the 4th day from the date of this letter, we may, at our option, file suit against you for actual damages, attorney fees and costs of court. *No further notice shall be given.*

Be advised that failure to take action, will result in a forcible detainer suit against you.

Cordially,

*Antony Halaris*, DIRECTOR

P.C.F. Properties In TX, LLC
By Antony Halaris, Director of its Managing Member



Postage $ $2.98

Extra Services & Fees
☐ Registered Mail $ $21.75
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00

Total Postage & Fees $ $24.73

RF644549825US

Customer Must Declare Full Value $ $0.00
Received by 06/06/2025

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM  HOUSTON, TX 77090

TO  Volker Türk /Office of United Nations, High Commissioner human Right
Palais des Nations
CH-1211 Geneva 10, Switzerland

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®
Copy 1 - Customer
(See Information on Reverse)

---

Postage $ 
Extra Services & Fees
☐ Registered Mail $ $21.75
☐ Return Receipt (hardcopy) $ 
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ 

Total Postage & Fees $ 

RF644549890US

Customer Must Declare Full Value $ $0.00
Received by $24.73
06/09/2025

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM  Rachael Griffin-El
c/o 703 Derby Ln
Houston TX 77090
Houston TX [77090]

TO  Volker Türk /Office of the United Nations, High Commission of human right
Palais des Nations
CH-1211 Geneva 10, Switzerland

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®
Copy 1 - Customer
(See Information on Reverse)

---

# U.S. Postal Service
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Houston, TX 77002

Certified Mail Fee $4.85
$ $4.10

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $1.01

Total Postage and Fees $ $9.96

Postmark Here
06/09/2025

Sent To Tenseshia Hadspeth, of Harris County Clerk
Street and Apt. No., or PO Box No. 201 Caroline, Suite 800
City, State, ZIP+4® Houston, Texas Republic 77002

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

# U.S. Postal Service
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Houston, TX 77002

Certified Mail Fee $4.85
$ $4.10

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $1.29

Total Postage and Fees $

Postmark Here
06/06/2025

Sent To Tenseshia Hudspeth Harris County Clerk office
Street and Apt. No., or PO Box No. 201 Caroline, Suite 800
City, State, ZIP+4® Houston Texas 77002

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

# U.S. Postal Service
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20520

Certified Mail Fee $4.85
$ $4.10

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $1.29

Total Postage and Fees $ $10.24

Postmark Here
06/09/2025

Sent To Marco Rubio, United State Secretary of State
Street and Apt. No., or PO Box No. 2201 C St NW, 4T room 5420
City, State, ZIP+4®

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

# U.S. Postal Service
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Austin, TX 78701

Certified Mail Fee $4.85
$ $4.10

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $1.29

Total Postage and Fees $

Postmark Here
06/09/2025

Sent To Jeane Nelson Texas Secretary of State
Street and Apt. No., or PO Box No. 1019 Brazos St James E Rudby Bld
City, State, ZIP+4® Austin TX 78701

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions



**Receipt 1 (top left)** — 8295 75 ... 0430 5270 0710 9589

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

Chicago, IL 60699

Certified Mail Fee $4.85
$6.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postmark Here
Postage $1.29
Total Postage and Fees $10.24
0056 33
06/09/2025

Sent To United State Postal inspector fraud division
Street and Apt. No., or PO Box No. 433 W Harrison st Room 3255
City, State, ZIP+4® Chicago, IL 60699-3255
PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

**Receipt 2 (top right)** — 8294 ... 0430 5270 0710 9589

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

Spring, TX 77379

Certified Mail Fee $4.85
$6.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postmark Here
Postage $1.01
Total Postage and Fees $7.76
0056 33
06/09/2025

Sent To Antony Halaris, PCF PROPERTIES IN TX LLC
Street and Apt. No., or PO Box No. 6606 FM 4780 RD STE 160
City, State, ZIP+4® Spring TX near United Statef 77379
PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

**Receipt 3 (middle left)** — 8295 68 ... 0430 5270 0710 9589

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

Houston, TX 77002

Certified Mail Fee $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postmark Here
Postage $1.29
Total Postage and Fees $10.24
0056 33
06/09/2025

Sent To Texas Attorney General Consumer Protection
Street and Apt. No., or PO Box No. 800 Travis St #1520
City, State, ZIP+4® Houston TX 77002
PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

**Receipt 4 (middle right)** — 8295 90 ... 0430 5270 0710 9589

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

New York, NY 10017

Certified Mail Fee $4.85
$6.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postmark Here
Postage $1.29
Total Postage and Fees $10.24
0056 33
06/09/2025

Sent To Jamie Dimon / JPMORGAN Chase Co.
Street and Apt. No., or PO Box No. 270 Park Ave
City, State, ZIP+4® New York, NY near 10017 united state
PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

**Receipt 5 (bottom left)** — 8295 06 ... 0430 5270 0710 9589

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

Jersey City, NJ 07302

Certified Mail Fee $4.85
$6.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postmark Here
Postage $1.29
Total Postage and Fees $10.24
0056 33
06/09/2025

Sent To Thomas J. Axon Franklin Credit Management
Street and Apt. No., or PO Box No. 101 Hudson Streets 24 floor
City, State, ZIP+4® Jersey City, New York 07302
PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

**Receipt 6 (bottom right)** — 8295 13 ... 0430 5270 0710 9589

U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

Washington, DC 20220

Certified Mail Fee $4.85
$6.10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postmark Here
Postage $1.29
Total Postage and Fees $10.24
0056 33
06/09/2025

Sent To Scott Bessent (OFAC) U.S. Treasury Dep.
Street and Apt. No., or PO Box No. 1500 Pennsylvania Ave NW
City, State, ZIP+4® Washington DC 20220
PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions



U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Houston, TX 77002

Certified Mail Fee $4.85                    0056
$                    $4.10                    33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage    $1.29
                                    06/09/2025
Total Postage and Fees
$10.24
Sent To U.S. Attorney-Southern District of Texas
Street and Apt. No., or PO Box No. Wells Fargo Plaza, 1000 Louisiana St 2300
City, State, ZIP+4® Houston TX 77002
PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Washington DC 20350

Certified Mail Fee $4.85                    0056
$                    $4.10                    33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage    $1.29
                                    06/09/2025
Total Postage and Fees
$10.24
Sent To Pamela Bondi Attorney General US Dep Just
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave, NW
City, State, ZIP+4® Washington DC 20530-0001
PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions



U.S. Postal Service
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Houston, TX 77092

Certified Mail Fee $4.85                    0056
$                    $4.10                    33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage    $1.29
                                    06/09/2025
Total Postage and Fees
$10.24
Sent To Federal Bureau of Investigation / Federal Police
Street and Apt. No., or PO Box No. 1 Justice Park Dr
City, State, ZIP+4® Houston TX 77092
PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

## FILED FOR RECORD

### 12:25:59 PM

### Monday, June 9, 2025

*Teneshia Hudspeth*

### COUNTY CLERK, HARRIS COUNTY, TEXAS

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED; in the Official Public Records of Real Property of Harris County Texas

Monday, June 9, 2025

*Teneshia Hudspeth*

COUNTY CLERK
HARRIS COUNTY, TEXAS