IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Rachael Griffin-EL, ex rel RACHAEL GRIFFIN,
*Plaintiff,*
v.
JPMORGAN CHASE & CO., et al.,
Jamie Dimon, Acting CEO,
*Defendants.*
Civil Action No. 4:25-cv-02013

United States Courts
Southern District of Texas
FILED

JUL 0 1 2025

Nathan Ochsner, Clerk of Court

PLAINTIFF'S WRIT OF ERROR,

JUDICIAL NOTICE OF DEFAULT, AND

AFFIDAVIT IN SUPPORT

COMES NOW, Plaintiff **Rachael Griffin-El, ex rel RACHAEL GRIFFIN**, a living woman and natural Moorish American national, *in propria sui juris*, and hereby provides this **Writ of Error, Judicial Notice of Default, and Affidavit in Support**, with full reservation of rights pursuant to UCC 1-308, and states the following:

**1. Procedural Default**

Plaintiff filed her original complaint on **May 5, 2025**. Pursuant to **Federal Rule of Civil Procedure 12(a)(1)(A)(i)**, Defendants were required to answer or otherwise respond no later than **May 27, 2025**. Defendants did not respond until **June 25, 2025**, more than four weeks after the prescribed deadline, thereby constituting a **procedural default** under the Federal Rules of Civil Procedure.

**2. Demand for Verification of Debt**

On **December 17, 2024**, and again on **May 15, 2025**, Plaintiff lawfully served a **Notice of Dispute and Demand for Verification of Debt** upon Defendant Jamie Dimon, demanding lawful evidence that JPMorgan Chase Bank, N.A., originated or held any valid debt instrument enforceable against Plaintiff.

**3. Failure to Verify Debt**

Plaintiff required verification pursuant to **12 U.S.C. § 95(a)** and demanded lawful proof of debt origination in lawful tender, consistent with **Article I, Section 10 of the U.S. Constitution**. No verified response was provided, thereby constituting **tacit admission, dishonor, and estoppel by silence.**

**4. Unlawful Foreclosure and Trespass**

On or about **June 3, 2025**, an individual named **Antony Halaris**, acting on behalf of **P.C.F. Properties in TX, LLC**, issued a 3-day notice to vacate the Plaintiff's estate under claim of foreclosure. On **June 12, 2025**, a **Substitute Trustee's Deed** was filed in the county clerk's records without lawful jurisdiction or verified authority. These acts constitute **trespass, unlawful seizure**, and were conducted under color of law in violation of Plaintiff's estate rights.

**5. Fiduciary Misconduct**

Defendant **Jamie Dimon**, acting in a **fiduciary capacity** as CEO and trustee, knowingly enforced an unverified and unlawful debt claim, violating fiduciary duties and constituting trespass and breach of trust with regard to Plaintiff's estate and lawful standing.

## 6. Commercial Liability and Holder in Due Course

Plaintiff asserts that **Jamie Dimon** is operating as a **Holder in Due Course** of the alleged instrument under the **Uniform Commercial Code (UCC)** and is therefore **commercially liable** for all claims, injuries, and damages arising from the unlawful enforcement of unverified financial obligations.

## 7. Statutory Discharge of Obligation

Pursuant to **12 U.S.C. § 95a(2)**, all alleged debts and obligations were **discharged** via lawful notice and conveyance. Any continued attempts to collect, foreclose, or otherwise enforce such claims constitute **bad faith, dishonor, and unlawful activity** in violation of statutory and commercial law.

**Statutory Authority:**

> *"Every obligation... shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment is legal tender..."*
> **(Statutes at Large, Vol. XLVIII, pp. 112–113, June 5–6, 1933)**

Additionally, under **Article I, Section 10** of the U.S. Constitution, states may not make anything but gold and silver coin legal tender.

## 8. Violations of Banking Law

Defendants have violated **12 U.S.C. § 73**, which governs the conduct of banking institutions, fiduciaries, and officers. This includes the handling of fiduciary responsibilities, account verifications, and conduct of foreclosure proceedings.

## 9. Unlawful Governmental Assumptions

Plaintiff asserts that the **post-1871 federal structure** operates as a **corporate entity** devoid of **lawful constitutional authority.** Actions by corporate actors are deemed **ultra vires,** including but not limited to:

- Usurpation of Sovereign Authority.
- Fraudulent Misrepresentation
- Unauthorized Use of Office
- Racketeering Activities
- Trespass upon Private Estate

See **Clearfield Trust Co. v. United States, 318 U.S. 363 (1943):**

> *"When the United States enters into commercial business, it abandons its sovereign capacity and is bound by the rules and liabilities of private corporations."*

## 10. Violation of Executive Order 14219

Defendants are in violation of **Executive Order 14219**: *"Ensuring Lawful Governance and Implementing the President's Department of Government Efficiency Deregulatory Initiative."*

**Section 3** mandates that:

> *"Agencies must lawfully discharge obligations and refrain from actions taken without jurisdiction or authority."*

The foreclosure and collection efforts were carried out without proper jurisdiction, thereby violating this Executive Order and statutory obligations.

## 11. Judicial Notice of Civil Orders Dated July 4, 2014

Plaintiff provides notice of **Civil Orders** issued July 4, 2014, addressed to then-President **Barack Obama**, which reaffirm the plenary authority of the organic States and the lawful rights of the people.

These Civil Orders were issued publicly to:

- The U.S. Marshals Service
- The Provost Marshal
- All Domestic Police Forces
- Members of the American Bar Association
- The Joint Chiefs of Staff
- The American Armed Services

The Civil Orders reaffirm:

- The sovereignty of the organic States united under "The United States of America" (major)
- The nullification of fraudulent legal fiction ESTATES
- The restoration of all living men and women to their proper legal and national standing
- Rebuttal and rejection of unlawful commercial peonage and post-1871 corporate governance

**Exhibits Incorporated by Reference:**

- **Exhibit H** – Civil Orders, July 4, 2014
- **Executive Order 14219**
- **Treaty with Morocco, September 16, 1836**
- **Allodial American National Card**
- **Statutes at Large, Vol. XLVIII, pp. 112–113**
- **Substitute Trustee Deed by P.C.F. Properties in TX, LLC**
- **Caveat of Interest and Legal Notice dated 24 of June 2025**
- **Notice of Threat, Duress, and Protest**
- **Caveat and demand for return of original note Recoupment**

1. Acknowledge the default of Defendants;
2. Declare the foreclosure proceedings void and unlawful;
3. Recognize Plaintiff's national and estate rights;
4. Enter such relief as is just and proper under equity, commercial law, and the Constitution.

**Executed this 30th day of June, 2025.**

Respectfully submitted:



All Rights Reserved Without Prejudice — UCC 1-308

/s/ Rachael Griffin-El ex rel
RACHAEL GRIFFIN
703 Deveron Lane
Houston, Texas Republic [Zip Exempt 77090]

STATE OF TEXAS
COUNTY OF HARRIS



Before me _Rachael Griffin-El_ on the day personally in full life appeared June _30_, 2025. To be then natural person whose title is Subscribed to the foregoing instrument and acknowledges to me that [he/she] executed the same for the purpose of consideration there in expressed



[Notarization Block].

```
KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071
```

_Kayla Mason_
KAYLA MASON






International documents
Notice to Agent is Notice to principal-Notice to Principal is Notice to Agent

• , Rachael Griffin-El, affirm by Divine Law, the Zodiac Constitution, and the Constitution for the United States of America (1791), and by the honor of my ancestors, that the facts herein are true and correct to the best of my knowledge. This **PLAINTIFF'S WRIT OF ERROR, JUDICIAL NOTICE OF DEFAULT, AND AFFIDAVIT IN SUPPORT Exhibit H – Civil Orders, July 4, 2014, Executive Order 14219, Treaty with Morocco, September 16, 1836, Allodial American National Card, Statutes at Large, Vol. XLVIII, pp. 112–113, and Substitute Trustee Deed by P.C.F. Properties in TX, LLC**

executed on this _30_ day of _June_ 2025.

Affiant: Rachael Griffin-EL ex rel RACHAEL GRIFFIN
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

## CERTIFICATE OF SERVICE

I, **Rachael Griffin-El,** hereby certify that a true, correct, and complete copy of this **PLAINTIFF'S WRIT OF ERROR,
JUDICIAL NOTICE OF DEFAULT, AND AFFIDAVIT IN SUPPORT** executed on this ___30___ day of ⎰une__ 2025.

- Nicholas J. Ganjei, – Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State
- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State
- Jamie Dimon -JPMORGAN Chase, CEO
- Tomas J. Axon -Franklin credit management, CEO

STATE OF TEXAS
COUNTY OF HARRIS

Before me _Rachael Griffin El_ on the day personally in full life appeared June _30_ 2025. To be then natural person whose
title is Subscribed to the foregoing instrument and acknowledges to me that [he/she] executed the same for the purpose of consideration there in
expressed

[Notarization Block].



KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

KAYLA MASON

**CAVEAT AND DEMAND FOR RETURN OF ORIGINAL NOTE AND RECOUPMENT**
*Reserving All Rights Without Prejudice – UCC 1-308*                    **Case No. 4:25-cv-02013**

To:
**All Concerned Parties, Agents, Trustees, Attorneys, and Private Entities, including:**

- Jamie Dimon, acting CEO, JPMorgan Chase & Co.
- Thomas J. Axon, acting CEO, Franklin Credit Management Corporation

From:
**Rachael Griffin-El, ex rel. RACHAEL GRIFFIN,**
A living, natural Moorish American woman and lawful heir, *sui juris*

Subject Property known as:
703 Deveron Lane
Houston, Texas Republic [77090]

**Notice and Demand**

I, **Rachael Griffin-El**, in full legal and lawful capacity as a natural living person and secured party creditor, hereby issue this formal **Caveat and Demand**. This serves as lawful notice of revocation and prohibition against all further actions, negotiations, or dealings regarding the alleged mortgage, loan, or foreclosure concerning the above-referenced private estate.

**1. Revocation of Negotiations and Authority**

All alleged negotiations, offers, assignments, or conveyances pertaining to the referenced property and any purported mortgage or loan are hereby **formally revoked, rescinded, and nullified**.

**2. Demand for Return of Original Instrument**

Pursuant to **UCC §§ 3-501, 3-505, and 3-603**, I demand the **immediate return** of the original promissory note or any negotiable instrument alleged to create or evidence a debt obligation. You are required to demonstrate lawful possession and standing to proceed with any claims.

**3. Prohibition Against Further Commercial Activity**

Any further attempts to enforce, assign, sell, securitize, or otherwise monetize the said instrument without returning the original to the undersigned constitutes **fraudulent activity, bad faith**, and **unauthorized commercial action**.

**4. Dishonor and Breach of Fiduciary Duty**

Continued foreclosure attempts, court filings, or enforcement proceedings without lawful title and possession of the original wet-ink note constitute **dishonor, criminal conversion**, and **breach of trust**.

**5. Failure to Provide Full Disclosure**

At no time have I received **complete accounting, 1099 forms**, or proper **disclosure** regarding the commercial profits, transfers, or securitization of my original promissory note.

**6. Violation of Federal Disclosure Laws**

You have failed to issue **Forms 1099-A, 1099-OID, 1096**, or equivalent tax and equity disclosures as required by the **Truth in Lending Act (TILA), Regulation Z**, and applicable **trust and fiduciary law.**

**7. Unjust Enrichment and Commercial Fraud**

Failure to disclose gains or return the benefit, surplus, or equity derived from the note's use constitutes **unjust enrichment, fraud in commerce, and constructive trust violations.**

**8. Demand for Recoupment and Instrument Return**

I hereby demand:

- **Immediate recoupment** of all commercial value, securities, or credits obtained through the unauthorized use of my original note.
- **Physical return** of said original instrument.

