## NOTICE OF JUDICIAL MISCONDUCT AND VIOLATION OF CONSTITUTIONAL RIGHTS
IN THE MATTER OF: (acting) Judge Lincoln Goodman, Harris County Justice Court, Precinct Four, Place One

TO WHOM IT MAY CONCERN:

I, **Rachael Griffin-El**, ex rel. **RACHAEL GRIFFIN**, a living Moorish American woman and rightful heir to my ancestral estate located in Harris County, Texas, hereby give formal notice and objection to the actions of **Acting Judge Lincoln Goodman**, located at 16831 Cypress Wood Dr., Klein, TX 77373, in connection with a recent proceeding in his court.

### FACTUAL BACKGROUND:

1. On or about July 7,2025 I when before acting Judge Lincoln Goodman regarding a matter concerning property allegedly subject to a foreclosure.
2. I informed acting Judge Goodman, on the record, that a federal case was actively pending in the U.S. **District Court, Southern District of Texas**, under Case No. **4:25-cv-02013**, involving the same subject property, parties, and facts.
3. Mister Lincoln Goodman, responded dismissively, stating he "[didn't] care what imaginary law I made up," thereby ignoring proper judicial notice of federal jurisdiction.
4. Despite clear notice, the Judge **proceeded to issue judgment against me**, unlawfully granting possession to an alleged purchaser P.C.F. Properties in Tx LLC acting manager Antony Halaris ,relying on a fraudulent trustee deed arising from an unlawful foreclosure.
5. This state action occurred **in violation of the Supremacy Clause, 28 U.S.C. § 2283** (Anti-Injunction Act), and basic principles of comity and preemption, and **deprived me of my Fifth and Sixth Amendment rights**:
    - **Fifth Amendment**: Right to due process of law and protection from deprivation of property without lawful adjudication;
    - **Sixth Amendment**: Right to a fair trial, notice, and meaningful opportunity to be heard, especially where federal jurisdiction is active and controlling.

### JURISDICTIONAL VIOLATION:

Lincoln Goodman acting and Judge, lacked lawful jurisdiction to override a **pending federal matter**, particularly one involving issues of trust law, international human rights, fraudulent conveyance, and constitutional violations, all of which are squarely before the U.S. District Court.

### NOTICE TO FEDERAL COURT:

I respectfully request that Honorable courts presiding over Case No. 4:25-cv-02013 take **judicial notice** of this extrajudicial interference by a state justice court civil clerk, judge and consider **appropriate injunctive relief, declaratory orders, or sanctions** to protect the integrity of the federal proceedings and preserve the Plaintiff's property rights.

### REMEDY SOUGHT:

1. **Immediate vacatur or stay of the state court judgment** issued by Justice Court Precinct Four; place 1
2. **Investigation by the Texas State Commission on Judicial Conduct** for judicial misconduct and willful disregard of federal law;
3. **Federal injunction or emergency relief**, if necessary, to prevent unlawful dispossession or injury to Plaintiff's real and equitable interests;

United States Courts
Southern District of Texas
FILED

JUL 07 2025

Nathan Ochsner, Clerk of Court

4. Preservation of all rights, titles, and interests in the ancestral estate at issue, pending full adjudication in federal court.

All rights reserved without prejudice, **UCC 1-308**. This notice is submitted for the record to preserve appeal, challenge jurisdiction, and report misconduct under **28 U.S.C. § 455, 42 U.S.C. § 1983**, and the Texas Judicial Conduct Code.

Respectfully submitted,

*[signature]*

Rachael Griffin-El, ex rel. RACHAEL GRIFFIN
Dated: July 7, 2025
U.S. PASSPORT card # C40065350

**State of Texas**
**County of** HARRIS

On this ___ day of July 2025, before me, the undersigned Notary Public, personally appeared **Rachael Griffin-El**, satisfactorily proven to be the natural person whose name is subscribed to this instrument, and acknowledged that she executed the same for the purposes stated herein.

**Witness my hand and official seal:**

MICHAEL DAVID VELASQUEZ _____ Notary Public

MICHAEL DAVID VELASQUEZ
Notary Public, State of Texas
Comm. Expires 11-29-2028
Notary ID 130914830