United States Courts
Southern District of Texas
FILED

JUL 07 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Rachael Griffin-EL, ex rel. RACHAEL GRIFFIN
Plaintiff,

v.

JPMORGAN CHASE & CO., et al.,
Defendants.

CIVIL ACTION NO. 4:25-cv-02013

---

**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW Plaintiff, **Rachael Griffin-EL**, ex rel. **RACHAEL GRIFFIN**, a living Moorish American woman and rightful heir to the ancestral property in question, and respectfully files this **Emergency Motion for Temporary Restraining Order and Preliminary Injunction**, and in support thereof states as follows:

1. Plaintiff is the equitable and beneficial owner of the real property at issue in this action.
2. Defendants have initiated or facilitated a foreclosure and eviction proceeding based on a **fraudulent trustee deed**, without lawful authority, proper notice, or due process.
3. On or about **July 7, 2025** the **Justice Court of Harris County, Precinct 4, Place 1** issued a judgment for possession in favor of an alleged purchaser **P.C.F. Properties in TX LCC**, despite being given actual and constructive notice of this pending federal action (Case No. 4:25-cv-02013).
4. The state court's ruling interferes with the jurisdiction of this Honorable Court, which has **original and exclusive jurisdiction over federal claims** including:
   - Violations of the **Truth in Lending Act (TILA)**;
   - The **Real Estate Settlement Procedures Act (RESPA)**;
   - The **Fair Debt Collection Practices Act (FDCPA)**;
   - As well as **constitutional claims under the Fifth and Fourteenth Amendments**.
5. If a Temporary Restraining Order is not issued immediately, Plaintiff will suffer **irreparable harm**, including:
   - Loss of possession of her ancestral property;
   - Denial of her right to have federal claims fully adjudicated;
   - Permanent injury that cannot be remedied by money damages.
6. Plaintiff has demonstrated a **substantial likelihood of success on the merits** of her federal claims, as the foreclosure and subsequent eviction are based on an alleged breach of trust, void or defective instruments, and violations of public and constitutional law.
7. The balance of equities strongly favors Plaintiff, and the **public interest supports halting unlawful foreclosures and protecting access to fair legal proceedings under federal law**.

---

**PRAYER**

WHEREFORE, Plaintiff respectfully requests that this Court:

1. **Issue a Temporary Restraining Order** immediately enjoining Defendants, their agents, assigns, and any state officers from enforcing any Writ of Possession or attempting to evict Plaintiff from the property in question;
2. **Set this matter for a hearing** on Plaintiff's request for a **Preliminary Injunction**;
3. **Grant such other and further relief** as the Court deems just, proper, and in the interest of justice.

Respectfully submitted,

/s/ Rachael Griffin-El   U.S. Passport No. 645856
**Rachael Griffin-El**, ex rel. **RACHAEL GRIFFIN**
703 Deveron Lane
Houston, Texas Republic [77090]
Tel: (281) 755-8222
Email: rachaelgriffin300@gmail.com

---

**State of Texas**
**County of** HARRIS

On this 7TH day of July 2025, before me, the undersigned Notary Public, personally appeared **Rachael Griffin-El**, satisfactorily proven to be the natural person whose name is subscribed to this instrument, and acknowledged that she executed the same for the purposes stated herein.

Witness my hand and official seal:

_____
MICHAEL DAVID VELASQUEZ   Notary Public

MICHAEL DAVID VELASQUEZ
Notary Public, State of Texas
Comm. Expires 11-29-2028
Notary ID 130914830