



United States Courts
Southern District of Texas
FILED

JUL 1 0 2025

Nathan Ochsner, Clerk of Court

Case #**4:25-cv-02013**

International documents
Notice to Agent is Notice to principal-Notice to Principal is Notice to Agent

I, **Rachael Griffin-El**, affirm by Divine Law, the Zodiac Constitution, and the Constitution for the United States of America (1791), and by the honor of my ancestors, that the facts herein are true and correct to the best of my knowledge. **Plaintiff rebuttal to defendant motion to dismiss notice of international human rights instrument, notice of judicial misconduct, emergency motion for temporary restraining order, copy state commission of judicial conduct**

executed on this __10__ day of __July__ 2025.

_Rachael Griffin-El_
Affiant: Rachael Griffin-El ex rel RACHAEL GRIFFIN
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

**CERTIFICATE OF SERVICE**

I, **Rachael Griffin-El**, hereby certify that a true, correct, and complete copy of this executed on this ___10 day of __July__,2025

- Nicholas J. Ganjei, – Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State
- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State
- Jamie Dimon -JPMORGAN Chase, CEO

# Exhibit I

Eviction – Judgment/Dismissal Order NonJury

EXHIBIT  1

Rachael Lee Griffin and/or All Occupants
703 Deveron Ln
Houston TX  77090

## NOTICE TO PARTIES INTENDING TO APPEAL

### RIGHT TO REQUEST AN APPOINTMENT OF ATTORNEY

If you intend to appeal the Judgment of the Justice Court by filing a sworn statement of inability to pay, you have the right to request the appointment of an attorney to represent you in the proceedings in the County Civil Courts at Law. You may exercise this right after the sworn statement has been approved and the appeal perfected. You must make your request for the appointment of an attorney, in writing, to the County Civil Court at Law in which the appeal is filed.

An appointed attorney's representation is in the trial de novo in County Civil Court at Law. The County Civil Court at Law may terminate the representation for cause.

### APPEAL BY PAUPER'S AFFIDAVIT OR SURETY BOND

You may appeal the judgment of the Justice Court by posting cash, posting a surety bond, or by filing a sworn statement of inability to pay no later than the 5th day after the date judgment is signed.

If you are the tenant and file a sworn statement of inability to pay or a surety bond to appeal an eviction for nonpayment of rent, you must pay the initial deposit of rent into the registry of the Justice Court within five (5) days of the date you file the sworn statement or surety bond. The rent must be paid by cashier's check or money order payable to the "Justice of the Peace."

<u>Your failure to pay the first deposit of rent into the Justice Court registry by the required date and time may result in the issuance of a writ of possession without a hearing.</u> Because the appeal has been perfected even though a writ of possession has issued, the transcript and original papers will be forwarded to the County Civil Court at Law for trial de novo.

### RIGHT TO CONTEST PORTION OF RENT PAID BY GOVERNMENT AGENCY

If a government agency is responsible for all or a portion of the rent, either party may contest the determination of the portion of rent to be paid by the tenant. A contest must be filed with the Justice Court on or before the 5th day after the date the judgment in the eviction proceeding is signed. Not later than the 5th day after the contest is filed, the Justice Court will notify the parties and hold a hearing to determine the amount to be paid by the tenant under the terms of the rental agreement and applicable laws and regulations. If the tenant object to the Justice Court's ruling on the portion of rent to be paid, the tenant is required to pay only the portion that the tenant claims is owed until the issue is heard in the County Civil Court at Law. During the appeal, the tenant or the landlord may file a motion with the County Civil Court at Law to reconsider the amount of rent that the tenant must pay into the Registry of the Court.

