# UNITED STATES DISTRICT COURT

United States Courts
Southern District of Texas
F I L E D

JUL 1 4 2025

Nathan Ochsner, Clerk of Court

SOUTHERN DISTRICT OF TEXAS — HOUSTON DIVISION

**RACHAEL GRIFFIN-EL,**
Plaintiff,
v.
**JPMORGAN CHASE & CO.; JAMIE DIMON, CEO;
FRANKLIN CREDIT MANAGEMENT CORPORATION; THOMAS J. AXON, CEO,**
Defendants.

**Civil Action No.: 4:25-cv-02013**

---

## AFFIDAVIT OF MALICIOUS PROSECUTION, AFFIDAVIT OF FACT, NOTICE OF JUDICIAL MISCONDUCT, AND CLAIM FOR RETURN OF COERCED LABOR

---

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

I, **Rachael Griffin-El**, in propria persona, sui juris, Trustee/Beneficiary of the **RL Freeman Trust**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

---

# I. Estate and Trust

1. I am the lawful adverse claimant and equitable title holder of the private estate known as **703 Deveron Lane, Houston, Texas 77090**, secured and held under the **RL Freeman Trust**, noticed to the United States Treasury Department, Office of Foreign Assets Control (OFAC).

---

# II. Malicious Prosecution & State Court Interference

2. On or about **July 9, 2024**, I was compelled to appear in **Harris County Justice of the Peace Court, Precinct 4, Place 1**, by way of a misleading "Citation" which disguised an unlawful eviction proceeding against my trust estate.

3. The state court acting judge Lincoln Goodwin, proceeding was initiated and maintained with improper motive, ignoring my pending federal action and trust protections, and demanded I pay **$3,640** in order to preserve my rights under threat of dispossession.

4. On **July 7, 2025**, I went before **Magistrate Lincoln Goodwin** regarding this same estate and presented my federal docket, proof of pending litigation, and **Notice of Special Appearance Under Threat, Duress, and Protest**, reserving all rights.

5. Magistrate Goodwin refused to properly review my evidence, made dismissive remarks, and mocked my lawful assertions as "imaginary law."

6. He falsely claimed I could not lawfully transfer my estate into trust without a lender's permission — unsupported by any controlling law — and disregarded federal supremacy.

## III. Forced Appeal Bond & PCF Properties Collusion

7. Following the eviction ruling, I was forced to pay a **coercive appeal bond** of **$3,640** to resist immediate removal from my estate.
8. This bond represents my **labor** — meaning my *work, toil, and lawful earnings* — forcibly seized under threat and duress, not voluntarily given.

9. The so-called purchaser, **PCF Properties in Texas LLC**, claims it bought my private estate at an alleged foreclosure sale that is subject to this pending federal fraud action.

10. Despite my adverse claim, federal docket, and lawful trust interest, **PCF Properties in Texas LLC** appeared in the same state court to press eviction, acting in concert with **Magistrate Goodwin**, who treated me as if I were legally "invisible."

11. The record shows malicious prosecution: the state court, the acting judge, and the private party conspired to unlawfully dispossess me, ignore federal jurisdiction, and profit from wrongful conversion of my trust property.

## IV. Return of Labor & Remedies

12. Under well-established law:

- *Labor* is defined as my personal toil, service, and production of wealth. *See Britt v. Cotter Butte Mines, 108 Mont. 174; Wandling v. Broaddus, Mo., 10 S.W.2d 651; U.S. ex rel. Farwell v. Shea-Adamson, 21 F.Supp. 831.*
- My forced appeal bond is my coerced **labor** under threat.

- Such extraction without due process violates the Fifth Amendment, the Texas Constitution, and federal equity principles.

13. I demand the **immediate return** of my **$3,640 appeal bond** plus any accrued costs, as the entire state action is void for lack of jurisdiction, malicious prosecution, and violation of the Supremacy Clause.

---

# V. Reservation of Rights

14. I reserve all rights without prejudice and place all responsible parties on notice that I will pursue all available legal, equitable, and administrative remedies to recover my property, protect my estate, and hold all liable parties to account.

