International Document Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

United States Courts
Southern District of Texas
F I L E D

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

JUL 2 8 2025

Nathan Ochsner, Clerk of Court

**Rachael Griffin -EL, ex rel. RACHAEL GRIFFIN,**
*Plaintiff, sui juris, in propria persona*
v.
**JPMORGAN CHASE BANK, N.A., JAMIE DIMON, FRANKLIN CREDIT MANAGEMENT CORPORATION, THOMAS J. AXON, et al.,**
*Defendants.*
Civil Action No.: 4:25-cv-02013

### AFFIDAVIT OF Rachael Griffn-EL IN SUPPORT OF

# MEMORANDUM OF LAW IN SUPPORT OF COMBINED REBUTTAL AND MOTION TO VOID UNLAWFUL FORECLOSURE WITH REQUEST FOR JUDICIAL NOTICE

# I. INTRODUCTION

Plaintiff, **Rachael Griffin-El**, special appearance, *in propria persona, sui juris*, respectfully submits this Memorandum of Law in support of her **Combined Rebuttal and Motion to Void the unlawful foreclosure conducted by Defendants**. Jamie Dimon CEO /U.S. citizen and Thomas J. Axon, CEO /U.S. citizen, this wrongful foreclosure violates Plaintiff's treaty rights, the Constitution for the United States of America, the Articles of Confederation, and Article I, Section 10 of the Constitution's **Lawful Tender Clause**. It also contravenes Title 12 USC 95a Bank and Banking Regulations, the Uniform Commercial Code (UCC), and the **Clearfield Doctrine**, which binds Defendants to commercial and trust law when acting in a private capacity.

**Defendants** Jamie Dimon CEO (**U.S. citizen**) and Thomas J. Axon, CEO (**U.S. citizen**)**lack lawful standing, have failed to produce the original wet-ink negotiable instrument as required under commercial law, and have ignored Plaintiff's properly served Affidavit of Dispute, Memorandum of Trust, and Adverse Claim, all of which are part of the public record.** Plaintiff respectfully seeks a ruling that the alleged debt is void for want of lawful consideration, that the foreclosure is void ab initio, and that title must be quieted in Plaintiff's favor. Defendants Jamie Dimon acting CEO (U.S. citizen) JPMorgan Chase and Thomas J. Axon, CEO (U.S. citizen) Franklin, credit management company, failed **to lawfully loan any money or specie** in accordance with **Article I, Section 10, Clause 1** of the Constitution. Instead,

they **unlawfully monetized my signed promissory note,** treating my signature as the source of credit, thereby making **me the true creditor and creator of the value.** By doing so, Defendants Jamie Dimon CEO (U.S. citizen) and Thomas J. Axon, CEO (U.S. citizen) immediately became **indebted to me,** yet they concealed this material fact, failed to provide full disclosure, and failed to return my equitable interest or perform according to lawful contract.

This **constructive fraud and breach of fiduciary trust** vitiates any alleged debt or lien claimed by Defendants Jamie Dimon CEO (U.S. citizen) and Thomas J. Axon, CEO (U.S. citizen) and renders the unlawful foreclosure and transfer void ab initio.

# SPECIAL APPEARANCE AND JURISDICTIONAL NOTICE

Plaintiff, **Rachael Griffin-El,** special appearance *in propria persona, sui juris,* states:

1. This filing is made solely to protect her private estate rights and treaty-protected status, **without granting general personal jurisdiction** beyond the limited scope permitted by the Constitution and the Treaty of Peace and Friendship.
2. This Article III Court has subject-matter jurisdiction only to the extent that it must **honor constitutional and treaty obligations.** Plaintiff retains original jurisdiction over her own status, territory, and estate trust rights secured by the Treaty of Peace and Friendship (1787/1836), Article VI of the Constitution, and the Law of Nations (**not Pro se**).
3. Any ruling on this matter must be made by an Article III acting judge, qualified under the Constitution to decide disputes involving treaty obligations, adverse claims, disputes, trust, and secured rights.

# II. PROCEDURAL FACTS AND DEFENDANTS' DEFAULT

1. On December 30, 2024, Plaintiff served Defendants Jamie Dimon CEO (U.S. citizen) and Thomas J. Axon, CEO (U.S. citizen) by Certified Mail with a sworn **Affidavit of Dispute, Memorandum of Trust,** and **Adverse Claim,** challenging the validity and enforceability of the alleged mortgage loan which led and wrongful foreclosure.
2. Defendants Jamie Dimon CEO (U.S. citizen) and Thomas J. Axon, CEO (U.S. citizen) were granted a 10-day response window plus an additional 90 days to rebut or cure these claims. **Defendants failed to respond, defaulting in fact and law.**
3. Despite this unrebutted default, Defendant Jamie Dimon CEO (U.S. citizen) unlawfully proceeded with foreclosure on June 3, 2025, using only copies and an incomplete chain of title on a fraudulent loan

# III. FACTUAL BACKGROUND

1. Defendant Jamie Dimon CEO (U.S. citizen), ignored this Affidavit and proceeded with an unlawful foreclosure despite lacking: Default on lawful tender of actual money and failure to deliver same as consideration for the alleged debt obligation."

- Default on Lawful tender of actual money; delivery
- The original wet-ink negotiable instrument;
- Holder in due course status under **UCC § 3-302**;
- A perfected chain of title.

2. Defendants, as national banks and private commercial actors, **lack authority to foreclose on an instrument treated as a security** without:

- Complying with fiduciary duties under Title 12 U.S.C. and the **Truth in Lending Act (TILA).**

3. Defendants Jamie Dimon CEO (U.S. citizen) and Thomas J. Axon, CEO (U.S. citizen fraudulently conveyed the instrument as a security under **15 U.S.C. § 78c, ignoring that it does not qualify for the exemption reserved for short-term notes.**

4. Under the **Clearfield Doctrine**, banks engaged in private commercial business must obey commercial law — they are private actors, not sovereigns. *Clearfield Trust Co. v. United States*, 318 U.S. 363 (1943).

5. In addition to serving Defendants, Jamie Dimon CEO (U.S. citizen) and Thomas J. Axon, CEO (U.S. citizen, Plaintiff served the same **Affidavit of Dispute, Memorandum of Trust, and Adverse Claim** on multiple acting government officers and agencies, including:

- Scott Bessent-Treasury Department's Office of Foreign Assets Control (OFAC)
- Jane Nelson, -Texas Secretary of State
- Antony J. Blinken, -U.S. Secretary of State
- Merrick B. Garland, -U.S. Attorney General
- Marco Rubio,- United States Senator
- Pamela Bondi, -United States Attorney General
- Volker Türk, -UN High Commissioner for Human Rights
- Office of Consul General – Morocco, Maghrib al-Aqsá

These unrebutted notices invoke Plaintiff's **international treaty and trust protections**, placing Defendants Jamie Dimon CEO (U.S. citizen) and Thomas J. Axon, CEO (U.S. citizen, and all relevant acting government authorities on full record that any foreclosure acts done in defiance of the supreme law constitute **fraud and deprivation of rights under color of law in violation of 18 U.S.C. §§ 241 and 242. And Article 22 Treaty of peace and friendship September 16, (1787/1836)**

# IV. NO VALID CONSIDERATION — DEFENDANTS DEFAULTED FIRST

## A. No Lawful Money Was Ever Loaned

Plaintiff expressly disputes that Defendants Jamie Dimon CEO (U.S. citizen) and Thomas J. Axon, CEO (U.S. citizen), ever delivered any lawful "money" within the meaning of the law. *"Money, in its usual and ordinary acceptation, means coins and paper currency used as a circulating medium of exchange, and does not embrace notes, bonds, evidence of debt, or other personal or real estate." — Lane v. Railey*, 280 Ky. 319, 133 S.W.2d 74, 79, 81.

### No Lawful Money Was Ever Loaned

***Dollar.*** *The money unit employed in the United States is defined as the value of one hundred cents, or any combination of coins totaling one hundred cents in lawful coinage.*

Defendants Jamie Dimon CEO (U.S. citizen) and Thomas J. Axon, CEO (U.S. citizen), did not loan Plaintiff actual coins or lawful money — meaning coined money or paper currency backed by tangible assets of intrinsic value. Instead, they monetized Plaintiff's own promissory note by recording a mere bookkeeping credit entry, thereby creating so-called "money" from Plaintiff's signature alone. This transaction did not involve any real transfer of lawful money but instead falsely presented a fabricated bank credit as a legitimate loan of actual existing funds. **Title 12 bank and Banking 12 USC 95a: Regulation of transactions in <u>foreign exchange of gold and silver; property transfers;</u> vested interests, enforcement and penalties**

Importantly, Federal Reserve Notes, and similar printed commercial, paper is **not lawful money** under the Constitution. **Article I, Section 10 of the United States Constitution expressly prohibits states from making "anything but gold and silver coin a tender in payment of debts."** This foundational constitutional provision recognizes only gold and silver coin as lawful tender for debts. The use of Federal Reserve Notes or other instruments as money violates this mandate and undermines the validity of any so-called loan purportedly funded by such instruments.

Further, the term **"obligation" means obligation** in its original and organic constitutional sense. The **State cannot enact laws or pass statutes that impair or change the obligation of contracts** established under the original Constitution. Any attempt to alter the nature of lawful tender or the binding nature of contract obligations is a direct violation of the **Contracts Clause in Article I, Section 10**, and is therefore void and unconstitutional.

## No Lawful Money Loaned — No Valid Debt

Defendants Jamie Dimon CEO (U.S. citizen) and Thomas J. Axon, CEO (U.S. citizen), did not loan Plaintiff **lawful money**, meaning gold or silver coin or paper currency backed by tangible assets, as required by **Article I, Section 10** of the United States Constitution:

> *"No State shall…make any Thing but gold and silver Coin a Tender in Payment of Debts…"*

Instead, Defendants Jamie Dimon CEO (U.S. citizen) and Thomas J. Axon, CEO (U.S. citizen) monetized Plaintiff's signed **promissory note** — recording asset entry on their books, using Plaintiff's own promise to pay as the only real "asset." No coins, no gold, no silver, and no tangible value were ever delivered to Plaintiff. This means there was **no valid consideration** and therefore **no lawful debt** to enforce.

**Modern statutory banking law confirms this standard:** under **12 U.S.C. § 95a,** titled *"Regulation of transactions in foreign **exchange of gold and silver; property transfers; vested interests,"*** Congress reaffirms that regulation of bank transactions concerns **gold and silver** — not Federal Reserve Notes or private commercial paper. Federal Reserve Notes are private corporate debt instruments, not true constitutional money.

Defendants Jamie Dimon CEO (U.S. citizen) and Thomas J. Axon, CEO (U.S. citizen), did not deliver any gold or silver as required by the **organic constitutional obligation** and acknowledged by **Title 12 Banking Regulations** still in force. By defaulting on this primary obligation to deliver lawful money, Defendants themselves are in material breach.

