IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RACHAEL GRIFFIN-EL, § § § *Plaintiff,* § § v. § § JPMORGAN CHASE CO., JAMIE § DIMON, FRANKLIN CREDIT § MANAGEMENT CORPORATION, AND § THOMAS J. AXON § § *Defendants.* § § | Civil Action No. 4:25-cv-02013 |

## PROPOSED SCHEDULING ORDER

The disposition of this case will be controlled by the following schedule:

1.  November 14, 2025   **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
    Party requesting joinder will furnish a copy of this scheduling order to new parties.

2a. February 12, 2026   **EXPERTS**
    Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. March 12, 2026
    Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

3.  May 22, 2026   **DISCOVERY**
    Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post−deadline discovery.

| | | |
|---|---|---|
| 4. | July 17, 2026 | **MOTIONS DEADLINE**<br>Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement. |
| 5a. | To be determined by Court | **JOINT PRETRIAL ORDER**<br>THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.) |
| 5b. | To be determined by Court | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date. |
| 6. | To be determined by Court | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A. |
| 7. | To be determined by Court | **TRIAL** is set at 9:00 a.m. in Courtroom 9A.<br>Case is subject to being called to trial on short notice during the two week period beginning on this date. |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on _____, at Houston, Texas.

_____
Alfred H. Bennett
United States District Judge

Approved by:

  /s/ Eric G. Carlson
Wm. Lance Lewis
Eric G. Carlson
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
ecarlson@qslwm.com
*Attorneys for Defendants JPMorgan Chase Bank, N.A. and Jamie Dimon*