# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUL 3 0 2025

Nathan Ochsner, Clerk of Court

**Rachael Griffin-EL, ex rel. RACHAEL GRIFFIN,**
Plaintiff, in propria persona sui juris,

v.

**JPMORGAN CHASE BANK, N.A., JAMIE DIMON, et al., (U.S. Citizen)
FRANKLIN CREDIT MANAGEMENT CORPORATION,
THOMAS J. AXON, et al., (U.S. Citizen)**

Defendants.

**Civil Action No.: 4:25-cv-02013**

## PLAINTIFF'S WRIT OF QUO WARRANTO AND NOTICE OF CHALLENGE TO UNLAWFUL FORECLOSURE SALE

**AFFILIATES AND AGENTS**
**Thomas J. Axon** — CEO, *Franklin Credit Management Corporation* (U.S. Citizen)
**Brandon Wolf** (U.S. Citizen)
**A.L. Keller Mackie** (U.S. Citizen)
**Michael Zientz** (U.S. Citizen)
**Lori Liane Long** (U.S. Citizen)
**Chelsea Schneider** (U.S. Citizen)
**Ester Gonzales** (U.S. Citizen)
**Karla Balli** (U.S. Citizen)

**Titles/Capacities:** Attorneys-at-Law, Feoffees / Trustees operating under Color of Law

**Business Address:**
Parkway Office Center, Suite 900
14160 Dallas Parkway
Dallas, Texas near 75254 united state

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL — NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

COMES NOW, **Rachael Griffin-EL**, Moorish American National, in propria persona sui juris, Beneficiary, and Plaintiff in the above-entitled matter, and hereby gives public and judicial notice as follows:

1. Plaintiff hereby issues this **WRIT OF QUO WARRANTO** demanding the immediate production of full lawful proof of authority by Mackie Wolf Zientz & Mann, P.C.,(**U.S. Citizen**), and all Defendants, their agents, successors, or assigns, to foreclose upon Plaintiff's private estate described as:
**LOT FIVE (5), BLOCK TWO (2) OF ELLA CROSSING, SEC. 1, HARRIS COUNTY, TEXAS**, Map Records Film Code No. 583137.
2. Plaintiff asserts continuing adverse claims including but not limited to fraud, want of lawful consideration, defective instrument, unconscionable contract, and violations of international treaty rights secured by the **Treaty of Peace and Friendship (1787/1836)** and the **American Declaration on the Rights of Indigenous Peoples**.
3. Plaintiff demands strict proof of claim and standing, including production of the original wet-ink note, verified chain of title, and full accounting and trust reconciliation, under penalty of perjury, no later than **five (5) days** from receipt of this Notice.
4. Failure to respond within the time stated constitutes **tacit acquiescence** that any purported foreclosure sale, set for September 2, 2025, is unlawful and void ab initio, as no lawful agency, standing, or authority exists under color of law to hypothecate Plaintiff's estate.
5. Notice is hereby given that any further attempt to sell, encumber, or convert the subject property shall be deemed an unlawful taking, slander of title, trespass upon trust property, mail fraud, and breach of fiduciary duty, giving rise to domestic and international remedies.
6. Plaintiff reserves all unalienable rights, remedies, and protections under the United States Constitution, Texas Constitution, Moorish Treaties, and international human rights law.

This Writ shall be filed on the record in the above-captioned matter as a continuing

# FINALIZED ALLLODIAL COMPENSATION INVOICE AND AFFIDAVIT

---

### ALLODIAL COMPENSATION INVOICE

For your acts of fraud, deprivation of rights, conspiracy, and inducement under color of law, I claim **allodial compensation** as follows:

| Damage | Cost |
|---|---|
| Deprivation of Rights (18 USC § 242) | $1,000,000 |
| Conspiracy Against Rights (18 USC § 241) | $7,000,000 |
| Fraud in the Inducement | $7,000,000 |
| Refund of Fiat / Credit | $33,000 |

| Damage | Cost |
|---|---|
| Miscellaneous Expenses (Mailing, Filing, Paper, Ink) | $2,500 |
| **TOTAL** | **$15,035,500** |

All sums are lawfully due forthwith in **.9999 fine silver bullion coins and/or bars**, as the only lawful payment tender acceptable.

