UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 04 2025

Nathan Ochsner, Clerk of Court

**Rachael Griffin-El, ex rel. Rachael Griffin,**
Plaintiff, authorized representative and beneficiary,
v.
**JPMorgan Chase Bank, N.A., Jamie Dimon, Franklin Credit Management Corp., Thomas J. Axon,**
Defendants.

**Civil Action No.: 4:25-cv-02013**

---

### NOTICE OF NON-RECEIPT OF VIDEO CONFERENCE LINK AND REQUEST FOR ACCESS TO SCHEDULING CONFERENCE

Comes now the Plaintiff, **Rachael Griffin-El**, special appearing in **proper person, sui juris**, and respectfully notifies this honorable Court as follows:

1. The Court has scheduled a Rule 16 Scheduling Conference for **August 8, 2025, at 10:00 AM by video conference**;
2. To date, the undersigned has **not received any video link or instructions** necessary to appear and participate in said proceeding;
3. Multiple inquiries have been made via **telephone and in person at the courthouse** to obtain the video conference information. The undersigned was initially advised to contact Ms. Lisa Edwards, and subsequently referred to Ms. Jones. However, despite these efforts, no access information has been provided;
4. This filing serves to document the undersigned's **good faith effort to appear,** and respectfully requests the Court or its Clerk provide the video conference access forthwith to preserve due process and prevent constructive default or prejudicial harm.

**WHEREFORE**, the Plaintiff respectfully requests that this honorable Court issue or direct the release of the necessary Zoom/video conference link or access instructions to ensure appearance on August 8, 2025, without waiver of any rights, status, standing, or immunity.

Respectfully submitted,

*[signature with thumbprint]*

Affiant: Rachael Griffin-El, ex rel. RACHAEL GRIFFIN
Moorish American National
All Rights Reserved – Without Prejudice – UCC 1-308

**Dated:** August 4, 2025
**Mail Location:** c/o 703 Deveron Lane, Houston, Texas Republic [77090]



**Phone:** 281-755-8220
**Email:** rachaelgriffin300@gmail.com