United States District Court
Southern District of Texas
**ENTERED**
August 08, 2025
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE <u>RICHARD W. BENNETT, PRESIDING</u>
DATE: <u>August 8, 2025</u>
COURT REPORTER: <u>ERO</u>
MORNING: <u>10:07-10:09AM</u>    AFTERNOON: _____
*********************************************************************

CIVIL NO. 4:25cv2013

| | |
|---|---|
| Rachel Griffin-El, | Pro Se |
| Plaintiff | |
| JP Morgan Chase Co, et al | Williams Lance Lewis |
| Defendants | |

*********************************************************************
<u>MINUTE ENTRY ORDER:</u>

<u>The court conducted the Initial Conference and entered a Scheduling Order.</u>

Signed this <u>8th</u> day of August, 2025.

_____
Richard W. Bennett
United States Magistrate Judge