Case 4:25-cv-02013   Document 36   Filed on 08/08/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **RACHAEL GRIFFIN-EL,** § § § | |
| *Plaintiff,* § § | Civil Action No. 4:25-cv-02013 |
| v. § § | |
| **JPMORGAN CHASE CO., JAMIE DIMON, FRANKLIN CREDIT MANAGEMENT CORPORATION, AND THOMAS J. AXON** § § § § § § | |
| *Defendants.* § | |

## PROPOSED SCHEDULING ORDER

The disposition of this case will be controlled by the following schedule:

1. November 14, 2025 — **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
Party requesting joinder will furnish a copy of this scheduling order to new parties.

2a. February 12, 2026 — **EXPERTS**
Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. March 12, 2026

Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

3. May 22, 2026 — **DISCOVERY**
Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post−deadline discovery.

| | | |
|---|---|---|
| 4. | July 17, 2026 | **MOTIONS DEADLINE**<br>Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement. |
| 5a. | October 16, 2026 | **JOINT PRETRIAL ORDER**<br>THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.) |
| 5b. | October 30, 2026 | THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date. |
| 6. | November 13, 2026 | **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A. |
| 7. | November 16, 2026 | **TRIAL** is set at 9:00 a.m. in Courtroom 9A. Case is subject to being called to trial on short notice during the two week period beginning on this date. |

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on ___August 8, 2025___, at Houston, Texas.

_____
Richard W. Bennett
United States Magistrate Judge