UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RACHAEL GRIFFIN-EL, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | |
| § | |
| JPMORGAN CHASE CO., JAMIE § | CIVIL ACTION NO. 4:25-cv-02013 |
| DIMON, FRANKLIN CREDIT § | |
| MANAGEMENT CORPORATION, § | |
| AND THOMAS J. AXON § | |
| § | |
| *Defendants.* § | |

**DEFENDANTS JPMORGAN CHASE BANK, N.A. AND JAMIE DIMON'S RESPONSE TO PLAINTIFF'S JUDICIAL NOTICE OF DEFAULT, DEMAND FOR ENTRY OF JUDGMENT, ORDER TO QUIET TITLE, AND DECLARATION OF UNLAWFUL FORECLOSURE (DOC. 34)**

Defendants JPMorgan Chase Bank, N.A., incorrectly named as JPMorgan Chase Co., ("JPMC") and Jamie Dimon ("Dimon") (together, "Defendants") file this Response to Plaintiff's Judicial Notice of Default, Demand for Entry of Judgment, Order to Quiet Title, and Declaration of Unlawful Foreclosure and respectfully show the Court as follows.

I.  **NATURE AND STAGE OF THE PROCEEDING**

Plaintiff filed this suit against four defendants, JPMC, Dimon, Franklin Credit Management Corporation, and Thomas J. Axon, on May 5, 2025, asserting claims for Violation of the Fair Debt Collection Practices Act ("FDCPA"), Mail Fraud, Fraudulent Misrepresentation, Identity Misrepresentation, Slander of Title/Quiet Title, and Violations of the United States Constitution, while also seeking injunctive and declaratory relief. Doc. 1, p. 2-3.

On August 6, 2025, Plaintiff filed her Judicial Notice of Default, Demand for Entry of Judgment, Order to Quiet Title, and Declaration of Unlawful Foreclosure (the "Motion"). Doc. 34. The Motion seeks various forms of relief, including: (i) the Court taking "Judicial Notice of Defendants' default for failure to respond lawfully;" (ii) "Judgment in favor of Plaintiff, declaring Defendants' claims null void, and unenforceable"; (iii) "Quiet title to the subject property in Plaintiff's name, free of all encumbrances by Defendants"; and (iv) enforcement of the "Allodial Compensation Invoice in the amount of $15,035,500" payable in .9999 fine silver bullion coins or bars. *Id.* The Motion appears directed only at Franklin Credit Management Corporation and Axon, neither of whom have appeared in this action. *See id.* However, Plaintiff generically refers to relief sought being against "Defendants" throughout the Motion, necessitating this brief response from JPMC and Dimon.

The Motion, to the extent it even is a motion, is not the proper procedural vehicle for seeking the relief Plaintiff requests. Further, Plaintiff is not entitled to any of the relief she seeks against JPMC or Dimon; she has not asserted claims that would entitle her to such relief, and none of the defendants have an obligation to respond to her unilateral demands. The Court should deny the Motion in its entirety.

## II.     ARGUMENT AND AUTHORITIES

### A. The Motion is not directed at JPMC or Dimon.

At the outset, Plaintiff argues the Motion is premised on a Writ of Quo Warranto, Notice of Challenge to Unlawful Foreclosure, and Allodial Compensation Invoice sent to Axon, CEO of Franklin Credit Management Corporation, and his affiliates and agents. *Id.* Thus, it appears the Motion is only directed at Axon and Franklin Credit Management Corporation, not JPMC or Dimon. Accordingly, even if Plaintiff could obtain the relief sought in the Motion, which she

**DEFENDANT JPMORGAN CHASE BANK, N.A. AND JAMIE DIMON'S**
**RESPONSE TO PLAINTIFF'S JUDICIAL NOTICE OF DEFAULT,**
**DEMAND FOR ENTRY OF JUDGMENT, ORDER TO QUIET TITLE, AND**
**DECLARATION OF UNLAWFUL FORECLOSURE (DOC. 34)**                    **PAGE 2**

cannot, she does not appear to request it with respect to JPMC or Dimon. Accordingly, the Court should deny the Motion with respect to JPMC and Dimon.

**B. Plaintiff is not entitled to the relief she seeks.**

Plaintiff asks the Court to enter judgment in her favor, but she cannot obtain judgment through the Motion, which is not a motion for summary judgment, does not satisfy the requirements of summary judgment, is premature to the extent it is to be construed as a motion for summary judgment, and does not include sufficient evidence to support summary judgment. Further, to the extent Plaintiff seeks to "declare Defendants' claims null, void, and unenforceable," Defendants have not asserted any claims against Plaintiff in this proceeding, and as set forth in Defendants' Motion to Dismiss, *see* Doc. 16, she has failed to plead a claim that would entitle her to such relief.

Similarly, Plaintiff seeks an order quieting title in her favor, but as discussed in Defendants' Motion to Dismiss, she has failed to state a claim for quiet title. *Id.* To the extent the Motion is an attempt to re-plead, she cannot cure such deficiencies via motion, and even if she could, the allegations in the Motion fall woefully short of alleging, much less proving, the elements of a quiet title claim, as set forth in Defendants' Motion to Dismiss.

Finally, Plaintiff seeks more than fifteen million dollars in "Allodial Compensation" without citing any authority that would entitle her to such damages. As discussed above, she cannot obtain such a judgment via Motion, and even if she could, the Motion fails to explain how or why she is entitled to such compensation or damages, and the amount sought is plainly beyond any reasonable amount of damages she could recover in this suit, which deals with real property valued in the $200,000 – 300,000 range.

Plaintiff is not entitled to any of the relief she seeks, and the Court should deny the Motion in its entirety.

### III.   CONCLUSION

WHEREFORE, Defendants JPMorgan Chase Bank, N.A. and Jamie Dimon pray the Court deny Plaintiff all of the relief sought in her Judicial Notice of Default, Demand for Entry of Judgment, Order to Quiet Title, and Declaration of Unlawful Foreclosure (Doc. 34), and grant Defendants all relief to which they are justly entitled.

      Respectfully submitted,

      */s/ Eric G. Carlson*
WM. LANCE LEWIS, Attorney-in-Charge
Texas Bar No. 12314560
S.D. Bar No. 28635
ERIC G. CARLSON, of counsel
Texas Bar No. 24100076
S.D. Bar No. 3076490
**QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
ecarlson@qslwm.com

**ATTORNEYS FOR DEFENDANTS
JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION AND
JAMIE DIMON**

## CERTIFICATE OF SERVICE

    This is to certify that on August 25, 2025, a true and correct copy of the foregoing pleading has been furnished to Plaintiff in accordance with the Federal Rules of Civil Procedure.

                                        */s/ Eric G. Carlson*
                                        Eric G. Carlson