# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

**Rachael Griffin-El, ex rel**
RACHAEL GRIFFIN,
Moorish American National, In Propria Persona, Sui Juris,
Plaintiff,

v.

**JPMORGAN CHASE BANK, N.A., JAMIE DIMON, et al., (U.S. Citizen)**
**FRANKLIN CREDIT MANAGEMENT CORPORATION,**
**THOMAS J. AXON, et al., (U.S. Citizen)**

Defendants.

Civil Action No.: 4:25-cv-02013

United States Courts
Southern District of Texas
FILED

AUG 26 2025

Nathan Ochsner, Clerk of Court

---

# SECOND JUDICIAL NOTICE OF DEFAULT,

ENTRY OF FINAL JUDGMENT,
AND DEMAND TO QUIET TITLE

### I. BACKGROUND

1. On **July 30, 2025**, Plaintiff served a **Writ of Quo Warranto, Notice of Challenge to Unlawful Foreclosure, and Allodial Compensation Invoice** upon Defendant **Thomas J. Axon, CEO of Franklin Credit Management Corporation**, and his named affiliates and agents.
2. On **August 6, 2025**, Plaintiff filed a **Judicial Notice of Default and Demand for Entry of Judgment** into the record of this Court due to Defendants' failure to lawfully rebut or respond.
3. As of **August 25, 2025**, Defendants remain in **continued default**, having failed to provide:
   - Any sworn, point-by-point rebuttal under penalty of perjury;
   - Any verified proof of lawful authority or contract;
   - Any valid claim of interest in the subject property.

### II. NOTICE OF CONTINUED DEFAULT

4. Defendants' silence and failure to lawfully respond after notice constitutes **tacit admission** and confirms:
   - They possess **no lawful interest** in the property;
   - All alleged foreclosure claims are **null and void ab initio**;
   - Plaintiff's **allodial title and beneficial ownership** stand **unrebutted and uncontested**.
5. The filing of a fraudulent document titled *"Notice of Rescission of Acceleration of Loan Maturity"* by Defendants does not cure their default, nor does it constitute a lawful rebuttal to the Writ of Quo Warranto or Judicial Notice of Default.

6. Plaintiff now moves this Court to:
   a) Enter **Final Judgment** recognizing Defendants' continued default;
   b) Issue an **Order to Quiet Title** in favor of Plaintiff, declaring her the sole lawful allodial owner of:

   > LOT FIVE (5), BLOCK TWO (2) OF ELLA CROSSING, SEC. 1, HARRIS COUNTY, TEXAS, Map Records Film Code No. 583137.

   c) Declare all attempted foreclosure actions **unlawful, void, and of no effect**;
   d) Enforce Plaintiff's **Allodial Compensation Invoice** of **$15,035,500**, payable in **.9999 fine silver bullion**;
   e) Grant any additional relief deemed just and proper.

## IV. DECLARATION

I, **Rachael Griffin-El**, Moorish American National, In Propria Persona Sui Juris, declare under penalty of perjury that the foregoing is true and correct, executed on this 27th day of August, 2025.

Respectfully submitted,

*[Signature: Rachael Griffin-El]*



**Rachael Griffin-El, ex rel RACHAEL GRIFFIN**
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

---

### JURAT / NOTARIZATION BLOCK

**STATE OF TEXAS**
**COUNTY OF HARRIS**

Before me, KAYLA MASON, on this 25th day of August, 2025, I full life Rachael Griffin -El, known to me (or satisfactorily proven) to be the natural person whose title is subscribed to the foregoing instrument, and acknowledged that she executed the same for the purposes therein expressed.

[Seal and Signature of Notary Public]

*[Notary seal: KAYLA MASON, Notary Public, State of Texas, Comm. Expires 12-23-2026, Notary ID 134116071]*

*[Signature: Kayla Mason]*
KAYLA MASON