# United States District Court
# Southern District of Texas – Houston Division

Case No.: 4:25-cv-02013

# EXHIBIT N

**Judicial Notice of Default & Assertion of Allodial Claims – State Court Action**

---

## 1. Parties

**Plaintiffs in State Court / Third Parties:**

- P.C.F. PROPERTIES IN TX, LLC (U.S. Citizens)
- Antony Halaris (U.S. Citizen), Director
- Rachael Halaris (U.S. Citizen)

**Defendant in State Court / Plaintiff in Federal Case:**

- Rachael Griffin-El, ex rel. RACHAEL LEE GRIFFIN (Moorish American National, Heir to the Land)

**State Court Case Reference:** Case No. 1257002 (formerly Case No. 254100243037), Harris County Civil Court at Law No. 3

---

## 2. Nature of Filing

This document is submitted **as evidence** that:

1. Defendant has properly challenged the authority of P.C.F. Properties in TX, LLC, and associated agents, to act over her ancestral estate;
2. Plaintiffs in the state court failed to respond to the **Writ of Quo Warranto and Demand for Proof of Authority**, constituting **default**;
3. Any attempted actions in state court are **ultra vires, void ab initio**, and in violation of federal law, international treaty obligations, and Indigenous rights protections;
4. Defendant has publicly recorded her **adverse claim and reversion of ancestral estate**, as well as **Lis Pendens**, prior to any state-court foreclosure attempt.

---

## 3. Jurisdictional and Legal Basis

- **Federal Supremacy:** The pending federal case (*4:25-cv-02013*) holds superior jurisdiction over the private estate.
- **Treaty Obligations:** Treaty of Peace and Friendship (1787/1836), ICCPR, and ADRIP protect the estate and its heir.
- **Bill of Attainder:** U.S. Constitution, Art. I, Sec. 9, Cl. 3; any state action depriving rights without lawful process is null.
- **Allodial Rights:** Defendant's estate is allodial; no U.S. citizen or corporate entity has lawful trustee or equitable claims.

---

## 4. Damages / Allodial Fee Schedule (Summary)

| Claim | Basis | Amount |
|---|---|---|
| Return of Fiat / Credit | Original misappropriated funds | $3,600 |
| Deprivation of Rights | 18 U.S.C. § 242 | $1,000,000 |
| Conspiracy Against Rights | 18 U.S.C. § 241 | $7,000,000 |
| Fraud in the Inducement | Common Law / UCC | $7,000,000 |
| Lack of Jurisdiction / Bill of Attainder | U.S. Const., Treaty | $5,000,000 |
| Contempt of Lis Pendens | Common Law / Equity | $3,000,000 |
| Unlawful Eviction Threat | ICCPR; ADRIP | $7,000,000 |

**Total Claimed:** $30,035,600

---

## 5. Certification

I, **Rachael Griffin-El**, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, incorporating prior filings, public records, and certified mail proofs submitted to Harris County Civil Court.

Executed this 25th day of August, 2025.

Affiant: **Rachael Griffin-El, ex rel RACHAEL GRIFFIN**
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt







**Certificate of Service:**

Copy of this Exhibit, along with the full Judicial Notice of Default, was submitted to the Court and all counsel of record in federal case *4:25-cv-02013*.

**Certificate of Service & Notice of Copy Distribution**

I certify that a true and correct copy of this **Judicial Notice of Default and Assertion of Allodial Claims** was mailed via **certified mail, return receipt requested** to the Plaintiffs, their counsel, the presiding state court, and Harris County Sheriff on this date.

Additionally, copies were distributed to the following parties for notice and awareness:

- Nicholas J. Ganjei – United States Attorney, Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State
- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Sheriff Ed Gonzalez – Harris County Sheriff
- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State
- Tenseshia Hudspeth – County Clerk, Harris County, Texas
- Daniel R. Vizzi – Director, INTERPOL Washington

Executed under penalty of perjury under the laws of the United States of America and the Texas Republic this _25_ day of _August_ , 2025.

_____

**Rachael Griffin-El, ex rel. RACHAEL LEE GRIFFIN**
Moorish American National, Sui Juris, In Propria Persona

_____

**JURAT / NOTARIZATION BLOCK**

**STATE OF TEXAS**
**COUNTY OF HARRIS**

Before me, _KAYLA MASON_ , on this _25th_ day of _August_, 2025, I full life Rachael Griffin -El , known to me (or satisfactorily proven) to be the natural person whose title is subscribed to the foregoing instrument, and acknowledged that she executed the same for the purposes therein expressed.

