



International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

# Affidavit of Rescission and Cancellation of Substitute Trustee's Deed

*(Affidavit Under Seal and One-Cent Stamp Jurat)*

I, **Rachael Griffin -El**, Moorish American National, Indigenous to the land, being competent to testify, do hereby solemnly affirm the following facts:

## I. Standing and Status

1. I am a living woman, Moorish American National, and lawful heir to the private estate described in the county land records as . **LOT F:WE (5), BLOCK TWO (2) OF ELLA CROSSING, SEC. 1, HARRIS COUNTY, TEXAS,** Map Records Film Code No. 583137.

2. I am not a United States citizen, person, or surety for corporate fictions. I act in propria persona, sui juris.

## II. Notice of Fraud in the Substitute Trustee's Deed

3. A document styled **"Substitute Trustee's Deed"** was recorded in the county records on or about **June 12, 2025,** purporting to transfer title to my private estate.
4. Said instrument is fraudulent and void ab initio for the following reasons:
   a. **Fraud in the Inducement** – no lawful contract existed between the alleged lender, servicer, or trustee and myself.
   b. **Lack of Authority** – the alleged substitute trustee acted without proof of lawful appointment, agency, or delegation of power of attorney.
   c. **No Consideration / Meeting of the Minds** – the alleged mortgage contract was deceptive, unconscionable, and failed to disclose material facts.
   d. **Violation of Trust Law** – the property, as a private trust res, cannot be conveyed by strangers to the trust or feoffees operating under color of law.
   e. **Constructive Fraud** – foreclosure proceedings were pursued despite notice of active litigation in federal court.

## III. Notice of Cancellation and Rescission

5. Pursuant to the principles of equity, contract law, and trust law, I hereby issue **rescission, cancellation, and revocation** of the purported Substitute Trustee's Deed.

8. This Affidavit stands as lawful notice, unrebutted after ten (10) days shall serve as final judgment at law.

9. This Affidavit is executed under seal, with a one-cent stamp affixed to cancel fraudulent presumptions and establish lawful intent.

---

**Verification / Seal**

Executed by my hand and seal this 10th day of Aug_____, 2025.

**Rachael Griffin -El ex rel RACHAEL GRIFFIN**
Moorish American National, Beneficiary/Heir



All Rights Reserved -- Without Prejudice -- UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

KAYLA MASON

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

RP-2025-225256
06/12/2025   ER    $45.00

## SUBSTITUTE TRUSTEE'S DEED

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

C&S No. 44-25-00934/Conventional/Servicelink Auction
JPMorgan Chase Bank, National Association

| | |
|---|---|
| **Date of Security Instrument:** | October 31, 2005 |
| **Grantor(s):** | Rachael Griffin and husband, Terrence Tremayne Griffin |
| **Original Trustee:** | Michael L. Riddle |
| **Original Mortgagee:** | Long Beach Mortgage Company, A Corporation |
| **Recording Information:** | in Volume RP 013-89, Page 0838 and in Clerk's File No. Y886750 in the Official Public Records of Harris County, Texas |
| **Current Mortgagee:** | JPMorgan Chase Bank, National Association |

**Mortgage Servicer:** JPMorgan Chase Bank, National Association whose address is 3415 Vision Drive, Columbus, OH 43219-6009. Pursuant to a Servicing Agreement between the Mortgage Servicer and Mortgagee, the Mortgage Servicer is authorized to represent the Mortgagee. Pursuant to the Servicing Agreement and Section 51.0025 of the Texas Property Code, the Mortgage Servicer is authorized to collect the debt and to administer any resulting foreclosure of the referenced property.

| | |
|---|---|
| **Date of Sale:** | June 03, 2025 |
| **Amount of Sale:** | $182,000.00 |
| **Grantee/Buyer:** | P.C.F. PROPERTIES IN TX, LLC<br>6046 FM 2920 RD PMB 160<br>SPRING TX 77379 |

**Legal Description:** LOT FIVE (5) BLOCK TWO (2) OF ELLA CROSSING, SEC. 1, AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN FILM CODE NO. 583137 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

**Property Address:** 703 Deveron Lane, Houston, TX 77090

**Place of Sale of Property:** In the area designated by the Harris County Commissioners Court pursuant to Section 51.002 of the Texas Property Code as the place where the foreclosure sales are to take place, or if no place is designated by the Commissioners Court, the place where the Notice of Trustee's Sale was posted.

Grantor conveyed the property to Trustee in trust to secure payment of the Note. Mortgagee, through the Mortgage Servicer, declared that Grantor defaulted in performing the obligations of the Deed of Trust. Current Mortgagee, through the Mortgage Servicer, has appointed the Substitute Trustee and requested the Substitute Trustee to enforce the trust.

