UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RACHAEL GRIFFIN-EL,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:25-cv-02013 |
| **JPMORGAN CHASE CO., JAMIE DIMON, FRANKLIN CREDIT MANAGEMENT CORPORATION, AND THOMAS J. AXON** | § § § § § | |
| | § | |
| *Defendants.* | | |

**DEFENDANTS JPMORGAN CHASE BANK, N.A. AND JAMIE DIMON'S RESPONSE TO PLAINTIFF'S SECOND JUDICIAL NOTICE OF DEFAULT, DEMAND FOR ENTRY OF JUDGMENT, ORDER TO QUIET TITLE, AND EXHIBITS IN SUPPORT THEREOF (DOCS. 41, 42, 43)**

Defendants JPMorgan Chase Bank, N.A., incorrectly named as JPMorgan Chase Co., ("JPMC") and Jamie Dimon ("Dimon") (together, "Defendants") file this Response to Plaintiff's Second Judicial Notice of Default, Demand for Entry of Judgment, Order to Quiet Title, and Exhibits in Support Thereof and respectfully show the Court as follows:

Plaintiff has now filed multiple purported motions and notices of default, along with various "exhibits," seeking relief such as entry of judgment, "allodial compensation" of more than thirty million dollars, and an order to quiet title. *See* Doc. 14, 18, 34, 38, 41, 42, 43. Plaintiff's most recent filings, her Second Judicial Notice of Default, Demand for Entry of Judgment, Order to Quiet Title, and two sets of supplemental exhibits are facially directed at defendants Franklin Credit Management Corporation and Thomas J. Axon. *See* Doc. 41, 42, 43. However, these most

recent filings seek relief that would impact Defendants JPMC and Dimon. Accordingly, Defendants file this Response opposing all such relief.

For the sake of judicial economy, Defendants refer the Court to their previous responses to Plaintiff's meritless motions, notices, and exhibits, incorporate them herein by reference, and deny that Plaintiff is entitled to any of the relief sought for the reasons set forth therein. *See* Doc. 17, 23, 39, 40. Defendants further incorporate herein by reference their pending Motion to Dismiss (Doc. 16) and reply in support thereof (Doc. 26).

WHEREFORE, Defendants JPMorgan Chase Bank, N.A. and Jamie Dimon pray the Court deny Plaintiff all the relief sought in her Second Judicial Notice of Default, Demand for Entry of Judgment, and Order to Quiet Title (Doc. 41) and the supplemental exhibits thereto (Doc. 42, 43), and grant Defendants all relief to which they are justly entitled.

Respectfully submitted,

*/s/ Eric G. Carlson*
WM. LANCE LEWIS, Attorney-in-Charge
Texas Bar No. 12314560
S.D. Bar No. 28635
ERIC G. CARLSON, of counsel
Texas Bar No. 24100076
S.D. Bar No. 3076490
**QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
ecarlson@qslwm.com

**ATTORNEYS FOR DEFENDANTS
JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION AND
JAMIE DIMON**

## CERTIFICATE OF SERVICE

      This is to certify that on September 8, 2025, a true and correct copy of the foregoing pleading has been furnished to Plaintiff in accordance with the Federal Rules of Civil Procedure.

                                              */s/ Eric G. Carlson*
                                              Eric G. Carlson