# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 09 2025

Nathan Ochsner, Clerk of Court

**Rachael Griffin-El, ex rel.**
RACHAEL LEE GRIFFIN,
Plaintiff,

VS.                                                                Civil Action No. 4:25-cv-02013

**Jamie Dimon** (U.S. Citizen), acting CEO of JPMorgan Chase & Co., (foreign corporation) and
**Thomas J. Axon** (U.S. Citizen), acting CEO of Franklin Credit Management Corporation, (foreign corporation)
Defendants.

---

### NOTICE OF REMOVAL AND WRIT OF TRANSFER

---

TO MY HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

**COMES NOW,** Rachael Griffin-El, special, appearing in propria persona, sui juris Moorish American National, and pursuant to 28 U.S.C. §§ 1331, 1343, 1441, and 1446, hereby removes the action styled:

**P.C.F. PROPERTIES IN TX, LLC vs. RACHAEL LEE GRIFFIN**

1

Cause No. <u>1257002</u>, in the County Civil Court at Law No. 3, Harris County, Texas

into this Court, to be consolidated with the pending matter Civil Action No. 4:25-cv-02013, which already involves the same underlying foreclosure, contract, and title issues.

## I. JURISDICTIONAL BASIS

1. This action presents federal questions under the **U.S. Constitution, 28 U.S.C. §§ 1331 and 1343**, and treaties of the United States, including violations of trust law, international human rights law, and federal banking/contract law already before this Court in Case No. 4:25-cv-02013.

2. Pursuant to **Article VI, Clause 2 of the U.S. Constitution** (the Supremacy Clause), the Constitution, laws made in pursuance thereof, and all treaties under the authority of the United States are the supreme Law of the Land, binding upon the judges of every State notwithstanding any contrary provisions of state law.

3. Because this action arises from the same nucleus of operative facts as the federal case, and because it implicates the Supremacy Clause, removal is proper to protect Defendant's federally secured rights.

## II. PRIOR WRITS AND DEFAULT

4. Defendant previously served a **Writ of Quo Warranto, Writ of Error**, and a **Judicial Notice of Default**; upon the parties. Plaintiff and its agents failed to rebut, and are therefore in default by acquiescence, creating estoppel.

5. The state court proceeded in derogation of these unrebutted writs, rendering its judgment void for want of jurisdiction and due process. These defects further support removal.

## III. TIMELINESS

6. Judgment in the state court action was signed on September 2, 2025, and notice received on September 8, 2025. **This Notice of Removal is timely under 28 U.S.C. § 1446(b)**, as it is filed within 30 days of receipt.

## IV. PARTIES AND NOTICE

7. Removing party is Defendant: Rachael Griffin-El, ex rel. RACHAEL LEE GRIFFIN.

8. Plaintiff in the state action is: P.C.F. Properties in TX, LLC (U.S. Citizen). Antony Halaris (U.S. Citizen ), (Acting) Director, Managing Member

9. Copies of all process, pleadings, orders, and docket entries from the state court are attached as Exhibit: A1

10. Written notice of this removal is being filed with the Clerk of the County Civil Court at Law No. 3, Harris County, Texas, and served upon Plaintiff.

**Exhibit: A1 – Attachments**

1. **Affidavit of Fact / Memorandum of Trust** addressed to Jamie Dimon, CEO of JPMorgan Chase, dated **December 30, 2024.**
2. **Notice of Lis Pendens**, filed in county records, **May 5, 2025.**
3. **Memorandum of Law in Support of Complaint**, filed in federal court, **May 5, 2025.**
4. **Criminal Allegations Referral**, filed in federal court, **May 5, 2025.**
5. **Notice and Affirmation / Re: Cessation of Activity Concerning a State in Reversion**, filed in federal court and county records, **June 9, 2025.**
6. **Notice of Active Federal Case and Recorded Lis Pendens**, sent to Antony Halaris (U.S. Citizen), property manager for PCF Properties LLC in Texas, filed in federal court, **June 9, 2025.**
7. **Evidence of Labor Theft** – copy of cashier's check in the amount of **$3,640.**
8. **Judicial Notices of Default,** filed in federal court, August 12, 2025
9. **A fraudulent SUBSTITUTE TRUSTEE'S DEED/Affidavit of Cancellation**
10. **Treaty a peace and friendship, September 16, 1836**
11. **CIVIL ORDERS – JULY 4, 2014**

## V. RELIEF REQUESTED

WHEREFORE, Defendant respectfully requests that this Honorable Court accept this Notice of Removal, assume jurisdiction over Cause No. <u>1257002</u>, consolidate it with Case No. 4:25-cv-02013, and issue all orders necessary to stay or prevent any further proceedings in state court.

Respectfully submitted,




Affiant: Rachael Griffin-El, ex rel RACHAEL GRIFFIN
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

Date: September __, 2025





**STATE OF TEXAS**
**COUNTY OF HARRIS**

Before me, __KAYLA MASON__, on this 8th day of September 2025, I full life Rachael Griffin -El, known to me (or satisfactorily proven) to be the natural person whose title is subscribed to the foregoing instrument, and acknowledged that she executed the same for the purposes therein expressed.

[Seal and Signature of Notary Public]



KAYLA MASON

**VERIFICATION**, Rachael Griffin El, under Divine Law, the Zodiac Constitution, and the Constitution for the United States (1791), do affirm and certify that a true, correct, and complete copy of this, **notice of removal writ of transfer**

on the _____ day of _____ 2025 to the following parties:

executed on this _____ day of _____ 2025.

Affiant: Rachael Griffin-El, ex rel RACHAEL GRIFFIN

4

All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

**Cc:**

- Nicholas J. Ganjei – United States Attorney, Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State
- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Sheriff Ed Gonzalez – Harris County Sheriff
- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State
- Tenseshia Hudspeth – County Clerk, Harris County, Texas
- Daniel R. Vizzi – Director, INTERPOL Washington