

*Moorish National Republic Federal Goverment*

*Moorish Divine and National Movement of the WorldNorthwest Amexem /*

*Northwest Africa / North America / The North Gate'*

*'Temple of the Moon and Sun'~*

*e o~ Societas Republicae Ea Al Mourikanos~ e*

*The True and De jure Natural peoples ~ Heirs of the Land*

---

International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

**NOTICE OF FILING OF REMOVAL TO FEDERAL COURT**

CAUSE NO. 1257002

| | | |
|---|---|---|
| P.C.F. PROPERTIES IN TX, LLC. COURT | § | IN THE COUNTY CIVIL |
| Plaintiff | § | AT LAW NO. 3 |
| VS. | § | HARRIS COUNTY, TEXAS |
| RACHAEL LEE GRIFFIN. | § | |
| Defendant | | |

---

**NOTICE OF FILING OF REMOVAL TO FEDERAL COURT**

TO THE HONORABLE COURT, CLERK, AND ALL PARTIES:
Michelle Perez (acting) Department Head County Civil Courts Department
Harris County Civil Courthouse
201 Caroline, Suite 800
Houston, Texas Republic near 77002

1






LaShawn A Williams (acting Judge) IN THE COUNTY CIVIL AT LAW NO.3 HARRIS COUNTY
Harris County Civil Courthouse
201 Caroline, Suite 800
Houston, Republic near 77002


Teneshia Hudspeth, (acting) county clerk, Harris County,
Harris County Civil Courthouse
201 Caroline, Suite 800
Houston, Republic near 77002


Antony Halaris, Rachael Halaris (U.S. Citizens),
(acting) Director, Managing Member P.C.F. Properties in TX LLC (Foreign Corporation),
6046 FM 2920 Rd, Ste 160
Spring, Texas Republic [near 77379-2542]



PLEASE TAKE NOTICE that Defendant, Rachael Griffin-El, ex rel. RACHAEL LEE GRIFFN, has filed a Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 in the United States District Court for the Southern District of Texas, Houston Division.


The federal action is styled:


**Rachael Griffin-El ex rel** vs. Franklin **Jamie Dimon**, acting CEO of **JPMorgan Chase & Co.**, and **Thomas J. Axon**, acting CEO of Credit Management Corporation, Defendants.
Civil Action No. 4:25-cv-02013


The removal includes this cause, P.C.F. Properties in TX, LLC v. RACHAEL LEE GRIFFIN, Cause No. 1257002, and seeks consolidation into the above federal action, as the matters arise from the same transactions and federal questions.


Attached hereto is a copy of the Notice of Removal filed in the United States District Court.

  

WHEREFORE, Defendant respectfully provides notice that jurisdiction over this matter is now properly before the United States District Court, and requests that this Court take no further action unless and until jurisdiction is remanded.

Respectfully submitted,

*[signature]*

Affiant: Rachael Griffin-El, ex rel RACHAEL GRIFFIN
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt



Date: September 8th, 2025

STATE OF TEXAS
COUNTY OF HARRIS

Before me, __KAYLA MASON__, on this __8th__ day of __September__ 2025, I full life Rachael Griffin -El, known to me (or satisfactorily proven) to be the natural person whose title is subscribed to the foregoing instrument, and acknowledged that she executed the same for the purposes therein expressed.

[Seal and Signature of Notary Public]



*[signature]*
__KAYLA MASON__

Cc:

- Nicholas J. Ganjei – United States Attorney, Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State
- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Sheriff Ed Gonzalez – Harris County Sheriff

3






- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State
- Tenseshia Hudspeth – County Clerk, Harris County, Texas
- Daniel R. Vizzi – Director, INTERPOL Washington