**9. Non-Consent to Liability**

I do not and never have consented to act as **surety, guarantor, or liable party** for any debts, obligations, or claims of the UNITED STATES, INC., U.S. CORPORATION, or any affiliated entities, contractors, agents, or assigns.

**10. Disavowal of Corporate Fictions**

I explicitly **reject and renounce** any presumed legal obligations, corporate identity assignments, or commercial liability associated with artificial persons or fictitious entities bearing names such as:
"RACHAEL GRIFFIN," "RACHEL GRIFFIN," or any *nom de guerre, Ens Legis,* or derivative therefrom.

**Notice to the Principal is Notice to the Agent; Notice to the Agent is Notice to the Principal.**

Executed and entered into the public record this 30th day of June, 2025.
By:

**All Rights Reserved Without Prejudice – UCC 1-308**
/s/ Rachael Griffin-El, ex rel.
**RACHAEL GRIFFIN**, in propria persona, *sui juris*
703 Deveron Lane
Houston, Texas Republic [Zip Exempt]

**STATE OF TEXAS**
**COUNTY OF HARRIS**

Before me ___Rachael Griffin-El___ on the day personally in full life appeared June 30, 2025. To be then natural person whose title is Subscribed to the foregoing instrument and acknowledges to me that [he/she] executed the same for the purpose of consideration there in expressed

[Notarization Block].



KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

 

<u>International documents</u>
<u>Notice to Agent is Notice to principal-Notice to Principal is Notice to Agent</u>

I, **Rachael Griffin-El**, affirm by Divine Law, the Zodiac Constitution, and the Constitution for the United States of America (1791), and by the honor of my ancestors, that the facts herein are true and correct to the best of my knowledge. This **CAVEAT AND DEMAND FOR RETURN OF ORIGINAL NOTE AND RECOUPMENT**

executed on this ___30___ day of __June__ 2025.

Affiant: Rachael Griffin-El / RACHAEL GRIFFIN
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

<u>**CERTIFICATE OF SERVICE**</u>

I, **Rachael Griffin-El**, hereby certify that a true, correct, and complete copy of this **CAVEAT AND DEMAND FOR RETURN OF ORIGINAL NOTE AND RECOUPMENT** executed on this ___30___ day of June 2025.

- Nicholas J. Ganjei, – Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State
- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State
- Jamie Dimon -JPMORGAN Chase, CEO
- Tomas J. Axon -Franklin credit management, CEO



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Washington DC 20520

Certified Mail Fee  $4.85        6.10        0056 33

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $0.00
☐ Return Receipt (electronic)  $0.00        Postmark
☐ Certified Mail Restricted Delivery $0.00        Here
☐ Adult Signature Required     $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage  $3.15

Total Postage and Fees  $12.10        07/01/2025

Sent To Marco Rubio, United State Secretary of state
Street and Apt. No., or PO Box No. 2201 C St NW Troom 5420
City, State, ZIP+4® Washington DC 20520

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Austin TX 78701

Certified Mail Fee  $4.85        6.10        0056 33

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $0.00
☐ Return Receipt (electronic)  $0.00        Postmark
☐ Certified Mail Restricted Delivery $0.00        Here
☐ Adult Signature Required     $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage  $3.15

Total Postage and Fees  $12.10        07/01/2025

Sent To Jane Nelson, Texas Secretary of State
Street and Apt. No., or PO Box No. 1019 Brazos St. Jane E. Rubber Bldg
City, State, ZIP+4® Austin TX 78701

7020 1290 0000 5986 7808

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Houston TX 77002

Certified Mail Fee  $4.85        6.10        0056 33

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $0.00
☐ Return Receipt (electronic)  $0.00        Postmark
☐ Certified Mail Restricted Delivery $0.00        Here
☐ Adult Signature Required     $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage  $3.15

Total Postage and Fees  12.10        07/01/2025

Sent To Michael O'Connor US Marshal Southern
Street and Apt. No., or PO Box No. 515 Rusk Ave Room 10002
City, State, ZIP+4® Houston TX 77002

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Certified Mail Fee  $4.85        0056 33

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $0.00
☐ Return Receipt (electronic)  $0.00        Postmark
☐ Certified Mail Restricted Delivery $0.00        Here
☐ Adult Signature Required     $0.00

Postage  $3.15

$12.10
Total Postage and Fees  07/01/2025

Sent To Scott Bessent US Treasury Department Office (of TAC)
Street and Apt. No., or PO Box No. 1500 Pennsylvania Ave NW
City, State, ZIP+4® Washington DC 20220

---

| Registered No. RF644549923US | | Date Stamp 0056 33 |
|---|---|---|
| Postage $11.01 | Extra Services & Fees (continued) ☐ Signature Confirmation | |
| Extra Services & Fees $9.75 ☐ Registered Mail | ☐ Signature Confirmation Restricted Delivery | |
| ☐ Return Receipt (hardcopy) $0.00 | | |
| ☐ Return Receipt (electronic) $0.00 | Total Postage & Fees $32.76 | |
| ☐ Restricted Delivery $0.00 | | |
| Customer Must Declare Full Value $0.00 | Received by 07/01/2025 | Domestic Insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM  Rachael Griffin-El
c/o 703 Deveron ln
Houston TX [77090]

TO  Volker Turk
Official Switzerland United Nations High Commission
of Human Right / Palais des Nations
CH-1211 Geneva 10 Switzerland

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®

Copy 1 - Customer
(See Information on Reverse)



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Houston TX 77002

Certified Mail Fee $4.85
Extra Services & Fees
Postage $3.15
Total Postage and Fees $12.10
07/01/2025

Sent To: Nicholas J. Ganjei U.S Attorneys
1000 Louisiana St #2300
Houston TX 77002



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

New York NY 10017

Certified Mail Fee $4.85
Postage $3.71
Total Postage and Fees $12.66
07/01/2025

Jamie Dimon JPMorgan Chase
270 Park Ave
New York, New York 10017



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Jersey City NJ 07302

Certified Mail Fee $4.85
Postage $3.71
Total Postage and Fees $12.66
07/01/2025

Franklin Credit Management Co Thomas Axon
101 Hudson st. 25 Floor
Jersey City NJ 07302



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Washington DC 20530

Certified Mail Fee $4.85
Postage $3.15
Total Postage and Fees $12.10
07/01/2025

Pamela Bondi U.S. Department of Justice
950 Pennsylvania Ave NW
Washington DC 20530-0001

# Exhibit H

EXHIBIT    H

**NOTICE OF THREAT, DURESS, AND PROTEST**
Reserving All Rights Without Prejudice (UCC 1-308)

**Case No. 4:25-cv-02013**

To Linh Doan, Clerk of the Court
Harris County Justice Court
Precinct 4, Place 1
6831 Cypresswood Dr.
Spring, Texas Republic [near 77379]

I, Rachael Griffin-El, ex rel, RACHAEL GRIFFIN a living, natural, sentient woman, hereby give formal Notice of Threat, Duress, and Protest, and state the following for the public and official record:

1. I do not consent to any acts, proceedings, or judgments entered against me or my estate under force, coercion, fraud, or without full and lawful due process.
2. I am currently under **threat, duress, and coercion**, both direct and implied, stemming from unlawful actions and attempts to deprive me of my private property known as:

   **703 Deveron Lane, Houston, Texas [77090]**

3. I have lawfully entered into federal litigation in Case No. **4:25-cv-02013**, pending in the **United States District Court for the Southern District of Texas**, regarding the title, ownership, and lawful rights to said property.
4. Despite this, state actors, private corporations, and individuals have continued to interfere with this case, using unlawful proceedings such as Case No. 254100243037, under unconstitutional color of law, and in direct conflict with federal jurisdiction, thereby putting me at risk of unlawful eviction, dispossession, or harm.
5. This Notice of Protest is made to preserve all unalienable rights, and to make clear that any acquiescence or appearance under state coercion is done strictly under:
   - **Threat of force,**
   - **Duress,**
   - **Intimidation, and**
   - **Protest,**

   and shall not be construed as voluntary, consensual, or lawful.

6. I explicitly invoke my rights under:
   - **UCC 1-308** (Reservation of Rights Without Prejudice)
   - **The Constitution for the United States of America**, including the 5th and unconstitutional 14th Amendments
   - **Article VI, Supremacy Clause**
   - **All applicable protections under international human rights law**

**Proof of your delegated authority under the Constitution and Public Oath of Office:**

- Certified copy of your surety bond, errors & omissions policy, and liability coverage.
- That all future proceedings involving me be dismissed or withdrawn unless jurisdiction is lawfully proven on the record and my rights respected without injury.



I, **Rachael Griffin-El**, sui juris, in propria persona, a living, natural woman and rightful heir to my ancestral estate, do hereby give **formal notice of my intent to appear under special appearance and protest:**

## NOTICE OF SPECIAL APPEARANCE

Please take notice that:

I, **Rachael Griffin-El**, shall special appear on the **7th day of July, 2025, at 9:00 AM**, at the **Harris County Justice Court, Precinct 4, Place 1**, under threat, duress, and protest, to address or object to any and all matters concerning:

- Case No. **254100243037**
- The real property known as **703 Deveron Lane, Houston, Texas [77090]**
- Any attempted unlawful seizure, auction, or eviction in violation of my due process rights and the active federal matter **Case No. 4:25-cv-02013**, filed in the U.S. District Court for the Southern District of Texas

## CLARIFICATION OF POSITION

This notice is made with the following lawful reservations:

- I do not waive any rights.
- I reserve all rights under **UCC 1-308**, without prejudice.
- I do not consent to any state jurisdiction where federal jurisdiction is active and prevailing.
- My appearance, if compelled or coerced, is strictly **under protest** and shall not be construed as voluntary, general, or consensual.

**Executed this 24 day of June, 2025.**

**Respectfully submitted,**

**Rachael Griffin-El**
sui juris, in propria persona
c/o 703 Deveron Lane
Houston, Texas Republic [77090]
Non-domestic, Zip Exempt
Email: rachaelgriffin300@gmail.com
Phone: (281) 755-8220

## AFFIRMATION & CERTIFICATE OF SERVICE

I, **Rachael Griffin-El**, sui juris, in propria persona, under Divine Law, the Zodiac Constitution, and the Constitution for the United States of North America (1791), and by the honor of my Foremothers and Forefathers, hereby certify that a true, correct, and complete copy of the foregoing **Statement of Fact** was served via **U.S. Certified**

EXHIBIT    H

Failure to respond appropriately, or any further attempt to process claims against me without lawful jurisdiction, may result in personal and official liability, for which you may be held financially and criminally accountable under both domestic and international law.

Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.

Executed this 24 day of June, 2025.
All rights reserved without prejudice.

Respectfully and lawfully submitted,

Rachael Griffin-El ex rel
RACHAEL GIRIFFIN
c/o 703 Deveron Lane
Houston, Texas Republic [77090]
Non-domestic, Zip Exempt
Email: rachaelgriffin300@gmail.com
Phone: (281) 755-8220

ACKNOWLEDGMENT

State of Texas
County of Harris

On this 24 day of June, 2025, before me, the undersigned Notary Public, personally appeared Rachael Griffin-El ex rel and acknowledged that she executed the foregoing Notice under her own free will and for the purposes stated.

seal:

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

Notary Public
My Commission Expires: 12-23-2026

Linh Doan, Clerk of the Court
Harris County Justice Court
Precinct 4, Place 1
6831 Cypresswood Dr.
Spring, Texas Republic [near 77379]

And all other concerned parties, officers, agents, or assigns:

EXHIBIT    H

Mail (Tracking No. **9589 0710 5270 0430 8296 05**) or equivalent, on the 24 day of June, 2025, upon the following recipients:

- **Linh Doan**, Clerk of the Court, Harris County Justice Court Precinct 4, Place 1
  6831 Cypresswood Dr., Spring, Texas Republic near [77379]
- **U.S. Attorney** – Southern District of Texas
- **Scott Bessent** – U.S. Treasury, Office of Foreign Assets Control
- **Marco Rubio** – United States Secretary of State
- **Pamela Bondi** – United States Attorney General
- **Volker Türk** – United Nations High Commissioner for Human Rights
- **T. Michael O'Connor** – U.S. Marshal, Southern District of Texas
- **Office of Consul General** – Morocco, Maghrib al Aqsá
- **Jane Nelson** – Texas Secretary of State

Affiant:

**Rachael Griffin-El**, ex rel RACHAEL GRIFFIN
c/o 703 Deveron Lane
Houston, Texas Republic [77090]
Non-domestic, Zip Exempt

**EXHIBIT H**

**CAVEAT OF INTEREST AND LEGAL NOTICE**        **Case No. 4:25-cv-02013**

**To:** Linh Doan, Clerk of the Court
Harris County Justice Court
Precinct 4, Place 1
6831 Cypresswood Dr.
Spring, Texas Republic [near 77379]

Let this **CAVEAT** serve as formal legal notice that **I, Rachael Griffin-El, ex rel, RACHAEL GRIFFIN** a living, sentient, natural woman and rightful heir to my ancestral estate, do hereby enter this caveat into the public and court record.