Eviction – Judgment/Dismissal Order NonJury
In the Justice Court
Precinct 4, Place 1

EXHIBIT C

Harris County
State of Texas

**Case Number: 254100243037**

P.C.F Properties in TX, LLC
Plaintiff
vs.
Rachael Lee Griffin and/or All Occupants
Defendant

Represented by: Possession Only (Foreclosure)

Represented by:

Leased Premises: 703 Deveron Ln Houston TX 77090

Plaintiff(s) ☒ Present ☐ Not Present at Trial
Defendant(s) ☒ Present ☐ Not Present at Trial

On 07/07/2025 the court heard the above-numbered and styled cause.

☐ **DEFAULT JUDGMENT FOR PLAINTIFF**
The Plaintiff, being present, announced ready for trial. The Defendant, although having been duly cited and served with process, said citation with the officer's return thereon having been on file with the clerk of this court, failed to appear or answer in its behalf, and wholly made default. It is therefore decreed that judgment is entered for the Plaintiff for possession of the above described premises, and further, that the Plaintiff have judgment against the Defendant(s) for $_____ as rent owed, plus $_____ as attorney fees, all costs of court, together with post-judgment interest at a rate of 7.50% per annum from the date of judgment until paid, for which let execution issue. No writ of possession will issue before _____JUL 1 5 2025_____. The Defendant(s) appeal bond is set at: $_____.

☒ **JUDGMENT FOR PLAINTIFF**
The Plaintiff and Defendant, being present, announced ready for trial. The court, having heard the evidence, determined judgment is for the Plaintiff for possession of the above described premises. It is therefore decreed that judgment is entered for the Plaintiff for possession of the above described premises, and further, that the Plaintiff have judgment against the Defendant(s) for $__0__ as rent owed, plus $__0__ as attorney fees, all costs of court, together with post-judgment interest at a rate of 7.50% per annum from the date of judgment until paid, for which let execution issue. No writ of possession will issue before _____JUL 1 5 2025_____. The Defendant(s) appeal bond is set at: $ 3640 .

☐ **JUDGMENT FOR DEFENDANT**
The Plaintiff and Defendant, being present, announced ready for trial. The court, having heard the evidence, determined judgment is for the Defendant for possession of the above described premises. It is therefore decreed that the Plaintiff take nothing and that judgment is entered for the Defendant(s) for $_____ as attorney fees, all costs of court, together with post-judgment interest at a rate of 7.50% per annum from the date of judgment until paid, for which let execution issue. The Plaintiff's appeal bond is set at $500.00.

☐ The court ORDERS that this case is **DISMISSED**:

   ☐ due to lack of jurisdiction.
   ☐ as Plaintiff did not appear.
   ☐ on motion of the ☐ Plaintiff ☐ Defendant.
   ☐ by agreement of the parties and that each side bears their cost incurred.

The court denies all other relief not granted above.

You may appeal this judgment by filing a bond, making a cash deposit, or filing a Statement of Inability to Afford Payment of Court Costs within 5 days after this judgment was signed. See Texas Rule of Civil Procedure 510.9(a).

If you are an individual (not a company), your money or property may be protected from being taken to pay this judgment. Find out more by visiting www.texaslawhelp.org/exempt-property. / Si usted es una persona física (y no una compañía), su dinero o propiedad pudieran estar protegidos de ser embargados como pago de esta deuda decretada en juicio en contra suya. Obtenga mayor información visitando el sitio www.texaslawhelp.org/exempt-property.

Signed: 07/07/2025

*Lincoln Goodwin*
Lincoln Goodwin
Justice of the Peace Precinct 4, Place 1

**Payment of Rent during the Pendency of Any Appeal:**

☐ The amount of rent to be paid each rental pay period during the pendency of any appeal is $ 0 .

☐ A portion of the rent is payable by a government agency, and the amount of rent to be paid each rental pay period during the pendency of any appeal is: $_____ by Defendant and $_____ by government agency.