---

# RELIEF REQUESTED

Accordingly, I respectfully request this Court:
* Take **Judicial Notice** of this combined affidavit,
* Recognize the malicious prosecution, judicial misconduct, and forced bond,
* Enjoin any further state action in conflict with this federal matter,
* Order the **return of my $3,640 labor appeal bond**,
* And grant any other relief deemed just and proper.

---

**FURTHER AFFIANT SAYETH NAUGHT.**

---

Executed this 13th day of _____, 2025.

/s/ Rachael Griffin-El
In Propria Persona, Sui Juris
Trustee/Beneficiary, RL Freeman Trust
[Address]



**STATE OF TEXAS**
**COUNTY OF HARRIS**

Before me ___Rachael Griffin-El___ on the day personally in full life appeared **July** 13ᵗʰ, **2025.** To be then natural person whose title is Subscribed to the foregoing instrument and acknowledges to me that [he/she] executed the same for the purpose of consideration there in expressed

[Notarization Block].

Kayla Mason

_KAYLA MASON_

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071





Case #**4:25-cv-02013**

International documents
Notice to Agent is Notice to principal-Notice to Principal is Notice to Agent

I, **Rachael Griffin-El**, affirm by Divine Law, the Zodiac Constitution, and the Constitution **for** the United States of America (1791), and by the honor of my ancestors, that the facts herein are true and correct to the best of my**AFFIDAVIT OF MALICIOUS PROSECUTION, AFFIDAVIT OF FACT, NOTICE OF JUDICIAL MISCONDUCT, AND CLAIM FOR RETURN OF COERCED LABO** knowledge.

executed on this 13ᵗʰ day of **July 2025.**

Affiant: Rachael Griffin-El (ex RACHAEL GRIFFIN
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

**CERTIFICATE OF SERVICE**

I, **Rachael Griffin-El**, hereby certify that a true, correct, and complete copy of this executed on this $\underline{13}$ day of **July ,2025**

- Nicholas J. Ganjei, – Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State
- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State
- Jamie Dimon -JPMORGAN Chase, CEO

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

**RACHAEL GRIFFIN-EL, ex rel,**
Plaintiff,
v.
**JPMORGAN CHASE & CO.; JAMIE DIMON, CEO;
FRANKLIN CREDIT MANAGEMENT CORPORATION;
THOMAS J. AXON, CEO,**
Defendants.

**Civil Action No.: 4:25-cv-02013**

---

# JUDICIAL NOTICE OF STATE INTERFERENCE, CONSTITUTIONAL VIOLATIONS, AND TREATY/TRUST ESTATE STANDING

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

NOW COMES Plaintiff, **Rachael Griffin-El, ex rel RACHAEL GRIFFIN**, who respectfully provides this Judicial Notice to preserve the record of facts demonstrating unlawful state interference with this Court's exclusive jurisdiction, violations of the U.S. Constitution, and the status of the protected Moorish American trust estate.

---

## 1. Ongoing State Interference

Plaintiff's protected trust estate and adverse claim are properly before this Court under federal question jurisdiction, trust law, and valid treaty obligations.

On **June 3, 2024**, the subject property was allegedly foreclosed under materially fraudulent conditions, including lack of valid consideration, violations of trust/fiduciary duties, and absence of a lawful wet-ink note.

On **July 9, 2024**, despite this Court's active jurisdiction, Plaintiff was compelled under threat of force to appear in **Harris County Justice Court**, Precinct 4, Place 1, before acting judge **Lincoln Goodwin**, after being served a "Citation" misleadingly disguised as an ordinary notice but actually constituting an unlawful eviction action on the same trust property.

The state court, having been provided full notice of this federal action, disregarded the superior jurisdiction of this Court, demanded an unconstitutional bond, and threatened dispossession without a full and fair judicial trial — violating Plaintiff's **due process rights** under the Fifth and Fourteenth Amendments.

---

## 2. Supremacy Clause — Article VI, Clause 2

Plaintiff invokes the **Supremacy Clause**, which provides:

> *"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby..."*

This includes the binding **Treaty of Peace and Friendship (1787, 1836)** between the United States and the Moroccan Empire, protecting the rights of Moorish Americans and trust estates within U.S. jurisdiction.