## B. No Lawful Consideration = No Enforceable Contract

Under fundamental contract law, a valid loan agreement requires **lawful consideration** — the lender must risk or deliver real value. *See U.C.C. § 3-303(a)(1)* (an instrument is issued for value only if the issuer receives the agreed consideration). Because Defendants Jamie Dimon CEO (U.S. citizen) and Thomas J. Axon, CEO (U.S. citizen), failed to deliver any real money, no valid consideration exists. A contract without consideration is void and unenforceable.

## C. Defendants Defaulted First on the Contract

Defendants Jamie Dimon CEO (U.S. citizen) and Thomas J. Axon, CEO (U.S. citizen), materially defaulted first by failing to deliver lawful legal tender in accordance with the original agreement, thereby breaching their fiduciary duties under the constructive trust created when Plaintiff signed the promissory note. *See Texas Farm Bureau Cotton Ass'n v. Stovall*, 253 S.W. 1101 (Tex. Comm'n App. 1923) **(party in default cannot enforce the contract)**. Any alleged "default" by Plaintiff is null because Defendants' prior default excuses Plaintiff's performance.

## D. Fraud Vitiates the Entire Transaction

By concealing the nature of this fraudulent asset transaction, Defendants Jamie Dimon CEO
(U.S. citizen) and Thomas J. Axon, CEO (U.S. citizen), committed constructive fraud that
vitiates the entire mortgage agreement and any purported right to foreclose. *United States v.
Throckmorton*, 98 U.S. 61 (1878) ("**Fraud vitiates the most solemn contracts, documents, and
even judgments.**").

## E. Clearfield Doctrine: Commercial Entities Must Follow Commercial Law

Under the **Clearfield Doctrine**, *Clearfield Trust Co. v. United States*, 318 U.S. 363 (1943), when
a private bank or federal entity acts in a purely commercial capacity, it loses sovereign immunity
and must comply with commercial and trust law. Here, Defendants Jamie Dimon CEO (U.S.
citizen) and Thomas J. Axon, CEO (U.S. citizen), operated purely as private commercial actors
monetizing Plaintiff's signature for unjust enrichment.

**Notice and Declaration of Artificial Personhood of Defendants**

Plaintiff, Rachael Griffin-El, in propria persona, sui juris, hereby gives judicial notice that the
named Defendant "JPMorgan Chase Bank, N.A." is not a living, breathing man or woman, but
rather a legal fiction, a corporate entity originally chartered under the laws of the United States
and/or the State(s).

Historical evidence confirms that "J. P. Morgan & Co." and its successors in interest (including
JPMorgan Chase Bank, N.A.) have always operated as private banking corporations — artificial
entities acting through charters, trust instruments, (acting) officers, and agents. Said entity exists
only by statutory privilege and does not possess inherent, unalienable rights as secured to living
Moorish Americans under the Constitution, the Treaty of Peace and Friendship of 1787/1836,
and recognized international instruments, including the American Declaration on the Rights of
Indigenous Peoples (ADRIP).

This Plaintiff asserts that any alleged mortgage, contract, or note purportedly executed with such
a corporate fiction is subject to strict scrutiny for full disclosure, lawful consideration, and lawful
capacity of the parties. See 728. THE CHRONICLE. Title: April 17, 1897, Vol. 64, No. 1660
FEDERAL RESERVE BANK of ST. LOUIS

As no living man or woman named "JPMorgan Chase Bank, N.A." exists or can appear in open
court to claim personal injury or standing against Plaintiff's unalienable private rights, this
Plaintiff demands strict proof of authority, trust capacity, original wet-ink contract, and lawful
money lent as lawful tender.

Any claim by said Defendants Jamie Dimon CEO (U.S. citizen) and Thomas J. Axon, CEO (U.S. citizen), must be construed in equity as an act by trustees and agents who owe a fiduciary duty to the trust corpus, to the benefit of the original creditor and living beneficiary — herein Plaintiff — and cannot override the paramount rights of the living Moorish American national secured by treaty, constitutional provision, and natural law.

**Doctrine of Fraudulent Conversion — Commercial Vampirism**

**This Plaintiff further asserts** that these foreign corporate actors — including Jamie Dimon,CEO U.S. citizen, JPMorgan Chase,U.S. citizen, Codilis & Moody, P.C., attorney /Feoffer /U.S. citizen, Juanita Deaver U.S. citizen /attorney /Feoffer and any agents feoffers acting under color of law — operate as **commercial vampires**, converting living ancestral estates into fraudulent debt paper through misrepresented trust deeds, bills of attainder, foreign bills of exchange, and other unlawful instruments lacking lawful disclosure, consideration, or capacity. Such predatory practices violate my secured unalienable rights, the **Treaty of Peace and Friendship, the supreme Law of the Land,** and constitute **constructive fraud**, **conversion**, and **color-of-law extortion**.

---

## F. Judicial Notice Requested

Plaintiff Rachael Griffin -El, respectfully requests that this Article III Court take **Judicial Notice** under Federal Rule of Evidence 201 of:

1. *Lane v. Railey*, 280 Ky. 319, 133 S.W.2d 74.
2. Federal Reserve publications confirming banks create loans through credit creation.
3. UCC provisions requiring value and lawful consideration for negotiable instruments.

---

# V. Violation of Plaintiff's Treaty Rights Under the Treaty of Peace and Friendship

Pursuant to **Article III, Section 2** of the **Constitution for the United States of America**, the **Judicial Power** of this court extends to **all Cases arising under the Constitution, the Laws of the United States, and Treaties made under their Authority**, including the **Treaty of Peace and Friendship of 1787/1836** and the **Consular Convention signed September 16, 1836** between the United States and Moroccan Empire.

Furthermore, under **Public Law 856, Chapter 807 (Joint Resolution, August 1, 1958)**, Congress **approved the relinquishment of the consular jurisdiction of the United States in Moorish Empire,** reaffirming the independent sovereignty and protective rights of Moorish

nationals under said Treaty. As an heir unconditional to my ancestral estate in reversion, I invoke these supreme Treaty protections. Any state or private actor's attempt to violate these secured rights is null and void under the **Supremacy Clause** and **Article III jurisdiction.**

Pursuant to **Article VI, Section 2** of the **Constitution for the United States of America**, known as the **Supremacy Clause:**

> *"This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."*

Therefore, the **Treaty of Peace and Friendship (1787/1836)** remains the **supreme Law of the Land**, binding upon **all judges, state officers, Senators, and Representatives.** Any adverse actions — including but not limited to fraudulent foreclosure, unlawful conveyance, or deprivation of rights — that violate said Treaty, the Constitution, or any valid trust instrument are **null and void ab initio** and shall be treated as fraud and unconstitutional color of law deprivations actionable under **18 U.S.C. §§ 241, 242,** and other applicable international human rights provisions.

Plaintiff further asserts that Defendant Jamie Dimon U.S. citizen, acting CEO though JPMorgan Chase wrongful foreclosure violates **Article 22** of the **Treaty of Peace and Friendship of 1787/1836,** which remains in force as a binding international agreement between the United States and Moorish Americans. Article 22 guarantees Moorish nationals the right to make claims for property and protection and requires that all such rights be respected by both state and federal governments in full accord with the Supremacy Clause.

Under **Kolovrat v. Oregon**, 366 U.S. 187, 194 (1961):

> *"A State cannot refuse to give effect to the rights of foreign nationals under valid international treaties because of fear that valid international agreements may possibly not work completely to the satisfaction of state authorities. Under the Supremacy Clause (Art. VI, Clause 2) of the United States Constitution, State policies must yield to overriding federal treaties and conflicting arrangements."*

By ignoring Plaintiff's protected status, disregarding her recorded Moorish American, and attempting to seize the estate through a private commercial foreclosure that conflicts with a valid treaty, Defendants Jamie Dimon U.S. citizen, acting CEO though JPMorgan Chase, and any state

officers acting in concert violate both the **Supremacy Clause** and Plaintiff's **treaty rights.**
**Plaintiff's Treaty-Protected Trust and Consular Rights**

*The Treaty of Peace and Friendship, Article 22, provides that "the consul shall take possession of his effects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust." **but it the heir to the person deceased be present, the property shall be delivered to him without interruption; and if a soon as the consul a property shall descend agreeably to that will, as***

Plaintiff Rachael Griffin-El, reminds the Article III section 2 Court that the **R.L. Freeman Trust**, which secures her private estate and protected property rights, is duly filed in the **public records** under Tax Exemption No. **AA222141** and is **also filed with the United States Treasury Department, Office of Foreign Assets Control**.

Such unlawful foreclosure is **null and void** under the law of nations, the Treaty of Peace and Friendship, and the United States Constitution.

## Result: Foreclosure is Void Ab Initio

Because no valid loan was ever made and Defendants Jamie Dimon U.S. Citizen, acting CEO JPMORGAN Chase & Co. and Thomas J Axon U.S. Citizen acting CEO Franklin credit management company, defaulted first on the essential delivery of lawful money, the entire transaction is void ab initio. Accordingly, any foreclosure action based on this fraudulent debt must be declared null and void, and title quieted in Plaintiff's favor.

# VI. Foreclosure Is Invalid Without Lawful Consideration

### Invalidity of Alleged Debt Under 15 U.S. Code § 78c

Under **15 U.S. Code § 78c(a)(10)** of the Securities Exchange Act, the term **"security"** expressly includes a **note**, except that it does **not include currency or any note, draft, bill of exchange, or banker's acceptance which has a maturity at the time of issuance of not exceeding nine months**, exclusive of days of grace, or any renewal thereof the maturity of which is likewise limited.

**Plaintiff's original promissory note is a security under this definition** because it exceeds nine months and is not currency. It is a negotiable instrument — not lawful money — and the only "**asset**" Defendants Jamie Dimon U.S. Citizen, acting CEO JPMORGAN Chase & Co. and Thomas J Axon U.S. Citizen acting CEO Franklin credit management company, ever received. Defendants did not loan Plaintiff actual lawful money (gold or silver coin) as required by **Article I, Section 10** of the Constitution. Instead, they took Plaintiff's signature, deposited it as a

banking asset, and converted it into credit — a private book-entry transaction with no lawful money ever delivered into Plaintiff's hands.