---

## XI. FINAL CONDITIONAL DEFAULT TERMS

You have **five (5) days** from receipt of this Affidavit to:

• Fully produce the commanded evidence;
• Rebut point-for-point by sworn affidavit under penalty of perjury;
• NO ACTION may be taken by you or your agents during this lawful validation period.

Failure to answer constitutes default, standing as your admission by silence that:
✔ You hold no valid claim;
✔ There is no lawful debt;
✔ Your misrepresented instrument(s) — bill of attainder / foreign bill of exchange / unlawful deed of trust sale, whereby you falsely claim I sold my ancestral estate when no valid title exists except mine — is unconstitutional, null, and void **ab initio**.

---

**Executed under penalty of perjury under the laws of the United States of America and the Texas Republic** this 29 day of July, 2025.

I, **Rachael Griffin-El**, declare under penalty of perjury under **Divine Law**, the **Constitution for the united States of America**, the **Treaty of Peace and Friendship (1787/1836)**, and the **American Declaration on the Rights of Indigenous Peoples**, that the foregoing is true, correct, complete, and not misleading to the best of my knowledge and belief.

### Notice of Challenge and Demand for Judicial Determination.

I, **Rachael Griffin-El**, declare under penalty of perjury under Divine Law, the Zodiac Constitution, and the Constitution for the United States (1791), do affirm and certify true, correct, under the laws of the United States of America that the foregoing facts and statements are true and correct to the best of my knowledge, information, and belief

Executed this 29 day of July, 2025.

**Respectfully submitted,**

**Respectfully submitted,**

*Rachael [signature with thumbprint]*

Affiant: **Rachael Griffin-El, ex rel RACHAEL GRIFFIN**
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

**JURAT / NOTARIZATION BLOCK**

**STATE OF TEXAS**
**COUNTY OF HARRIS**

Before me, __Rachael Griffin -El__, on this **29th** day of __July__, 2025, I full life Rachael Griffin -El, known to me (or satisfactorily proven) to be the natural person whose title is subscribed to the foregoing instrument, and acknowledged that she executed the same for the purposes therein expressed.

[Seal and Signature of Notary Public]



KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

*[signature]*
KAYLA MASON

**Respectfully Submitted,**
July 29, 2025




International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

**VERIFICATION**, Rachael Griffin El, under Divine Law, the Zodiac Constitution, and the Constitution for the United States (1791), do affirm and certify that a true, correct, and complete copy of this , **PLAINTIFF'S WRIT OF QUO WARRANTO AND NOTICE OF CHALLENGE TO UNLAWFUL FORECLOSURE SALE**

on the 29 day of July 2025 to the following parties:

executed on this 29 day of July 2025.

*Rachael [signature]*

Affiant: Rachael Griffin-El, ex rel RACHAEL GRIFFIN
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

**Cc:**

- Nicholas J. Ganjei, – Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State
- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Sheriff Ed Gonzalez -Harris County Sheriff
- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State
- Tomas J. Axon -Franklin credit management corporation
- Tenseshia Hudspeth, of Harris County clerk, s office










```
U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®

Austin, TX 78701

Certified Mail Fee     $5.30                          0058
$                       $4.60                           33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00         Postmark
☐ Certified Mail Restricted Delivery $ $0.00       Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $
Postage        $1.90
$
Total Postage and Fees                          07/30/2025
$11.60
Sent To
Jane Nelson Texas Secretary of State
Street and Apt. No., or PO Box No.
1019 Brazos St.
City, State, ZIP+4
Austin Texas, near 78701 un-tal side.
PS Form 3800, January 2023  PSN 7530-02-000-9047   See Reverse for Instructions
```

Exhibit

## NOTICE OF FORECLOSURE SALE

ASSERT AND PROTECT YOUR RIGHTS AS A MEMBER OF THE ARMED FORCES OF THE UNITED STATES. IF YOU ARE OR YOUR SPOUSE IS SERVING ON ACTIVE MILITARY DUTY, INCLUDING ACTIVE MILITARY DUTY AS A MEMBER OF THE TEXAS NATIONAL GUARD OR THE NATIONAL GUARD OR ANOTHER STATE OR AS A MEMBER OF A RESERVE COMPONENT OF THE ARMED FORCES OF THE UNITED STATES, PLEASE SEND WRITTEN NOTICE OF THE ACTIVE DUTY MILITARY SERVICE TO THE SENDER OF THIS NOTICE IMMEDIATELY.