**[Seal and Signature of Notary Public]**

KAYLA MASON
Public, State of Texas
Expires 12-23-2026
ry ID 134116071

_Kayla Mason_
KAYLA MASON

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026

# EXHIBIT N

**ORIGINAL ALLODIAL COMPENSATION INVOICE**

**April 7,2025 label :Exhibit E**

**To:**

- **JPMORGAN CHASE BANK, N.A.**
- **Jamie Dimon, U.S. Citizen, Attorney for Jamie Dimon, U.S. Citizen**
- **FRANKLIN CREDIT MANAGEMENT CORPORATION**
- **Thomas J. Axon, et al., U.S. Citizens**

**Re:** Allodial Estate – Account / Folio No.: Codilis File #44.25-00934

---

## ALLODIAL COMPENSATION CLAIMS

| Item / Cause of Action | Amount (USD) | Notes / Basis |
|---|---|---|
| Deprivation of Rights under Color of Law (18 U.S.C. § 242) | $1,000,000 | Unlawful violation of civil and property rights |
| Conspiracy Against Rights (18 U.S.C. § 241) | $7,000,000 | Coordinated unlawful actions against estate and National rights |
| Fraud in the Inducement | $7,000,000 | Fraudulent contracts or attempted claim of possession |
| Refund from Fiat / Credit | $138,000 | Return of fiat / credit converted without authority |
| Miscellaneous Expenses (mailing, paper, ink, etc.) | $2,500 | Administrative costs associated with enforcement attempts |

**Total Allodial Compensation Due:** $3,140,500

---

## PAYMENT TERMS

- Payable in **lawful money of .9999 fine silver bullion coins and/or bars**.
- This invoice serves as **formal notice** to the above-named parties and any natural persons associated with the account that all claims are asserted **under Allodial estate rights**.

*Exhibit: E*

Affidavit of Fact

Certificate of Service

I, Rachael Griffin-El, hereby certify that on this 10th_ day of _January_, 2025,

the enclosed copy of Certified Mail receipts (2) and return receipt (1), copy of Affidavit of

Dispute [Exhibit: A] with attachment EXHIBITS: Al and A2, copy of Affidavit of Fact: Adverse

Claim of Title and Reversion of Ancestral Estate [EXHIBIT: B], and copy of Memorandum of

Trust was sent via hand delivery to the following recipient:

Jamie Dimon, chairman of the Board of Directors

Chief Exective officer JPMORGAN CHASE

270 Park Avenue, New York, NY [ near 10017, United States ]

All right reserved

Page 1

## Affidavit of Fact

### Notice of Error

<u>International Document</u> Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

Exhibit E

Jamie Dimon, chairman of the Board of Directors

Chief Execitve officer JPMORGAN CHASE

270 Park Avenue, New York, NY [ near 10017, United States]

Juanita Deaver, Attorney at Law Codilis & Moody, P. C.

20405 State Highway 249, Suite 170

Houston, TX [near 77070, united state]

(281) 925-5200

Re: Misrepresented instrument - bill of attainder / foreign bill of exchange styled as a letter label as **Codilis & Moody,P.C. is a debt collector/ Codilis File** #44-25-00934 Loan###1980 number; and my inherited ancestral estate in reversion known as 703 Deveron ln. HOUSTON, Texas Republic.

Attention: Juanita Deaver , (acting as) President / Chief Executive Officer /JPMorgan Chase Feoffer:

Your claim of an alleged debt associated with account number Codilis Flie #44-25-00934 is hereby disputed in accordance with my prerequisite 'due process rights' secured under Article III section 2, and the Amendment 5 of the Constitution for the United States of North America.

Page 1

## Declaration of Nationality - Citizenship and Status

For the record, I am Rachael Griffin El, a natural person, in full life, in propria persona, sui juris, I am first nation, and my nationality / citizenship is Moorish American, being an aboriginal and indigenous heir apparent and national of the Moroccan Empire at North-West Amexem/ North America. I am a foreign national inhabitant near the foreign corporate STATE OF TEXAS, Texas Republic, and authorized representative, ex rel. RACHAELGRIFFIN-EL (a transmitting utility). Jurisdiction and Venue I hereby invoke my treaty rights to consular jurisdiction in this dispute under Articles 20 and 21 of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire, which aver the following:

*Article 20. If any of the citizens of the United States, or any persons under their protection, shall have any dispute with each other, the Consul shall decide between the parties; and whenever the Consul shall require any aid, or assistance from our government, to enforce his decisions, it shall be immediately granted to him*

*Article 21. If a citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the Country shall take place, and equal justice shall be rendered, the Consul assisting at the trial; and if any delinquent shall make his escape, the Consul shall not be answerable for him in any manner whatever.*

## Discovery and Disclosure

You are hereby commanded to produce proof of the following via certified mail:

1. Produce evidence of an alleged 'Allodial title' or 'Aboriginal title' to my inherited ancestral estate in reversion known as 703 Deveron ln., HOUSTON, TEXAS, which would prove beyond reasonable doubt that you and / or your foreign de facto corporate entity known as / Codilis & Moody, P.C. to be the absolute owner of the said estate in reversion; and

2. Produce on an affidavit signed under penalty of perjury the specific specie that you are accepting as "payment" for the satisfaction of the alleged debt associated with account /folio number: codilis File# 44-25-00934 a. gold and silver coins which is the lawful money (dollars) used to pay all debts per Article 1 Section 10, Clause 1 of the Constitution for the United States of North America; or

pages 2

b. private corporate commercial paper (Federal Reserve Notes) and securities (Checks)
which are unconstitutional counterfeit coins and do not constitute payment of any debt.

## Counter Claim

Your claim of an alleged debt associated with account / number: 0696921980/CodilisFile#
44-25-00934 is unconstitutional, notwithstanding, null and void ab initio for fraud in the
inducement on the following grounds:

1. You and your foreign de facto company, JPMORGAN CHASE & CO./ Codilis &
Moody,P.C. do not hold or possess 'Aboriginal title' or 'Allodial title' to my ancestral
estate in reversion known as 703 Deveron ln, Houston, Texas Republic.

2. (See attached documents titled Affidavit of Fact: Adverse Claim of Title and Reversion of
Ancestral Estate [Exhibit: B] and Memorandum of Trust).

3. From November 16,2024, March 13, 2025, I was coerced by the several agents /
employees/ Contractors of your foreign company, JPMORGAN CHASE & CO./ Codilis &
Moody, to tender) 124,881.79 ex rel. RACHAEL GRIFFIN-EL under color of law regarding the
alleged debt associated with account / number:0696921980/ Codilis File # 44-25-00934
which constitutes fraud in the inducement. See EXHIBITS:  E1 and E2 attached hereto; and
see United attached hereto; and see United States v. Throckmorton, 98 U.S. 61, 25 L.Ed.
93 ("Fraud vitiates the most solemn contracts, documents, and even judgments.").

4. The alleged debt associated with account / folio number Codilis File # 44-25-00934 and
any other attachments associated thereto are acquitted and discharged in accordance
with and in reliance on Title 12 USC 95a (2):

Title 12 U.S. Code § 95a–Regulation of transactions in foreign exchange of gold and
silver. property transfers; vested interests, enforcement and penalties.

(2) Any payment conveyance, transfer, assignment, or delivery of property or interest
therein, made to or for the account of the United States, or as otherwise directed, pursuant
to this section or any rule, regulation, instruction, or direction issued hereunder shall to the
extent thereof be a full acquittance and discharge for all purposes of the obligation of
the person making the same; and no person shall be held liable in any court for or in
respect to anything done or omitted in good faith in connection with the administration of or
in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or
direction issued hereunder

## Allodial Compensation Invoice

The following damages are being claimed against you and any other additional natural person(s) similarly situated and associated with account / folio number: codlilis File# 44-25-00934

| Damage | Cost |
|---|---|
| Depravation of rights under color of law (18 USC 242) | $1,000,000 |
| Conspiracy against rights (18 USC 241) | $1,000,000 |
| Fraud in the inducement | $1,000,000 |
| Refund from Fiat / Credit | $138,000 |
| Misc. expenses (mailing, paper, ink, etc.) | $2,500 |

Total: $3,140,500 payable in lawful money of .9999 fine silver bullion coins and / or bars due forthwith.

Days to Answer You have five (5) days from your receipt of this Affidavit of Dispute (and attachments) to answer and produce the above commanded evidence, or to rebut the same (and attachments), point-by-point, on a written affidavit signed under penalty of perjury. NO ACTION CAN BE TAKEN BY YOU OR YOUR AGENT(S) DURING THIS VALIDATION PERIOD! This is my 'Good Faith'

attempt to clear up any misrepresentations or confusion concerning your claim of an alleged debt in account / folio number codlilis File# 44-25-00934. Your failure to answer constitutes default and stand as your admission by silence to the claims made herein against you, including you having no valid claim and there being no debt; and your misrepresented instrument – bill of attainder / foreign bill of exchange styled as account /letter/ folio number codlilis File# 44-25-00934, and any other attachments associated thereto being unconstitutional, notwithstanding, null and void ab initio, and are unenforceable for lack of jurisdiction and fraud.

Page 4

## Affidavit

*I declare and affirm by virtue of Divine Law, under the Zodiac Constitution, and upon theConstitution for the United States of North America 1791, and the honor of my Foremothers and Forefathers that the above Affidavit of Dispute is true and correct to the best of my knowledge and honorable intent.*

*Executed this 7th of April ,2025*

Affiant: Rachael Griffin –Et de jure,in propria persona,

sui juris, in solo prop in solo proprio

authorized representative,ex rel

### _Affidavit of Fact_

*Certificate of Service*

*I, Rachael Griffin El, hereby certify that on the 7th day of April 2025, the attached Affidavit of Dispute [Exhibit: E] with attachment EXHIBITS: E1 and E2, the Affidavit of Fact: Adverse Claim of Title and Reversion of Ancestral Estate [EXHIBIT: B], and the Memorandum of Trust was sent via certified mail to the following recipient:*

Jamie Dimon, chairman of the Board of Directors

Chief Exective officer JPMORGAN CHASE

270 Park Avenue, New York, NY [ near 10017, United States]

Juanita Deaver, Attorney at Law Codilis & Moody, P. C.

20405 State Highway 249, Suite 170

Houston, TX [near 77070, united state]

(281) 925-5200

*All right reserved*

*CC U.S. Treasury Department's Office of Foreign Assets Control*

*Jane Nelson, Texas Secretary of State*

*Marco Rubio, United States Secretary of State*

*Pam Bondi, United States Attorney General*

*Volker Türk, United Nations High Commissioner for Human Rights*





## WRIT OF QUO WARRANTO

International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

RP—2025—324679
08/18/2025   RP2   $129.00

**IN THE COUNTY CIVIL COURT AT LAW NO. 3**
**HARRIS COUNTY, TEXAS**

**P.C.F. PROPERTIES IN TX, LLC (U.S. Citizens),**
Domestic Limited Liability Company near the State of Texas, founded February 2, 2006
**Antony Halaris (U.S. Citizen), Director of P.C.F. Properties in TX, LLC**
**Rachael Halaris (U.S. Citizen),**
(Foreign Corporation),
    Plaintiffs,

v.

**Rachael Griffin-El, ex rel. RACHAEL LEE GRIFFIN**
(Heir to the Land, Moorish American National),
    Defendant.

**Bill of Attainder style as Case No.: 1257002** (formerly Case No. 254100243037)

**WRIT OF QUO WARRANTO & DEMAND FOR PROOF OF AUTHORITY**
Including Demand for Public Official Surety Bonds, Oaths of Office, Delegation of Authority,
Treaty Compliance, and Allodial Compensation

---

## I. INTRODUCTION & STANDING

I, Rachael Griffin-El, ex rel.RACHAEL LEE GRIFFIN, Moorish American National and Heir to
the private ancestral estate at issue, specially appear **without waiving rights,** challenging the
lawful authority of the above-named plaintiffs and the presiding corporate tribunal to proceed
against my estate. **All rights reserved without prejudice, UCC 1-308.**

---

## II. CHALLENGE TO AUTHORITY – FOREIGN CORPORATIONS





Under 22 U.S.C. § 143, no foreign corporation or entity may exercise governmental or trustee authority over a private estate absent lawful delegation of authority and proof thereof.

## A. Plaintiff Entities

- P.C.F. Properties, LLC (U.S. Citizens), **directed by Antony Halaris,** is a foreign corporation with no privity of contract, no meeting of the minds, no consideration lawfully tendered, and no lawful title, deed, or trustee status with respect to my estate.

## B. County Civil Court at Law No. 3

- This corporate tribunal (U.S. Citizens) is not an Article III court of record and has no lawful or treaty-based jurisdiction over a Moorish American national or the private ancestral estate of the undersigned.
- Any actions taken absent such proof are **ultra vires, void ab initio**, and constitute acts under color of law.

## III. DEMAND FOR PUBLIC OFFICIAL SURETY BONDS AND OATHS OF OFFICE

Pursuant to Texas Insurance Code § 3503.002, FOIA (5 U.S.C. § 552), the Sunshine Act (5 U.S.C. § 552b), and the Texas Open Records Act (Article 6252-17a), I demand the following from the acting judge, clerks, peace officers, and all agents involved:

1. Copy of Public Official Surety Bond.
2. Copy of Errors & Omissions (E&O) Policy.
3. Copy of Surety Liability Insurance Policy, if applicable.
4. Copy of Oath of Office signed and filed in accordance with Texas law.
5. Copy of Power of Attorney for the Surety Bond Company.
6. Copy of Power of Attorney for any Blanket Bond from the Surety Bond Company, if applicable.

**Applies to:** Acting Judge **LaShawn A. Williams**, Texas bar No. 00795721 Texas license date:05/03/1996, County Civil Court at Law No. 3, Harris County, Texas.

## IV. DEMAND FOR DELEGATION OF AUTHORITY ORDER (DOAO) FROM CONGRESS





I demand production of the **original Delegation of Authority Order (DOAO)** and/or equivalent lawful commissioning instrument issued by the United States Congress or other constitutionally competent authority, from the time of installation of the County Civil Court at Law No. 3 and the acting judge.

The DOAO must show:

1. Lawful creation of the office and court under constitutional authority.
2. Date and manner of installation of the current acting judge.
3. Scope of jurisdiction lawfully delegated, including territorial, subject-matter, and personal jurisdiction limits.
4. Chain of authority from Congress to the specific officeholder.

Failure to produce a valid DOAO constitutes **ultra vires action** and renders all acts void ab initio.

## V. FEDERAL CASE AND SUPERIOR JURISDICTION

This matter is presently before the United States District Court, Southern District of Texas, Case No. 4:25-cv-02013, involving the same private estate property, title, and alleged foreclosure.

- **Supremacy Clause (U.S. Const. Art. VI, Cl. 2)** mandates that the corporate entity known as County Civil Court at Law No. 3 **stand down** while the federal case is pending.
- Any attempt to proceed constitutes interference with superior jurisdiction and willful deprivation of rights under 18 U.S.C. §§ 241–242.

## VI. TREATY VIOLATION – ARTICLES 22 & 23

As a Moorish American National and descendant of the Moroccan Empire, I am under the protection of the **Treaty of Peace and Friendship (1787/1836).**

- **Article 22:** Any citizen/subject accused within another nation's dominions must be handled through proper consular or treaty channels.
- **Article 23:** Property or debt disputes between citizens/subjects of the two nations must be adjudicated under treaty procedures, not unilateral corporate courts.





Any action by a public officer, corporate entity, or court against my person or private estate without lawful jurisdiction **violates these treaty provisions**, stripping the offending officers of immunity and exposing them to personal liability under domestic and international law.

## VII. MISREPRESENTED INSTRUMENTS AND VOID PROCEEDINGS

- **Case Numbers:** Case No. 1257002 (formerly Case No. 254100243037)
- **Security Instrument Date:** October 31, 2005
- **Substitute Trustee's Deed Date:** June 3, 2025

Pursuant to **Stare Decisis Law**, as established in *Old Wayne Mut. L. Assoc. v. McDonough*, 204 U.S. 8, 27 S.Ct. 236 (1907):

> "A court cannot confer jurisdiction where none existed and cannot make a void proceeding valid. It is clear and well established law that a void order can be challenged in any court."

Any actions, filings, or instruments by the County Civil Court at Law No. 3 or its agents concerning this estate are **void ab initio** and remain challengeable regardless of case renumbering or procedural changes.

## VIII. ALLODIAL FEE SCHEDULE / CLAIM FOR COMPENSATION

**Claimant:** Rachael Griffin-El, ex rel. Rachael Lee Griffin, Moorish American National

**Estate / Property described as :** LOT F:WE (5), BLOCK TWO (2) OF ELLA CROSSING, SEC. 1, HARRIS COUNTY, TEXAS, Map Records Film Code No. 583137.

### Claims and Compensation:

| Claim | Statute / Basis | Amount Claimed |
|---|---|---|
| Return of Fiat / Credit | Original misappropriated funds | $3,600 |
| Deprivation of Rights | 18 U.S.C. § 242 | $1,000,000 |
| Conspiracy Against Rights | 18 U.S.C. § 241 | $7,000,000 |
| Fraud in the Inducement | Common law / UCC | $7,000,000 |





| Claim | Statute / Basis | Amount Claimed |
|---|---|---|
| Costs | Legal, administrative, and remedial costs | TBD / calculated as needed |

**Total Claimed: $15,035,600**

**Statement:**

- Full compensation for damages, deprivation of rights, and fraudulent actions against claimant and her private ancestral estate.
- Amounts are **due immediately September 4, 2025** ; failure to satisfy constitutes continued deprivation under U.S. Federal law and international treaty obligations.
- All rights reserved under UCC 1-308, Treaty of Peace and Friendship (1787/1836), and applicable law.

## IX. NOTICE OF LIABILITY

Failure to produce the requested documentation or satisfy the Allodial Fee Schedule constitutes **personal liability** for all officers, agents, and corporate actors involved.

## X. CONCLUSION

I demand that all proceedings **cease immediately** until:

1. Proof of lawful authority is produced,
2. DOAO is verified,
3. Treaty compliance is demonstrated, and
4. Full restitution under the Allodial Fee Schedule is satisfied.

**All rights reserved without prejudice, UCC 1-308.**

## XI. HIGHLIGHT SUMMARY (ATTACHMENT)

1. **Jurisdiction Void:** County Civil Court has no lawful territorial or subject-matter jurisdiction; no contract or consideration exists.





2. **Treaty Protections:** Articles 22 & 23 of the Treaty of Peace and Friendship (1787/1836) strictly limit unilateral corporate court authority over Moorish American Nationals.

3. **DOAO Demand:** Proof of lawful installation from Congress required; absence renders all actions ultra vires.

4. **Federal Supremacy:** Pending U.S. District Court case (4:25-cv-02013) holds superior jurisdiction.

5. **Official Bonds & Oaths:** Must produce all public official bonds, E&O policies, and oaths; failure establishes personal liability.

6. **Misrepresented Instruments / Stare Decisis:** Void orders remain challengeable under *Old Wayne Mut. L. Assoc. v. McDonough*

## CERTIFICATE OF SERVICE

I certify that a copy of this Writ of Quo Warranto & Demand for Proof of Authority was sent via certified mail, return receipt requested, to the plaintiff's counsel, the presiding judge, the Harris County Clerk, and the Harris County Sheriff on this date.

**Executed under penalty of perjury under the laws of the United States of America and the Texas Republic this 18th day of August , 2025.**

### Notice of Challenge and Demand for Judicial Determination.

I, **Rachael Griffin-El**, declare under penalty of perjury under **Divine Law**, the the Zodiac Constitution, and the **Constitution for the united States of America** (1791) , the **Treaty of Peace and Friendship (1787/1836)**, and the **American Declaration on the Rights of Indigenous Peoples**, that the foregoing is true, correct, complete, and not misleading to the best of my knowledge and belief.

Executed this 18th day of August , 2025.

Respectfully submitted,

Affiant: Rachael Griffin-El, ex rel RACHAEL GRIFFIN
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt



20R

**JURAT / NOTARIZATION BLOCK**

  

**STATE OF TEXAS**
**COUNTY OF HARRIS**

Before me, Kayla Mason _____, on this 18th day of August 2025, I full life Rachael Griffin -El , known to me (or satisfactorily proven) to be the natural person whose title is subscribed to the foregoing instrument, and acknowledged that she executed the same for the purposes therein expressed.

[Seal and Signature of Notary Public]



*KAYLA MASON*

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

 

International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

**VERIFICATION,** Rachael Griffin El, under Divine Law, the Zodiac Constitution, and the Constitution for the United States (1791), do affirm and certify that a true, correct, and complete copy of this , **Writ of Quo Warranto & Demand for Proof of Authority**

on the 18th day of Aug - 2025 to the following parties:

executed on this 18th day of Aug 2025.

RET ✓
Rachael Griffin-El
C/O 703 Deveron ln
Houston Texas [77090]






Affiant: Rachael Griffin-Bey ex rel RACHAEL GRIFFIN
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

Cc:

- Nicholas J. Ganjei – United States Attorney, Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State
- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Sheriff Ed Gonzalez – Harris County Sheriff
- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State
- Tenseshia Hudspeth – County Clerk, Harris County, Texas
- Daniel R. Vizzi – Director, INTERPOL Washington

**Exhibit A1 – Attachments**

1. **Affidavit of Fact / Memorandum of Trust** addressed to Jamie Dimon, CEO of JPMorgan Chase, dated **December 30, 2024.**
2. **Notice of Lis Pendens**, filed in county records, **May 5, 2025.**
3. **Memorandum of Law in Support of Complaint**, filed in federal court, **May 5, 2025.**
4. **Criminal Allegations Referral**, filed in federal court, **May 5, 2025.**
5. **Notice and Affirmation / Re: Cessation of Activity Concerning a State in Reversion,** filed in federal court and county records, **June 9, 2025.**
6. **Notice of Active Federal Case and Recorded Lis Pendens**, sent to Antony Halaris (U.S. Citizen), property manager for PCF Properties LLC in Texas, filed in federal court, **June 9, 2025.**
7. **Evidence of Labor Theft** – copy of cashier's check in the amount of **$3,640.**
8. **Judicial Notices of Default**, filed in federal court, August 12, 2025
9. **A fraudulent SUBSTITUTE TRUSTEE'S DEED/Affidavit of Cancellation**
10. **Treaty a peace and friendship, September 16, 1836**
11. **CIVIL ORDERS – JULY 4, 2014**





















# Exhibit A1





International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

# Affidavit of Rescission and Cancellation of Substitute Trustee's Deed

*(Affidavit Under Seal and One-Cent Stamp Jurat)*

I, **Rachael Griffin -El**, Moorish American National, Indigenous to the land, being competent to testify, do hereby solemnly affirm the following facts:

## I. Standing and Status

1. I am a living woman, Moorish American National, and lawful heir to the private estate described in the county land records as . **LOT F-WE (5), BLOCK TWO (2) OF ELLA CROSSING, SEC. 1, HARRIS COUNTY, TEXAS,** Map Records Film Code No. 583137.

2. I am not a United States citizen, person, or surety for corporate fictions. I act in propria persona, sui juris.

## II. Notice of Fraud in the Substitute Trustee's Deed

3. A document styled **"Substitute Trustee's Deed"** was recorded in the county records on or about **June 12, 2025**, purporting to transfer title to my private estate.
4. Said instrument is fraudulent and void ab initio for the following reasons:
   a. **Fraud in the Inducement** – no lawful contract existed between the alleged lender, servicer, or trustee and myself.
   b. **Lack of Authority** – the alleged substitute trustee acted without proof of lawful appointment, agency, or delegation of power of attorney.
   c. **No Consideration / Meeting of the Minds** – the alleged mortgage contract was deceptive, unconscionable, and failed to disclose material facts.
   d. **Violation of Trust Law** – the property, as a private trust res, cannot be conveyed by strangers to the trust or feoffees operating under color of law.
   e. **Constructive Fraud** – foreclosure proceedings were pursued despite notice of active litigation in federal court.

## III. Notice of Cancellation and Rescission

5. Pursuant to the principles of equity, contract law, and trust law, I hereby issue **rescission, cancellation, and revocation** of the purported Substitute Trustee's Deed.

8. This Affidavit stands as lawful notice, unrebutted after ten (10) days shall serve as final judgment at law.

9. This Affidavit is executed under seal, with a one-cent stamp affixed to cancel fraudulent presumptions and establish lawful intent.

---

**Verification / Seal**

Executed by my hand and seal this 10th day of Aug , 2025.



**Rachael Griffin -El ex rel RACHAEL GRIFFIN**
Moorish American National, Beneficiary/Heir

All Rights Reserved -- Without Prejudice -- UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

KAYLA MASON