Exhibit "1"

## AFFIDAVIT OF POSTING/FILING NOTICE OF SALE

The undersigned, having knowledge of the matters hereinafter set forth, after being duly sworn, deposes and states under oath, as follows:

"On behalf of the servicer and/or holder and/or owner of the indebtedness secured by a Deed of Trust/Security Instrument, dated October 31, 2005 executed by Rachael Griffin and husband, Terrence Tremayne Griffin to Michael L. Riddle, Trustee(s) and recorded under Vol. RP 013-89, Page 0838, or Clerk's File No. Y886750, in the real property records of HARRIS County, Texas; at least twenty-one (21) days preceding the June 03, 2025 foreclosure sale, the undersigned Substitute Trustee, did;

(i)     Post written notice ("Notice of Sale") of the proposed sale designating the County in which the property securing the above Deed of Trust/Security Instrument will be sold, at the courthouse door of each County in which the property securing the above Deed of Trust/Security Instrument is located, or as otherwise designated by the County Commissioners; and

(ii)    File a copy of said Notice of Sale in the office of the County Clerk of the County in which the sale was made."

Executed on this the ___10th___ day of _____June_____, 2025_____.



Printed Name: ____SANDY DASIGENIS____

STATE OF TEXAS

COUNTY OF _HARRIS_____

BEFORE ME, the undersigned authority on this the ___10th___ day of ___June___ _____, 2025_____, personally appeared _____SANDY DASIGENIS_____ known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed same in the capacity herein stated and for the purposes and consideration therein expressed.

Notary Public, State of Texas

C&M No. 44-25-00934

NICOLE DURRETT
Notary Public, State of Texas
Comm. Expires 09-08-2026
Notary ID 128847355



Notices stating the time, place and terms of sale of the property were mailed, posted and filed, as required by law. The Substitute Trustee sold the property to Buyer, who was the highest bidder for cash at the public auction, for the amount of the sale in the manner prescribed by law. The sale was conducted no earlier than 10:00 AM, as set forth in the Notice of Trustee's Sale and was concluded within three hours of such time. All matters, duties and obligations of the Mortgagee were legally performed.

Substitute Trustee, subject to any matters of record, and for the amount of sale paid by Buyer as consideration, grants, sells and conveys to Buyer, Buyer's heirs, executors, administrators, successors or assigns forever, the property together with all rights and appurtenances belonging to Grantor, Substitute Trustee hereby sell the above referenced property AS IS without any express or implied warranties, and hereby conveys the property to the purchaser at the purchaser's own risk, pursuant to the terms of Texas Property Code §51.002 and §51.009.

*Affidavit of Posting/Filing Notice of Sale is attached hereto marked as Exhibit "1" and Affidavit is attached hereto marked as Exhibit "2" is by this reference incorporated herein for all purposes.*

EXECUTED this __5th__ day of _____June_____ , 2025.

<br>

_____

Jeff Leva

Servicelink Auction Substitute Trustee

STATE OF TEXAS

COUNTY OF HARRIS_____

Before me, the undersigned Notary Public, on this day personally appeared Jeff Leva as Substitute Trustee, known to me or proved to me through a valid State driver's license or other official identification to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that (s)he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this __5th__ day of _____June_____ , 2025.

_____

Notary Public State of TEXAS_____

C&S No. 44-25-00934



NICOLE DURRETT
Notary Public, State of Texas
Comm. Expires 09-08-2026
Notary ID 128847355



usa

FILED 4/3/2025 8:43:11 AM

RP-2025-225256

SHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

C&M No. 44-25-00934 / RECORD NOS

## NOTICE OF TRUSTEE'S SALE AND APPOINTMENT OF SUBSTITUTE TRUSTEE

Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately. Sender is: Codilis & Moody, P.C., 20405 State Highway 249, Suite 170, Houston, TX 77070

**INSTRUMENT BEING FORECLOSED AND MORTGAGE SERVICER INFORMATION**

Deed of Trust dated October 31, 2005 and recorded under Vol. RP 013-89, Page 0838, or Clerk's File No. Y865750, in the real property records of HARRIS County Texas, with Rachael Griffin and husband, Terrence Treasure Griffin as Grantor(s) and Long Beach Mortgage Company, A Corporation as Original Mortgagee.

Deed of Trust executed by Rachael Griffin and husband, Terrence Treasure Griffin securing payment of the indebtedness in the original principal amount of $131,012.00 and obligation therein described including but not limited to the promissory note and all modifications, renewal and extensions of the promissory note (the "Note") executed by Rachael Griffin. JPMorgan Chase Bank, National Association is the current mortgagee (the "Mortgagee") of the Note and Deed of Trust or Contract Lien.

The Mortgage Servicer is authorized to represent the Mortgagee by virtue of a servicing agreement with the Mortgagee. Pursuant to the Servicing Agreement and Texas Property Code 51.0025, the Mortgage Servicer is authorized to collect the debt and to administer any resulting foreclosure of the property securing the above referenced loan. JPMorgan Chase Bank, National Association is acting as the Mortgage Servicer for the Mortgagee. JPMorgan Chase Bank, National Association, is representing the Mortgagee, whose address is: 3415 Vision Drive, Columbus, OH 43219-6009.

Legal Description:
LOT FIVE (5) IN BLOCK TWO (2) OF ELLA CROSSING, SEC. 1, AN ADDITION IN HARRIS COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN FILM CODE NO. 591317 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

**SALE INFORMATION**

Date of Sale: 06/03/2025      Earliest Time Sale Will Begin: 10:00 AM

Location of Sale:    The place of the sale shall be: HARRIS County Courthouse, Texas at the following location: 11,681 Square feet area of covered counsels, being a 13,979 Square Feet area of covered concrete under the Bayou City Event Center Pavilion, save and except a 2,295 Square Feet Concession and Restroom area under said Pavilion, or if the preceding area is to no longer the designated area, at the area most recently designated by the County Commissioner's Court

**TERMS OF SALE**

A default has occurred in the payment of said herein referenced indebtedness, and the same is now wholly due, and the Mortgagee and/or Mortgage Servicer has requested the hereinafter appointed Substitute Trustee to sell said property to the highest bidder for cash and to distribute or apply the proceeds of said sale in accordance with the terms of said Deed of Trust.

The Sale will be conducted as a public auction to the highest bidder for cash, except that Mortgagee's bid may be by credit against the indebtedness secured by the lien of the Deed of Trust. Pursuant to the Deed of Trust, the mortgagee has the right to direct the Trustee to sell the property in one or more parcels and/or to sell all or only part of the property. Pursuant to Section 51.009 of the Texas Property Code, the Property will be sold

FILED 4/3/2025 8:43:11 AM   RP-2025-225256   ...SHIA HUDSPETH, COUNTY CLERK, HARRIS COUNTY, TEXAS

RP-2025-225256

"WHERE IS" condition, without any express or implied warranties, except as to the warranties of title, if any, provided for under the Deed of Trust.

The sale will begin at the earliest time stated above, or within three (3) hours after that time. If the sale is set aside for any reason, the Purchaser at the sale shall be entitled only to a return of the funds paid. The Purchaser shall have no further recourse against the Mortgagor, the Mortgagee or the Mortgagee's attorney.

THIS INSTRUMENT APPOINTS THE SUBSTITUTE TRUSTEE(S) IDENTIFIED TO SELL THE PROPERTY DESCRIBED IN THE SECURITY INSTRUMENT IDENTIFIED IN THIS NOTICE OF SALE. THE PERSON SIGNING THIS NOTICE IS THE ATTORNEY OR AUTHORIZED AGENT OF THE MORTGAGEE OR MORTGAGE SERVICER.

WHEREAS, in my capacity as attorney for the Mortgagee and/or its Mortgage Servicer, and pursuant to Section 51.0076 of the Texas Property Code, I HEREBY APPOINT AND DESIGNATE Jeff Leva, Sandy Dasigenis, Patricia Poston, Megan L. Randle, Eddie Murphy, Wayne Daughtrey, Steve Leva, Wendy Darrick, Thomas Delaney, Braye Gattaway, Aaron Demuth, Codilis & Moody, P.C., or ServiceLink Auction, as Substitute Trustee.

The address for the Substitute Trustee for purposes of Section 51.0076(b) of the Texas Property Code is:
Codilis & Moody, P.C.
20405 State Highway 249, Suite 170
Houston, TX 77070
(281) 925-5200

Jamilia Deaver, Attorney at Law
Codilis & Moody, P.C.
20405 State Highway 249, Suite 170
Houston, TX 77070
(281) 925-5200



STATE OF TEXAS

COUNTY OF HARRIS

Before me, the undersigned Notary Public, on this day personally appeared Jamilia Deaver as Attorney for the Mortgagee and/or Mortgage Servicer known to me or proved to me through a valid State driver's license or other official identification described as Internal Knowledge, to be the person whose name is subscribed to the foregoing instrument and acknowledge to me that he/she executed the same for the purposes and consideration therein expressed.

Executed on this the 1st day of April, 2025.

_____
Notary Public Signature

Printed and filed by:
Printed Name:   SANDY DASIGENIS

C&M No. 44-25-00934

DIXY LANE
Notary ID #133462320
My Commission Expires
November 14, 2026

Exhibit "2"

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally appeared the undersigned affiant who, after being duly sworn, deposes and states under oath as follows:

"I am above the age of eighteen (18) years and am competent to make this affidavit and knowledgeable of the statements made in this affidavit.

At the instructions of the servicer and/or holder and/or owner of the indebtedness secured by a Deed of Trust/Security Instrument, dated October 31, 2005 executed by Rachael Griffin and husband, Terrence Tremayne Griffin to Michael L. Riddle, Trustee(s) and recorded under Vol. RP 013-89, Page 0838, or Clerk's File No. Y886750, in the real property records of HARRIS County, Texas; and based upon the information provided by or on behalf of such servicer and/or holder and/or owner of the indebtedness, demand was sent to the obligors via certified mail giving at least 20 days to cure the debt as required by Texas Property Code Sec. 51.002(d); the debt was not cured and our office sent out the written notice of the proposed sale of the real property encumbered by said Deed of Trust/Security Instrument scheduled for June 03, 2025 was mailed certified to each debtor who, according to the records of such servicer and/or holder and/or owner is obligated to pay the debt. Service of the written notice was completed on April 03, 2025. On that date, the notice was deposited in the United States mail, postage prepaid and addressed to the debtor at the debtor's last known address. April 03, 2025, the date service of the notice was completed, was a date at least twenty-one (21) days preceding the date of the scheduled sale.

To the best of the my knowledge and belief, the obligor(s) had not filed any bankruptcy proceeding pending at the time of the foreclosure sale, was/were alive at the time of the foreclosure sale, and based upon information obtained from the U.S. Defense Manpower internet military website, it is my belief that such obligor(s) is/are not in the armed services of the United States of America twelve months prior hereto or on the date of the foreclosure sale and as of the date of this Affidavit.

Signed on this 4th day of June, 2025.

Codilis & Moody, P.C.

Thomas Delaney

**STATE OF TEXAS**

**COUNTY OF HARRIS**

BEFORE ME, the undersigned authority on this day personally appeared Thomas Delaney known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed same in the capacity herein stated and for the purposes and consideration therein expressed.

SUBSCRIBED AND SWORN TO BEFORE ME on this 4th day of June, 2025.



GABRIELLE RUIZ
Notary Public, State of Texas
Comm. Expires 10-05-2027
Notary ID 132193366

C&M No. 44-25-00954

NOTARY PUBLIC in and for
THE STATE OF TEXAS



RP-2025-225256

RP-2025-225256
# Pages 7
06/12/2025 09:34 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees   $45.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.



COUNTY CLERK
HARRIS COUNTY, TEXAS



 

 

*Moorish National Republic Federal Government*
*Moorish Divine and National Movement of the World*
*Northwest Amexem / Northwest Africa / North America /*
*'The North Gate'*
*~'Temple of the Moon and Sun'~*
*e o~Societas Republicae Ea Al Maurikanos~ e*
*The True and De jure Natural Peoples ~ Heirs of the Land*

---

## Affidavit of Fact
**Adverse Claim of Title and Reversion of Ancestral Estate- EXHIBIT: B**
International Document
Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

Mr. Jamie Dimon, (acting as) Chairman of the Board of Directors / CEO
JPMORGAN CHASE CO.
270 Park Avenue
New York, NY [near 100017, United States]

Re: Misrepresented Instruments - Bills of Attainder / Foreign Bills of
Exchange titled **MORTGAGE STATEMENT** December 17,2024, associated
with account number 0696921980; and my ancestral estate in reversion
known as 703 Deveron Ln. Houston, Texas.

### Stare Decisis Law
*"A state cannot refuse to give foreign nationals their treaty rights because
of fear that valid international agreements may possibly not work
completely to the satisfaction of state authorities. Under the supremacy
clause of the United States Constitution Art. VI, clause 2, state policies as
to the rights of aliens to inherit must give way to overriding federal treaties
and conflicting arrangements." See Kolovrat v. Oregon, 366 U.S. 187, 194,
81 S.Ct. 922 (1961)*

 

I Rachael Griffin-El, sui juris, an aboriginal and indigenous Mooris American sovereign national of the Moroccan Empire at Maghrib alAqsá, North-West Amexem /North America, being of legal age, after being duly affirmed according to law, hereby depose, and state the following:

1. I am one of the surviving consanguinity heiress apparent of the late ancient Moabites (modernly known as Moroccans) from the land of Moab who received permission from the Pharaohs of Kemet to settle and inhabit North-West Africa (Amexem); they were the founders and are the true possessors of the present Moroccan Empire, with their Canaanite, Hittite, and Amorite brethren who sojourned from the land of Canaan seeking new homes. Their dominion and inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present North, South, and Central America and also Mexico and the Atlantis Islands, before the great earthquake, which caused the the great Atlantic Ocean.

2. My nationality / citizenship and political status as an aboriginal indigenous Moorish American sovereign national of the Moroccan Empire and direct descendant of the ancient Moabites (Moroccans) by jus sanguinis, is recognized under registration number CAA 222141, Class A, with the Clock of Destiny Moorish American National Identification Card and Zodiac Constitution recorded by Charles Mosley Bey, a Moorish American and my kin by consanguine, on September 10, 1952, in the Library of Congress Copyright Office, Washington, District of Columbia, and the United States Department of Justice.

3. My Moabite ancestors died intestate, and was vested with reversionary interest in the lands and resources of the Moroccan Empire at North America, which is in de facto occupational use, in usufruct, by the foreign hybrid <u>European colonists exercising feudal law practices under color of law as citizens / members / beneficiaries of the UNITED STATES</u> (Inc.) under the expired fifty (50) year mandate, i.e., the Treaty of Peace and Friendship of 1836 (in force 1837) between the United Sates of North America and the Moroccan Empire; which superseded the Treaty of Peace and Friendship of 1787 between the United States of America, and his Imperial Majesty the Emperor of Morocco. <u>This treaty is the supreme Law of the Land under the 'Supremacy Clause' of the Constitution for the United States of North America Article VI. clause 2. Article 25</u> of the aforesaid Treaty of 1836 avers the expiration term as follows:

   **Article 25.** This Treaty shall continue in force, with the help of God, for fifty years; after the expiration of which term, the Treaty shall continue to be binding on both parties, until the one shall give twelve months' notice to the other of an intention to abandon it; in which case, its operations shall cease at the end of the twelve months."

4. Per my treaty right to inherit under Article 22 of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire, and in accordance with the international law provisions of the United Nations Declaration on the Rights of Indigenous Peoples, I am competent to make claim to my inherited <u>ancestral estate in reversion</u> as a surviving rightful heir apparent, which is being held in trust <u>de facto</u> by the foreign corporate




STATE OF TEXAS (inc.) and subsidiaries as escheated fee simple property under color of law within purview of the unconstitutional 14th Amendment to the United States Constitution. Per the stare decisis
law in the Kolovrat case mentioned above, my treaty right to inherit property under Article 22 of the said Peace Treaty of 1836 overrides all state policies that are made to the contrary, which aver the following:
**Article 22.** If an American citizen shall die in our country and no will shall appear, the Consul shall take possession of his effects, and if there shall be no Consul, the effects shall be deposited in the hands of some.
Person worthy of Trust, until the Party shall appear who has a right to demand them, but if the Heir to the Person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear, the property shall descend agreeable to that will, as soon as the Consul shall declare the validity thereof.
5. I hereby make an adverse claim of aboriginal title to my ancestral estate in reversion as described below, to wit:

ALL that certain plot, piece or parcel of land with resources, buildings and improvement thereon erected, situated, lying and being, known to be located near Houston, Texas; known by the street address of 703 Deveron Lane. Texas, at Maghrib al Aqsá, North-West Amexem, and geographically located on the North American continent within the dominions of the Moroccan Empire at Maghrib al Aqsá, North-West Amexem, Latitude

Longitude 95.437722 Latitude 30.009458
GPS Coordinates30° 0' 34.0488" N95° 26' 15.7992" W

6. This claim is made pursuant to the aboriginal land tenure systems, traditions, and customs of my ancient Moabite Foremothers and Forefathers in accordance with international law under Articles 26, 27, 28, 29, 30, and 37 of the United Nations Declaration on the Rights of Indigenous Peoples.
7. The above-described property is registered in a private allodial trust titled: Allodial Irrevocable Private Living Trust of Rachael Griffin- El dated December 30,2024, which I am the Trustee of; and the attached document titled Memorandum of Trust shall serve as evidence of such trust.
8. Any mortgage, hypothecation, lien, encumbrance, or fee simple deed (color of title) attached to my ancestral estate in reversion known as 703 Deveron Lane. Houston Texas, claimed or held by any citizen(s) of the United State via feudal law practice within purview of the 14th Amendment to the United States Constitution, being recorded in the Land Records of Harris County, Texas, or any other records in the Land Records of Harris County, Texas, or any other records
associated there to are held to be ineffective, invalid, null, void and unconstitutional per the Congressional Record Proceedings and Debates of the 90th Congress, 1s Session,

 

Volume 113 - Part 12, June 12, 1967, page 15614 (The 14TH Amendment Is Unconstitutional).

9. I am, therefore, executing this Affidavit for the purpose of attesting to the truthfulness of the facts set forth herein.

## AFFIDAVIT

I affirm by virtue of Divine Law; under the Zodiac Constitution; and upon the United States Republic Constitution; and upon the honor of my Foremothers and Forefathers that the foregoing Affidavit of Fact: Adverse Claim of Title and Reversion of Ancestral Estate is true and correct.

Executed this 30th day of December 2024

Affiant: Rachael Griffin -EL, de jure
in propria persona, sui juris, in solo proprio authorized representative, ex rel.
RACHAEL GRIFFIN/ RACHEL GRIFFIN
All Rights Reserved.
C/o 703 DEVERON LN.
HOUSTON, TEXAS [Zip Exempt]

DENIA MARIELA PEREA
My Notary ID # 130092166
Expires January 27, 2027

12/30/24.




## Affidavit of Fact
### Certificate of Service

I Rachael Griffin -El, hereby certify that on the __30th__ day of December 2024, the enclosed Affidavit of Fact: Adverse Claim of Title and Reversion of Ancestral Estate - EXHIBIT: B and the attachment Affidavit of Fact: Memorandum of Trust were sent via certified mail to the following recipient:

Mr. Jamie Dimon, (acting as) Chairman of the Board of Directors /Chief Executive Officer
JPMORGAN CHASE CO.
270 Park Avenue
New York, NY [near 100017, United States]



All Rights Reserved.

CC
U.S. Treasury Department's Office Of Foreign Assets Control
Jane Nelson, Texas Secretary of State
Antony J. Blinken, United States Secretary of State
Merrick B. Garland, United States Attorney General
Volker Türk, United Nations High Commissioner for Human Rights
Office of Consul General Morocco, Maghrib al Aqsa
http://www.EnforceTheConstitution.org

DENIA MARIELA PEREA
My Notary ID # 130092166
Expires January 27, 2027

12-30-24







*Moorish National Republic Federal Government*
*Moorish Divine and National Movement of the World*
*Northwest Amexem / Northwest Africa / North America /*
*'The North Gate'*
*~'Temple of the Moon and Sun'~*
*e o~ Societas Republicae En Al Maurikanos~ e*
*The True and De jure Natural Peoples ~ Heirs of the Land*

**Memorandum of Trust**
International Document - Consular Jurisdiction and Venue

**KNOW THAT, I**, Rachael Griffin-El, being in care of the mailing location
at C/o703 Deveron Lane. Houston, Texas, as Grantor, created an
allodial private irrevocable trust, known as the Allodial Irrevocable Private
Living Trust of
Rachael Griffin-El dated December 30, 2024, by executing a Declaration of
Trust, dated December 30, 2024, naming I Rachael Griffin-El, as Trustee
and beneficiary.

This Memorandum of Trust is executed as evidence of the existence of the
foregoing
Declaration of Trust. Any person may rely upon this Memorandum of Trust
as evidence of the existence of said Declaration of Trust, and is relieved of
any obligation to verify that any transaction entered into by a Trustee
thereunder is consistent with the terms and conditions of said Declaration
of Trust.

The Declaration of Trust and the trusts created thereunder may be referred
to by the
name: "Allodial Irrevocable Private Living Trust of Rachael Griffin-El dated
December 30, 2024". Any transfers to the Declaration of Trust or any trust
thereunder may refer to the aforesaid appellation as Trustee under the
name "Allodial Irrevocable Private Living Trust of Rachael Griffin-El

dated December 30, 2024", with or without specifying any change in




Trustee(s).

**IN WITNESS WHEREOF**, the Grantor has executed this Memorandum of Trust as of

This 30ᵗʰ day of December, 2024.



Affiant/Rachael Griffin -EL, de jure
in propria persona, sui juris, in solo proprio authorized representative, ex rel.
RACHAEL GRIFFIN/ RACHEL GRIFFIN
All Rights Reserved.
C/o 703 DEVERON LN.
HOUSTON, TEXAS [Zip Exempt].

RECORDER'S MEMORANDUM:
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blackouts, additions and changes were present at the time the instrument was filed and recorded.

Maghrib al Aqsá.
North-West Amexen.

Duly subscribed and affirmed on this 30 day of December , 1115 M.C.V. (C.C.Y. 2024), before me, the Consul of Morocco at the Texas state republic, personally appeared Rachael Griffin-El, personally known to me or proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to the within instrument and acknowledged to me that (he/she) executed the same in [his/her] capacity, and that by (his/her) signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.



AS WITNESS my hand and official seal:

Autograph: _____
Wazir [Notary Public], All Rights Reserved.

Appellation (printed) Darryl Johnson Bey

FILED FOR RECORD

12:56:29 PM

Monday, August 18, 2025

*Leneshia Hudpeth*

COUNTY CLERK, HARRIS COUNTY, TEXAS

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.

THE STATE OF TEXAS
COUNTY OF HARRIS
    I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me; and was duly RECORDED; in the Official Public Records of Real Property of Harris County Texas

Monday, August 18, 2025

*Leneshia Hudpeth*

COUNTY CLERK
HARRIS COUNTY, TEXAS







RP-2025-336178
08/26/2025  RP2  $57.00

# JUDICIAL NOTICE OF DEFAULT

## AND ASSERTION OF ALLODIAL CLAIMS

## IN THE COUNTY CIVIL COURT AT LAW NO. 3
## HARRIS COUNTY, TEXAS

P.C.F. PROPERTIES IN TX, LLC (U.S. Citizens),
Antony Halaris (U.S. Citizen),
Rachael Halaris (U.S. Citizen),
    Plaintiffs,

v.

Rachael Griffin-El, ex rel. RACHAEL LEE GRIFFIN
(Moorish American National, Heir to the Land),
    Defendant.



Case No. 1257002 (formerly Case No. 254100243037)

---

### I. Notice of Default

Defendant, **Rachael Griffin-El**, Moorish American National and heir to the land, issued a **Writ of Quo Warranto and Demand for Proof of Authority** to Plaintiffs, requiring them to establish lawful authority to act in relation to her ancestral estate.

Plaintiffs failed to provide any verified chain of title, lawful authority, or proof of holder-in-due-course status. Plaintiffs are therefore in **default**.

---

### II. Jurisdictional Challenge

This Court lacks jurisdiction over the estate or the Defendant for the following reasons:

1. The foreclosure underlying this action was fraudulent and void ab initio.
2. Defendant has filed and recorded a **reversion and adverse claim** (December 30, 2024) and **Lis Pendens** (May 8, 2025) notices, which were ignored.
3. Defendant's estate is held in **allodium** and is protected under:
   - Treaty of Peace and Friendship (1787/1836);
   - U.S. Constitution, Art. I, Sec. 9, Cl. 3 (Bill of Attainder prohibition);
   - International law, including ICCPR and ADRIP.






Accordingly, no U.S. Citizen, corporation, or state court has trustee or fiduciary rights over the ancestral estate of the Moorish American people.

## III. Damages and Allodial Fee Schedule

Defendant incorporates her **Allodial Fee Schedule** on record, totaling: **$15,035,600**, covering unlawful foreclosure, deprivation of rights, conspiracy, fraud in the inducement, contempt of Lis Pendens, and lack of jurisdiction.

## IV. Declaration and Demand

1. All state court proceedings against Defendant are **null and void**.
2. Any attempted eviction, forcible entry, or continued claim constitutes a violation of federal and international law.
3. Plaintiffs and their agents are personally liable under the Allodial Fee Schedule already entered on record.

Executed this ___ day of August 2025
All Rights Reserved – Without Prejudice – UCC 1-308



**Rachael Griffin-El**
Moorish American National, In Propria Persona, Sui Juris
Heir to the Land

c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt



### Certificate of Service & Notice of Copy Distribution

I certify that a true and correct copy of this **Judicial Notice of Default and Assertion of Allodial Claims** was mailed via **certified mail, return receipt requested** to the Plaintiffs, their counsel, the presiding state court, and Harris County Sheriff on this date.

Additionally, copies were distributed to the following parties for notice and awareness:

- Nicholas J. Ganjei – United States Attorney, Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State






- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Sheriff Ed Gonzalez – Harris County Sheriff
- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State
- Tenseshia Hudspeth – County Clerk, Harris County, Texas
- Daniel R. Vizzi – Director, INTERPOL Washington

Executed under penalty of perjury under the laws of the United States of America and the Texas Republic this 25th day of August , 2025.

2DR
1EESI

**Rachael Griffin-El, ex rel RACHAEL LEE GRIFFIN**
Moorish American National, Sui Juris, In Propria Persona

---

**JURAT / NOTARIZATION BLOCK**

**STATE OF TEXAS**
**COUNTY OF HARRIS**

Before me, KAYLA MASON , on this 25th day of August, 2025, I full life Rachael Griffin -El , known to me (or satisfactorily proven) to be the natural person whose title is subscribed to the foregoing instrument, and acknowledged that she executed the same for the purposes therein expressed.

[Seal and Signature of Notary Public]

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

KAYLA MASON





# WRIT OF ERROR

<u>International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent</u>

## IN THE COUNTY CIVIL COURT AT LAW NO. 3
## HARRIS COUNTY, TEXAS

**P.C.F. PROPERTIES IN TX, LLC (U.S. Citizens),**
Domestic Limited Liability Company near the State of Texas, founded February 2, 2006
**Antony Halaris (U.S. Citizen),** Director of P.C.F. Properties in TX, LLC
**Rachael Halaris (U.S. Citizen),**
(Foreign Corporation),
    **Plaintiffs,**

v.

**Rachael Griffin-El, ex rel. RACHAEL LEE GRIFFIN**
(Heir to the Land, Moorish American National),
    **Defendant.**

---

**Bill of Attainder style as Case No.: 1257002 (formerly Case No. 254100243037)**

---

# WRIT OF ERROR AND JUDICIAL NOTICE OF NULLITY OF JUDGMENT

---

Comes now, **Rachael Griffin-El, Moorish American National, Indigenous to the land, in propria persona, sui juris, all rights reserved**, issuing this **Writ of Error and Judicial Notice** regarding the judgment entered in the above-captioned matter.

---

## I. JUDGMENT NULL AND VOID

The judgment of "Unlawful Possession" is **null and void ab initio**. The Court has **no lawful jurisdiction or authority** over the Moorish American National estate.





## II. COLOR OF TITLE / NO VALUE TRANSFERRED

No lawful value was ever transferred; all contracts, claims, or bookkeeping entries are **color of title only**. There is **no lawful basis** for possession, transfer, or enforcement.

## III. VIOLATIONS OF SUPREME LAW

Enforcement of said judgment **constitutes unlawful trespass, fraud, and breach of trust obligations**, in violation of:

- **Article VI, United States Constitution** – supremacy of the Constitution and treaties.
- **Treaty of Peace and Friendship (1836)** – protecting the rights of Moorish American Nationals.
- **International human rights instruments** – securing property rights and due process.

## IV. FRAUD AND TRUST VIOLATIONS

Fraudulent contracts, lack of meeting of the minds, and violations of trust law **vitiate the judgment entirely.**

## Declaration of Unlawfulness / DOAO Authority

BE IT KNOWN AND DECLARED:

1. Any attempted eviction, forcible entry, or legal action by Plaintiffs or any agent, servant, or actor on their behalf against Defendant or her estate constitutes a violation of federal law, including but not limited to **18 U.S.C. § 242, 18 U.S.C. § 241**, and constitutional protections.
2. Any such action violates international law, including the **Treaty of Peace and Friendship (1787/1836)**, the **ICCPR**, and the **ADRIP**.





3. All such state court actions are **null and void**, and no agent, court, or person may lawfully proceed absent lawful authority derived from the **Delegation of Authority Order (DOAO)** from Congress to the United States Republic.

4. Any continued attempt to act upon the estate without lawful authority exposes Plaintiffs and any co-conspirators to all damages enumerated in the Allodial Fee Schedule, including cumulative and per diem claims.

## WRIT OF ERROR

The judgment of "Unlawful Possession" is **null and void ab initio**. The Court had **no jurisdiction or lawful authority** over the Moorish American National estate.

No lawful value was ever transferred; all contracts, claims, or bookkeeping entries are **color of title only**. There is **no lawful basis** for possession, transfer, or enforcement.

Enforcement of said judgment **constitutes unlawful trespass, fraud, and breach of trust obligations**, violating:

- **Article VI, United States Constitution** – supremacy of the Constitution and treaties.
- **Treaty of Peace and Friendship (1836)** – protecting the rights of Moorish American Nationals.
- **International human rights instruments** – securing property rights and due process.

Fraudulent contracts, lack of meeting of the minds, and violations of trust law **vitiate the judgment entirely**.

This matter is currently **pending in federal court** under Case No. 4:25-cv-02013. Any enforcement or action by the County Civil Court at Law No. 3 while federal proceedings are ongoing is **without lawful authority and in violation of federal supremacy**.

## VI. DEMAND FOR CORRECTION OF RECORD

By this **Writ of Error**, it is formally recorded that:

- The judgment in Case No. 1257002 is **null and void ab initio**.
- It is **without lawful force or effect** against the Moorish American National estate.






- This Writ of Error **corrects the lower court's error** on the record, pursuant to constitutional, treaty, and federal law authority. Amounts claimed are due immediately. Failure to satisfy constitutes continued deprivation of rights under U.S. federal law, treaty obligations, and international human rights standards.

This Judicial Notice establishes that Plaintiffs are in **default**, and any state court action or eviction attempt is **null and void. DEMAND FOR CORRECTION OF RECORD**

By this **Writ of Error**, it is formally recorded that:

- The judgment in Case No. 1257002 is **null and void ab initio.**
- It is **without lawful force or effect** against the Moorish American National estate.
- This Writ of Error **corrects the lower court's error** on the record, pursuant to constitutional and treaty authority.

Respectfully submitted,

**Affiant: Rachael Griffin-El, ex rel RACHAEL GRIFFIN**
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

### CERTIFICATE OF SERVICE

I certify that a copy of this Writ of Quo Warranto & Demand for Proof of Authority was sent via certified mail number 7020 1290 0000 5986 7686, return receipt requested, to the plaintiff's counsel, the presiding acting judge, the Harris County Clerk, and the Harris County Sheriff on this date August 18, 2025.

**Executed under penalty of perjury under the laws of the United States of America and the Texas Republic this 15ᵗʰ day of August , 2025.**

### Notice of Challenge and Demand for Judicial Determination.

I, **Rachael Griffin-El**, declare under penalty of perjury under **Divine Law**, the the Zodiac Constitution, and the **Constitution for the united States of America** (1791) , the **Treaty of Peace and Friendship (1787/1836)**, and the **American Declaration on the Rights of Indigenous Peoples**, that the foregoing is true, correct, complete, and not misleading to the best of my knowledge and belief.



Executed this 25th day of August, 2025.

Respectfully submitted,

Affiant: **Rachael Griffin-El, ex rel RACHAEL GRIFFIN**
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

**JURAT / NOTARIZATION BLOCK**

**STATE OF TEXAS**
**COUNTY OF HARRIS**

Before me, KAYLA MASON, on this 25th of August, 2025, I full life Rachael Griffin -El, known to me (or satisfactorily proven) to be the natural person whose title is subscribed to the foregoing instrument, and acknowledged that she executed the same for the purposes therein expressed.

[Seal and Signature of Notary Public]

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

KAYLA MASON

International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

**VERIFICATION, Rachael Griffin El,** under Divine Law, the Zodiac Constitution, and the Constitution for the United States (1791), do affirm and certify that a true, correct, and complete copy of this, **JUDICIAL NOTICE OF DEFAULT AND ASSERTION OF ALLODIAL CLAIMS FOR LACK OF JURISDICTION AND UNLAWFUL STATE ACTION**

on the 25th day of August 2025 to the following parties:

executed on this 25th day of August 2025.