This caveat notifies and warns all agents, officers, assigns, private persons, public officials, corporations, or entities, including but not limited to:

- PCF Properties in TX, LLC
- Antony Halaris, acting agent
- JPMorgan Chase & Co.
- Franklin Credit Management Corporation
- Any and all successors or assigns

that the real property located at:

**703 Deveron Lane, Houston, Texas [77090]**

is currently the subject of an active **federal civil matter**, specifically:

**Case No. 4:25-cv-02013** – filed in the **U.S. District Court for the Southern District of Texas.**

**NOTICE AND WARNING**

1. **A Lis Pendens** was recorded with the Harris County Clerk on **May 5, 2025**, giving public notice of this pending litigation and dispute involving the referenced property.
2. Any attempts to **auction, sell, transfer, lease, seize, trespass upon, or otherwise act** concerning this property **without due process of law and prior resolution of the pending federal litigation** shall be considered actions taken at the actor's own peril, and may constitute:
   - **Fraud upon the court**
   - **Tortious interference**
   - **Violation of constitutional due process rights** under the **Fifth Amendment**
   - **Unlawful conversion of estate property**
3. This Caveat shall remain in full force and effect until formal resolution of the federal case or a court-ordered extinguishment or voluntary withdrawal by the undersigned.

**RESERVATION OF RIGHTS**

All rights are reserved **without prejudice,** pursuant to **UCC 1-308.** No silence, inaction, or failure to respond shall be construed as consent, waiver, or acquiescence.

Executed this 24 day of June, 2025.

**Respectfully submitted,**

# EXHIBIT    H

Rachael Griffin-El ex rel, RACHAEL GRIFFIN
c/o 703 Deveron Lane
Houston, Texas Republic [77090]
Non-domestic, Zip Exempt
Email: rachaelgriffin300@gmail.com
Phone: (281) 755-8220

*Attached: Civil Docket for Case No. 4:25-cv-02013, lis pendens, Notice and Affirmation and quitclaim deed &
affidavit of Allodial aboriginal paramount clear perfect title of conveyance*

## AFFIRMATION & CERTIFICATE OF SERVICE

I, **Rachael Griffin-El**, sui juris, in propria persona, under Divine Law, the Zodiac Constitution, and the Constitution
for the United States of North America (1791), and by the honor of my foremothers and forefathers, do hereby
certify that a true, correct, and complete copy of the foregoing **Caveat of Interest and Legal Notice**, along with
the **civil docket for Case No. 4:25-cv-02013 etc**, was served via **U.S. Certified Mail** (Tracking No. **9589 0710
5270 0430 8296 05**) or equivalent, on the _____ day of June, 2025, upon the following recipients:

- Linh Doan, Clerk of the Court, Harris County Justice Court Precinct 4, Place 1
- U.S. Attorney – Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State
- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State

Affiant:

**Rachael Griffin-El**, sui juris, in propria persona
c/o 703 Deveron Lane
Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

**Acknowledgment**
**State of Texas**
**County of** __Harris__

On this _24_ day of June, 2025, before me, the undersigned Notary Public, personally appeared **Rachael Griffin-El**,
satisfactorily proven to be the natural person whose name is subscribed to this instrument, and acknowledged that
she executed the same for the purposes stated herein.

Witness my hand and official seal:

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

_Kayla Mason_                                        _____ **Notary Public**

RWB

EXHIBIT  H

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:25-cv-02013**
**Internal Use Only**

Griffin-El v. JP Morgan Chase Co., et al
Assigned to: Judge Alfred H Bennett
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 05/05/2025
Jury Demand: Plaintiff
Nature of Suit: 370 Other Fraud
Jurisdiction: Federal Question

**Plaintiff**

**Rachael Griffin-El**

represented by **Rachael Griffin-El**
All Rights Reserved, UCC 1-308
C/o 703 Deveron Lane
Houston, TX
PRO SE

V.

**Defendant**

**Jamie Dimon**
*Individually in his corporate capacity*

**Defendant**

**Franklin Credit Management Corporatin**

**Defendant**

**Thomas J Axon**

**Defendant**

**JP Morgan Chase Co.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2025 | 1 | COMPLAINT against All Defendants filed by Rachael Griffin-El. (Attachments: # 1 Civil Cover Sheet) (mmm4) (Entered: 05/05/2025) |
| 05/05/2025 | 2 | MEMORANDUM In Support of 1 Complaint by Rachael Griffin-El, filed. (mmm4) (Entered: 05/05/2025) |
| 05/05/2025 | 3 | Criminal Allegation Referral by Rachael Griffin-El, filed. (mmm4) (Entered: 05/05/2025) |
| 05/05/2025 | 4 | VERIFIED APPLICATION for Temporary Restraining Order by Rachael Griffin-El, filed. Motion Docket Date 5/27/2025. (mmm4) (Entered: 05/05/2025) |
| 05/05/2025 | | Referral Judge Selected: Magistrate Judge Richard W. Bennett randomly selected to receive referrals. The selected Magistrate Judge is not assigned to this case until a District Judge refers the case or a motion or the parties consent to jurisdiction... |

| | | |
|---|---|---|
| | | *Magistrate Judge. Once a referral has been made, the name of the referral judge will appear at the top of the docket sheet.* (mmm4) (Entered: 05/05/2025) |
| 05/05/2025 | 5 | CLERKS NOTICE Regarding Consent to Jurisdiction of Magistrate Judge. Parties notified, filed. (mmm4) (Entered: 05/05/2025) |
| 05/05/2025 | 6 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 8/8/2025 at 10:00 AM by video before Magistrate Judge Richard W Bennett. (Signed by Magistrate Judge Richard W Bennett) Parties notified. (mmm4) (Entered: 05/05/2025) |
| 05/05/2025 | 7 | NOTICE to Pro Se Litigant of Case Opening. Party notified, filed. (mmm4) (Entered: 05/05/2025) |
| 05/08/2025 | 8 | STATEMENT of Facts by Rachael Griffin-El, filed. (dm4) (Entered: 05/08/2025) |
| 05/12/2025 | 9 | AFFIDAVIT of Fact by Rachael Griffin-EL, filed. (bwl4) (Entered: 05/12/2025) |
| 05/14/2025 | 10 | NOTICE of Fraudulent Misrepresentation and Constructive Deception by Rachael Griffin-El, filed. (glc4) (Entered: 05/14/2025) |
| 05/14/2025 | 11 | AFFIDAVIT of Fact by Rachael Griffin-El, filed. (Attachments: # 1 Exhibits) (glc4) (Entered: 05/14/2025) |
| 05/14/2025 | | (Court only) ***(PRIVATE ENTRY) Exhibits attached to Dkt. No. 11 indicates that the document should be 127 pages. However, page 6 was not included in original filing., filed. (glc4) (Entered: 05/14/2025) |
| 05/20/2025 | 12 | AFFIDAVIT of Fact – Certificate of Service, filed. (dm4) (Entered: 05/20/2025) |
| 05/20/2025 | 13 | AFFIDAVIT of of Fact, filed. (dm4) (Entered: 05/20/2025) |
| 06/06/2025 | 14 | REQUEST for Entry of Default against Thomas J Axon, Jamie Dimon, Franklin Credit Management Corporatin, JP Morgan Chase Co. by Rachael Griffin-El, filed. (th4) (Entered: 06/08/2025) |
| 06/09/2025 | 15 | NOTICE And Affirmation by Rachael Griffin-El, filed. (hl4) (Entered: 06/09/2025) |

Citation - Eviction Possession and Rent (Residential) **EXHIBIT H**                    Tracking Number: G0357019

**Case Number: 254100243037**

| | | |
|---|---|---|
| P.C.F Properties in TX, LLC<br>Plaintiff<br>vs.<br>Rachael Lee Griffin and/or All Occupants<br>Defendant | §<br>§<br>§<br>§<br>§<br>§ | In the Justice Court<br>Harris County, Texas<br>Precinct 4, Place 1<br>6831 Cypresswood Dr.<br>Klein Texas 77379-7700<br>713-274-6550<br>www.jp.hcbx.net |

121/332P

## Citation – (Eviction) (Residential)

**THE STATE OF TEXAS, COUNTY OF HARRIS**
**TO: ANY SHERIFF OR CONSTABLE OF TEXAS, OR PERSON AUTHORIZED BY COURT ORDER:**

Deliver this Citation to the Defendant, or leave a copy with some person over the age of sixteen years at the Defendant's usual place of abode, at least six days before the day assigned for trial.

Rachael Lee Griffin and/or All Occupants                    Delivered this 24 Day of 6 20 25
703 Deveron Ln
Houston TX 77090                    **CONSTABLE MARK HERMAN**
Phone Number:                    Precinct 4, Harris County, Texas
                    By _____

and return this Citation at least one day before the day assigned for trial.

**TO THE DEFENDANT:**

**THIS IS A SUIT TO EVICT. YOU ARE COMMANDED** to appear for trial in Justice Court Precinct 4, Place 1 on 7/7/2025 at 9:00 AM to answer this eviction action.

**YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. FAILURE TO APPEAR FOR TRIAL MAY RESULT IN A DEFAULT JUDGMENT BEING ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE PETITION.**

Date Petition Filed: 06/18/2025

Nature of demand made by Plaintiff(s): Possession of the property known as 703 Deveron Ln  Houston TX 77090, and back rent of $0.00, together with attorney's fees, costs of court, interest as provided by law and general relief. A copy of the petition is attached.

You may request a jury and pay a jury fee in the amount of $22.00 no later than three (3) days before the trial date. If you timely make a demand for a jury trial, the case will be heard by a jury.

### SUIT TO EVICT

This suit to evict involves immediate deadlines. A tenant who is serving on active military duty may have special rights or relief related to this suit under federal law, including the Servicemembers Civil Relief Act (50 U.S.C. App. Section 501 et seq) or state law, including Section 92.017, Texas Property Code. Call the State Bar of Texas toll-free at 1-877-9TEXBAR or 1-800-204-2222 if you need help locating an attorney. If you cannot afford to hire an attorney, you may be eligible for free or low-cost legal assistance.

### DEMANDA PARA DESALOJAR

Esta demanda para desalojar involucra plazos inmediatos. Un inquilino que esta en servicio militar activo puede tener derechos especiales o socorro en relacion con este traje por la ley federal, incluidos los miembros del servicio civil relief actuar (50 u.s.c. app. Seccion 501 y ss.) O la ley del estado, incluida la seccion 92.017, Texas Codigo de la Propiedad. Llame al colegio de Abogados de Texas (State Bar of Texas), llamada gratuita al 1-877-9TEXBAR o 1-800-204-2222 si usted necesita ayuda para localizar a un abogado. Si no está a su alcance contratar a un abogado, usted pudiera ser elegible para asesoria legal gratuita o de bajo costo.

For further information, consult the Texas Rules of Civil Procedure, Part V, Rules of Practice in Justice Courts. A copy of the Rules is available at http://www.jp.hcbx.net/ or at the Justice Court.

Date: 6/18/2025

                    /s/ Linh Doan
                    Clerk of the Court
                    Harris County Justice Court
                    Precinct 4, Place 1

Address of Plaintiff                    Address of Plaintiff's Attorney

6046 Fm 2920 Rd
#160
Spring TX 77379

JU7UW

Page 1 of 1                    Revised: 6/29/2024

EXHIBIT H

**Petition for Eviction from Residential Premises**    Case No. 254100243037

P.C.F. PROPERTIES IN TX, LLC
_____Landlord (Plaintiff)_____ §
VS. §
RACHAEL LEE GRIFFIN and/or ALL OCCUPANTS §
_____Tenant (Defendant)_____ §

IN THE JUSTICE COURT OF
Harris County, Texas, Precinct __ Place __
_____    CW
_____
_____

Name of Landlord *(provide full legal name)*:   P.C.F. PROPERTIES IN TX, LLC _____, referred to as "Plaintiff."

Tenants. 1. Name of Tenant *(provide full legal name)*:   RACHAEL LEE GRIFFIN
Defendant may be served at *(provide street address and telephone number, if known)*:
703 DEVERON LN, HOUSTON, TX 77090

All other home and work addresses of this Defendant in Harris County that are known to the Plaintiff are:

☑ Plaintiff knows of no other home or work addresses of this Defendant in Harris County.

2. Name of Tenant *(provide full legal name)*:
Defendant may be served at *(provide street address and telephone number, if known)*:

All other home and work addresses of Defendant in Harris County that are known to the Plaintiff are:

☐ Plaintiff knows of no other home or work addresses of this Defendant in Harris County.  Tenant(s) are referred to as "Defendant.

**Premises.** Plaintiff seeks possession of following Premises *(describe premises, i.e. home, apartment building, including street address)*:
703 DEVERON LN, HOUSTON, TX 77090

Grounds for Eviction. Plaintiff seeks to evict Defendant for the following reason:

☐ **Failure to pay rent:**
Residential Lease: ☐ Written ☐ Oral  Beginning date of Lease: _____ End date of Lease: _____
Rent: $_____ per _____ *(e.g. month, week)* Date of last rental payment: _____
Total amount of rent due and unpaid on date of filing: $_____
Rent subsidized by government: $_____ paid by _____; $_____ paid by the Defendant.

☐ **Violation of Lease:** Tenant violated Paragraph No. _____ of the Lease by *(describe violation)*: _____

☐ **Holding over after termination of right to possession:** Date of notice of termination: _____
☑ **Foreclosure:** Plaintiff purchased the Premises at foreclosure on 06/03/2025
  ☐ Plaintiff intends to live in the Premises as Plaintiff's primary residence.
  ☐ Defendant is a tenant of the former owner; End date of Lease: _____ Rent: $_____ per _____
**Notice to Vacate:** Date Notice to Vacate Delivered: 06/07/2025  Manner of delivery Posted and mailed the same day

☐ **Attorney Fees:** Plaintiff seeks attorney fees as follows:
Contractual: Lease (written) Paragraph No. _____ Amount of Attorney Fees claimed: $_____
Statutory: Written demand to vacate sent on: _____ Date received: _____ Attorney Fees claims: $_____

Plaintiff requests possession of the Premises, past due rent, if applicable, attorney's fees, if applicable, court costs, and such other and further relief to which Plaintiff may be entitled.

Respectfully submitted,

_____    Rachaee HALARIS, President
Signature of Plaintiff, Plaintiff's Attorney or Authorized Agent   Printed Name    Title
Address: 6046 FM 2920 Rd, # 160, Spring, TX 77379-2542

Daytime Telephone: (281) 668-8723  Fax Number: _____
State Bar No. _____

☐ Plaintiff consents to the e-mail service of the answer and any other motions or pleadings to this email _____
E-Mail Address: _____

THE STATE OF TEXAS §
COUNTY OF HARRIS §
SWORN TO BEFORE ME on 6/18/25 , by _____, Plaintiff.

_____    Notary Public

# EXHIBIT H



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

Spring, TX 77379

Certified Mail Fee  $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00
Postage  $2.87
Total Postage and Fees  $11.32

0056
33

Postmark
Here

06/25/2025

Sent To: Linh Doan Clerk of Court Harris County Txfed
6831 Cypress wood Dr.
Klein Texas [77379 - near United State

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

Austin, TX 78701

Certified Mail Fee  $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00
Postage  $1.01
Total Postage and Fees  $7.96

0056
33

Postmark
Here

06/26/2025

Sent To: Jane Nelson Texas Secretary of State
NW Briscoe St. James E Rudner Bldg
Austin TX 78701

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

Houston, TX 77002

Certified Mail Fee  $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00
Postage  $1.01
Total Postage and Fees  $9.96

0056
33

Postmark
Here

06/26/2025

Sent To: T. Michael O'Connor FUS Marshal, Southern
515 Rusk Ave Room 10002
Houston TX 77002 - 2605

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

Houston, TX 77002

Certified Mail Fee  $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00
Postage  $2.31
Total Postage and Fees  $11.26

0056
33

Postmark
Here

06/26/2025

Sent To: Nicholas J Ganic U.S. Attorney Southern District
1000 Louisiana St # 2300
Houston TX 77002

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

Washington, DC 20530

Certified Mail Fee  $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00
Postage  $1.01
Total Postage and Fees  $9.96

0056
33

Postmark
Here

06/26/2025

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

Washington, DC 20530

Certified Mail Fee  $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $0.00
☐ Return Receipt (electronic)  $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required  $0.00
☐ Adult Signature Restricted Delivery  $0.00
Postage  $1.01
Total Postage and Fees  $9.96

0056
33

Postmark
Here

06/26/2025

# EXHIBIT H

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only)

Washington, DC 20530

| Certified Mail Fee | $4.85 | | 0056 33 |
| | | $6.10 | |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $0.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | | |
| ☐ Adult Signature Required | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $1.01 | | |
| Total Postage and Fees | $9.96 | | 06/26/2025 |

Sent To *Marco Rubio, United State, Secretary of State*
Street and Apt. No., or PO Box No. *2201 C St NW L/T Room 5420*
City, State, ZIP+4® *Washington DC 20520*

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only)

Washington, DC 20530

| Certified Mail Fee | $4.85 | | 0056 33 |
| | | $6.10 | |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $0.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | | |
| ☐ Adult Signature Required | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $0.00 | | |
| Postage | $1.01 | | |
| Total Postage and Fees | $9.96 | | 06/26/2025 |

Sent To *Pamela Bondi / Attorney General US Department*
Street and Apt. No., or PO Box No. *950 Pennsylvania Ave NW*
City, State, ZIP+4® *Washington DC 20530-0001*

---

| Registered No. | RF644549910US | | Date Stamp |
| | | | 0056 33 |
| Postage $ | $2.98 | Extra Services & Fees (include) | |
| Extra Services & Fees | | ☐ Signature Confirmation | |
| ☐ Registered Mail | $6.75 | | |
| ☐ Return Receipt (hardcopy) $ | $0.00 | ☐ Signature Confirmation Restricted Delivery | |
| ☐ Return Receipt (electronic) $ | $0.00 | Total Postage & Fees | |
| ☐ Restricted Delivery $ | $0.00 | $ $24.73 | |
| Customer Must Declare Full Value | | Received by | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |
| $ | $0.00 | 06/26/2025 | |

**OFFICIAL USE**

FROM *Rochastin TX 5856E1*
*703 Devern ln*
*Houston TX [ 77090 ]*

TO *Volker Turk / office of the*
*United Nations, High Commissioner Human*
*Palais des Nations*
*CH-1211 Geneva Switzerland*

PS Form **3806**, **Registered Mail Receipt**                 Copy 1 - Customer
April 2015, PSN 7530-02-000-9051                 (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only)

Washington, DC 20220

| Certified Mail Fee | $4.85 | | 0056 33 |
| | | $6.10 | |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $0.00 | | |
| ☐ Return Receipt (electronic) | $0.00 | | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $0.00 | | |
| ☐ Adult Signature Required | $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $0.00 | | |
| Postage | $1.01 | | |
| Total Postage and Fees | $9.96 | | 06/26/2025 |

Sent To *Scott Bessent, US Treasury Office of Foreign*
Street and Apt. No., or PO Box No. *1500 Pennsylvania Ave NW*
City, State, ZIP+4® *Washington, DC 20220*

# Eₓₕᵢbᵢₜ  H

## Pope Francis Sends Obama Powerful Letter via Attorney
## [on] July 4th 2014
## CIVIL ORDERS – JULY 4, 2014

Issued to All Members of the Domestic Police Forces; U.S. Marshals Service; the Provost Marshal; Members of the American Bar Association; and the American Armed Services.

These organic American states of the Union known as "The United States of America" *(major)* exercising plenary civil power upon the land hereby appoint General Carter F. Ham to lead and command "The Grand Army of the Republic" *(GAR)* and its successors under the guidance of the Joint Chiefs of Staff and with their full support.

Should it become necessary to suppress commercial mercenary forces operating under the guise of being federal government agencies including but not limited to the Department of Homeland Security, the Federal Emergency Management Administration, the Internal Revenue Service, the Bureau of Alcohol, Tobacco and Firearms, etc., General Ham shall assume immediate command and control of all armed forces and services owed to The United States of America *(major)* stationed in North America and shall join them under his Command as 'The Grand Army of the Republic'. All forces of air, land, and sea are to be employed.

Any cost or loss suffered as a result of deployment of 'The Grand Army of the Republic' shall be charged as stipulated prior.

All effort shall be made by 'The Grand Army of the Republic' to spare life and property while undertaking any action whatsoever within the states of the Union without exception. 'The Grand Army of the Republic' *(GAR)* is uniquely enabled by these 'Orders' to operate on the land of the fifty *(50)* organic states for the purposes of securing the lives and property of the American States and American State Citizens. The Grand Army of the Republic is not a foreign army and is composed primarily of American State Citizens.

If required to take field position, the local commanders shall make every effort to communicate the basis of their authority and the reasons for their presence on American

## EXHIBIT  H

State soil to ensure a prompt cessation of hostilities and a widespread understanding of the usurpations and acts of fraud which have led to any conflict. All parties must be brought to understand the nature of the federal government, the limitations of its authority, and their own obligation to act in favor of the organic states of the Union. 'The Grand Army of the Republic' shall continue to operate under General Order 100 known as the "Lieber Code", extant from the pen of the last Republic President, Abraham Lincoln.

No orders, Executive or otherwise, issued by Barack H. Obama pretending authority on the land of the American States while operating as "President" of the UNITED STATES Corporation nor as the "President" of the United States of America *(minor)* are owed any performance by the Joint Chiefs of Staff, General Ham, or any Ordinary. All plainly stated grants of contractual authority evident in The Constitution for the united States of America remain in place, subject to good faith performance of the accompanying obligations and treaties.

Mr. Obama is the "President" of a governmental services corporation under contract to provide stipulated services to the organic states and is on their payroll. He otherwise acts as a foreign dignitary representing the United States of America *(minor)*. In neither of these capacities is he allowed any granted authority to impose upon American State Citizens, endanger American State property, or command mercenary forces on American State soil, however veiled as federal civilian service agencies. We require the Joint Chiefs of Staff and General Ham to commence measures to disarm federal civilian agency personnel and to seize control of the vast stockpiles of arms which have been improperly amassed by "the Department of Homeland Security", FEMA, and other agencies employed by the UNITED STATES.

The only federal agency allowed free egress on the land of the American States is the U.S. Marshals Service, and then only when their personnel are engaged in their duty to protect the U.S. Mail and sworn to act as constitutional officers. All other federal agency personnel are limited to unarmed service until further notice.

EXHIBIT H

We direct the Joint Chiefs of Staff to communicate these first two General Civil Orders directly to Mr. Obama, the members of the "US Congress", the administrators of all "federal" agencies, the members of the "Supreme Court" and those acting as "Governors" to compel their rapid understanding and cooperation.

Any expense or damage incurred by these organic states or any American State Citizen as a result of actions undertaken by any federal agency personnel acting as armed mercenaries on American State soil will be understood as the result of violent crimes committed against the peaceful inhabitants of the land and will incur immediate judgment liquidating the assets of the International Monetary Fund *(IMF)* and the Federal Reserve *(FEDERAL RESERVE)* in payment of the stipulated reparations. Such crimes shall also be considered contract default increasing the public debt subject to bounty.

Any and all corporate officers of the UNITED STATES or any successor organization(s) inheriting "federal" service contracts who support, condone, or promote such crimes against the American States or against American State Citizens shall be subject to arrest and prosecution for commercial and violent crimes. All foreign officials operating as elected or appointed officials of the United States of America *(minor)* who support, condone, or promote such crimes against the American States or against American State Citizens shall be subject to arrest, confiscation of their assets, and deportation to Puerto Rico, Guam, or such other "states" as may be willing to receive them.

Such "foreign officials" include members of the American and British Bar Associations who were licensed to act as privateers against the interests of the American States and the American State Citizens from 1845 to 2013 in flagrant Breach of Trust. All such licenses are now extinguished. Members of the Bar Associations are required to cease and desist assaults against the American States and American State Citizens and shall be subject to arrest, confiscation, and deportation otherwise.

Insomuch as corporate officers operating the United States of America, Incorporated, and the UNITED STATES have contrived under conditions of fraud and semantic deceit to re-

EXHIBIT    H

venue the estates of the American States and living American State Citizens to the foreign jurisdiction of the United States of America *(minor)* they are found guilty of capital crimes, including acts of fraud and treason committed between 1933 and 1945, and are condemned posthumously. Insomuch as elected officials operating the United States of America *(minor)* have similarly committed war crimes against the American States and their peaceful inhabitants during the same time period, they stand condemned posthumously.

No enforcement upon any American State or American State Citizen is owed as a result of any "Act" of any "Congress" operating as the sovereign government of the United States of America *(minor)*, nor as the Board of Directors or Board of Trustees of any incorporated entity whatsoever.

All those Estates and ESTATES erroneously believed to represent the American States and American State Citizens and which were conveyed by fraud and legal deceit to the United States of America *(minor)* and more recently to the City-State of the United Nations, are re-venued without exception to the geographically defined American States and the American State Citizens where they shall remain in perpetuity as assets belonging to the rightful and lawful beneficiaries.

All legal fiction entities however structured and named after the American States and American State Citizens are returned to them and their control, free and clear of any debt, promise, encumbrance or obligation alleged against them as a result of false claims made "in their behalf" by officers of the United States of America, Inc. and the UNITED STATES, INC. or by any foreign officials operating the United States of America *(minor)*, or the United Nations City State falsely claiming to "represent" them or have jurisdiction over them.

We note that the current circumstance is in part the result of criminal acts engaged in 150 years ago, which resulted in the commercial enslavement of African Americans who were summarily claimed as chattels backing "US government" debt in the wake of the Civil War.

# EXHIBIT H

Despite every act of abolition and declaration of prohibition against both peonage and slavery, it has been the policy of the "US government" to enslave its citizens and to operate as a rogue state among the nations of the world. Instead of freeing African Americans the sum total result of the Civil War was to vastly expand public sector ownership of slaves, giving rise to the outrageous and improper claims that have been made against the American States and the American State Citizens that we are dealing with today. It is uniquely fitting that The Grand Army of the Republic is recalled to settle this circumstance in favor of the people.

Attachments:

CIVIL ORDERS Anna Maria Wilhelmina Hanna Sophia Riezinger-von Reitzenstein von Lettow-Vorbeck, Private Attorney in service to His Holiness, Pope Francis Documents Related: The United States Isn't a Country; It's a Corporation! The Hidden Vatican Crown Empire.

This document is scheduled to be published in the
Federal Register on 02/25/2025 and available online at
https://federalregister.gov/d/2025-03138, and on https://govinfo.gov

EXHIBIT H

EXECUTIVE ORDER
14219
- - - - - - -

ENSURING LAWFUL GOVERNANCE AND IMPLEMENTING THE PRESIDENT'S
"DEPARTMENT OF GOVERNMENT EFFICIENCY" DEREGULATORY INITIATIVE

By the authority vested in me as President by the
Constitution and the laws of the United States of America, it is
hereby ordered:

Section 1. Purpose. It is the policy of my Administration
to focus the executive branch's limited enforcement resources on
regulations squarely authorized by constitutional Federal
statutes, and to commence the deconstruction of the overbearing
and burdensome administrative state. Ending Federal overreach
and restoring the constitutional separation of powers is a
priority of my Administration.

Sec. 2. Rescinding Unlawful Regulations and Regulations
That Undermine the National Interest. (a) Agency heads shall, in
coordination with their DOGE Team Leads and the Director of the
Office of Management and Budget, initiate a process to review
all regulations subject to their sole or joint jurisdiction for
consistency with law and Administration policy. Within 60 days
of the date of this order, agency heads shall, in consultation
with the Attorney General as appropriate, identify the following
classes of regulations:

(i) unconstitutional regulations and regulations that
raise serious constitutional difficulties, such as
exceeding the scope of the power vested in the Federal
Government by the Constitution;
(ii) regulations that are based on unlawful
delegations of legislative power;
(iii) regulations that are based on anything other
than the best reading of the underlying statutory
authority or prohibition;

2                  EXHIBIT  H

(iv) regulations that implicate matters of social,
political, or economic significance that are not
authorized by clear statutory authority;

(v) regulations that impose significant costs upon
private parties that are not outweighed by public
benefits;

(vi) regulations that harm the national interest by
significantly and unjustifiably impeding technological
innovation, infrastructure development, disaster
response, inflation reduction, research and
development, economic development, energy production,
land use, and foreign policy objectives; and

(vii) regulations that impose undue burdens on small
business and impede private enterprise and
entrepreneurship.

(b) In conducting the review required by subsection (a) of
this section, agencies shall prioritize review of those rules
that satisfy the definition of "significant regulatory action"
in Executive Order 12866 of September 30, 1993 (Regulatory
Planning and Review), as amended.

(c) Within 60 days of the date of this order, agency heads
shall provide to the Administrator of the Office of Information
and Regulatory Affairs (OIRA) within the Office of Management
and Budget a list of all regulations identified by class as
listed in subsection (a) of this section.

(d) The Administrator of OIRA shall consult with agency
heads to develop a Unified Regulatory Agenda that seeks to
rescind or modify these regulations, as appropriate.

Sec. 3. Enforcement Discretion to Ensure Lawful Governance.
(a) Subject to their paramount obligation to discharge their
legal obligations, protect public safety, and advance the

EXHIBIT H

3

national interest, agencies shall preserve their limited
enforcement resources by generally de-prioritizing actions to
enforce regulations that are based on anything other than the
best reading of a statute and de-prioritizing actions to enforce
regulations that go beyond the powers vested in the Federal
Government by the Constitution.

(b) Agency heads shall determine whether ongoing
enforcement of any regulations identified in their regulatory
review is compliant with law and Administration policy. To
preserve resources and ensure lawful enforcement, agency heads,
in consultation with the Director of the Office of Management
and Budget, shall, on a case-by-case basis and as appropriate
and consistent with applicable law, then direct the termination
of all such enforcement proceedings that do not comply with the
Constitution, laws, or Administration policy.

Sec. 4. Promulgation of New Regulations. Agencies shall
continue to follow the processes set out in Executive Order
12866 for submitting regulations for review by OIRA.
Additionally, agency heads shall consult with their DOGE Team
Leads and the Administrator of OIRA on potential new regulations
as soon as practicable. In evaluating potential new regulations,
agency heads, DOGE Team Leads, and the Administrator of OIRA
shall consider, in addition to the factors set out in Executive
Order 12866, the factors set out in section 2(a) of this order.

Sec. 5. Implementation. The Director of the Office of
Management and Budget shall issue implementation guidance, as
appropriate.

Sec. 6. Definitions. (a) "Agency" has the meaning given to
it in 44 U.S.C. 3502, except it does not include the Executive
Office of the President or its components.

EXHIBIT H

4

(b) "Agency head" shall mean the highest-ranking official of an agency, such as the Secretary, Administrator, Chairman, or Director.

(c) "DOGE Team Lead" shall mean the leader of the DOGE Team at each agency as described in Executive Order 14158 of January 20, 2025 (Establishing and Implementing the President's "Department of Government Efficiency").

(d) "Enforcement action" means all attempts, civil or criminal, by any agency to deprive a private party of life, liberty, or property, or in any way affect a private party's rights or obligations, regardless of the label the agency has historically placed on the action.

(e) "Regulation" shall have the meaning given to "regulatory action" in section 3(e) of Executive Order 12866, and also includes any "guidance document" as defined in Executive Order 13422 of January 18, 2007 (Further Amendment to Executive Order 12866 on Regulatory Planning and Review).

(f) "Senior appointee" means an individual appointed by the President, or performing the functions and duties of an office that requires appointment by the President, or a non-career member of the Senior Executive Service (or equivalent agency system).

Sec. 7. Exemptions. Notwithstanding any other provision in this order, nothing in this order shall apply to:

(a) any action related to a military, national security, homeland security, foreign affairs, or immigration-related function of the United States;

(b) any matter pertaining to the executive branch's management of its employees; or

(c) anything else exempted by the Director of the Office of Management and Budget.

5    EXHIBI, H

Sec. 8. Severability. If any provision of this order, or the application of any provision to any person or circumstance, is held to be invalid, the remainder of this order and the application of its provisions to any other persons or circumstances shall not be affected thereby.

Sec. 9. General Provisions. (a) Nothing in this order shall be construed to impair or otherwise affect:

(i) the authority granted by law to an executive department, agency, or the head thereof; or

(ii) the functions of the Director of the Office of Management and Budget relating to budgetary, administrative, or legislative proposals.

(b) This order shall be implemented consistent with applicable law and subject to the availability of appropriations.

(c) This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

THE WHITE HOUSE,

February 19, 2025.

[FR Doc. 2025-03138 Filed: 2/24/2025 8:45 am; Publication Date: 2/25/2025]

EXHIBIT H



## LIBRARY OF CONGRESS

Office of Business Enterprises
Duplication Services Section

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA from March 1933 to June 1934, and that the attached photocopies from Volume XLVIII — the title page, the publisher's page, and pages 484 through 487 on which appears the TREATY WITH MOROCCO, September 16, 1836 — are a true representation from that work.

THIS IS TO CERTIFY FURTHER, that the publisher's page is marked with a Library of Congress Order Division stamp that bears the date Jan 28 1991.

IN WITNESS WHEREOF, the seal of the Library of Congress is hereto on September 4, 2014.

Gregory T. Cooper
Duplication Services, Section Head
Office of Business Enterprises
Library of Congress

101 Independence Avenue, SE Washington, DC 20540-4917 Tel 202.707.5650 www.loc.gov duplicationservices@loc.gov

EXHIBIT H



KF50
.W5
vol 48, pt 1
Set 2
LLRR

LIBRARY OF CONGRESS
6
JAN 28 1991
COPY.
ORDER DIVISION

The original of every act and joint resolution printed in this volume from page 1 to page 311, inclusive, has the following heading:

SEVENTY-THIRD CONGRESS OF THE UNITED STATES OF AMERICA;

AT THE FIRST SESSION,

BEGUN AND HELD AT THE CITY OF WASHINGTON ON THURSDAY, THE NINTH DAY OF MARCH, ONE THOUSAND NINE HUNDRED AND THIRTY-THREE

The original of every act and joint resolution printed in this volume from page 315 to page 1231, inclusive, has the following heading:

SEVENTY-THIRD CONGRESS OF THE UNITED STATES OF AMERICA;

AT THE SECOND SESSION,

BEGUN AND HELD AT THE CITY OF WASHINGTON ON WEDNESDAY, THE THIRD DAY OF JANUARY, ONE THOUSAND NINE HUNDRED AND THIRTY-FOUR

All bills and joint resolutions presented to the President of the United States bear the signatures of the Speaker (or of the Speaker pro tempore) of the House of Representatives and of the Vice President and President of the Senate (or of the President of the Senate pro tempore); these signatures accordingly appear on the originals of all acts and joint resolutions.

The signature of the President of the United States appears on the originals of all approved acts and joint resolutions.

The original of every act and joint resolution has endorsed thereon a certificate of origin, signed, as the case may be, by the Clerk of the House of Representatives or by the Secretary of the Senate and reading "I certify that this Act (or Joint Resolution) originated in the House of Representatives (or Senate)." The origin of each act and resolution contained in this volume is indicated in the margin at the beginning of each enactment; thus, for example, H.R. 2492 or H.J.Res. 75 indicates origin in the House of Representatives; and S. 928 or S.J.Res. 14 indicates origin in the Senate.



This volume is printed on acid free paper by
WILLIAM S. HEIN & CO., INC.

EXHIBIT  H

Sept. 16, 1836.
Proclamation of the President of the U. S., en. 30, 1837.

## TREATY WITH MOROCCO. (a)

In the name of God, the merciful and clement!



Emperor's

seal

Abd
Errahman
Benn Hesham,
whom God
exalt!

PRAISE BE TO GOD!

This is the copy of the Treaty of Peace which we have made with the Americans and written in this book; affixing thereto our blessed seal, that, with the help of God, it may remain firm forever.

Written at Meccanez, the city of Olives, on the 3d day of the month Jemad el Jakhar, in the year of the Hegira 1252.  (Corresponding to Sept. 16. A. D. 1836.)

**Mutual agreement of the parties to the treaty.**

ART. 1. We declare that both parties have agreed that this treaty, consisting of twenty-five articles, shall be inserted in this book, and delivered to James R. Leib, agent of the United States, and now their resident consul at Tangier, with whose approbation it has been made, and who is duly authorized on their part, to treat with us, concerning all the matters contained therein.

**Neither party to take commissions from an enemy.**

ART. 2. If either of the parties shall be at war with any nation whatever, the other shall not take a commission from the enemy, nor fight under their colors.

**Persons, &c. of one party, captured in an enemy's vessel, to be released.**

ART. 3. If either of the parties shall be at war with any nation whatever, and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty, and the effects returned to the owners. And if any goods, belonging to any nation, with whom either of the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested, without any attempt being made to take or detain them.

**Vessels to have passports.**

ART. 4. A signal, or pass, shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination.

**Visit of vessels at sea.**

ART. 5. If either of the parties shall be at war, and shall meet a vessel at sea belonging to the other, it is agreed, that if an examination is to be made, it shall be done by sending a boat with two or three men only: and if any gun shall be fired, and injury done, without reason, the offending party shall make good all damages.

**American citizens and effects to be restored.**

ART. 6. If any Moor shall bring citizens of the United States, or their effects, to his Majesty, the citizens shall immediately be set at liberty, and the effects restored; and, in like manner, if any Moor, not a subject of these dominions, shall make prize of any of the citizens

(a) For the treaty with Morocco of January 1787, see ante, page 100.
(481)

EXHIBIT H

of America or their effects, and bring them into any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection.

ART. 7. If any vessel of either party, shall put into a port of the other, and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation. | *Vessels in port to be supplied.*

ART. 8. If any vessel of the United States, shall meet with a disaster at sea, and put into one of our ports to repair, she shall be at liberty to land and reload her cargo, without paying any duty whatever. | *No duty in case of vessels putting in to repair.*

ART. 9. If any vessel of the United States, shall be cast on shore on any part of our coasts, she shall remain at the disposition of the owners, and no one shall attempt going near her without their approbation, as she is then considered particularly under our protection; and if any vessel of the United States shall be forced to put into our ports by stress of weather, or otherwise, she shall not be compelled to land her cargo, but shall remain in tranquillity until the commander shall think proper to proceed on his voyage. | *Stranded vessels to be protected.*

ART. 10. If any vessel of either of the parties shall have an engagement with a vessel belonging to any of the Christian Powers, within gun-shot of the forts of the other, the vessel so engaged, shall be defended and protected as much as possible, until she is in safety; and if any American vessel shall be cast on shore, on the coast of Wadnoon, or any coast thereabout, the people belonging to her, shall be protected and assisted, until by the help of God, they shall be sent to their country. | *Vessels engaged within gunshot of forts to be protected.*

ART. 11. If we shall be at war with any Christian Power, and any of our vessels sails from the ports of the United States, no vessel belonging to the enemy shall follow, until twenty-four hours after the departure of our vessels: and the same regulations shall be observed towards the American vessels sailing from our ports, be their enemies Moors or Christians. | *Enemy's vessels not allowed to follow for 24 hours.*

ART. 12. If any ship of war belonging to the United States, shall put into any of our ports, she shall not be examined on any pretence whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them. | *Ships of war not to be examined in port.*

ART. 13. If a ship of war of either party shall put into a port of the other, and salute, it shall be returned from the fort with an equal number of guns, not more or less. | *Salutes to be returned.*

ART. 14. The commerce with the United States, shall be on the same footing as is the commerce with Spain, or as that with the most favored nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption. | *American commerce on the most favored footing.*

ART. 15. Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any other labor whatever, shall be paid at the customary rates, not more and not less. | *Employment of interpreters, &c.*

ART. 16. In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there | *Exchange of prisoners.*

2 Q 2

EXHIBIT H

486                    TREATY WITH MOROCCO. 1836.

shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed, that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant, or any other person, authorized by either of the parties.

*No compulsion in buying or selling.*

ART. 17. Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper: and may buy and sell all sorts of merchandise but such as are prohibited to the other Christian nations.

*No examination of goods on board, except, &c.*

ART. 18. All goods shall be weighed and examined before they are sent on board; and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board; in which case, the persons who took the contraband goods on board, shall be punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

*No detention of vessels.*

ART. 19. No vessel shall be detained in port on any pretence whatever, nor be obliged to take on board any article without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

*Disputes between Americans, &c. to be decided by the consul, &c.*

ART. 20. If any of the citizens of the United States, or any persons under their protection, shall have any dispute with each other, the consul shall decide between the parties; and whenever the consul shall require any aid, or assistance from our Government, to enforce his decisions, it shall be immediately granted to him.

*Killing, &c. punishable by the law of the country.*

ART. 21. If a citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

*Persons dying intestate; care of their effects.*

ART. 22. If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of his effects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear who has a right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear the property shall descend agreeably to that will, as soon as the consul shall declare the validity thereof.

*Residence of consul. [It is generally at Tangier.]*

ART. 23. The consul of the United States of America, shall reside in any seaport of our dominions that they shall think proper: and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy: and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in writing, no application to him for any redress shall be made.

*No appeal to arms until refusal of friendly arrangement.*

ART. 24. If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwithstanding, in the fullest force, until a friendly application shall be made for an arrangement; and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties, nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property. And

EXHIBIT H

## CONVENTION WITH PERU-BOLIVIA. 1836.

487

it is further declared, that whatever indulgence, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

*In case of war, nine months allowed to settle affairs, &c.*

ART. 25. This treaty shall continue in force, with the help of God, for fifty years; after the expiration of which term, the treaty shall continue to be binding on both parties, until the one shall give twelve months' notice to the other, of an intention to abandon it; in which case, its operations shall cease at the end of the twelve months.

*Treaty to last fifty years, &c.*

*Consulate of the United States of America.*
*For the Empire of Morocco.*

TO ALL WHOM IT MAY CONCERN.

Be it known. Whereas the undersigned, James R. Leib, a citizen of the United States of North America, and now their resident consul at Tangier, having been duly appointed commissioner, by *letters patent*, under the signature of the President and seal of the United States of North America, bearing date, at the city of Washington, the 4th day of July, A.D. 1835, for negotiating and concluding a treaty of *peace and friendship* between the United States of North America and the Empire of Morocco; I, therefore, James R. Leib, Commissioner as aforesaid, do conclude the foregoing treaty and every article and clause therein contained; reserving the same, nevertheless, for the final ratification of the President of the United States of North America, by and with the advice and consent of the Senate.

*Final ratification reserved for President U. S.*

In testimony whereof, I have hereunto affixed my signature, and the seal of this consulate, on the 1st day of October, in the year of our Lord one thousand eight hundred and thirty-six, and of the Independence of the United States the sixty-first.

JAMES R. LEIB, (L. S.)

## GENERAL CONVENTION OF PEACE, FRIENDSHIP, COMMERCE, AND NAVIGATION.

*Between the United States of America and the Peru-Bolivian Confederation.*

*Nov. 13, 1836.*

*Ratifications exchanged, May 28, 1839. Proclamation of the President of the U. S. Oct. 3, 1838. Peace and friendship.*

THE United States of America and the Peru-Bolivian Confederation, desiring to make firm and permanent the peace and friendship which happily subsist between them, have resolved to fix, in a clear, distinct, and positive manner, the rules which shall, in future, be religiously observed between the one and the other, by means of a treaty, or general convention of peace, friendship, commerce, and navigation.

For this desirable purpose, the President of the United States of America has conferred full powers on Samuel Larned, Chargé d'Affaires of the said States, near the Government of Peru; and the Supreme Protector of the north and south Peruvian States, President of the Republic of Bolivia, encharged with the direction of the foreign relations of the Peru-Bolivian Confederation, has conferred like powers on John Garcia del Rio, Minister of State in the Department of Finance

*Negotiators.*



## LIBRARY OF CONGRESS

# EXHIBIT

## H

Office of Business Enterprises
Duplication Services Section

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled **THE STATUTES AT LARGE OF THE UNITED STATES OF AMERICA**, and that the attached photocopies (from PART 1, VOL. XLVIII) - the title page and pages 112 and 113 on which appears H.J. Res. 192, a JOINT RESOLUTION To assure uniform value to the coins and currencies of the United States, June 5, 1933 - are a true representation from that work.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on May 2, 2012.

Gregory T. Cooper
Duplication Services, Section Head
Office of Business Enterprises
Library of Congress

EXHIBIT H

# THE

# STATUTES AT LARGE

## OF THE

## UNITED STATES OF AMERICA

### FROM

### MARCH 1933 to JUNE 1934

CONCURRENT RESOLUTIONS
RECENT TREATIES AND CONVENTIONS, EXECUTIVE PROCLAMATIONS
AND AGREEMENTS, TWENTY-FIRST AMENDMENT
TO THE CONSTITUTION

EDITED, PRINTED, AND PUBLISHED BY AUTHORITY OF CONGRESS
UNDER THE DIRECTION OF THE SECRETARY OF STATE

## VOL. XLVIII

### IN TWO PARTS

PART 1—Public Acts and Resolutions.

PART 2—Private Acts and Resolutions, Concurrent Resolutions
Treaties and Conventions, Executive Proclamations
and Agreements, Twenty-first Amendment to the
Constitution.

## PART 1

4 - DEC 20

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1934

For sale by the Superintendent of Documents, Washington, D. C. - - - - - - - - - - - - - Price $4.00 (Buckram)

EXHIBIT H

[CHAPTER 46.]

AN ACT

June 3, 1933.
[H.R. 4494.]
[Public, No. 29.]

Authorizing a per capita payment of $100 to the members of the Menominee Tribe of Indians of Wisconsin from funds on deposit to their credit in the Treasury of the United States.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Secretary of the Interior be, and he is hereby, authorized to withdraw from the fund in the Treasury of the United States on deposit to the credit of the Menominee Indians in the State of Wisconsin a sufficient sum to make therefrom a per capita payment or distribution of $100, in three installments, $50 immediately upon passage of this Act, $25 on or about October 15, 1933, and $25 on or about January 15, 1934, to each of the living members on the tribal roll of the Menominee Tribe of Indians of the State of Wisconsin, under such rules and regulations as the said Secretary may prescribe.

Menominee Indians of Wisconsin.
Per capita payments to, from tribal funds.

Approved, June 3, 1933.

[CHAPTER 47.]

JOINT RESOLUTION

June 5, 1933.
[S.J.Res. 48.]
[Pub. Res., No. 9.]

Authorizing the Secretary of War to receive for instruction at the United States Military Academy at West Point, Posheng Yen, a citizen of China.

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Secretary of War be, and he is hereby, authorized to permit Posheng Yen to receive instruction at the United States Military Academy at West Point for the course beginning not later than July 1, 1934: *Provided,* That no expense shall be caused to the United States thereby, and that Posheng Yen shall agree to comply with all regulations for the police and discipline of the Academy, to be studious, and to give his utmost efforts to accomplish the courses in the various departments of instruction, and that said Posheng Yen shall not be admitted to the Academy until he shall have passed the mental and physical examinations prescribed for candidates from the United States, and that he shall be immediately withdrawn if deficient in studies or in conduct and so recommended by the Academic Board: *Provided further,* That in the case of said Posheng Yen the provisions of sections 1320 and 1321 of the Revised Statutes shall be suspended: *Provided further,* That S.J.Res. 179, approved March 3, 1933, be, and the same is hereby, repealed.

Posheng Yen, a citizen of China.
Admitted to military Academy.
Proviso.
No Federal expense.
Conditions.

Oath and service waived.
R.S., secs. 1320, 1321, p. 227.

Existing repealed.
Vol. 47, p. 1543.

Approved, June 5, 1933.

[CHAPTER 48.]

JOINT RESOLUTION

June 5, 1933.
[H.J.Res. 192.]
[Pub. Res., No. 10.]

To assure uniform value to the coins and currencies of the United States.

Whereas the holding of or dealing in gold affect the public interest, and are therefore subject to proper regulation and restriction; and Whereas the existing emergency has disclosed that provisions of obligations which purport to give the obligee a right to require payment in gold or a particular kind of coin or currency of the United States, or in an amount in money of the United States measured thereby, obstruct the power of the Congress to regulate the value of the money of the United States, and are inconsistent with the declared policy of the Congress to maintain at all times the equal power of every dollar, coined or issued by the United States, in the markets and in the payment of debts. Now, therefore, be it

Uniform value of coins and currencies.
Preamble.

EXHIBIT H

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That (a) every provision contained in or made with respect to any obligation which purports to give the obligee a right to require payment in gold or a particular kind of coin or currency, or in an amount in money of the United States measured thereby, is declared to be against public policy; and no such provision shall be contained in or made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any coin or currency which at the time of payment is legal tender for public and private debts. Any such provision contained in any law authorizing obligations to be issued by or under authority of the United States, is hereby repealed, but the repeal of any such provision shall not invalidate any other provision or authority contained in such law.

(b) As used in this resolution, the term "obligation" means an obligation (including every obligation of and to the United States, excepting currency) payable in money of the United States; and the term "coin or currency" means coin or currency of the United States, including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations.

SEC. 2. The last sentence of paragraph (1) of subsection (b) of section 43 of the Act entitled "An Act to relieve the existing national economic emergency by increasing agricultural purchasing power, to raise revenue for extraordinary expenses incurred by reason of such emergency, to provide emergency relief with respect to agricultural indebtedness, to provide for the orderly liquidation of joint-stock land banks, and for other purposes", approved May 12, 1933, is amended to read as follows:

"All coins and currencies of the United States (including Federal Reserve notes and circulating notes of Federal Reserve banks and national banking associations) heretofore or hereafter coined or issued, shall be legal tender for all debts, public and private, public charges, taxes, duties, and dues, except that gold coins, when below the standard weight and limit of tolerance provided by law for the single piece, shall be legal tender only at valuation in proportion to their actual weight."

Approved, June 5, 1933, 4.40 p.m.

*Marginal notes:*
Clauses in obligations requiring gold, etc., payments declared contrary to public policy.

No future obligation to be so expressed.

Payments to be made in legal tender.

Conflicting provisions repealed.
U.S.C. p. 1016.
Other provisions not invalidated.

Term "obligation" defined.

"Coin or currency."

National Economic Emergency Act, amended.
*Ante,* p. 52.

Coins and currencies as legal tender.

Abraded gold coins, according to weight.

[CHAPTER 49.]

## AN ACT

To provide for the establishment of a national employment system and for cooperation with the States in the promotion of such system, and for other purposes.

*Marginal notes:*
June 6, 1933.
[S. 510.]
[Public, No. 30.]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That (a) in order to promote the establishment and maintenance of a national system of public employment offices there is hereby created in the Department of Labor a bureau to be known as the United States Employment Service, at the head of which shall be a director. The director shall be appointed by the President, by and with the advice and consent of the Senate, and shall receive a salary at the rate of $8,500 per annum.

(b) Upon the expiration of three months after the enactment of this Act the employment service now existing in the Department of Labor shall be abolished; and all records, files, and property (including office equipment) of the existing employment service

*Marginal notes:*
National cooperative employment service.
United States Employment Service created in Department of Labor.

Appointment, etc., of Director.

Existing service to be abolished; personnel and property transferred.

88837°—34——8

EXHIBIT H



**ALLODIAL AMERICAN NATIONAL**
Identification Card



APPELLATION:
Rachael Griffin Bankston El
Natural Born Day:  September 17 1977
Race: Asiatic  Gender: Female
Ancestral Estate: North, Central, South America
Nationality:  Moor American
Mailing Location:
C/O 703 DEVERON LANE
HOUSTON TEXAS REPUBLIC [77090]

Hair: Black
Eyes: Brown
Height: 5'6"
Weight: 157

Freehold by Birthright, Primogeniture & Inheritance. Aboriginal Indigenous Native American Heirs of North America; National People of the Land. Divine Law; United States Code of Law - Title 22, Ch. 2, Sec 141; of a General and Permanent Character. Constitution - Art. 1: Sec. 2. Clause 2: Treaties. NON TAX OBLIGATION NUMBER: AA222141



INTERNET ARCHIVE

460 CITIZENSHIP OF THE UNITED STATES, EXPATRIATION, ETC.

There are, however, numerous treaties and conventions between the various Christian countries and the Moorish Empire, by means of which citizenship in this country is defined; but, as I understand, from the above-acknowledged instructions, that it is not the desire of the Department to call for a report upon such lines, I will therefore confine these remarks to general conditions existing, which may possibly be of some use in connection with the information desired.

(1) Citizenship in Morocco may be said to be governed by the laws pertaining to the same in other countries, with the exception that all persons residing in Morocco who can not prove foreign citizenship or protection are considered ipso jure as Moorish subjects.

(2 and 3) Moorish subjects lost their nationality only by becoming naturalized in, or protected by, another country having treaty relations with the Moorish Empire.

It was established by the Convention of Madrid, concluded July 3, 1880, as follows:

ARTICLE XV.

Any subject of Morocco who has been naturalized in a foreign country, and who shall return to Morocco, shall, after having remained for a length of time equal to that which shall have been regularly necessary for him to obtain such naturalization, choose between entire submission to the laws of the Empire and the obligation to quit Morocco, unless it shall be proved that his naturalization in a foreign country was obtained with the consent of the Government of Morocco.

Foreign naturalization heretofore acquired by subjects of Morocco according to the rules established by the laws of each country, shall be continued to him as regards all its effects without any restriction.

The above ruling has never yet been acted upon, and should this at any time be contemplated seriously, a large number of naturalized people, American and others, residing in Morocco, would be affected thereby.

(4 and 5) Residence in foreign parts does not affect the nationality of Moorish subjects, and the Moorish Government has no means of protecting its subjects permanently residing in other countries, with the exception of a so-called Moorish consul at Gibraltar and a Moorish agent at Cairo, Egypt.

I am, etc.,

HOFFMAN PHILIP.

———————

NETHERLANDS.

★ Favorite    Share    Flag

# Citizenship of the United States, expatriation, and

RP-2025-225256
06/12/2025  ER  $45.00

EXHIBIT  H

## SUBSTITUTE TRUSTEE'S DEED

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

C&S No. 44-25-00934/Conventional/Servicelink Auction
JPMorgan Chase Bank, National Association

| | |
|---|---|
| Date of Security Instrument: | October 31, 2005 |
| Grantor(s): | Rachael Griffin and husband, Terrence Tremayne Griffin |
| Original Trustee: | Michael L. Riddle |
| Original Mortgagee: | Long Beach Mortgage Company, A Corporation |
| Recording Information: | in Volume RP 013-89, Page 0838 and in Clerk's File No. Y886750 in the Official Public Records of Harris County, Texas |
| Current Mortgagee: | JPMorgan Chase Bank, National Association |
| Mortgage Servicer: | JPMorgan Chase Bank, National Association whose address is 3415 Vision Drive, Columbus, OH 43219-6009. Pursuant to a Servicing Agreement between the Mortgage Servicer and Mortgagee, the Mortgage Servicer is authorized to represent the Mortgagee. Pursuant to the Servicing Agreement and Section 51.0025 of the Texas Property Code, the Mortgage Servicer is authorized to collect the debt and to administer any resulting foreclosure of the referenced property. |
| Date of Sale: | June 03, 2025 |
| Amount of Sale: | $182,000.00 |
| Grantee/Buyer: | P.C.F. PROPERTIES IN TX, LLC 6046 FM 2920 RD PMB 160 SPRING TX 77379 |
| Legal Description: | LOT FIVE (5) BLOCK TWO (2) OF ELLA CROSSING, SEC. 1, AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN FILM CODE NO. 583137 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS. |
| Property Address: | 703 Deveron Lane, Houston, TX 77090 |
| Place of Sale of Property: | In the area designated by the Harris County Commissioners Court pursuant to Section 51.002 of the Texas Property Code as the place where the foreclosure sales are to take place, or if no place is designated by the Commissioners Court, the place where the Notice of Trustee's Sale was posted. |

Grantor conveyed the property to Trustee in trust to secure payment of the Note. Mortgagee, through the Mortgage Servicer, declared that Grantor defaulted in performing the obligations of the Deed of Trust. Current Mortgagee, through the Mortgage Servicer, has appointed the Substitute Trustee and requested the Substitute Trustee to enforce the trust.

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy - Page 1 of 7
Attest: 6/30/2025
Teneshia Hudspeth, County Clerk
Harris County, Texas

_____ Deputy
Hugo Salazar-Vasquez



CON:2115440|RP-2025-225256

Notices stating the time, place and terms of sale of the property were mailed, posted and filed, as required by law. The Substitute Trustee sold the property to Buyer, who was the highest bidder for cash at the public auction, for the amount of the sale in the manner prescribed by law. The sale was conducted no earlier than 10:00 AM, as set forth in the Notice of Trustee's Sale and was concluded within three hours of such time. All matters, duties and obligations of the Mortgagee were legally performed.

Substitute Trustee, subject to any matters of record, and for the amount of sale paid by Buyer as consideration, grants, sells and conveys to Buyer, Buyer's heirs, executors, administrators, successors or assigns forever, the property together with all rights and appurtenances belonging to Grantor, Substitute Trustee hereby sell the above referenced property AS IS without any express or implied warranties, and hereby conveys the property to the purchaser at the purchaser's own risk, pursuant to the terms of Texas Property Code §51.002 and §51.009.

*Affidavit of Posting/Filing Notice of Sale is attached hereto marked as Exhibit "1" and Affidavit is attached hereto marked as Exhibit "2" is by this reference incorporated herein for all purposes.*

EXECUTED this __5th__ day of _____June_____, 2025.



Jeff Leva
Servicelink Auction Substitute Trustee


**STATE OF TEXAS**

**COUNTY OF** HARRIS_____

Before me, the undersigned Notary Public, on this day personally appeared Jeff Leva as Substitute Trustee, <u>known to me</u> or proved to me through a valid State driver's license or other official identification to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that (s)he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this __5th__ day of _____June_____, 2025.

Notary Public State of _TEXAS_____

C&S No. 44-25-00934



NICOLE DURRETT
Notary Public, State of Texas
Comm. Expires 09-06-2026
Notary ID 128847355

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy - Page 2 of 7
Attest: 6/30/2025
Teneshia Hudspeth, County Clerk
Harris County, Texas

 Deputy
Hugo Salazar-Vasquez

CON:2115440|RP-2025-225256

Exhibit "1"

## AFFIDAVIT OF POSTING/FILING NOTICE OF SALE

The undersigned, having knowledge of the matters hereinafter set forth, after being duly sworn, deposes and states under oath, as follows:

"On behalf of the servicer and/or holder and/or owner of the indebtedness secured by a Deed of Trust/Security Instrument, dated October 31, 2005 executed by Rachael Griffin and husband, Terrence Tremayne Griffin to Michael L. Riddle, Trustee(s) and recorded under Vol. RP 013-89, Page 0838, or Clerk's File No. Y886750, in the real property records of HARRIS County, Texas; at least twenty-one (21) days preceding the June 03, 2025 foreclosure sale, the undersigned Substitute Trustee, did;

(i) Post written notice ("Notice of Sale") of the proposed sale designating the County in which the property securing the above Deed of Trust/Security Instrument will be sold, at the courthouse door of each County in which the property securing the above Deed of Trust/Security Instrument is located, or as otherwise designated by the County Commissioners; and

(ii) File a copy of said Notice of Sale in the office of the County Clerk of the County in which the sale was made."

Executed on this the ____10th____ day of _____June_____, 2025____.

_Sandy Dasigenis_

Printed Name:    SANDY DASIGENIS

STATE OF TEXAS

COUNTY OF _HARRIS_____

BEFORE ME, the undersigned authority on this the ___10th___ day of ___June___ _____, 2025_____, personally appeared _____SANDY DASIGENIS_____ known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed same in the capacity herein stated and for the purposes and consideration therein expressed.

_Nicole Durrett_

Notary Public, State of Texas

C&M No. 44-25-00934

```
NICOLE DURRETT
Notary Public, State of Texas
Comm. Expires 09-08-2026
Notary ID 128847356
```

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

Certified Copy - Page 3 of 7
Attest: 6/30/2025
Teneshia Hudspeth, County Clerk
Harris County, Texas

_Hugo Sen_ _____ Deputy
Hugo Salazar-Vasquez



CON:2115440|RP-2025-225256

C&M No. 44-25-08934/ RECORD NOS

## NOTICE OF TRUSTEE'S SALE AND APPOINTMENT OF SUBSTITUTE TRUSTEE

**Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately. Sender is: Codilis & Moody, P.C., 20405 State Highway 249, Suite 170, Houston, TX 77070**

### INSTRUMENT BEING FORECLOSED AND MORTGAGE SERVICER INFORMATION

Deed of Trust dated October 31, 2005 and recorded under Vol. RP 013-89, Page 0838, or Clerk's File No. Y886750, in the real property records of HARRIS County Texas, with Rachael Griffin and husband, Terrence Tremayne Griffin as Grantor(s) and Long Beach Mortgage Company, A Corporation as Original Mortgagee.

Deed of Trust executed by Rachael Griffin and husband, Terrence Tremayne Griffin securing payment of the indebtedness in the original principal amount of $131,012.00 and obligation therein described including but not limited to the promissory note and all modifications, renewal and extensions of the promissory note (the "Note") executed by Rachael Griffin. JPMorgan Chase Bank, National Association is the current mortgagee (the "Mortgagee") of the Note and Deed of Trust or Contract Lien.

The Mortgage Servicer is authorized to represent the Mortgagee by virtue of a servicing agreement with the Mortgagee. Pursuant to the Servicing Agreement and Texas Property Code 51.0025, the Mortgage Servicer is authorized to collect the debt and to administer any resulting foreclosure of the property securing the above referenced loan. JPMorgan Chase Bank, National Association is acting as the Mortgage Servicer for the Mortgagee. JPMorgan Chase Bank, National Association, is representing the Mortgagee, whose address is: 3415 Vision Drive, Columbus, OH 43219-6009.

Legal Description: LOT FIVE (5) BLOCK TWO (2) OF ELLA CROSSING, SEC. 1, AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN FILM CODE NO. 583137 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

### SALE INFORMATION

Date of Sale: 06/03/2025    Earliest Time Sale Will Begin: 10:00 AM

Location of Sale:    The place of the sale shall be: HARRIS County Courthouse, Texas at the following location: 11,681 Square Feet area of covered concrete, being a 13,979 Square Feet area of covered concrete under the Bayou City Event Center Pavilion, save and except a 2,298 Square Feet Concession and Restroom area under said Pavilion, or if the preceding area is no longer the designated area, at the area most recently designated by the County Commissioner's Court

### TERMS OF SALE

A default has occurred in the payment of said herein referenced indebtedness, and the same is now wholly due, and the Mortgagee and/or Mortgage Servicer has requested the hereinafter appointed Substitute Trustee to sell said property to the highest bidder for cash and to distribute or apply the proceeds of said sale in accordance with the terms of said Deed of Trust.

The Sale will be conducted as a public auction to the highest bidder for cash, except that Mortgagee's bid may be by credit against the indebtedness secured by the lien of the Deed of Trust. Pursuant to the Deed of Trust, the mortgagee has the right to direct the Trustee to sell the property in one or more parcels and/or to sell all or only part of the property. Pursuant to Section 51.009 of the Texas Property Code, the Property will be sold in "AS IS,"

44-25-08934
HARRIS

4839485

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy - Page 4 of 7

Attest: 6/30/2025

**Teneshia Hudspeth, County Clerk**

Harris County, Texas

_____  Deputy

Hugo Salazar-Vasquez



CON:2115440JRP-2025-225256

"WHERE IS" condition, without any express or implied warranties, except as to the warranties of title, if any, provided for under the Deed of Trust.

The sale will begin at the earliest time stated above, or within three (3) hours after that time. If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the funds paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee or the Mortgagee's attorney.

THIS INSTRUMENT APPOINTS THE SUBSTITUTE TRUSTEE(S) IDENTIFIED TO SELL THE PROPERTY DESCRIBED IN THE SECURITY INSTRUMENT IDENTIFIED IN THIS NOTICE OF SALE. THE PERSON SIGNING THIS NOTICE IS THE ATTORNEY OR AUTHORIZED AGENT OF THE MORTGAGEE OR MORTGAGE SERVICER.

WHEREAS, in my capacity as attorney for the Mortgagee and/or its Mortgage Servicer, and pursuant to Section 51.0076 of the Texas Property Code, I HEREBY APPOINT AND DESIGNATE Jeff Leva, Sandy Dasigenis, Patricia Poston, Megan L. Randle, Ebbie Murphy, Wayne Daughtrey, Steve Leva, Nicole Durrett, Thomas Delaney, Danya Gladney, Aaron Demuth, Codilis & Moody, P.C., or ServiceLink Auction, as Substitute Trustee.

The address for the Substitute Trustee for purposes of Section 51.0075(e) of the Texas Property Code is:
Codilis & Moody, P.C.
20405 State Highway 249, Suite 170
Houston, TX 77070
(281) 925-5200

Juanita Deaver, Attorney at Law
Codilis & Moody, P.C.
20405 State Highway 249, Suite 170
Houston, TX 77070
(281) 925-5200

STATE OF TEXAS

COUNTY OF HARRIS

Before me, the undersigned Notary Public, on this day personally appeared Juanita Deaver as Attorney for the Mortgagee and/or Mortgage Servicer known to me or proved to me through a valid State driver's license or other official identification described as Personal Knowledge, to be the person whose name is subscribed to the foregoing instrument and acknowledge to me that he/she executed the same for the purposes and consideration therein expressed.

Executed on this the 1st day of April, 2025.

Notary Public Signature

ZOEY LAKE
Notary ID #133442420
My Commission Expires
November 10, 2025

Posted and filed by: _Sandy Dasigenis_

Printed Name:     SANDY DASIGENIS

C&M No. 44-25-00934

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy - Page 5 of 7
Attest: 6/30/2025
Teneshia Hudspeth, County Clerk
Harris County, Texas



_Hugo Sev_     Deputy
Hugo Salazar-Vasquez

CON:2115440JRP-2025-225256

Exhibit "2"

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared the undersigned affiant who, after being duly sworn, deposes and states under oath as follows:

"I am above the age of eighteen (18) years and am competent to make this affidavit and knowledgeable of the statements made in this affidavit.

At the instructions of the servicer and/or holder and/or owner of the indebtedness secured by a Deed of Trust/Security Instrument, dated October 31, 2005 executed by Rachael Griffin and husband, Terrence Tremayne Griffin to Michael L. Riddle, Trustee(s) and recorded under Vol. RP 013-89, Page 0838, or Clerk's File No. Y886750, in the real property records of HARRIS County, Texas; and based upon the information provided by or on behalf of such servicer and/or holder and/or owner of the indebtedness, demand was sent to the obligors via certified mail giving at least 20 days to cure the debt as required by Texas Property Code Sec. 51.002(d); the debt was not cured and our office sent out the written notice of the proposed sale of the real property encumbered by said Deed of Trust/Security Instrument scheduled for June 03, 2025 was mailed certified to each debtor who, according to the records of such servicer and/or holder and/or owner is obligated to pay the debt. Service of the written notice was completed on April 03, 2025. On that date, the notice was deposited in the United States mail, postage prepaid and addressed to the debtor at the debtor's last known address. April 03, 2025, the date service of the notice was completed, was a date at least twenty-one (21) days preceding the date of the scheduled sale.

To the best of the my knowledge and belief, the obligor(s) had not filed any bankruptcy proceeding pending at the time of the foreclosure sale, was/were alive at the time of the foreclosure sale, and based upon information obtained from the U.S. Defense Manpower internet military website, it is my belief that such obligor(s) is/are not in the armed services of the United States of America twelve months prior hereto or on the date of the foreclosure sale and as of the date of this Affidavit.

Signed on this 4th day of June, 2025.

Codilis & Moody, P.C.

Thomas Delaney

STATE OF TEXAS

COUNTY OF HARRIS

BEFORE ME, the undersigned authority on this day personally appeared Thomas Delaney known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed same in the capacity herein stated and for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this 4th day of June, 2025.



GABRIELLE RUIZ
Notary Public, State of Texas
Comm. Expires 10-06-2027
Notary ID 193193366

NOTARY PUBLIC in and for
THE STATE OF TEXAS

C&M No. 44-25-00994

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the Public Information Act.

A Certified Copy - Page 6 of 7
Attest: 6/30/2025
**Teneshia Hudspeth, County Clerk**
Harris County, Texas

Hugo Salazar-Vasquez _____ Deputy

CON:2115440|RP-2025-225256



RP-2025-225256
# Pages 7
06/12/2025 09:34 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees  $45.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.



COUNTY CLERK
HARRIS COUNTY, TEXAS

Any provision herein which restrict the sale, rental or use of the described Real Property because of color or race is invalid and
unenforceable under the Federal Law. Confidential information may have been redacted from the document in compliance with the
Public Information Act.

A Certified Copy - Page 7 of 7
Attest: 6/30/2025
Teneshia Hudspeth, County Clerk
Harris County, Texas



_____ Deputy
Hugo Salazar-Vasquez

CON:2115440/RP-2025-225256