**EXHIBIT 1**

STATE COMMISSION ON JUDICIAL CONDUCT
PO Box 12265
Austin, TX 78711-2265
www.scjc.texas.gov  Tel. (512) 463-5533 · Toll Free: (877) 228-5750

## SWORN COMPLAINT FORM

For SCJC use only

- *If you are filing a complaint about more than one judge, please use a **separate form** for each judge.*
- *Complaints are not accepted against courts – you must specifically name the judge against whom you are complaining.*
- *Complaints must be mailed. Send the completed form and any additional pages or supporting Information to the SCJC.*

**Complaints will NOT be accepted by email, fax, or online.**

Note: Please be sure to fill out each section completely. Do not leave any section blank. If you do not know the answer, write "I don't know." If the question is not applicable, write "Not Applicable" or "NA." **Deficient complaints will be returned.**

### Section 1 — Identity of Complainant
Your Name: Rachael Griffin ex rel, RACHAEL GRIFFIN
Mailing Address: c/o 703 Deveron ln
City, State Zip: Houston, TX [77090]
Date of Birth: September 17, 1977
Your Phones: Day 281-755-8220
Email Address: rachaelgriffin300@gmail.com

### Section 2 — Identity of Respondent Judge
Judge: magistrate Lincoln Goodwin
Court Number: Justice of The Peace, Precinct 4 Place 1
City and County: Spring Texas, Harris County

### Section 3 — Identity of Attorney(s) Involved
Were / are you pro se *(represent yourself)*? ☐   represented by counsel? ☐
Comment: present me in proper person

Your Attorney: N/A
Address:
City/Zip:
Phone Number:
Email Address:

Opposing Attorney: P.C.F. Properties IN TX LLC
Address: 6046 FM 2920 Road Suite 160
City/Zip: Spring, TX 77379-2542
Phone Number: 832-736-8723
Email Address:

**Previous Attorney(s)**
Name(s) and Contact Information: N/A

### Section 4 — Nature of Complaint
If your complaint involves a court case (i.e., criminal, small claims, civil, family law, traffic, probate, etc.), answer the following questions:

1. Name of court: Harris County Justice of the Peace Precinct 4 Place 1
2. Case Number: case number: 254100243037
3. Title of suit (for example, State v. Jones or Jones v. Jones): Citation Eviction, Possession, and Rent Residential
4. If you are not a party to this suit, what is your connection with it? Explain briefly.

Judge: **Lincoln Goodwin**    EXHIBIT    Your name: **Rachael Griffin El exrel**

| | Identity of Witnesses<br>Name(s) and Contact Information | What did they witness? (Focus on the judge's conduct, not rulings.) *You may continue on separate sheets of paper if not enough room.* |
|---|---|---|
| Section 5 | Darryl Bankston Bey | I witnessed Lincoln Goodwin being dismissive and belligerent didn't want to hear a word Rachael, had to say. |
| | | |
| | | |
| | | |

SCJC Complaint Form - Rev. 06.23.2022

| | |
|---|---|
| Section 6 | **Details of Complaint**<br>Please Tell the Commission what the judge did that you believe to be misconduct. Please focus on the **judge's conduct**, and **not the judge's rulings**. (Rarely is a judge's ruling subject to discipline by the Commission.) If more space is needed, attach additional sheets, but please limit your complaint to no more than 20 pages. Your complaint should be as specific as possible. |
| | **Date(s) of Alleged Misconduct of Judge:** July 7, 2025, about 11:30 AM court time was at 9:00 AM |
| | **Factual Details of your complaint against the Judge:** I Rachael Griffin ex rel Rachael L Griffin<br>*You may continue on separate sheets of paper if not enough room.* |

**EXHIBIT I**

Judge: Lincoln Goodwin   Your name: Rachael Griffin El ex rel

# Affidavit of Fact and Notice of Judicial Misconduct

**Re: Estate known as 703 Deveron Lane, Houston, Texas 77090**
**Affiant:** Rachael Griffin-El ex rel, RACHAEL LEE GRIFFIN

1. **On July 7, 2025**, I, Rachael Griffin-El, appeared before Magistrate Lincoln Goodwin in Harris County Justice of the Peace Court, Precinct 4, Place 1, regarding a matter concerning my private estate located at **703 Deborah Lane, Houston, TX 77090**.
2. Prior to this hearing, on **June 30, 2025**, I sent **certified notice** (USPS Certified Mail #9589 0710 5270 0430 8296 05) to the Harris County Justice Court and its clerk, **Linh Doan**, notifying the court of an **active pending federal case** in the U.S. District Court for the Southern District of Texas, Case No. **4:25-cv-02013**, involving the same property.
3. On **July 7, 2025**, I presented the same federal docket, proof of pending litigation, and **Notice of Special Appearance Under Threat, Duress, and Protest**, reserving all rights, in person to the court and to Magistrate Lincoln Goodwin.
4. Despite this clear jurisdictional notice, **Magistrate Goodwin** refused to properly review my evidence. He **glanced briefly at the documents**, made dismissive remarks implying I fabricated "imaginary law," and stated he did not care about the pending federal litigation.
5. Magistrate Goodwin further stated that I was **not allowed to transfer my estate to a trust without the lender's permission**, despite no statutory or constitutional provision requiring such permission for lawful estate planning.
6. By ignoring my federal notice and my constitutional rights, Magistrate Goodwin violated:
    - **15 U.S.C. § 1635** (TILA Right of Rescission)
    - **Texas Constitution Article I, Section 19** (Due Process)
    - **U.S. Constitution Fifth Amendment** (Due Process Clause)
    - **Texas Business and Commerce Code Title 3, §24.006**
    - **Texas Government Code §27.031** (Limiting JP Court jurisdiction in exclusive district court matters)
    - **28 U.S.C. §1331** (Federal Question Jurisdiction)
    - **28 U.S.C. §453** (Judicial Oath)
    - **Supremacy Clause**, U.S. Constitution Article VI
    - **Anti-Injunction Act**, 28 U.S.C. §2283
    - **Federal Rule of Civil Procedure 60(b)(4)** (Void Judgments)
7. His conduct shows a clear **violation of impartiality (Texas Code of Judicial Conduct, Rule 2.2)** and disregard for federal supremacy and due process.
8. I understand the stresses of judicial office; however, dismissing evidence, mocking a litigant's lawful assertions, and ignoring binding federal jurisdiction constitute **judicial misconduct and abuse of discretion** under state and federal law.
9. I reserve all rights without prejudice and place all responsible parties on notice of my intent to preserve and pursue all legal remedies available to address this unlawful disregard of my property rights and federal court jurisdiction.

**Factual Details of your complaint against the Judge** *(continued)*:

Judge: Lincoln Goodwin   **EXHIBIT I**   Your name: Rachael Lee Griffin El exrel

## Section 7

### Confidentiality

*\* I understand that as part of the Commission's investigation the judge may be provided a copy of this complaint. \**

Please note - the Commission will do its best to maintain your confidentiality, however, it may not be possible for the Commission to pursue an investigation if you request that your identity be kept confidential from the judge. Even if we do not contact the judge during the course of our investigation, there is a risk that one or more of the witnesses contacted by our agency will disclose the investigation and your identity to the judge.

I request that my identity be kept confidential.   ☐ Yes   ☒ No

## Section 8

### Additional Instructions

### Affidavit

The State Commission on Judicial Conduct requires that complainants file a sworn complaint. The affidavits are attached.

**Two types of affidavits** (*choose one*):

1. **Affidavit Based on Personal Knowledge** - (Complete this affidavit if the misconduct alleged is within your direct personal knowledge.)

2. **Affidavit Based on Information and Belief** - (Complete this affidavit if the misconduct alleged is not within your direct personal knowledge but is based on reasonable belief.) This can include misconduct that you did not directly witness.

*\*\*\* Failure to complete and submit an affidavit will cause your complaint to be noncompliant and returned. \*\*\**

**Submission of supporting documents:**

- In order for the Commission to comply with the statutory deadlines, additional information/documentation that you would like to include as part of your complaint submission should be received in this office within thirty (30) days after submission of your complaint. Please limit your additional information and/or evidence to twentyfive (25) pages.

- Please note that submission of documents/evidence in support of the underlying matter in litigation, (e.g., employment records, medical records, etc.) is seldom helpful and is discouraged. (In fact, submission of irrelevant material can actually slow down the investigation of your complaint.)

- Instead of submitting voluminous information, it is recommended that you detail, in your complaint, the information you possess that is available upon request.

- If you wish to supplement your complaint, please reference the material with your CJC number (that will be provided to you) so that it is routed to the accurate file.
- Please focus your complaint on supporting information on the judge's conduct instead of the judge's rulings.

*If you are submitting documents, please provide copies, not originals. Originals will not be returned.*

### Anonymous Submissions:

Anonymous submissions will be presented to the Commission which has the discretion to initiate a complaint based on the anonymous report.

Judge: **Lincoln Goodwin**    EXHIBIT 1    Your name: **Rachael Lee Griffin El ex rel**

Section 9

**Affidavit Based on Personal Knowledge** - *(Complete this affidavit if the misconduct alleged is within your direct personal knowledge.)*

*Please completely fill out this form.*

*** *Failure to complete this form properly will cause your complaint to be noncompliant and returned.* ***

I, **Rachael Griffin El**, Complainant, swear that I have knowledge of the facts alleged in this complaint. I declare that the foregoing is true and correct and that the information contained in this complaint is true and correct.

*Signature of Complainant (Declarant)*

Please complete **EITHER** the notary section **OR** the Unsworn Declaration section.

### NOTARY SECTION

AFFIX NOTARY STAMP/SEAL ABOVE

Sworn to and subscribed before me, by the said _____, this the _____

day of _____, 20____, to certify which, witness my hand and seal of office.

Signature of officer administering oath    Printed name of officer administering oath    Title of officer administering oath

**OR**

### UNSWORN DECLARATION SECTION

My name is **Rachael Lee Griffin-El** and my date of birth is **September 17, 1977**

My address is **c/o 703 Deverem Ln.** **Houston** **TX** **[77070]** **Harris**
(STREET) (CITY) (STATE) (ZIP) (COUNTRY)

Executed in **Harris** County, State of **Texas**, on the **10**

of **July**, of 20 **25**

*Signature of Complainant (Declarant)*

**Affidavit Based on Information and Belief** - *(Complete this affidavit if the misconduct alleged is not within your direct personal knowledge but is based on reasonable belief.)*

*Please completely fill out this form.*

\*\*\* *Failure to complete this form properly will cause your complaint to be noncompliant and returned.* \*\*\*

I, _____, Complainant, swear or affirm that I have knowledge of the facts alleged in this complaint. I swear that I have reason to believe and do believe that misconduct alleged in this complaint has occurred. The source of my information and believe is (state below):

N/A

_____
Signature of Complainant (Declarant)

**Please complete EITHER the notary section OR the Unsworn Declaration section.**

### NOTARY SECTION

Section 10

AFFIX NOTARY STAMP/SEAL ABOVE

Sworn to and subscribed before me, by the said __N/A_____, this the _____ day of _____, 20____, to certify which, witness my hand and seal of office.

_____  _____  _____
Signature of officer administering oath  Printed name of officer administering oath  Title of officer administering oath

**OR**

### UNSWORN DECLARATION SECTION

My name is __N/A_____ and my date of birth is _____

My address is _____ _____ _____ _____ _____
              (STREET)    (CITY)      (STATE)  (ZIP)    (COUNTRY)

Executed in _____ County, State of _____, on the _____ of _____, of 20____.

_____
Signature of Complainant (Declarant)