---

## 3. Prohibition on Bills of Attainder or Pains and Penalties

**Article I, Sections 9 & 10** of the Constitution forbid Bills of Attainder and Pains and Penalties. Foreclosure or forced eviction **by administrative act** without full judicial trial and production of the original wet-ink note constitutes an unconstitutional penalty and deprivation of property without due process of law.

---

## 4. 10th Amendment — Reserved Rights

Plaintiff explicitly reserves all inherent treaty, trust, and property rights not surrendered by the Constitution. Any state action that conflicts with these reserved rights is void under the **10th Amendment**.

---

## 5. Proper Appearance — Adverse Claim

Plaintiff's adverse claim is properly before this Court:

> *"Appear: To be properly before a court; as a fact or matter of which it can take notice."*

## 6. Reservation of Rights

This Judicial Notice is made to preserve the record and assert continuing objection to any unlawful or unconstitutional acts by state actors. **No waiver of any rights is made by this filing.** All equitable and treaty-based relief remains available.

## 7. Exhibit J — Unconstitutional Appeal Bond Requirement

Attached hereto as **Exhibit J** is evidence of the state court's imposition of a pauper affidavit or surety appeal bond, which is unconstitutional under due process and equal protection principles. By definition, a bond is a debt instrument that creates an impermissible financial barrier to access to justice:

> "A bond represents debt — its holder is a creditor, not an owner. Commonly, bonds are secured by a mortgage or other lien."
> — **Gural v. Engle**, 128 N.J.L. 252, 25 A.2d 257 (N.J. Sup. Ct. 1942).

Federal Rule of Appellate Procedure 7 cannot be invoked to circumvent Plaintiff's right to due process and equal access to appeal free from unlawful financial hurdles.

**WHEREFORE,** Plaintiff respectfully submits this Judicial Notice to preserve the federal record and requests that this Honorable Court take notice of the facts stated herein and provide all appropriate relief, including but not limited to enjoining any further state interference.

**Respectfully submitted,**
**RACHAEL GRIFFIN-EL, ex rel**

STATE OF TEXAS
COUNTY OF HARRIS

Before me _Rachael Griffi-El_ _____ on the day personally in full life appeared July _13_, 2025. To be then natural person whose title is Subscribed to the foregoing instrument and acknowledges to me that [he/she] executed the same for the purpose of consideration there in expressed



KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

Kayla Mason                    [Notarization Block].

KAYLA MASON





Case #**4:25-cv-02013**

International documents
Notice to Agent is Notice to principal-Notice to Principal is Notice to Agent

I, **Rachael Griffin-El**, affirm by Divine Law, the Zodiac Constitution, and the Constitution **for** the United States of America (1791), and by the honor of my ancestors, that the facts herein are true and correct to the best of my knowledge. **JUDICIAL NOTICE TO THE COURT OF STATE INTERFERENCE, CONSTITUTIONAL VIOLATIONS, AND TREATY/TRUST ESTATE STANDING**

executed on this 13ᵗʰ day of July 2025.

Affiant: Rachael Griffin-El, ex/rel RACHAEL GRIFFIN
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

**CERTIFICATE OF SERVICE**

I, **Rachael Griffin-El**, hereby certify that a true, correct, and complete copy of this executed on this 13ᵗʰ day of **July ,2025**

- Nicholas J. Ganjei, – Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State
- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights

- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State
- Jamie Dimon -JPMORGAN Chase, CEO

# Exhibit J



CHASE

CASHIER'S CHECK

282111107 6/2023 8810004306

9447437988

25-3 / 440

Date   07/11/2025   Void after 1 year

$** 3,640.00 **

Remitter:   DARRYL L BANKSTON

Pay To The Order Of:   HARRIS COUNTY

Pay:   THREE THOUSAND SIX HUNDRED FORTY DOLLARS AND 00 CENTS

Drawer: JPMORGAN CHASE BANK, N.A.

Thomas W Horne, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

Memo: Appeal bond for Rachel Griffin-Et.

Do not write outside this box

For Information only. Comment has no effect on bank's payment.

⑉9447437988⑉ ⑈044000037⑈ 7586613?5⑈

EXHIBIT J

Eviction – Judgment/Dismissal Order NonJury

EXHIBIT    J

Rachael Lee Griffin and/or All Occupants
703 Deveron Ln
Houston TX  77090


## NOTICE TO PARTIES INTENDING TO APPEAL


### RIGHT TO REQUEST AN APPOINTMENT OF ATTORNEY

If you intend to appeal the Judgment of the Justice Court by filing a sworn statement of inability to pay, you have the right to request the appointment of an attorney to represent you in the proceedings in the County Civil Courts at Law. You may exercise this right after the sworn statement has been approved and the appeal perfected. You must make your request for the appointment of an attorney, in writing, to the County Civil Court at Law in which the appeal is filed.

An appointed attorney's representation is in the trial de novo in County Civil Court at Law. The County Civil Court at Law may terminate the representation for cause.


### APPEAL BY PAUPER'S AFFIDAVIT OR SURETY BOND

You may appeal the judgment of the Justice Court by posting cash, posting a surety bond, or by filing a sworn statement of inability to pay no later than the 5th day after the date judgment is signed.

If you are the tenant and file a sworn statement of inability to pay or a surety bond to appeal an eviction for nonpayment of rent, you must pay the initial deposit of rent into the registry of the Justice Court within five (5) days of the date you file the sworn statement or surety bond. The rent must be paid by cashier's check or money order payable to the "Justice of the Peace."

**Your failure to pay the first deposit of rent into the Justice Court registry by the required date and time may result in the issuance of a writ of possession without a hearing.** Because the appeal has been perfected even though a writ of possession has issued, the transcript and original papers will be forwarded to the County Civil Court at Law for trial de novo.


### RIGHT TO CONTEST PORTION OF RENT PAID BY GOVERNMENT AGENCY

If a government agency is responsible for all or a portion of the rent, either party may contest the determination of the portion of rent to be paid by the tenant. A contest must be filed with the Justice Court on or before the 5th day after the date the judgment in the eviction proceeding is signed. Not later than the 5th day after the contest is filed, the Justice Court will notify the parties and hold a hearing to determine the amount to be paid by the tenant under the terms of the rental agreement and applicable laws and regulations. If the tenant object to the Justice Court's ruling on the portion of rent to be paid, the tenant is required to pay only the portion that the tenant claims is owed until the issue is heard in the County Civil Court at Law. During the appeal, the tenant or the landlord may file a motion with the County Civil Court at Law to reconsider the amount of rent that the tenant must pay into the Registry of the Court.

Eviction Appeal - Order Sustaining Contest of Statement of Inability to Pay Appeal

EXHIBIT   J

Case Number: 254100243037

| | | |
|---|---|---|
| P.C.F Properties in TX, LLC<br>Plaintiff<br>vs.<br>Rachael Lee Griffin and/or All Occupants<br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§ | In the Justice Court<br>Harris County, Texas<br>Precinct 4, Place 1<br>6831 Cypresswood Dr.<br>Klein Texas 77379-7700<br>713-274-6550<br>www.jp.hctx.net |

## Order Sustaining Contest of Statement of Inability to Afford Payment of Appeal Bond

On 7/10/2025, having heard the Contest filed by P.C.F Properties in TX, LLC, to the Statement of Inability to Afford Payment of the Appeal Bond filed by Rachael Lee Griffin and/or All Occupants, Appellant, to appeal the Judgment in this proceeding, the Court:

☒ finds that the Contest should be sustained and it is ORDERED that Appellant post an Appeal Bond or make a Cash Deposit in Lieu of Bond within one business day of the date of this Order, unless an appeal of this ruling is timely made.

☐ finds that the Contest should be denied, and it is ORDERED that the Appellant may continue with the appeal.

Signed on: 7/10/2025

_Lincoln Goodwin_
_____
Justice of the Peace
Precinct 4, Place 1

Revised: 06/09/2016

JUIIJ



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Washington, DC 20220

| Certified Mail Fee | $5.30 |
| --- | --- |

$ _____ $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postage $2.44

Total Postage and Fees $12.14

Sent To Scott Besent U.S. Treasury Department (OFAC)
Street and Apt. No., or PO Box No. 1500 Pennsylvania Ave NW
City, State, ZIP+4® Washington DC 20220 United State

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

JUL 14 2025    Postmark Here    USPS    07/14/2025

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Austin, TX 78701

| Certified Mail Fee | $5.30 |
| --- | --- |

$ _____ $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postage $2.44

Total Postage and Fees $12.14

Sent To Jane Nelson Texas Secretary of state
Street and Apt. No., or PO Box No. 1019 Brazos St
City, State, ZIP+4® Austin TX 78701 United state near

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

JUL 14 2025    Postmark Here    07/14/2025

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Washington, DC 20530

| Certified Mail Fee | $5.30 |
| --- | --- |

$ _____ $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ _____

Postage $2.44

Total Postage and Fees $12.14

Sent To Marco Rubio United state Secretary of State
Street and Apt. No., or PO Box No. 2201 C St NW 4/T room 5420
City, State, ZIP+4® Washington DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

JUL 14 2025    Postmark Here    07/14/2025



**Registered No.**

Date Stamp

| Postage $ | Extra Services & Fees (continued)) | |
|---|---|---|
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ $23.40 | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ | | |
| ☐ Return Receipt (electronic) $ $0.00 | **Total Postage & Fees** | |
| ☐ Restricted Delivery $0.00 | $ | |
| **Customer Must Declare Full Value** | Received by: 07/14/2025 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |
| $ $0.00 | | |

JUL 14 2025  USPS

**OFFICIAL USE**

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

FROM  Rachael Griffin-El
c/o 703 Deverohn.
Houston TX [77090]

TO  Volker Turk, Office the United
Nations, High Commission of Human Right
Palais des Nations
CH-1211 Geneva 10, Switzerland

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®

Copy 1 - Customer
(See Information on Reverse)

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Houston, TX 77002    OFFICIAL USE

| Certified Mail Fee $5.30 | 0373 |
|---|---|
| $ $4.40 | 08 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $2.44 | |
| $ | |
| Total Postage and Fees $12.14 | 07/14/2025 |

JUL 14 2025  USPS

Sent To  Michael O'Connor U.S. Marshal, South.
Street and Apt. No., or PO Box No.  515 Rusk Ave. room 10002
City, State, ZIP+4®  Houston TX 77002 near United State.

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Houston, TX 77002    OFFICIAL USE

| Certified Mail Fee $5.30 | 0373 |
|---|---|
| $ $4.40 | 08 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $2.44 | |
| $ | |
| Total Postage and Fees $12.14 | 07/14/2025 |

Sent To  Nicholas J. Ganjei U.S. Attorney Southern Distri
Street and Apt. No., or PO Box No.  1000 Louisiana st. 2300
City, State, ZIP+4®  Houston TX 77002 near United State.

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instruction

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

New York, NY 10017    OFFICIAL USE

| Certified Mail Fee $5.30 | 0373 |
|---|---|
| $ $4.40 | 08 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage New York, NY 10017 $2.44 | |
| $ | 07/14/2025 |
| Total Postage and Fees $12.14 | 0373 |
| $ $4.40 | 08 |
| | $0.00 |

Sent To  Jamie Dimon JPMorgan Chase Co.
Street and Apt. No., or PO Box No.  270 Park Ave
City, State, ZIP+4®  New York, NY near 10017 united state

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Washington, DC 20530    OFFICIAL USE

| Certified Mail Fee $5.30 | 0373 |
|---|---|
| $ $4.40 | 08 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $2.44 | |
| $ | |
| Total Postage and Fees $12.14 | 07/14/2025 |

SPRING, TX  JUL 14 2025

Sent To  Pamela Bondi, Attorney General U.S. Dep of Justic
Street and Apt. No., or PO Box No.  950 Pennsylvania Ave. NW
City, State, ZIP+4®  Washington, DC 20530-0001