---

## Foreclosure Is Invalid Without Lawful Consideration TO:

**Jamie Dimon U.S. citizen /CEO**
Chairman & CEO, JPMorgan Chase Bank, N.A.
270 Park Avenue, New York, NY [near 10017]

**Juanita Deaver U.S. citizen /attorney /Feoffer**
Attorney at Law, Codilis & Moody, P.C.
20405 State Highway 249, Suite 170, Houston, TX [near 77070]
(281) 925-5200

**Eric G. Carlson U.S. citizen/attorney/Feoffer**
Attorney at Law, Quilling, Selander, Lownds, Winslett & Moser, P.C.
Direct: (214) 880-1876 — ecarlson@qslwm.com

---

**Re:**

- Misrepresented Instrument — Bill of Attainder / Foreign Bill of Exchange
- Codilis File #: 44-25-00934 **Juanita Deaver U.S. citizen /attorney /Feoffer**
- Loan #: 0696921980
- Inherited Ancestral Estate in Reversion known as: 703 Deveron Ln., Houston, Texas Republic
    - After Plaintiff issued a **certified mail Affidavit of Dispute** and a **Memorandum of Trust and Adverse Claim**, placing JPMorgan Chase Bank, N.A. and its CEO Jamie Dimon U.S. citizen on actual and constructive notice of Plaintiff's lawful dispute and protected adverse interest, said Defendants proceeded in willful default and bad faith.
    - Acting under Dimon's direction, an affiliate — **Juanita Deaver**, U.S. citizen, attorney, and self-styled "feoffer" — transmitted a **Bill of Attainder–styled demand** through **Codilis & Moody, P.C.**, a debt collector, in an attempt to unlawfully collect on an alleged debt already subject to verified dispute and adverse claim. This action constitutes **constructive fraud** and **mail fraud** in violation of **18 U.S.C. § 1341**, as it uses the mails to affect a swindle against the Plaintiff's protected property real Estate rights.
    - Juanita Deaver U.S. citizen,/Attorney/feoffer, then filed a **Notice of Trustee's Sale and Appointment of Substitute Trustee**, fraudulently misrepresenting the void instrument as a lawful basis for alienating

Plaintiff's **Inherited Ancestral Estate in Reversion** known as 703
Deveron Ln., Houston, Texas Republic — despite having no lawful title,
standing, or authority to do so under trust law, the **Treaty of Peace and
Friendship,** and the **Bill of Attainder prohibition** in **Article I, Section 9,
Clause 3** of the United States Constitution.

- Any purported foreclosure sale or downstream transfer of title is
  therefore **void ab initio** and constitutes a continuing trespass upon
  Plaintiff's secured estate and sovereign Moorish American unalienable
  rights.

- • **Notice of Adverse Claim and Dispute:**
  Plaintiff has lawfully disputed any alleged mortgage debt by serving a **Certified Mail
  Affidavit of Dispute** and a **Memorandum of Trust** and **Adverse Claim** upon JPMorgan
  Chase Bank, N.A. and CEO Jamie Dimon, U.S. citizen thereby providing actual and
  constructive notice under **UCC 3-501** and relevant state and federal law.

- • **Fraudulent Collection and Bill of Attainder:**
  Despite this verified dispute, Defendants, by and through their affiliate **Juanita Deaver,**
  U.S. citizen/attorney/self-styled "feoffer," acting under the name **Codilis & Moody,
  P.C.,** transmitted a purported debt collection letter and foreclosure threat styled as a **Bill
  of Attainder,** in direct violation of **Article I, Section 9, Clause 3** of the United States
  Constitution, which strictly prohibits any legislative or quasi-legislative act punishing a
  party without due process of law. The alleged debt associated with account / folio number
  Codilis File # 44-25-00934 and any other attachments associated thereto are acquitted
  and discharged in accordance with and in reliance on Title 12 USC 95a (2): Title 12 U.S.
  Code § 95a-Regulation of transactions in foreign exchange of gold and silver. property
  transfers; vested interests, enforcement, and penalties. (2) Any payment conveyance,
  transfer, assignment, or delivery of property or interest therein, made to or for the
  **account of the United States,** or as otherwise directed, pursuant to this section or any
  rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a
  **full acquittance and discharge for all purposes of the obligation of the person
  making the same; and no person shall be held liable in any court for or in respect** to
  anything done or omitted in good faith in connection with the administration of or in
  pursuance of and in reliance on, this section, or any rule, regulation, instruction, or
  direction issued hereunder

- • **Mail Fraud and Constructive Fraud:**
  Said debt collection letter and subsequent **Notice of Trustee's Sale and Appointment of
  Substitute Trustee** constitute **mail fraud** under **18 U.S.C. § 1341,** as they employ the
  U.S. mails to advance a fraudulent conveyance scheme, misrepresenting a void mortgage
  instrument as lawful consideration when in fact the underlying transaction lacked lawful
  consideration ab initio, was never fully disclosed, and was procured through constructive
  fraud.

- • **Violation of Protected Ancestral Estate:**
  The estate known as **703 Deveron Ln., Houston, Texas Republic** is
  Plaintiff's **Inherited Ancestral Estate in Reversion,** protected under the **Treaty of
  Peace and Friendship of 1787/1836,** Articles 22, 23, and 24, which provide that an heir

present shall receive the property **without interruption** and that no foreign corporate like JPMorgan Chase & Co, Jamie Dimon CEO/ U.S. citizen acting under a fiction may lawfully alienate said estate without clear, knowing, and voluntary consent.

- • **Supremacy Clause and Treaty Protection:**
  Under **Article VI, Clause 2** of the United States Constitution (the **Supremacy Clause**), the Constitution, all Treaties made under the authority of the United States, and the Articles of Confederation remain the supreme Law of the Land, preempting any conflicting state foreclosure statutes, debt collection practices, or substitute trustee appointments.
- • **Demand to Cease and Desist:**
  Defendants Jamie Dimon U.S. Citizen, acting CEO JPMORGAN Chase & Co. and Thomas J Axon U.S. Citizen acting CEO Franklin credit management company, are hereby ordered to immediately CEASE AND DESIST any further acts of debt collection, foreclosure, eviction, or conveyance related to this Inherited Ancestral Estate. Any downstream transfer of title, writ of possession, or state eviction proceeding is **void ab initio** and will subject all participating parties to civil and criminal liability for **trespass, fraud, mail fraud, slander of title**, and violations of Plaintiff's **protected rights under domestic and international law.**
- • **Reservation of Rights:**
  Plaintiff reserves all unalienable, retained, and secured rights under the Constitution for the United States of America, the Articles of Confederation, the **Treaty of Peace and Friendship**, the **Universal Declaration of Human Rights**, the **American Declaration on the Rights of Indigenous Peoples**, and all applicable trust, equity, and commercial law.

## Statement of Non-Consent and Sovereign Standing

I, **Rachael Griffin-El,** a living, sentient, natural Moorish American national and rightful heir to my ancestral estate, hereby **affirm and declare** the following under penalty of perjury:

- I have recorded a **Quitclaim Deed & Affidavit of Allodial Aboriginal Paramount Clear Perfect Title of Conveyance** with the Harris County Real Property Records, establishing my **paramount title and sovereign rights** to my estate.
- I reject and do **not consent** to any claims, conveyances, liens, or actions made by **stateless U.S. citizens** acting as attorney/Feoffer, including but not limited to:
  - ○ **Juanita Deaver**, U.S. citizen, attorney at law with Codilis & Moody, P.C., who appeared as attorney/Feoffer on the deed of trust used to escheat my estate;
  - ○ **Eric G. Carlson**, attorney/Feoffer and U.S. citizen, with direct contact (214) 880-1876, email ecarlson@qslwm.com;
  - ○ **Jamie Dimon**, CEO /U.S. citizen of JPMorgan Chase Bank, N.A., and affiliate Feoffer acting under corporate capacity.
- I stand firmly on my **insurance policy**, the **Treaty of Peace and Friendship (1787/1836)**, and the **United States Constitution**, which is the **supreme law of the land**. No state or citizen has lawful authority to enact or enforce laws or claims that violate my treaty rights or my status as an indigenous Moorish American.

- I hereby **expressly decline any further meetings, negotiations, or communications** that do not fully recognize and respect my sovereign status and recorded public acts.
- All parties are hereby put on **formal notice** that any unlawful interference with my estate will be met with all available lawful legal remedies, including claims of **fraudulent conveyance, breach of trust, and violation of international treaty rights..**
-

Because **no lawful money was ever loaned,** there can be **no lawful debt**. A security interest (the deed of trust) cannot be enforced if there was no actual delivery of value. This means **no true debt exists to foreclose upon.**

Moreover, Defendants Jamie Dimon U.S. Citizen, acting CEO JPMORGAN Chase & Co. and Thomas J Axon U.S. Citizen acting CEO Franklin credit management company, have attempted to accelerate or foreclose an alleged debt that was never funded with lawful consideration. Foreclosure demands that Plaintiff surrender her estate ahead **of time** based on an alleged future obligation — but if no real money was loaned, there can be no valid obligation at all.

**No lawful money → No valid debt → No valid lien → No foreclosure.**

Any foreclosure based on a fraudulent debt created solely by monetizing Plaintiff's signature is void *ab initio*. Defendants Jamie Dimon U.S. Citizen, acting CEO JPMORGAN Chase & Co. and Thomas J Axon U.S. Citizen acting CEO Franklin credit management company, actions in proceeding with this foreclosure constitute constructive fraud, unjust enrichment, and a direct violation of Plaintiff's constitutional and commercial rights, including the Fifth Amendment right to due process of law.

Furthermore, Defendants Jamie Dimon U.S. Citizen, acting CEO JPMORGAN Chase & Co. and Thomas J Axon U.S. Citizen acting CEO Franklin credit management company, actions violate Article IV of the Articles of Confederation, which guarantees that "such restrictions shall not extend so far as to prevent the removal of property imported into any state, to any other state of which the owner is an inhabitant," and also provides that "no imposition, duties, or restriction shall be laid by any state, on the property of the united states, or either of them."

In addition, the Full Faith and Credit Clause requires that "Full Faith and Credit shall be given in each of these States to the records, acts and judicial proceedings of the courts and magistrates of every other state."

By disregarding these constitutional and Articles of Confederation protections, Defendant Jamie Dimon U.S. Citizen, acting CEO JPMORGAN Chase & Co., foreclosure is rendered void, unlawful, and unenforceable.

# VII. Response to Defendants' Argument Regarding Foreclosure Sale and Eviction

Proceedings while it is true that the estate was allegedly sold to **P.C.F. Properties and that/U.S. citizen,** operations, property, manager, **Antony Halaris,U.S. citizen, P.C.F. Properties In TX LLC /U.S. citizen,** filed an **eviction action,** it is also true that P.C.F. has not lawfully obtained a final judgment of possession. Plaintiff was forced, under duress and protest, to file an appeal because Jamie Dimon, U.S. citizen, acting as CEO of JPMorgan Chase Bank, orchestrated and directed actions that placed Plaintiff under economic and legal distress. These actions forced Plaintiff to defend her protected estate rights under the Constitution and Treaty of Peace and Friendship.

Defendant Jamie Dimon U.S. Citizen, acting CEO, JPMorgan Chase & Co. conduct violates Plaintiff's fundamental constitutional rights and treaty-protected status, including the right to fair due process under the Fifth Amendment. Plaintiff remains in her estate and lawfully demands this Court to intervene and perform its constitutional obligation to uphold the supreme law — including the security agreement embodied in the Constitution and treaties — by voiding this wrongful foreclosure and protecting Plaintiff's peaceful possession.

Defendants JPMorgan Chase Bank, N.A. and Jamie Dimon, U.S. citizen acting CEO remain the orchestrators and beneficiaries of the unlawful foreclosure scheme. Defendant retain control and benefit from the assignment to P.C.F. Properties, making them proper parties against whom injunctive relief may be sought.

Further, the Anti-Injunction Act does not bar this Court from granting relief to prevent violations of constitutional rights, including unlawful deprivation of property without due process. The Act contains exceptions allowing federal courts to intervene when necessary to prevent irreparable harm or constitutional violations.

The Rooker-Feldman doctrine is inapplicable here because Plaintiff does not seek to overturn or directly review any state court judgment of possession. Rather, Plaintiff asks this Court to prevent ongoing constitutional and treaty violations arising from the unlawful foreclosure, fraudulent escheat of her private estate, and fraudulent deed of trust.

Because the underlying foreclosure is void *ab initio* for want of lawful consideration, constructive fraud, and violations of treaty and constitutional guarantees, any downstream writ of possession or state eviction action is legally null and without effect. Therefore, federal intervention is proper to restrain any continued deprivation of Plaintiff's protected property rights under Article VI of the United States Constitution, the Articles of Confederation, and the Treaty of Peace and Friendship — including Articles 22,23 and 24 — all of which constitute the supreme Law of the Land and override any conflicting state codes, laws, statutes, or procedural rules. ***but it the heir to the person deceased be present, the property shall be delivered to him without interruption; and if a soon as the consul a property shall descend agreeably to that will,***

Finally, although Defendant Jamie Dimon, U.S. citizen, are not currently enforcing a writ of possession, they remain liable and responsible for the unlawful foreclosure that precipitated these proceedings. This Article III Court is empowered to enjoin all persons acting in concert with Defendant Jamie Dimon, acting CEO of JPMorgan Chase and U.S. citizen, including (acting) state civil judges, where appropriate. Moreover, Plaintiff's rights to life, liberty, and property are unalienable rights secured under the Constitution, the Treaty of Peace and Friendship, and the Articles of Confederation. These rights cannot be lawfully taken, denied, or impaired without due process of law—rights which Defendants have violated through their wrongful foreclosure scheme.

# VIII. States Cannot Alter Constitutional Obligations

**No State** may **enact any law**, rule, code, or statute that **conflicts with or undermines the original and organic Constitution of the United States**. Any such state enactment is void and without legal effect under the Supremacy Clause of Article VI, Clause 2 of the Constitution.

Non-judicial foreclosures are unconstitutional as they deprive individuals of their fundamental right to due process guaranteed by the Fifth Amendment of the United States Constitution. Such procedures deny property owners a fair hearing before an impartial tribunal, thereby violating core constitutional protections.

The organic Constitution and the Articles of Confederation bind all States. Any modern statute, banking code, or corporate procedure that attempts to rewrite the obligation to use only gold and silver coin (**Article I, Section 10**) or to impose feudal duties on estate property is unconstitutional.

**An obligation means obligation:** States and private actors cannot pass laws that **impair the original trust or contract between the people and the government.** The fraudulent foreclosure seeks to do exactly that — it seeks to impair the obligation of a constitutional contract by using private commercial paper to deprive Plaintiff of real property.

# IX. The Anti-Injunction Act and Rooker-Feldman Doctrine Do Not Bar Relief

Defendants Jamie Dimon CEO/ U.S. citizen/ acting Attorney incorrectly claim that the **Anti-Injunction Act** and the **Rooker-Feldman Doctrine** bar this Court from granting relief. This is not true for three reasons:

**First,** Plaintiff Rachael Griffin-El /heir unconditional, does not merely seek to relitigate a state eviction or appeal a state judgment. Plaintiff asserts that **the foreclosure itself is void ab initio** for want of lawful consideration, fraud, and violation of federal constitutional and treaty

rights. Any writ of possession obtained downstream of a void foreclosure is **null and without legal force** because it rests on a fraudulent foundation.

**Second**, the **Rooker-Feldman Doctrine** does not bar independent federal actions that attack the *validity* of the underlying transaction for **fraud, lack of jurisdiction, or constitutional violations.** *See*, e.g., *Truong v. Bank of America, N.A.*, 717 F.3d 377, 382 (5th Cir. 2013) (Rooker-Feldman does not bar claims "independent of the state court judgment").

**Third**, the **Anti-Injunction Act** does not bar relief where an injunction is necessary "to protect or effectuate the federal court's judgments" or where it is necessary to enforce **superior federal rights**, including the **Treaty of Peace and Friendship**, the **Supremacy Clause**, and **Article I, Section 10.** *See 28 U.S.C. § 2283 (exceptions clause).*

Plaintiff invokes valid **treaty rights**, recognized as the supreme law under **Kolovrat v. Oregon,** 366 U.S. 187 (1961). A state court judgment obtained in conflict with a valid international treaty is void and must yield under the Supremacy Clause.

**Accordingly**, the Article III Court retains jurisdiction to enjoin all actors — including state officers and downstream purchasers — from enforcing an unlawful writ of possession arising from a fraudulent foreclosure that was void from inception.

Pursuant to 15 USC 1681(b)(6)(2)(A)(ii) all alleged and assumed authorization to communicate any reporting about me or my ancestral estate is revoked with all signatures rescinded.

---

## COUNTERCLAIM & FRAUD IN THE INDUCEMENT

Your claim of an alleged debt under **Codilis File #44-25-00934 / Loan #0696921980** is **null, void, and unconstitutional for fraud in the inducement,** for the following reasons: the unlawful foreclosure Jaime Dimon CEO /U.S. citizen.

1.You hold no valid Allodial or Aboriginal Title.

2.**Between November 16, 2024, and March 13, 2025,** Codilis & Moody, P.C.,U.S. citizen, acting as a purported debt collector, mailed a letter demanding a tender of **$124,881.79** under color of law. See **Exhibits E1 and E2.** This demand is rooted in a purported mortgage contract and alleged debt that this Plaintiff asserts are tainted by fraud, misrepresentation, and failure of lawful consideration. As the United States Supreme Court held in *United States v. Throckmorton*, **98 U.S. 61 (1878)**, *"Fraud vitiates even the most solemn contracts, documents, and judgments."* Therefore, any instrument or judgment derived from such fraud is null and void ab initio and cannot be enforced in any court of equity or law.

**3.Discharge and Acquittance of Alleged Debt Under Title 12 U.S.C. § 95a(2)**

Plaintiff further asserts that any alleged debt arising from the purported mortgage contract is **acquitted and discharged** pursuant to **Title 12 U.S.C. § 95a(2)**, which provides statutory authority for the acquittance and discharge of obligations under the Emergency Banking Relief Act of 1933. This provision remains in force and effect and demonstrates that any purported obligation relying on private corporate credit, rather than lawful tender of actual money, is unenforceable under federal law.

Moreover, under the **Clearfield Doctrine** (*Clearfield Trust Co. v. United States*, 318 U.S. 363 (1943)), the United States Supreme Court established that when the government or its chartered entities (such as Federal Reserve member banks) engage in commercial or proprietary activities, they do so as private corporations subject to commercial law rather than sovereign authority. Accordingly, Defendant Jamie Dimon, CEO/ U.S. citizen, JPMorgan Chase Bank, N.A., as a private corporation issuing credit instruments rather than lawful United States money of account, cannot enforce any debt obligation which is in fact extinguished by operation of Title 12 U.S.C. § 95a(2).

In light of these facts and controlling precedents, Plaintiff maintains that any demand for payment, foreclosure, or collection — including the letter from Codilis & Moody, P.C. dated between November 16, 2024, and March 13, 2025, demanding tender of $124,881.79 under color of law — is void and unenforceable. As reaffirmed in *United States v. Throckmorton*, **98 U.S. 61 (1878)**, *"Fraud vitiates even the most solemn contracts, documents, and judgments."* Any instrument tainted by fraud, issued without lawful consideration, or discharged by statutory mandate must be treated as void ab initio.

**I further affirm and declare:**

*"A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well-established law that a void order can be challenged in any court."* — *Old Wayne Mut. Life Assoc. v. McDonough*, 204 U.S. 8, 27 S.Ct. 236 (1907)

Therefore, any deed of trust, order, claim, lien, or foreclosure proceeding issued under **color of law**, fraud in the inducement, or outside true jurisdiction is **null and void ab initio**, and is lawfully challenged at any time in any competent court.

---

# X. ALLODIAL COMPENSATION INVOICE

For your acts of fraud, deprivation of rights, conspiracy, and inducement under color of law, I claim **allodial compensation** as follows:

| Damage | Cost |
|---|---|
| Deprivation of Rights (18 USC § 242) | $1,000,000 |
| Conspiracy Against Rights (18 USC § 241) | $7,000,000 |
| Fraud in the Inducement | $7,000,000 |
| Refund of Fiat / Credit | $142,080 |
| Miscellaneous Expenses (Mailing, Filing, Paper, Ink) | $2,500 |
| **TOTAL** | **$15,144,580** |

All sums are **lawfully due forthwith** in **.9999 fine silver bullion coins and/or bars**, as the only lawful payment tender acceptable.

---

## XI. FINAL CONDITIONAL DEFAULT TERMS

You have **five (5) days** from receipt of this Affidavit to:

- **Fully produce** the commanded evidence;
- **Rebut point-for-point** by sworn affidavit under penalty of perjury.
- **NO ACTION** may be taken by you or your agents during this lawful validation period. Failure to answer constitutes default, standing as your **admission by silence** that:
  - ✔ You hold **no valid claim**;
  - ✔ There is **no lawful debt**;
  - ✔ Your misrepresented instrument(s) — **bill of attainder / foreign bill of exchange / unlawful deed of trust sale**, whereby you falsely claim I sold my ancestral estate when no valid title exists except mine — is **unconstitutional, null, and void ab initio.**

---

**Executed under penalty of perjury under the laws of the United States of America and the Texas Republic this** 28 **day of** _July_ **, 2025.**

I, **Rachael Griffin-El**, declare under penalty of perjury under Divine Law, the Zodiac Constitution, and the Constitution for the United States (1791), do affirm and certify true, correct, under the laws of the United States of America that the foregoing facts and statements are true and correct to the best of my knowledge, information, and belief.

Executed this 28 **day of** _July_ **, 2025.**

Respectfully submitted,



Affiant: **Rachael Griffin-El, ex rel RACHAEL GRIFFIN**
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

**JURAT / NOTARIZATION BLOCK**

**STATE OF TEXAS**
**COUNTY OF HARRIS**

Before me, , on this 28 day of July , 2025, I full life Rachael Griffin -El ,
known to me (or satisfactorily proven) to be the natural person whose title is subscribed to the foregoing instrument, and
acknowledged that she executed the same for the purposes therein expressed.

[Seal and Signature of Notary Public]



KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

Notary Public, State of Texas
My commission expires: 12·23·2026





International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

**VERIFICATION**, **Rachael Griffin El**, under Divine Law, the Zodiac Constitution, and the Constitution for the United States (1791), do affirm and certify that a true, correct, and complete copy of this , **AFFIDAVIT OF RACHAEL GRIFFIN-EL IN SUPPORT OF MEMORANDUM OF LAW IN SUPPORT OF COMBINED REBUTTAL AND MOTION TO VOID UNLAWFUL FORECLOSURE WITH REQUEST FOR JUDICIAL NOTICE**

on the 28 day of June 2025 to the following parties:

executed on this 28 ᵗʰ day of July 2025.

Affiant Rachael Griffin-El c/o/fdr RACHAEL GRIFFIN
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

- Nicholas J. Ganjei, – Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State
- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Sheriff Ed Gonzalez -Harris County Sheriff
- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State
- Jamie Dimon -JPMORGAN Chase, CEO
- Tomas J. Axon -Franklin credit management corporation



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE — New York NY 10017

Certified Mail Fee $5.30
$4.40    0056 33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $3.56
Postmark Here
Total Postage and Fees $10.14    07/28/2025

Sent To: Jamie Dimen CEO US citizen JPMorgan Chase
Street and Apt. No., or PO Box No. 270 Park Ave
City, State, ZIP+4 New York, New York near 10017 united state

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE — Washington DC 20520

Certified Mail Fee $5.30
$4.40    0056 33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $2.44
Postmark Here
Total Postage and Fees $12.14    07/28/2025

Sent To: Marco Rubio United State, Secretary of State
Street and Apt. No., or PO Box No. 2201 C. St. NW 4 room 5420
City, State, ZIP+4 Washington DC 20520 near United State

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE — Washington DC 20220

Certified Mail Fee $5.30
$4.40    0056 33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $2.44
Postmark Here
Total Postage and Fees $12.14    07/28/2025

Sent To: Scott Bessent U.S. Treasury Dep (OFAC)
Street and Apt. No., or PO Box No. 1500 Pennsylvania Ave. NW
City, State, ZIP+4 Washington, DC 20520 near United State

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE — Jersey City NJ 07302

Certified Mail Fee $5.30
$4.40    0056 33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $2.44
Postmark Here
Total Postage and Fees $12.14    07/28/2025

Sent To: Thomas J. Axon Franklin Credit Management Co
Street and Apt. No., or PO Box No. 101 Hudson Street, 25 Floor
City, State, ZIP+4 Jersey City near 07302 united state

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE — Austin TX 78701

Certified Mail Fee $5.30
$4.40    0056 33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $2.44
Postmark Here
Total Postage and Fees $12.14    07/28/2025

Sent To: Jane Nelson Texas Secretary of State
Street and Apt. No., or PO Box No. 1019 Brazos st.
City, State, ZIP+4 Austin Texas 78701 United State

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE — Houston TX 77002

Certified Mail Fee $5.30
$4.40    0056 33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage $3.00
Postmark Here
Total Postage and Fees $12.70    07/28/2025

Sent To: Sheriff Ed Gonzalez
Street and Apt. No., or PO Box No. 1200 Baker street
City, State, ZIP+4 Houston Texas near 77002 United State

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20530 OFFICIAL USE

Certified Mail Fee $5.30                    0056
                          $4.40              33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $0.00
☐ Return Receipt (electronic)    $0.00      Postmark
☐ Certified Mail Restricted Delivery $0.00  Here
☐ Adult Signature Required       $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage        $2.44
Total Postage and Fees                       07/28/2025
$12.14

Sent To Pamela Bondi Attorney General U.S. Dep of Justice
Street and Apt. No., or PO Box No. 150 Pennsylvania Ave, NW
City, State, ZIP+4® Washington DC 20530 United State

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Houston TX 77002 OFFICIAL USE

Certified Mail Fee $5.30                    0056
                          $4.40              33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $0.00
☐ Return Receipt (electronic)    $0.00      Postmark
☐ Certified Mail Restricted Delivery $0.00  Here
☐ Adult Signature Required       $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage        $2.44
Total Postage and Fees                       07/28/2025
$12.14

Sent To Nicholas J. Ganjei U.S. Attorney Souther District
Street and Apt. No., or PO Box No. 1000 Louisiana st #2300
City, State, ZIP+4® Houston Texas 77002 near United State

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Houston TX 77002 OFFICIAL USE

Certified Mail Fee $5.30                    0056
                          $4.40              33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $0.00
☐ Return Receipt (electronic)    $0.00      Postmark
☐ Certified Mail Restricted Delivery $0.00  Here
☐ Adult Signature Required       $0.00
☐ Adult Signature Restricted Delivery $0.00
Postage        $2.44
Total Postage and Fees                       07/28/2025
$12.14

Sent To Michael O'Connor US Marshal
Street and Apt. No., or PO Box No. 515 Rusk Ave room 10002
City, State, ZIP+4® Houston Texas 77002 near United State

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

Registered No. RF644549968US                 Date Stamp
                                              0056
                                              33

Postage $ $7.35         Extra Services & Fees (continued)
Extra Services & Fees              ☐ Signature Confirmation
☐ Registered Mail $13.40
☐ Return Receipt                   ☐ Signature Confirmation
   (hardcopy)     $0.00               Restricted Delivery
☐ Return Receipt
   (electronic)   $0.00             Total Postage & Fees
☐ Restricted Delivery $0.00         $ $20.75

Customer Must Declare    Received by       Postal Insurance up to $50,000
Full Value                                 is included based upon the
           $0.00        07/28/2025         declared value. International
                                           Indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM  Rachael Griffin-FL
      Houston TX 77098
      C/o 703 Deverin ln
      Houston Texas [77090]

TO    Volker Türk / office of the United Nation
      High Commission of Human right
      Palais des Nations
      CH-1211 Geneva10 Switzerland

PS Form **3806, Registered Mail Receipt**      Copy 1 - Customer
April. 2015, PSN 7530-02-000-9051              (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com ®*

Exhibit

**Rachael Griffin -El ex rel**
RACHAEL GRIFFIN
c/o 703 Deveron Lane
Houston Texas [77090]
rachaelgriffin300@gmai.com
July 28,2025

**Sheriff Ed Gonzalez**
Harris County Sheriff's Office
1200 Baker Street
Houston, TX 77002

## Subject: Formal Notice Regarding Unlawful Foreclosure and Pending Writ of Default

Dear Sheriff Gonzalez,

I am writing to you in your official capacity as Sheriff of Harris County to place you on formal notice of material facts concerning an unlawful foreclosure action presently being disputed in the U.S. District Court for the Southern District of Texas (Case No. 4:25-cv-02013). I also state interfering in treaty matters. Justice of the peace precinct 4 place1(Case Number: 254100243037)

I have provided the opposing parties with all required affidavits, notices of dispute, and demands for lawful validation of any alleged debt or authority to foreclose. To date, they have failed to produce any verified evidence proving their lawful standing, ownership of the note, or compliance with constitutional and statutory requirements.

Accordingly, I have given the named parties **five (5) days** from the date of this letter to respond and cure all defaults. Failure to respond in good faith will result in my issuance of a **Writ of Default**, which will be filed in the court record as further evidence of their failure to meet lawful obligations and rebut my claims.

I am providing you this notice to ensure that no officer under your command will act to enforce or carry out any eviction, seizure, or removal of my estate person or property based on an unlawful or fraudulent foreclosure claim while this matter remains under judicial review. Any such action absent due process and lawful standing would constitute a violation of my constitutional rights and an unlawful breach of the peace.

I trust that, under your oath of office, you will see that no forced removal or enforcement occurs contrary to the law and my protected rights.

Please contact me if you require any additional documentation or clarification. I am prepared to supply certified copies of all filings, affidavits, and notices as needed.

Thank you for your attention to this serious matter and your commitment to upholding the law and safeguarding the rights of the people of Harris County.

Respectfully,

Affiant: Rachael Griffin-El, ex rel RACHAEL GRIFFIN
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Houston, TX 77002  OFFICIAL USE

| Certified Mail Fee | $4.85 | | 0056 |
|---|---|---|---|
| | | | 33 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required      $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage $3.15

Total Postage and Fees
$12.10

07/01/2025

Sent To Michael O'Connor US Marshal Southern
Street and Apt. No., or PO Box No. 515 Rusk Ave Room 10002
City, State, ZIP+4® Houston TX 77002

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20520  OFFICIAL USE

| Certified Mail Fee | $4.85 | | 0056 |
|---|---|---|---|
| | | | 33 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required      $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage $3.15

Total Postage and Fees
$12.10

07/01/2025

Sent To Marco Rubio United State Secretary of state
Street and Apt. No., or PO Box No. 2201 C st NW. room 5420
City, State, ZIP+4® Washington DC 20520

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Austin, TX 78701  OFFICIAL USE

| Certified Mail Fee | $4.85 | | 0056 |
|---|---|---|---|
| | | | 33 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required      $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage $3.15

Total Postage and Fees
$12.10

07/01/2025

Sent To Jane Nelson, Texas Secretary of State
Street and Apt. No., or PO Box No. 1500 Brazos St. Jame E. Rudder Bldg
City, State, ZIP+4® Austin TX 78701

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | | | 0056 |
|---|---|---|---|
| | $4.10 | | 33 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required      $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage $3.15

Total Postage and Fees
$12.10

07/01/2025

Sent To Scott Bessent US Treasury Department Office of AC
Street and Apt. No., or PO Box No. 1500 Pennsylvania Ave NW
City, State, ZIP+4® Washington DC 20220

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20530  OFFICIAL USE

| Certified Mail Fee | $4.85 | | 0056 |
|---|---|---|---|
| | | | 33 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $4.10
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required      $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage $3.15

Total Postage and Fees
$12.10

07/01/2025

Sent To Pamela Bondi U.S. Department of Justice
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Houston TX 77002  OFFICIAL USE

| Certified Mail Fee | $4.85 | | 0056 |
|---|---|---|---|
| | | | 33 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required      $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage $3.15

Total Postage and Fees
$12.10

07/01/2025

Sent To Nicholas J. Ganjei U.S. Attorneys
Street and Apt. No., or PO Box No. 1000 Louisiana St #2300
City, State, ZIP+4®









**Registered No.** RE950522BF4US

| Postage $ | Extra Services & Fees (continued) |
|---|---|
| | ☐ Signature Confirmation |

**Extra Services & Fees**
- ☐ Registered Mail $23.40
- ☐ Return Receipt (hardcopy) $0.00
- ☐ Return Receipt (electronic) $0.00
- ☐ Restricted Delivery $0.00

☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

**Total Postage & Fees**

Customer Must Declare Full Value $0.00

Received by 07/14/2025

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

Date Stamp — SPRING, TX 773.. 0373 08 JUL 1 4 2025 USPS

**OFFICIAL USE**

FROM: Rachael Griffin-El
c/o 205 Devermtn.
Houstn TX [77090]

TO: Volker Turk, Office the United
Nations, High Commissin of Human Right
Palais des Nations
CH-1211 Geneva 10, Switzerland

PS Form **3806, Registered Mail Receipt**     Copy 1 - Customer
April 2015, PSN 7530-02-000-9051     (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com* ®.

Houston TX 77002 OFFICIAL USE

Certified Mail Fee $5.30     0373 08

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $0.00
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $2.44

Total Postage and Fees $12.14

Postmark Here     07/14/2025

Sent To: Nicholas J. Ganjei U.S. Attorney Southern Distrct
Street and Apt. No., or PO Box No. 1000 Louisiana St 2360
City, State, ZIP+4® Houstn TX 77002 near United State.

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

9589 0710 5270 0430 8184 94



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com* ®.

Houston TX 77002 OFFICIAL USE

Certified Mail Fee $5.30     0373 08

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $0.00
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $2.44

Total Postage and Fees $12.14

Postmark Here     JUL 14 2025     07/14/2025

Sent To: Michael O'Connor U.S. Marshal South..
Street and Apt. No., or PO Box No. 515 Rusk Ave   room 10002
City, State, ZIP+4® Houstn TX 77002 near United State.

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

9589 0710 5270 0430 7218 98



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com* ®.

Washington DC 20530 OFFICIAL USE

Certified Mail Fee $5.30     0373 08

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $0.00
- ☐ Return Receipt (electronic) $0.00
- ☐ Certified Mail Restricted Delivery $0.00
- ☐ Adult Signature Required $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $2.44

Total Postage and Fees $12.14

Postmark Here     JUL 14 2025     07/14/2025

Sent To: Pamela Bond, Attorney General U.S. Deprt Justic
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4® Washingtn DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

9589 0710 5270 0430 7218 04



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com* ®.

AUSTIN TX 78.. OFFICIAL USE

Certified Mail Fee $14.85

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $2.04

Total Postage and Fees

Sent To: State Commission on ..

9589 0710 5270 0430 8184 87



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10017    OFFICIAL USE

Certified Mail Fee    $4.85    0056 20

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00    Postmark Here
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $2.04

Total Postage and Fees    $10.99    02/14/2025

Sent To  *Jamie Dimon / Chase JP Morgan*
Street and Apt. No., or PO Box No.  *270 Park Avenue*
City, State, ZIP+4  *New York, NY 10017*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10017    OFFICIAL USE

Certified Mail Fee    $4.85    0056 33
$4.10

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00    Postmark Here
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $1.77

Total Postage and Fees    $10.72    01/27/2025

Sent To  *Jamie Dimon / JPMORGAN CHASE*
Street and Apt. No., or PO Box No.  *270 Park Avenue*
City, State, ZIP+4  *New York, NY 10017*

PS Form 3800, January 2023 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10017    OFFICIAL USE

Certified Mail Fee    $4.85    0056 33

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00    Postmark Here
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $2.59

Total Postage and Fees    $11.54    03/18/2025

Sent To  *Jamie Dimon / JPMORGAN Chase*
Street and Apt. No., or PO Box No.  *270 Park Ave.*
City, State, ZIP+4  *New York, NY near 10017 (United States)*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10017    OFFICIAL USE

Certified Mail Fee    $4.85    0056 33
$4.10

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00    Postmark Here
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $2.31

Total Postage and Fees    $11.26    03/24/2025

Sent To  *Jamie Dimon, JPMORGan Chase*
Street and Apt. No., or PO Box No.  *270 Park Avenue*
City, State, ZIP+4  *NewYork, NY near 10017 United State*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10017    OFFICIAL USE

Certified Mail Fee    $4.85    0056 7

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ $0.00
☐ Return Receipt (electronic)    $ $0.00    Postmark Here
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $1.57

Total Postage and Fees    $10.52    04/07/2025

Sent To  *Jamie Dimon JPMORGan Chase*
Street and Apt. No., or PO Box No.













Registered No. RF644557743US

Date Stamp

Postage $ $7.11

Extra Services & Fees
(continued)
☐ Signature Confirmation
☐ Signature Confirmation
Restricted Delivery

Extra Services & Fees
☐ Registered Mail $.75
☐ Return Receipt
(hardcopy) $ $0.00
☐ Return Receipt
(electronic) $ $0.00
☐ Restricted Delivery $0.00

Total Postage & Fees
$ $28.86

Customer Must Declare
Full Value
$ $0.00

Received by
07/10/2025

Domestic Insurance up to $50,000
is included based upon the
declared value. International
Indemnity is limited. (See Reverse).

To Be Completed
By Post Office

RF 644 557 743 US

To Be Completed By Customer
(Please Print)
All Entries Must Be In Ballpoint or Typed

FROM
Rachhon City Texas L-
C/o 703 Deveron ln
Houston TX [ T7090]

Volker Türk - Office of the United
Nations High Commission of Human right
Palais des Nations
CH-1211 Geneva 10 Switzerland

PS Form 3806, Registered Mail Receipt    Copy 1 - Customer
April 2015, PSN 7530-02-000-9051    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Austin TX 78701

Certified Mail Fee $4.85                                    0056
                                                           33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $1.29
Total Postage and Fees $10.24                06/09/2025
Sent To Jane Nelson Texas Secretary of State
Street and Apt. No., or PO Box No. 10 Ba205 St James E Rudby Bld
City, State, ZIP+4® Austin TX 78701
PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Houston TX 77002

Certified Mail Fee $4.85                                    0056
                                                           33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $1.01
Total Postage and Fees $9.96                 06/09/2025
Sent To Tehseshia Hudspeth, of Harris County Clerk,
Street and Apt. No., or PO Box No. 201 Caroline, Suite 800
City, State, ZIP+4® Houston, Texas Republic 77002
PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Jersey City NJ 07302

Certified Mail Fee $4.85                                    0056
                                                           33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $1.29
Total Postage and Fees $10.24                06/09/2025
Sent To Thoma J. Axon Franklin Credit Management
Street and Apt. No., or PO Box No. Husson Streets 24 floor
City, State, ZIP+4® Jersey City, New York 07302
PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington DC 20520

Certified Mail Fee $4.85                                    0056
                                                           33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $1.29
Total Postage and Fees $10.24                06/09/2025
Sent To Marco Rubio, United State Secretary of St...

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20220    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $4.85 | 0056 |
| | 33 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

$4.10

Postage $1.01

Total Postage and Fees $9.90    06/26/2025

Sent To Scott Bessent, 715 Treasury Office of Foreign Asst
Street and Apt. No., or PO Box No. 1500 Pennsylvania Ave NW
City, State, ZIP+4® Washington DC 20230

PS Form 3800, January 2023 PSN 7530-02-000-5047    See Reverse for Instructions

9589 0710 5270 2903 7198 26

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Houston TX 77092    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $4.85 | 0056 |
| $4.10 | 33 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

Postage $1.29

Total Postage and Fees $10.24    06/09/2025

Sent To Federal Bureau of Investigation/Federal Police.
Street and Apt. No., or PO Box No. 1 Justice Park Dr
City, State, ZIP+4® Houston TX 77092

PS Form 3800, January 2023 PSN 7530-02-000-5047    See Reverse for Instructions

9589 0710 5270 0430 8298 51

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Houston TX 77002    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $5.30 | 0056 |
| $4.40 | 33 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

Postage $2.44

Total Postage and Fees $12.14    07/21/2025

Sent To Nicholas J Ganjei - US Attorney Southern District
Street and Apt. No., or PO Box No. 1000 Louisiana St 2300
City, State, ZIP+4® Houston Texas 77002

PS Form 3800, January 2023 PSN 7530-02-000-5047    See Reverse for Instructions

9589 0710 5270 2903 7218 12

---

| Registered No. RF644549910US | | Date Stamp |
|---|---|---|
| | | 0056 |
| | | 33 |

Postage $ $2.98

Extra Services & Fees
☐ Registered Mail $ $1.75
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00

Extra Services & Fees (continued)
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $ $24.73

Customer Must Declare Full Value $0.00

Received by 06/26/2025

Domestic Insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

To Be Completed By Post Office

**OFFICIAL USE**

FROM Rachotox Houston TX 65890 El
6703 Deveron Ln
Houston TX [77090]

TO Volker Türk/office of the United Nations, High Commission of Human Palais des Nations
CH-1211 Geneva 10, Switzerland

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20220

Certified Mail Fee $5.30                    0056
$                                             33

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $2.44                           07/21/2025
Total Postage and Fees
$12.14

Sent To Scott Bessent U.S. Treasury Departm Of FAC
Street and Apt. No., or PO Box No. 1500 Pennsylvania Ave. NW
City, State, ZIP+4® Washington, DC 20220 united state

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Jersey City NJ 07302

Certified Mail Fee $5.30                    0056
$                                             33

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $2.44                           07/21/2025
Total Postage and Fees
$12.14

Sent To Thomas J. Axon Franklin Credit Management Co.
Street and Apt. No., or PO Box No. 101 Hudson street 25th
City, State, ZIP+4® Jersey City New York near 07302

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Austin TX 78701

Certified Mail Fee $5.30                    0056
$                                             33

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $2.44                           07/21/2025
Total Postage and Fees
$12.14

Sent To Jane Nelson, Texas Secretary of State
Street and Apt. No., or PO Box No. 1019 Brazos St
City, State, ZIP+4® Austin Texas 78701

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York NY 10017

Certified Mail Fee $5.30                    0056
$                                             33

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $2.44                           07/21/2025
Total Postage and Fees
$12.14

Sent To Jamie Dimon JP Morgan Chase Co.
Street and Apt. No., or PO Box No. 270 Park Ave
City, State, ZIP+4® New York NY near 10017 united state

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20530

Certified Mail Fee $5.30                    0056
$                                             33

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $2.44                           07/21/2025
Total Postage and Fees
$12.14

Sent To Pamela Bondi Attorney General U.S. Department of Justi
Street and Apt. No., or PO Box No. 950 Pennsylvania Avenue, NW
City, State, ZIP+4® Washington, DC 20530-0001

PS Form 3800, January



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20520

Certified Mail Fee $5.30                    0056
$                                             33

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $2.44                           07/21/2025
Total Postage and Fees
$12.14

Sent To Marco Rubio, United States, Secretary of State
Street and Apt. No., or PO Box No. 2201 C St NW 4/F 5420
City, State, ZIP+4®

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE
Houston TX 77002

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| | $4.40 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $2.44 |
| Total Postage and Fees | $12.14 |

0056
33

Postmark
Here

07/21/2025

Sent To: Michael O'Connor U.S. Marshals Southern Dis.
Street and Apt. No., or PO Box No.: 515 Rusk Ave  room 2300
City, State, ZIP+4®: Houston Texas 77002

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 2903 7218 36

---

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE
Houston TX 77002

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| | $4.40 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $2.44 |
| Total Postage and Fees | $12.14 |

0056
33

Postmark
Here

07/21/2025

Sent To: Nicholas J Ganjei - US Attorney Southern District
Street and Apt. No., or PO Box No.: 1000 Louisiana St  2300
City, State, ZIP+4®: Houston Texas 77002

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 2903 7218 12

---

| Registered No. | | Date Stamp |
|---|---|---|
| RF644549945US | | 0056 33 |

| | | |
|---|---|---|
| Postage $ | $7.35 | Extra Services & Fees *(continued)* |
| | | ☐ Signature Confirmation $ |
| Extra Services & Fees | | ☐ Signature Confirmation Restricted Delivery |
| ☐ Registered Mail $ | $8.40 | $ |
| ☐ Return Receipt (hardcopy) $ | $0.00 | |
| ☐ Return Receipt (electronic) $ | $0.00 | Total Postage & Fees |
| ☐ Restricted Delivery $ | $0.00 | $ $20.75 |
| Customer Must Declare Full Value $ | $0.00 | Received by 07/21/2025 |

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

To Be Completed By Post Office

## OFFICIAL USE

HOUSTON, TX 77098

FROM: Rachael Griffin-El
C/o 703 Deveron ln
Houston Texas [77090]

TO: Volker Türk / Office of the United Nations
Highs Commission of human rights
Palais des Nations
CH-1211 Geneva 10, Switzerland

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051

Copy 1 - Customer
(See Information on Reverse)

For domestic delivery information, visit our website at *www.usps.com*®











**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Austin TX 78701    OFFICIAL USE

| Certified Mail Fee | $4.85 | 0056 |
| --- | --- | --- |
| $ | | 33 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ $4.10
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required     $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

Postage    $1.29
Total Postage and Fees $10.24

05/15/2025

Sent To *Texas State Secretary of State*
Street and Apt. No., or PO Box No. *1019 Brazos St, Jane E Kubber Bldg*
City, State, ZIP+4® *Austin TX 78701*

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Houston TX 77099    OFFICIAL USE

| Certified Mail Fee | $4.85 | 0056 |
| --- | --- | --- |
| $ | | 33 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ $10.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required     $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

Postage    $10.50
Total Postage and Fees $19.45

05/15/2025

Sent To *Federal Bureau of Investigation*
Street and Apt. No., or PO Box No. *Justice Park Dr*
City, State, ZIP+4® *Houston TX 77099*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Houston TX 77002    OFFICIAL USE

| Certified Mail Fee | $4.85 | 0056 |
| --- | --- | --- |
| $ | | 33 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ $10.00
☐ Return Receipt (electronic)  $ $4.10
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required     $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

Postage    $10.50
Total Postage and Fees $19.45

05/15/2025

Sent To *Texas Attorney General Consumer Prot*
Street and Apt. No., or PO Box No. *Travis St #1520*
City, State, ZIP+4® *Houston TX 77002*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Houston TX 77002    OFFICIAL USE

| Certified Mail Fee | $4.85 | 0056 |
| --- | --- | --- |
| $ | | 33 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ $10.00
☐ Return Receipt (electronic)  $ $4.10
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required     $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

Postage    $10.50
Total Postage and Fees $19.45

05/15/2025

Sent To *Nicholas J. Ganjei U.S. Attorney #2300*
Street and Apt. No., or PO Box No. *1000 Louisiana St, Wells Fargo Plaza*
City, State, ZIP+4® *Houston TX 77002*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Houston TX 50699    OFFICIAL USE

| Certified Mail Fee | $4.85 | 0056 |
| --- | --- | --- |
| $ | | 33 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ $4.10
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required     $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark Here

Postage    $14.85
Total Postage and Fees $23.80

05/15/2025

Sent To *United States Postal Inspector*
Street and Apt. No., or PO Box No. *120 No Harris St, room 325*



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20500 OFFICIAL USE

| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ 0.00 |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $2.21 |
| Total Postage and Fees | |
| $ 11.26 | |

Sent To: Pamela Bondi / Attorney General US Dept
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave. NW
City, State, ZIP+4® Washington DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 1290 0000 5986 8249

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Houston TX 77002 OFFICIAL USE

| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $2.21 |
| Total Postage and Fees | |
| $ 11.26 | |

Sent To: Texas Attorney General Consumer Protec Div
Street and Apt. No., or PO Box No. 300 Travis # 1520
City, State, ZIP+4® Houston TX 77002

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 1290 0000 5986 8287

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20500 OFFICIAL USE

| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ 0.00 |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ 0.00 |
| Postage | $2.21 |
| Total Postage and Fees | |
| $ 11.26 | |

Sent To: Marco Rubio U.S. Secretary of State

7020 1290 0000 5986 8256

---



| Registered No. | | Date Stamp |
|---|---|---|
| RF644549795US | | 0056 33 |

| Postage $ | $2.98 | Extra Services & Fees (continued) | |
|---|---|---|---|
| Extra Services & Fees | | ☐ Signature Confirmation | |
| ☐ Registered Mail $ | $11.75 | ☐ Signature Confirmation Restricted Delivery | |
| ☐ Return Receipt (hardcopy) $ | 40.00 | | |
| ☐ Return Receipt (electronic) $ | | Total Postage & Fees | |
| ☐ Restricted Delivery $ | | $24.73 | |

| Customer Must Declare Full Value | Received by | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse.) |
|---|---|---|
| $0.00 | 05/15/2025 | |

OFFICIAL USE

FROM: Bachibeda CarrisonEl
C/O 703 Deveron ln.
Houston TX Rep. [77090]

TO: Volker Türk
Office of the United Nations High Commr-
ission of human rights / Palais des Nations
CH-1211 Geneva 10 Switzerland

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051    Copy 2 - Post Office

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Austin TX 78701 OFFICIAL USE

| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ 0.00 |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $2.21 |
| Total Postage and Fees | |
| $ 11.26 | |

Sent To: Jane Nelson Texas Secretary of State
Street and Apt. No., or PO Box No. 1019 Brazos Sto Jane B. Rusher Rm
City, State, ZIP+4® Austin TX 78701

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 1290 0000 5986 8263









**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20220    OFFICIAL USE

| Certified Mail Fee | $4.85 | 0056 |
| | $4.10 | 11 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage  $1.01

Total Postage and Fees    05/27/2025
$ $9.96

Sent To U.S. Treasury Department of Foreign Assets
Street and Apt. No., or PO Box No. 1500 Pennsylvania Avenue NW
City, State, ZIP+4® Washington DC 20220

PS Form 3800, January 2023 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20520    OFFICIAL USE

| Certified Mail Fee | $4.85 | 0056 |
| | | 11 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage  $1.01

Total Postage and Fees    05/27/2025
$ $5.86

Sent To Marco Rubio, United States, Secretary of State
Street and Apt. No., or PO Box No. 2201 C st. NW, LT rm 5420
City, State, ZIP+4® Washington DC 20520  Treaty office asthe

PS Form 3800, January 2023 7530-02-000-9047    See Reverse for Instructions

---

| Registered No. | | Date Stamp |
| --- | --- | --- |
| RF644549852US | | 0056 33 |

| | Postage $ $2.98 | Extra Services & Fees (continued) |
| | Extra Services & Fees | ☐ Signature Confirmation $ |
| | ☐ Registered Mail $21.75 | ☐ Signature Confirmation Restricted Delivery $ |
| To Be Completed By Post Office | ☐ Return Receipt (hardcopy) $ $0.00 | |
| | ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees |
| | ☐ Restricted Delivery $0.00 | $ $24.73 |
| | Customer Must Declare Full Value $ $0.00 | Received by 06/06/2025 |

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

| To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed | FROM | HOUSTON, TX 77090 |
| | TO | Volker Türk /office of United Nations, HighsCosseve human Right Palais des Nations CH-1211 Geneva 10, Switzerland |

PS Form **3806, Registered Mail Receipt**    Copy 1 - Customer
April 2015, PSN 7530-02-000-9051    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com®*

---

| Registered No. | | Date Stamp |
| --- | --- | --- |
| RF6445498... | | 0056 33 |

| | Postage $ $2.98 | Extra Services & Fees |
| | Extra Services & Fees | ☐ Signature Confirmation $ |
| | ☐ Registered Mail $21.75 | ☐ Signature Confirmation Restricted Delivery $ |
| To Be Completed By Post Office | ☐ Return Receipt (hardcopy) $ | |
| | ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees |
| | ☐ Restricted Delivery $ | $ $24.73 |
| | Customer Must Declare Full Value $ $0.00 | Received by 06/09/2025 |

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

| To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed | FROM | Rachael Griffin-El c/o 703 Devergan ln Houston TX [77090] |
| | TO | Volker Türk /office of the United Nations, High Commission of human right Palais des Nations CH-1211 Geneva 10, Switzerland |

PS Form **3806, Registered Mail Receipt**    Copy 1 - Customer
April 2015, PSN 7530-02-000-9051    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com®*













**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Jersey City NJ 07302 OFFICIAL USE

| Certified Mail Fee | $4.85 | 0056 33 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.10 | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $1.29 | |
| | | 06/09/2025 |
| Total Postage and Fees | $10.24 | |

Sent To *Thomas J. Axon Franklin Credit Management*
Street and Apt. No., or PO Box No. *101 Hudson Streets 24 floor*
City, State, ZIP+4 *Jersey City, New York 07302*

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Austin TX 78701 OFFICIAL USE

| Certified Mail Fee | $4.85 | 0056 33 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.10 | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $1.29 | |
| | | 06/09/2025 |
| Total Postage and Fees | $10.24 | |

Sent To *Jane Nelson Texas Secretary of State*
Street and Apt. No., or PO Box No. *1010 Fazos st James E Rubon Blvd*
City, State, ZIP+4 *Austin TX 78701*

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Houston TX 77002 OFFICIAL USE

| Certified Mail Fee | $4.85 | 0056 33 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $1.01 | |
| | | 06/09/2025 |
| Total Postage and Fees | $9.96 | |

Sent To *Teneshia Hadspeth, of Harris County clerk*
Street and Apt. No., or PO Box No. *201 Caroline, Suite 800*
City, State, ZIP+4 *Houston, Texas Republic 77002*

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Houston TX 77092 OFFICIAL USE

| Certified Mail Fee | $4.85 | 0056 33 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.10 | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $1.29 | |
| | | 06/09/2025 |
| Total Postage and Fees | $10.24 | |

Sent To *Federal Bureau of Investigation Federal Police*
Street and Apt. No., or PO Box No. *1 Justice Park Dr*
City, State, ZIP+4 *Houston TX 77092*

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20520 OFFICIAL USE

| Certified Mail Fee | $4.85 | 0056 33 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.10 | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $1.29 | |
| | | 06/09/2025 |
| Total Postage and Fees | $10.24 | |

Sent To *Marco Rubio United State Secretary of State*









**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Jersey City NJ 07302  OFFICIAL USE

Certified Mail Fee  $4.85                     0056
                            $6.10              33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage  $3.71
Total Postage and Fees            07/01/2025
$12.66
Sent To  Franklin Credit Management Co Thomas Axon
Street and Apt. No., or PO Box No.  101 Hudson st. 25 Floor
City, State, ZIP+4®  Jersey City NJ 07302
PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Jersey City NJ 07302  OFFICIAL USE

Certified Mail Fee  $4.85                     0056
                            $6.10              33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $ $0.00
Postage  $1.29
Total Postage and Fees            05/19/2025
$10.24
Sent To  Thomas. Axon CEO/Franklin Credit Management
Street and Apt. No., or PO Box No.  101 Hudson Street 24 Floor
City, State, ZIP+4®  Jersey City, New York [near 07302 United Sta
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Jersey City NJ 07302  OFFICIAL USE

Certified Mail Fee  $4.85                     0056
                            $6.10              10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $2.00
Total Postage and Fees            04/  /2025
Sent To  Tomas J Franklin Credit
Street and Apt. No., or PO Box No.  101 Hudson street 14th Floor
City, State, ZIP+4®  Jersey City. NJ 07302
PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Jersey City NJ 07302  OFFICIAL USE

Certified Mail Fee  $4.85                     0056
                            $6.10               7
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage  $2.31
Total Postage and Fees            03/31/2025
$11.26
Sent To  Thomas Axon / FRANKLin Credit Ma Co.
Street and Apt. No., or PO Box No.  101 Hudson st. 25th Floor
City, State, ZIP+4®  Jersey City, 07302
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Jersey City NJ 07302  OFFICIAL USE

Certified Mail Fee  $4.85                     0056
                            $6.10              33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $2.04
Total Postage and Fees            02/24/2025
$10.79



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Jersey City NJ 07302  OFFICIAL USE

Certified Mail Fee  $4.85                     0056
                            $6.10              33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage  $1.77
Total Postage and Fees            01/27/2025
$10.72
Sent To  Thomas J. Axon FRANKLIN Credit



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Spring TX 77379 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $4.85 | 0056 |
| $ $4.10 | 33 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $2.87 | |
| Total Postage and Fees $11.82 | 06/25/2025 |

Sent To Linh Doan Clerk of Court Harris County P4 Plan
Street and Apt. No., or PO Box No. 0631 Cypresswood Dr.
City, State, ZIP+4® Klein Texas 77379 near United State

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Houston TX 77002 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $4.85 | 0056 |
| $ $4.10 | 33 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $1.01 | |
| Total Postage and Fees $9.96 | 06/26/2025 |

Sent To T. Michael O'Connor / U.S. Marshal, Southern
Street and Apt. No., or PO Box No. 515 Rusk Ave Room 10002
City, State, ZIP+4® Houston TX 77002-2605

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Houston TX 77002 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $4.85 | 0056 |
| $ $4.10 | 33 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $2.31 | |
| Total Postage and Fees $11.26 | 06/26/2025 |

Sent To Nicholas J. Ganci U.S. Attorney Southern District
Street and Apt. No., or PO Box No. 1000 Louisiana St # 2300
City, State, ZIP+4® Houston TX 77002

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Austin TX 78701 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $4.85 | 0056 |
| $ $4.10 | 33 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $1.01 | |
| Total Postage and Fees $9.96 | 06/26/2025 |

Sent To Jane Nelson Texas Secretary of State
Street and Apt. No., or PO Box No. 1019 Brazos Ste James E Rudder Blds
City, State, ZIP+4® Austin TX 78701

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20530 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $4.85 | 0056 |
| $ $4.10 | 33 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $1.01 | |
| Total Postage and Fees $9.96 | 06/26/2025 |

Sent To Marco Rubio, United State, Secretary of State
Street and Apt. No., or PO Box No. 2201 C St NW L/T Room 5420
City, State, ZIP+4® Washington DC 20520

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20530 — OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $4.85 | 0056 |
| $ $4.10 | 33 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $1.01 | |
| Total Postage and Fees $9.96 | 06/26/2025 |

Sent To Pamela Bondi / Attorney General US Dep Just
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4® Washington DC 20520 — near

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

AUSTIN TX 78701

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | |
| | | $4.10 | 0056 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 | 33 |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | Postmark |
| ☐ Adult Signature Required | $0.00 | Here |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $9.90 | |
| Total Postage and Fees | | 01/02/2025 |

Sent To Jane Nelson Texas Secretary of State
Street and Apt. No., or PO Box No. 1019 Brazos St
City, State, ZIP+4® Austin TX 78701

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | |
| | | $4.10 | 0056 |
| Extra Services & Fees (check box, add fee as appropriate) | | ? |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | Postmark |
| ☐ Adult Signature Required | $0.00 | Here |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.57 | |
| Total Postage and Fees | | 04/07/2025 |

Sent To Juanita Deaver / Attorney at Law
Street and Apt. No., or PO Box No. 20003 State Highway 249, Suite
City, State, ZIP+4® Houston TX 77070

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20530

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | |
| | | $4.10 | 0056 |
| Extra Services & Fees (check box, add fee as appropriate) | | 33 |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | Postmark |
| ☐ Adult Signature Required | $0.00 | Here |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $12.50 | |
| Total Postage and Fees | $21.45 | 01/02/2025 |

Sent To Merrick B. Garland (AG) U.S. Dept
Street and Apt. No., or PO Box No. 650 Pennsylvania Ave. NW
City, State, ZIP+4® Washington, DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20520

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | |
| | | $4.10 | 0056 |
| Extra Services & Fees (check box, add fee as appropriate) | | 33 |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | |
| ☐ Certified Mail Restricted Delivery | $0.00 | Postmark |
| ☐ Adult Signature Required | $0.00 | Here |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $12.50 | |
| Total Postage and Fees | $21.45 | 01/02/2025 |

Sent To Antony Blinken United State Sec. of State
Street and Apt. No., or PO Box No. 2201 C St NW L/T room 5420
City, State, ZIP+4® Washington DC 20520

PS Form 3800, January 2023 PSN 7530-02-000-9047     See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20530 OFFICIAL USE

Certified Mail Fee $4.85
$4.10                    0056
                         33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00      Postmark
☐ Adult Signature Required         $ $0.00        Here
☐ Adult Signature Restricted Delivery $
Postage    $2.31
                                    02/24/2025
Total Postage and Fees
$11.26
Sent To  Marco Rubio / United State Attorney Gen.
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4® Washington, DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20220 OFFICIAL USE

Certified Mail Fee $4.85
$4.10                    0056
                         33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00        Postmark
☐ Adult Signature Restricted Delivery $            Here
Postage    $2.31
                                    02/24/2025
Total Postage and Fees
$11.26
Sent To  U.S. Treasury Department of Foreign Assets
Street and Apt. No., or PO Box No. 1500 Pennsylvania Ave NW
City, State, ZIP+4® Washington DC 20220

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

| Registered No. | | Date Stamp |
|---|---|---|
| RE646549565US | | 0056 |
| | | 33 |

Postage $   $7.11
Extra Services & Fees
☐ Registered Mail $ $21.75
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00

Extra Services & Fees (continued)
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

**Total Postage & Fees**
$11.26

Customer Must Declare Full Value $
$0.00

Received by
02/24/2025

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM  Rachael Cross EL
703 Deverad 200th
HOUSTON TX 77009
Houston TX [77090]

TO  Volker Türk Officer of the United
Nation High Commission of Human right
Switzerland
Palais des Nations
CH-1211 Geneva 10, Switzerland

PS Form 3806, Registered Mail Receipt          Copy 1 - Customer
April 2015, PSN 7530-02-000-9051              (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20520 OFFICIAL USE

Certified Mail Fee $4.85
$4.10                    0056
                         33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00      Postmark
☐ Adult Signature Required         $ $0.00        Here
☐ Adult Signature Restricted Delivery $
Postage    $2.31
                                    02/24/2025
Total Postage and Fees
$11.26
Sent To  Pam Bondi United States Secretary of state
Street and Apt. No., or PO Box No. 2201 C St NW Room 5420
City, State, ZIP+4® Washington DC 20520

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE
Washington DC

Certified Mail Fee
$4.85                                          0056 33

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$2.59                                          03/24/2025

Total Postage and Fees
$11.54

Sent To  Marco Rubio United States Secretary of State
Street and Apt. No., or PO Box No.  2201 C St NW, L/room 5420
City, State, ZIP+4®  Washington DC 20520

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE
Washington DC

Certified Mail Fee
$4.85                                          0056 33

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$2.59                                          03/24/2025

Total Postage and Fees
$11.54

Sent To  U.S. Treasury Department OFAC
Street and Apt. No., or PO Box No.  1500 Pennsylvania Ave, NW
City, State, ZIP+4®  Washington, DC 20220

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE
Austin TX 78701

Certified Mail Fee
$4.85                                          0056 33

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$2.59                                          03/24/2025

Total Postage and Fees
$11.54

Sent To  Jane Nelson, TSoS
Street and Apt. No., or PO Box No.  1019 Brazos St. James E. Rudder Bldg.
City, State, ZIP+4®  Austin TX 78701

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE
Washington DC 20530

Certified Mail Fee
$4.85                                          0056 33

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$2.59                                          03/24/2025

Total Postage and Fees
$11.54

Sent To  Pamela Bondi / Attorney General US Dpu
Street and Apt. No., or PO Box No.  950 Pennsylvania Ave., NW
City, State, ZIP+4®  Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE
Austin TX 78701

Certified Mail Fee
$4.85                                          0056 33

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$2.31                                          02/24/2025

Total Postage and Fees
$11.26

Sent To  Jane Nelson / Texas Secretary of State
Street and Apt. No., or PO Box No.  1019 Brazos St. James E. Rudder Bldg.
City, State, ZIP+4®

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee   $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $_____
☐ Return Receipt (electronic)   $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required     $0.00
☐ Adult Signature Restricted Delivery $_____

Postage   $2.31

Total Postage and Fees

Postmark
Here

03/31/2025

Sent To Jane Nelson, Texas Secretary of State
Street and Apt. No., or PO Box No. 1019 Brazos St.   Jame Rudder Bldg.
City, State, ZIP+4 Austin, TX 78701

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee   $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $4.10
☐ Return Receipt (electronic)   $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required     $0.00
☐ Adult Signature Restricted Delivery $_____

Postage   $2.31

Total Postage and Fees

Postmark
Here

03/31/2025

Sent To Pamela Bondi (US Attorney General
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave. NW
City, State, ZIP+4 Washington, DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee   $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $4.10
☐ Return Receipt (electronic)   $0.00
☐ Certified Mail Restricted Delivery  $0.00
☐ Adult Signature Required     $0.00
☐ Adult Signature Restricted Delivery $_____

Postage   $2.31

Total Postage and Fees   $11.26

Postmark
Here

03/31/2025

Sent To US Treasury Department (OFAC)
Street and Apt. No., or PO Box No. 1500 Pennsylvania Ave. NW
City, State, ZIP+4 Washington, DC 20220

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

| Registered No. | | Date Stamp |
|---|---|---|
| RF644549693US | | 0056 33 |

| Postage $ 2.41 | Extra Services & Fees (continued) |
|---|---|
| Extra Services & Fees | ☐ Signature Confirmation |
| ☐ Registered Mail $1.75 | ☐ Signature Confirmation Restricted Delivery |
| ☐ Return Receipt (hardcopy) $0.00 | |
| ☐ Return Receipt (electronic) $0.00 | Total Postage & Fees |
| ☐ Restricted Delivery $0.00 | $20.16 |

To Be Completed By Post Office

Customer Must Declare Full Value $0.00

Received by
03/24/2025

Domestic insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

**OFFICIAL USE**

FROM: Raphael Griffin-El
6703 Deveron Lane
Houston, TX [77090]

TO: Volker Türk / Office of the United Nations, High Commission of Human
Palais des Nations
CH-1211 Geneva 10, Switzerland

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051

Copy 1 - Customer
(See Information on Reverse)

For domestic delivery information, visit our website at *www.usps.com®*.