1. *Property to Be Sold.* The property to be sold is described as follows: LOT FIVE (5), BLOCK TWO (2) OF ELLA CROSSING, SEC. 1, AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN FILM CODE NO. 583137 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

2. *Instrument to be Foreclosed.* The instrument to be foreclosed is the Deed of Trust dated 10/31/2005 and recorded in Document Y886748 real property records of Harris County, Texas.

3. *Date, Time, and Place of Sale.* The sale is scheduled to be held at the following date, time, and place:

Date:   09/02/2023

Time:   12:00 PM

Place:  Harris County, Texas at the following location: AT THE MAGNOLIA SOUTH BALLROOM OF THE BAYOU CITY EVENT CENTER LOCATED AT 9401 KNIGHT ROAD, HOUSTON, TX 77045 PER ORDER RECORDED IN CLERK'S FILE NO. RP-2023-304925, or if the preceding area is no longer the designated area, at the area most recently designated by the County Commissioner's Court, or as designated by the County Commissioners Court.

4. *Terms of Sale.* The sale will be conducted as a public auction to the highest bidder for cash. Pursuant to the deed of trust, the mortgagee has the right to direct the Trustee to sell the property in one or more parcels and/or to sell all or only part of the property. Pursuant to section 51.009 of the Texas Property Code, the property will be sold in AS IS, WHERE IS condition, without any express or implied warranties, except as to the warranties of title, if any, provided for under the deed of trust.

5. *Obligations Secured.* The Deed of Trust executed by RACHAEL GRIFFIN AND TERRENCE TREMAYNE GRIFFIN, provides that it secures the payment of the indebtedness in the original principal amount of $32,753.00, and obligations therein described including but not limited to (a) the promissory note; and (b) all renewals and extensions of the note. Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1 is the current mortgagee of the note and deed of trust and FRANKLIN CREDIT MANAGEMENT CORPORATION is mortgage servicer. A servicing agreement between the mortgagee, whose address is Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1 c/o FRANKLIN CREDIT MANAGEMENT CORPORATION, 101 Hudson Street, 24th Floor, Jersey City, NJ 07302 and the mortgage servicer and Texas Property Code § 51.0025 authorizes the mortgage servicer to collect the debt.

6. *Substitute Trustee(s) Appointed to Conduct Sale.* In accordance with Texas Property Code Sec. 51.0076, the undersigned attorney for the mortgage servicer has named and appointed, and by these presents does name and appoint AVT Title Services, LLC, located at 5177 Richmond Avenue Suite 1230, Houston, TX 77056, Substitute Trustee to act under and by virtue of said Deed of Trust.

THIS INSTRUMENT APPOINTS THE SUBSTITUTE TRUSTEE(S) IDENTIFIED TO SELL THE PROPERTY DESCRIBED IN THE SECURITY INSTRUMENT IDENTIFIED IN THIS NOTICE OF SALE. THE PERSON SIGNING THIS NOTICE IS THE ATTORNEY OR AUTHORIZED AGENT OF THE MORTGAGEE OR MORTGAGE SERVICER.

Mackie Wolf Zientz & Mann, P.C.
Brandon Wolf, Attorney at Law
L. Keller Mackie, Attorney at Law
Michael Zientz, Attorney at Law
Lori Liane Long, Attorney at Law
Chelsea Schneider, Attorney at Law
Ester Gonzales, Attorney at Law
Karla Balli, Attorney at Law
Parkway Office Center, Suite 900
14160 Dallas Parkway
Dallas, TX 75254

For additional sale information visit: www.mwzmlaw.com/tx-investors

Certificate of Posting

I am _____ whose address is c/o AVT Title Services, LLC, 5177 Richmond Avenue, Suite 1230, Houston, TX 77056. I declare under penalty of perjury that on _____ I filed this Notice of Foreclosure Sale at the office of the Harris County Clerk and caused it to be posted at the location directed by the Harris County Commissioners Court.

16-000073-740-5 // 703 DEVERON LANE, HOUSTON, TX 77090

FILED 7/24/2025 9:37:10 AM   FRCL-2025-5495   TENESHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS