<u>International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent</u>

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**Rachael Griffin-El, ex rel RACHAEL GRIFFIN,**
Moorish American National, In Propria Persona, Sui Juris,
**Plaintiff,**

v.

**JPMORGAN CHASE BANK, N.A., JAMIE DIMON, et al., (U.S. Citizen)
FRANKLIN CREDIT MANAGEMENT CORPORATION, THOMAS J. AXON, et al.,
(U.S. Citizen)
Defendants.**

Civil Action No.: 4:25-cv-02013

United States Courts
Southern District of Texas
FILED

SEP 16 2025

Nathan Ochsner, Clerk of Court

---

## NOTICE OF FILING: SERVICE OF NOTICE OF ERROR AND EXHIBITS TO COUNTY OFFICER

COMES NOW, Plaintiff **Rachael Griffin-El**, sui juris, Moorish American National, in propria persona, and respectfully submits this Notice of Filing into the record of the above-captioned matter.

On September 15th, 2025, Plaintiff served upon **Donald Woods, Deputy County Clerk, Office of Constable Mark Herman, Precinct 4, Harris County, Texas, a Notice of Error, Cease and Desist, and Service of Exhibits**, advising him of the following:

1. The Writ of Possession dated September 5, 2025, is void ab initio for want of judicial signature;
2. Jurisdiction of Case No. 1257002 was removed to this honorable Court on September 9, 2025, pursuant to 28 U.S.C. §§ 1331, 1343, 1441, and 1446;
3. Any attempt to enforce the defective writ constitutes an act under color of law, exposing the actors to liability under 42 U.S.C. § 1983.

Attached hereto as **Exhibit A** is a true and correct copy of the Notice served upon Deputy Clerk Donald Woods, together with the following exhibits, all of which were provided to him:

- **Exhibit A-1** – Writ of Quo Warranto (08/18/2025)
- **Exhibit A-2** – Judicial Notice of Default and Assertion of Allodial Claims (08/26/2025)
- **Exhibit A-3** – Judge LaShawn A. Williams Entry Docket Notice (08/25/2025)
- **Exhibit A-4** – Harris County Judgment (09/02/2025)
- **Exhibit A-5** – Writ of Possession (09/05/2025)

## PRAYER

Plaintiff respectfully prays that this My Honorable Court take judicial notice of the attached Notice and Exhibits, evidencing that the county officer has been duly served and placed on notice of the federal removal and nullity of judgment.

Respectfully submitted,

Dated: September 15, 2025



**Affiant: Rachael Griffin-El, ex rel RACHAEL GRIFFIN**
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt







STATE OF TEXAS
COUNTY OF HARRIS

Before me, KAYLA MASON _____, on this 15th day of September 2025, I full life Rachael Griffin -El , known to me (or satisfactorily proven) to be the natural person whose title is subscribed to the foregoing instrument, and acknowledged that she executed the same for the purposes therein expressed.

[Seal and Signature of Notary Public]



KAYLA MASON
Notary Public, State of Texas
...res 12-23-202...

*Kayla Mason*

KAYLA MASON

Cc:

- Nicholas J. Ganjei – United States Attorney, Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State
- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Sheriff Ed Gonzalez – Harris County Sheriff
- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State
- Tenseshia Hudspeth – County Clerk, Harris County, Texas
- Daniel R. Vizzi – Director, INTERPOL Washington

# Exhibit:O

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**Rachael Griffin -El, ex rel.**
Plaintiff,

v. Civil Action No. 4:25-cv-02013

**JPMORGAN CHASE BANK, N.A., JAMIE DIMON, et al., (U.S. Citizens),**
**FRANKLIN CREDIT MANAGEMENT CORPORATION, THOMAS J. AXON, et al.,**
**(U.S. Citizens),**
Defendants.

---

## EXHIBIT A

**Writ of Quo Warranto (08/18/2025)**
Filed in support of: Notice of Filing – Service of Notice of Error and Exhibits to County Officer

---

## EXHIBIT B

**Judicial Notice of Default and Assertion of Allodial Claims (08/26/2025)**
Filed in support of: Notice of Filing – Service of Notice of Error and Exhibits to County Officer

---

## EXHIBIT C

**Judge LaShawn A. Williams Entry Docket Notice (08/25/2025)**
Filed in support of: Notice of Filing – Service of Notice of Error and Exhibits to County Officer

---

## EXHIBIT D

**Harris County Judgment (09/02/2025)**
Filed in support of: Notice of Filing – Service of Notice of Error and Exhibits to County Officer

# EXHIBIT E

**Writ of Possession (09/05/2025)**
Filed in support of: Notice of Filing – Service of Notice of Error and Exhibits to County Officer



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com.

Spring, TX 77379

Certified Mail Fee $5.30                 0056  10
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $1.40
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $1.38
Total Postage and Fees $11.06
                                        08/25/2025

Sent To Donald Winds Deputy County Clerk Precinct 4
Street and Apt. No., or PO Box No. 6831 Cypress Wood Drive
City, State, ZIP+4 Spring, Texas Republic 77379-7706

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com.

Spring TX 77379

Certified Mail Fee $5.30                 0056  33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $4.40
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage $0.78
Total Postage and Fees $10.48          09/11/2025

Sent To Antony Halaris P.c.F Properties in TX LLC
Street and Apt. No., or PO Box No. 100410 FM 2920 rd ste 160
City, State, ZIP+4 Spring Texas near 77379 united states

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

 

*Moorish National Republic Federal Goverment*

*Moorish Divine and National Movement of the WorldNorthwest Amexem /*

*Northwest Africa / North America / The North Gate'*

*'Temple of the Moon and Sun'~*

*e o~ Societas Republicae Ea Al Mourikanos~ e*

*The True and De jure Natural peoples ~ Heirs of the Land*

---

International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

# NOTICE OF ERROR, CEASE AND DESIST, AND SERVICE OF EXHIBITS

**To:** Donald Woods, Deputy County Clerk
Office of Mark Herman, Constable Precinct 4
330 Meadowfern Drive, 2nd Floor
Houston, Texas Republic [near 77067]
Tel: 832-927-6108

**Re:** Case No. 1257002 (formerly Case No. 254100243037) Bill of Attainder / foreign Bill of
Exchange titled
*P.C.F. Properties in TX, LLC v. Rachael Lee Griffin*

---

## NOTICE

Take Notice:

1. The **Writ of Possession dated September 5, 2025** is void ab initio, bearing **no lawful judicial signature** and thus unenforceable.





2. On **September 9, 2025**, the above-styled case was duly removed to the **United States District Court, Southern District of Texas, Houston Division**, pursuant to 28 U.S.C. §§ 1331, 1343, 1441, and 1446, thereby divesting the County Civil Court at Law No. 3 of jurisdiction.

3. Any enforcement actions taken after that date constitute acts under color of law and expose the actors to liability under 42 U.S.C. § 1983.

## DEMAND

You, and any agents under your authority, are hereby ordered to:

- **Cease and Desist** any attempt to execute the defective writ;
- **Acknowledge federal removal** and preserve all records;
- **Take Judicial Notice** of the exhibits enclosed herewith, all being matters of public record.

## EXHIBITS SERVED HEREWITH

**Exhibit A** – Writ of Quo Warranto (08/18/2025)

**Exhibit B** – Judicial Notice of Default and Assertion of Allodial Claims (08/26/2025)

**Exhibit C** – Judge LaShawn A. Williams Entry Docket Notice (08/25/2025)

**Exhibit D** – Harris County Judgment (09/02/2025)

**Exhibit E** – Writ of Possession (09/05/2025)

## CERTIFICATION

This Notice of Error, together with Exhibits A–E, is issued in good faith and shall be filed as an Exhibit in the pending federal case No. 4:25-cv-02013 for judicial review and record of service.




Respectfully submitted

**Rachael Griffin-El** for **RACHAEL LEE GRIFFIN**

All Rights Reserved – Without Prejudice – UCC 1-308
In Propria Persona, Sui Juris
Moorish American National, Heir to the Land



Date: September 15th, 2025

---

**STATE OF TEXAS**
**COUNTY OF HARRIS**

Before me, KAYLA MASON, on this 15th day of September 2025, I full life Rachael Griffin -El, known to me (or satisfactorily proven) to be the natural person whose title is subscribed to the foregoing instrument, and acknowledged that she executed the same for the purposes therein expressed.

**[Seal and Signature of Notary Public]**

*Kayla Mason*

KAYLA MASON

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

Cc:

- Nicholas J. Ganjei – United States Attorney, Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State
- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Sheriff Ed Gonzalez – Harris County Sheriff
- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State
- Tenseshia Hudspeth – County Clerk, Harris County, Texas
- Daniel R. Vizzi – Director, INTERPOL Washington

3





RP-2025-336178
08/26/2025   RP2   $57.00



# JUDICIAL NOTICE OF DEFAULT

## AND ASSERTION OF ALLODIAL CLAIMS

### IN THE COUNTY CIVIL COURT AT LAW NO. 3
### HARRIS COUNTY, TEXAS

P.C.F. PROPERTIES IN TX, LLC (U.S. Citizens),
Antony Halaris (U.S. Citizen),
Rachael Halaris (U.S. Citizen),
    Plaintiffs,

v.

Rachael Griffin-El, ex rel. RACHAEL LEE GRIFFIN
(Moorish American National, Heir to the Land),
    Defendant.

Case No. 1257002 (formerly Case No. 254100243037)



---

## I. Notice of Default

Defendant, Rachael Griffin-El, Moorish American National and heir to the land, issued a **Writ of Quo Warranto and Demand for Proof of Authority** to Plaintiffs, requiring them to establish lawful authority to act in relation to her ancestral estate.

Plaintiffs failed to provide any verified chain of title, lawful authority, or proof of holder-in-due-course status. Plaintiffs are therefore in **default**.

---

## II. Jurisdictional Challenge

This Court lacks jurisdiction over the estate or the Defendant for the following reasons:

1. The foreclosure underlying this action was fraudulent and void ab initio.
2. Defendant has filed and recorded a **reversion and adverse claim** (December 30, 2024) and **Lis Pendens** (May 8, 2025) notices, which were ignored.
3. Defendant's estate is held in **allodium** and is protected under:
   - Treaty of Peace and Friendship (1787/1836);
   - U.S. Constitution, Art. I, Sec. 9, Cl. 3 (Bill of Attainder prohibition);
   - International law, including ICCPR and ADRIP.





# JUDICIAL NOTICE OF DEFAULT

## AND ASSERTION OF ALLODIAL CLAIMS

### IN THE COUNTY CIVIL COURT AT LAW NO. 3
### HARRIS COUNTY, TEXAS

**P.C.F. PROPERTIES IN TX, LLC (U.S. Citizens),**
**Antony Halaris (U.S. Citizen),**
**Rachael Halaris (U.S. Citizen),**
    **Plaintiffs,**

v.

**Rachael Griffin-El, ex rel. RACHAEL LEE GRIFFIN**
(Moorish American National, Heir to the Land),
    **Defendant.**

Case No. 1257002 (formerly Case No. 254100243037)

---

### I. Notice of Default

Defendant, **Rachael Griffin-El**, Moorish American National and heir to the land, issued a **Writ of Quo Warranto and Demand for Proof of Authority** to Plaintiffs, requiring them to establish lawful authority to act in relation to her ancestral estate.

Plaintiffs failed to provide any verified chain of title, lawful authority, or proof of holder-in-due-course status. Plaintiffs are therefore in **default**.

---

### II. Jurisdictional Challenge

This Court lacks jurisdiction over the estate or the Defendant for the following reasons:

1. The foreclosure underlying this action was fraudulent and void ab initio.
2. Defendant has filed and recorded a **reversion and adverse claim** (December 30, 2024) and **Lis Pendens** (May 8,2025) notices, which were ignored.
3. Defendant's estate is held in **allodium** and is protected under:
   - o    Treaty of Peace and Friendship (1787/1836);
   - o    U.S. Constitution, Art. I, Sec. 9, Cl. 3 (Bill of Attainder prohibition);
   - o    International law, including ICCPR and ADRIP.





Accordingly, no U.S. Citizen, corporation, or state court has trustee or fiduciary rights over the ancestral estate of the Moorish American people.

## III. Damages and Allodial Fee Schedule

Defendant incorporates her **Allodial Fee Schedule** on record, totaling: **$15,035,600**, covering unlawful foreclosure, deprivation of rights, conspiracy, fraud in the inducement, contempt of Lis Pendens, and lack of jurisdiction.

## IV. Declaration and Demand

1. All state court proceedings against Defendant are **null and void.**
2. Any attempted eviction, forcible entry, or continued claim constitutes a violation of federal and international law.
3. Plaintiffs and their agents are personally liable under the Allodial Fee Schedule already entered on record.

Executed this ___ day of August 2025
All Rights Reserved – Without Prejudice – UCC 1-308



**Rachael Griffin-El**
Moorish American National, In Propria Persona, Sui Juris
Heir to the Land

c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

### Certificate of Service & Notice of Copy Distribution

I certify that a true and correct copy of this **Judicial Notice of Default and Assertion of Allodial Claims** was mailed via **certified mail, return receipt requested** to the Plaintiffs, their counsel, the presiding state court, and Harris County Sheriff on this date.

Additionally, copies were distributed to the following parties for notice and awareness:

- Nicholas J. Ganjei – United States Attorney, Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State






- ○ Pamela Bondi – United States Attorney General
- • Volker Türk – United Nations High Commissioner for Human Rights
- ○ T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- • Sheriff Ed Gonzalez – Harris County Sheriff
- ○ Office of Consul General – Morocco, Maghrib al-Aqsá
- • Jane Nelson – Texas Secretary of State
- ○ Tenseshia Hudspeth – County Clerk, Harris County, Texas
- ○ Daniel R. Vizzi – Director, INTERPOL Washington

Executed under penalty of perjury under the laws of the United States of America and the Texas Republic this 25th day of August , 2025.

Rachael Griffin-El, ex rel RACHAEL LEE GRIFFIN
Moorish American National, Sui Juris, In Propria Persona

**JURAT / NOTARIZATION BLOCK**

**STATE OF TEXAS**
**COUNTY OF HARRIS**

Before me, KAYLA MASON , on this 25th day of August, 2025, I full life Rachael Griffin -El , known to me (or satisfactorily proven) to be the natural person whose title is subscribed to the foregoing instrument, and acknowledged that she executed the same for the purposes therein expressed.

[Seal and Signature of Notary Public]

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

KAYLA MASON




# WRIT OF ERROR

<u>International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent</u>

## IN THE COUNTY CIVIL COURT AT LAW NO. 3
## HARRIS COUNTY, TEXAS

**P.C.F. PROPERTIES IN TX, LLC (U.S. Citizens),**
Domestic Limited Liability Company near the State of Texas, founded February 2, 2006
**Antony Halaris (U.S. Citizen),** Director of P.C.F. Properties in TX, LLC
**Rachael Halaris (U.S. Citizen),**
(Foreign Corporation),
    **Plaintiffs,**

v.

**Rachael Griffin-El, ex rel. RACHAEL LEE GRIFFIN**
(Heir to the Land, Moorish American National),
    **Defendant.**

---

**Bill of Attainder style as Case No.: 1257002 (formerly Case No. 254100243037)**

---

# WRIT OF ERROR AND JUDICIAL NOTICE OF NULLITY OF JUDGMENT

---

Comes now, **Rachael Griffin-El, Moorish American National, Indigenous to the land, in propria persona, sui juris, all rights reserved,** issuing this **Writ of Error and Judicial Notice** regarding the judgment entered in the above-captioned matter.

---

## I. JUDGMENT NULL AND VOID

The judgment of "Unlawful Possession" is **null and void ab initio.** The Court has **no lawful jurisdiction or authority** over the Moorish American National estate.





## II. COLOR OF TITLE / NO VALUE TRANSFERRED

No lawful value was ever transferred; all contracts, claims, or bookkeeping entries are **color of title only**. There is **no lawful basis** for possession, transfer, or enforcement.

## III. VIOLATIONS OF SUPREME LAW

Enforcement of said judgment **constitutes unlawful trespass, fraud, and breach of trust obligations**, in violation of:

- **Article VI, United States Constitution** – supremacy of the Constitution and treaties.
- **Treaty of Peace and Friendship (1836)** – protecting the rights of Moorish American Nationals.
- **International human rights instruments** – securing property rights and due process.

## IV. FRAUD AND TRUST VIOLATIONS

Fraudulent contracts, lack of meeting of the minds, and violations of trust law **vitiate the judgment entirely**.

## Declaration of Unlawfulness / DOAO Authority

BE IT KNOWN AND DECLARED:

1. Any attempted eviction, forcible entry, or legal action by Plaintiffs or any agent, servant, or actor on their behalf against Defendant or her estate constitutes a violation of federal law, including but not limited to **18 U.S.C. § 242, 18 U.S.C. § 241**, and constitutional protections.
2. Any such action violates international law, including the **Treaty of Peace and Friendship (1787/1836)**, the **ICCPR**, and the **ADRIP**.

  

3. All such state court actions are **null and void,** and no agent, court, or person may lawfully proceed absent lawful authority derived from the **Delegation of Authority Order (DOAO)** from Congress to the United States Republic.

4. Any continued attempt to act upon the estate without lawful authority exposes Plaintiffs and any co-conspirators to all damages enumerated in the Allodial Fee Schedule, including cumulative and per diem claims.

---

## WRIT OF ERROR

The judgment of "Unlawful Possession" is **null and void ab initio.** The Court had **no jurisdiction or lawful authority** over the Moorish American National estate.

No lawful value was ever transferred; all contracts, claims, or bookkeeping entries are **color of title only.** There is **no lawful basis** for possession, transfer, or enforcement.

Enforcement of said judgment **constitutes unlawful trespass, fraud, and breach of trust obligations,** violating:

- **Article VI, United States Constitution** – supremacy of the Constitution and treaties.
- **Treaty of Peace and Friendship (1836)** – protecting the rights of Moorish American Nationals.
- **International human rights instruments** – securing property rights and due process.

Fraudulent contracts, lack of meeting of the minds, and violations of trust law **vitiate the judgment entirely.**

This matter is currently **pending in federal court** under Case No. 4:25-cv-02013. Any enforcement or action by the County Civil Court at Law No. 3 while federal proceedings are ongoing is **without lawful authority and in violation of federal supremacy.**

---

## VI. DEMAND FOR CORRECTION OF RECORD

By this **Writ of Error,** it is formally recorded that:

- The judgment in Case No. 1257002 is **null and void ab initio.**
- It is **without lawful force or effect** against the Moorish American National estate.





- This Writ of Error **corrects the lower court's error** on the record, pursuant to constitutional, treaty, and federal law authority. Amounts claimed are due immediately. Failure to satisfy constitutes continued deprivation of rights under U.S. federal law, treaty obligations, and international human rights standards.

This Judicial Notice establishes that Plaintiffs are in **default**, and any state court action or eviction attempt is **null and void. DEMAND FOR CORRECTION OF RECORD**

By this **Writ of Error**, it is formally recorded that:

- The judgment in Case No. 1257002 is **null and void ab initio**.
- It is **without lawful force or effect** against the Moorish American National estate.
- This Writ of Error **corrects the lower court's error** on the record, pursuant to constitutional and treaty authority.



Respectfully submitted,

*Rachael Griffin El*

Affiant: Rachael Griffin-El, ex rel RACHAEL GRIFFIN
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

## CERTIFICATE OF SERVICE

I certify that a copy of this Writ of Quo Warranto & Demand for Proof of Authority was sent via certified mail number 7020 1290 0000 5986 7686, return receipt requested, to the plaintiff's counsel, the presiding acting judge, the Harris County Clerk, and the Harris County Sheriff on this date August 18, 2025.

**Executed under penalty of perjury under the laws of the United States of America and the Texas Republic this 25ᵗʰ day of ___August___, 2025.**

### Notice of Challenge and Demand for Judicial Determination.

I, **Rachael Griffin-El**, declare under penalty of perjury under **Divine Law**, the the Zodiac Constitution, and the **Constitution for the united States of America (1791)** , the **Treaty of Peace and Friendship (1787/1836)**, and the **American Declaration on the Rights of Indigenous Peoples**, that the foregoing is true, correct, complete, and not misleading to the best of my knowledge and belief.





Executed this 25ᵗʰ day of August, 2025.

Respectfully submitted,

*Rachael Griffin El*

Affiant: Rachael Griffin-El, ex rel RACHAEL GRIFFIN
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

**JURAT / NOTARIZATION BLOCK**

**STATE OF TEXAS**
**COUNTY OF HARRIS**

Before me, KAYLA MASON, on this 25ᵗʰ day of August, 2025, I full life Rachael Griffin -El, known to me (or satisfactorily proven) to be the natural person whose title is subscribed to the foregoing instrument, and acknowledged that she executed the same for the purposes therein expressed.

[Seal and Signature of Notary Public]

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2026
Notary ID 134116071

*Kayla Mason*

KAYLA MASON

International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

**VERIFICATION**, Rachael Griffin El, under Divine Law, the Zodiac Constitution, and the Constitution for the United States (1791), do affirm and certify that a true, correct, and complete copy of this, **JUDICIAL NOTICE OF DEFAULT AND ASSERTION OF ALLODIAL CLAIMS FOR LACK OF JURISDICTION AND UNLAWFUL STATE ACTION**

on the 25ᵗʰ day of August 2025 to the following parties:

executed on this 25ᵗʰ day of August 2025.





Affiant: Rachael Griffin-El, ex rel RACHAEL GRIFFIN
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

Cc:

- Nicholas J. Ganjei – United States Attorney, Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State
- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Sheriff Ed Gonzalez – Harris County Sheriff
- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State
- Tenseshia Hudspeth – County Clerk, Harris County, Texas
- Daniel R. Vizzi – Director, INTERPOL Washington

FILED FOR RECORD

9:56:08 AM

Tuesday, August 26, 2025

*Lenashia Hudspeth*

COUNTY CLERK, HARRIS COUNTY, TEXAS

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE RENTAL, OR USE OF THE DESCRIBED REAL
PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.
THE STATE OF TEXAS
COUNTY OF HARRIS
   I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time
stamped hereon by me; and was duly RECORDED; in the Official Public Records of Real Property of Harris
County Texas

Tuesday, August 26, 2025

*Lenashia Hudspeth*

COUNTY CLERK
HARRIS COUNTY, TEXAS

Docket Number: 1257002

P.C.F Properties In TX, LLC vs Rachael Lee            §        In the County Civil Court at Law No. 3
Griffin,All Occupants
                                                     §        Harris County, Texas
                                                     §
                                                     §

### MOTION FOR ENTRY/NOTICE OF INTENT TO DISMISS
### VIA VIDEO CONFERENCE

*settle date.*

The above styled and numbered case has been set for ENTRY OF JUDGMENT on 09/29/2025 at 9:30
AM because of one of the following reasons:

   i.   A hearing or trial took place, at which time, a judgment was rendered but not submitted to the
       Court at the end of the proceeding,

   ii.   The parties in the case have announced that the case has settled, and no judgment or nonsuit was
       filed with the announcement of settlement, or

**No appearance is necessary for this docket**. Should you feel that an appearance is necessary for entry of
judgment or nonsuit, please set this case for an oral hearing with Court Clerks **prior** to the entry date.

A Final Judgment, Agreed Judgment, or Dismissal/Nonsuit must be filed **5 business days before** this
entry date or your case may be DISMISSED FOR WANT OF PROSECUTION.

Signed on: 8/25/2025

LaShawn A. Williams
**Judge Presiding**

*the identify*
*magistrate name specify*

RACHAEL LEE GRIFFIN
C/O RACHAEL L GRIFFIN
703 DERERON LANE
HOUSTON TX  77090




*Moorish National Republic Federal Goverment*

*Moorish Divine and National Movement of the WorldNorthwest Amexem /*

*Northwest Africa / North America / The North Gate'*

*'Temple of the Moon and Sun'~*

*e o~ Societas Republicae Ea Al Mourikanos~ e*

*The True and De jure Natural peoples ~ Heirs of the Land*

International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

## NOTICE OF FILING OF REMOVAL TO FEDERAL COURT

CAUSE NO. 1257002

| | | |
|---|---|---|
| P.C.F. PROPERTIES IN TX, LLC. | § | IN THE COUNTY CIVIL COURT |
| Plaintiff | § | AT LAW NO. 3 |
| VS. | § | HARRIS COUNTY, TEXAS |
| RACHAEL LEE GRIFFIN. | § | |
| Defendant | | |

## NOTICE OF FILING OF REMOVAL TO FEDERAL COURT

TO THE HONORABLE COURT, CLERK, AND ALL PARTIES:
Michelle Perez (acting) Department Head County Civil Courts Department
Harris County Civil Courthouse
201 Caroline, Suite 800
Houston, Texas Republic near 77002





LaShawn A. Williams (acting Judge) IN THE COUNTY CIVIL AT LAW NO.3 HARRIS COUNTY
Harris County Civil Courthouse
201 Caroline, Suite 800
Houston, Republic near 77002

Teneshia Hudspeth, (acting) county clerk, Harris County,
Harris County Civil Courthouse
201 Caroline, Suite 800
Houston, Republic near 77002

Antony Halaris, Rachael Halaris (U.S. Citizens),
 (acting) Director, Managing Member P.C.F. Properties in TX LLC (Foreign Corporation),
6046 FM 2920 Rd, Ste 160
Spring, Texas Republic [near 77379-2542]

PLEASE TAKE NOTICE that Defendant, Rachael Griffin-El, ex rel. RACHAEL LEE GRIFFN,
has filed a Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 in the United
States District Court for the Southern District of Texas, Houston Division.

The federal action is styled:

**Rachael Griffin-El ex rel** vs. Franklin **Jamie Dimon**, acting CEO of **JPMorgan Chase &
Co.**, and **Thomas J. Axon**, acting CEO of Credit Management Corporation, Defendants.
Civil Action No. 4:25-cv-02013

The removal includes this cause, P.C.F. Properties in TX, LLC v. RACHAEL LEE GRIFFIN,
Cause No. 1257002, and seeks consolidation into the above federal action, as the matters arise
from the same transactions and federal questions.

Attached hereto is a copy of the Notice of Removal filed in the United States District Court.





WHEREFORE, Defendant respectfully provides notice that jurisdiction over this matter is now properly before the United States District Court, and requests that this Court take no further action unless and until jurisdiction is remanded.

Respectfully submitted,



Affiant: Rachael Griffin-El aka RACHAEL GRIFFIN
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

Date: September 8th, 2025

STATE OF TEXAS
COUNTY OF HARRIS

Before me, KAYLA MASON _____, on this 8th day of September 2025, I full life Rachael Griffin -El , known to me (or satisfactorily proven) to be the natural person whose title is subscribed to the foregoing instrument, and acknowledged that she executed the same for the purposes therein expressed.

[Seal and Signature of Notary Public]

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2028
Notary ID 134116071

KAYLA MASON

Cc:

- Nicholas J. Ganjei – United States Attorney, Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State
- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Sheriff Ed Gonzalez – Harris County Sheriff







- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State
- Tenseshia Hudspeth – County Clerk, Harris County, Texas
- Daniel R. Vizzi – Director, INTERPOL Washington

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 09 2025

Nathan Ochsner, Clerk of Court

Rachael Griffin-El, ex rel.
RACHAEL LEE GRIFFIN,
Plaintiff,

VS.                                      Civil Action No. 4:25-cv-02013

Jamie Dimon (U.S. Citizen), acting CEO of JPMorgan
Chase & Co., (foreign corporation) and
Thomas J. Axon (U.S. Citizen), acting CEO of Franklin
Credit Management Corporation, (foreign corporation)
Defendants.

---

## NOTICE OF REMOVAL AND WRIT OF TRANSFER

---

TO MY HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

COMES NOW, Rachael Griffin-El, special, appearing in propria persona, sui juris Moorish
American National, and pursuant to 28 U.S.C. §§ 1331, 1343, 1441, and 1446, hereby removes
the action styled:

### P.C.F. PROPERTIES IN TX, LLC vs. RACHAEL LEE GRIFFIN

Cause No. 1257002, in the County Civil Court at Law No. 3, Harris County, Texas

into this Court, to be consolidated with the pending matter Civil Action No. 4:25-cv-02013, which already involves the same underlying foreclosure, contract, and title issues.

## I. JURISDICTIONAL BASIS

1. This action presents federal questions under the **U.S. Constitution, 28 U.S.C. §§ 1331 and 1343**, and treaties of the United States, including violations of trust law, international human rights law, and federal banking/contract law already before this Court in Case No. 4:25-cv-02013.

2. Pursuant to **Article VI, Clause 2 of the U.S. Constitution** (the Supremacy Clause), the Constitution, laws made in pursuance thereof, and all treaties under the authority of the United States are the supreme Law of the Land, binding upon the judges of every State notwithstanding any contrary provisions of state law.

3. Because this action arises from the same nucleus of operative facts as the federal case, and because it implicates the Supremacy Clause, removal is proper to protect Defendant's federally secured rights.

## II. PRIOR WRITS AND DEFAULT

4. Defendant previously served a **Writ of Quo Warranto, Writ of Error, and a Judicial Notice of Default**, upon the parties. Plaintiff and its agents failed to rebut, and are therefore in default by acquiescence, creating estoppel.

5. The state court proceeded in derogation of these unrebutted writs, rendering its judgment void for want of jurisdiction and due process. These defects further support removal.

## III. TIMELINESS

2

6. Judgment in the state court action was signed on September 2, 2025, and notice received on September 8, 2025. This Notice of Removal is timely under 28 U.S.C. § 1446(b), as it is filed within 30 days of receipt.

## IV. PARTIES AND NOTICE

7. Removing party is Defendant: Rachael Griffin-El, ex rel, RACHAEL LEE GRIFFIN.

8. Plaintiff in the state action is: P.C.F. Properties in TX, LLC (U.S. Citizen). Antony Halaris (U.S. Citizen ), (Acting) Director, Managing Member

9. Copies of all process, pleadings, orders, and docket entries from the state court are attached as Exhibit: A1

10. Written notice of this removal is being filed with the Clerk of the County Civil Court at Law No. 3, Harris County, Texas, and served upon Plaintiff.

Exhibit: A1 – Attachments

1. Affidavit of Fact / Memorandum of Trust addressed to Jamie Dimon, CEO of JPMorgan Chase, dated December 30, 2024.
2. Notice of Lis Pendens, filed in county records, May 5, 2025.
3. Memorandum of Law in Support of Complaint, filed in federal court, May 5, 2025.
4. Criminal Allegations Referral, filed in federal court, May 5, 2025.
5. Notice and Affirmation / Re: Cessation of Activity Concerning a State in Reversion, filed in federal court and county records, June 9, 2025.
6. Notice of Active Federal Case and Recorded Lis Pendens, sent to Antony Halaris (U.S. Citizen), property manager for PCF Properties LLC in Texas, filed in federal court, June 9, 2025.
7. Evidence of Labor Theft – copy of cashier's check in the amount of $3,640.
8. Judicial Notices of Default, filed in federal court, August 12, 2025
9. A fraudulent SUBSTITUTE TRUSTEE'S DEED/Affidavit of Cancellation
10. Treaty a peace and friendship, September 16, 1836
11. CIVIL ORDERS – JULY 4, 2014

## V. RELIEF REQUESTED

WHEREFORE, Defendant respectfully requests that this Honorable Court accept this Notice of Removal, assume jurisdiction over Cause No. 1257002, consolidate it with Case No. 4:25-cv-02013, and issue all orders necessary to stay or prevent any further proceedings in state court.

Respectfully submitted,

3

Affiant: Rachael Griffin-El ex rel RACHAEL GRIFFIN
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

Date: September ___, 2025

**STATE OF TEXAS**
**COUNTY OF HARRIS**

Before me, KAYLA MASON , on this 8th day of September 2025, I full life Rachael Griffin -El ,
known to me (or satisfactorily proven) to be the natural person whose title is subscribed to the foregoing instrument, and
acknowledged that she executed the same for the purposes therein expressed.

[Seal and Signature of Notary Public]

KAYLA MASON
Notary Public, State of Texas
Comm. Expires 12-23-2028
Notary ID 134116071

KAYLA MASON

VERIFICATION, Rachael Griffin El, under Divine Law, the Zodiac Constitution, and the Constitution for the United States (1791), do affirm
and certify that a true, correct, and complete copy of this, notice of removal writ of transfer

on the _____ day of _____ 2025 to the following parties:

executed on this _____ day of _____ 2025.

Affiant: Rachael Griffin-EL, ex rel RACHAEL GRIFFIN

All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Daveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt

Cc:

- Nicholas J. Ganjei – United States Attorney, Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State
- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Sheriff Ed Gonzalez – Harris County Sheriff
- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State
- Tenseshia Hudspeth – County Clerk, Harris County, Texas
- Daniel R. Vizzi – Director, INTERPOL Washington



Office of
Mark Herman, Constable
Precinct 4, Harris County
6831 Cypresswood Drive
Spring, Texas 77379-7706

# NOTICE!

Cause #: ___1357008___

A WRIT OF POSSESSION has been issued by the _In The County Civil Court at Law No 3_ Court
For the removal of ALL OCCUPANTS AND PERSONAL PROPERTY from the premises that you now
occupy. As a courtesy, we will allow you to remove your personal property and vacate the premises
**WITHIN 24 HOURS FROM THE LISTED DATE** or it will be our unpleasant duty to evict you from the
premises on that date and have your personal property removed. This will be your **FINAL** notice.

Thanking you in advance for your full cooperation.

# AVISO!

Num. De Caso: _____

**UN AUTO DE POSESION** a sido dictado por el _____ tribunal
para la eliminacion de **TODOS LOS OCUPANTES Y LOS BIENES PERSONALES** del local que
ahora ocupan. Como cortesia, le permitiria desocupar las instalaciones **DENTRO DE 24 HORAS A
PARTIR DE LA FECHA INDICADA** o sera nuestro deber desagradable de desalojarlo de las
instalaciones en esa fecha y remover sus pertenencias personales. Este es su aviso **FINAL**.

Dandole las gracias de antemano por su cooperacion.

Address: _703 Diversion Ln  Houston  TX 77070_

Date Delivered: ___9/15/2025___    Time Delivered: ___1:35 pm___

Delivered by Harris County Pct. 4 Deputy Constable: _____

Call:
832-927-6108

**Constable Mark Herman**
Harris County Precinct 4
330 Meadowfern Drive, 2nd Floor
Houston, Texas 77067
832-927-6139

1257002

Harris County - County Civil Court at Law No. 3

8/26/2025 3:06 PM
Teneshia Hudspeth
County Clerk
Harris County

## CAUSE NO. 1257002

| | | |
|---|---|---|
| P.C.F. PROPERTIES IN TX., LLC | § | IN THE COUNTY COURT |
| *Plaintiff,* | § | |
| | § | |
| v. | § | NUMBER THREE (3) |
| | § | |
| RACHAEL LEE GRIFFIN | § | |
| *Defendant.* | § | HARRIS COUNTY, TEXAS |

## ORDER

On August 25, 2025, the Court considered the appeal of the eviction filed in the above entitled and numbered cause of action and after hearing the arguments of counsel, finds the Plaintiff is entitled to judgment against Defendant.

Both Parties appeared and announced ready for trial. After hearing the testimony and evaluating the evidence which was presented at trial, the Court issues this judgment.

IT IS THEREFORE ORDERED that the Plaintiff is entitled to: possession of the property located at 703 Deveron Lane, Houston, Texas 77090.

IT IS THEREFORE ORDERED that the Plaintiff is entitled to the funds held in the Registry of the Court and orders the Harris County Clerk tender immediately to Plaintiff the funds currently held in the registry of the Court in the amount of $3,640.00 plus any and all accrued interest and forward to

> P.C. F. Properties in Tx, LLC
> c/o Keval Patel
> Law Office of Keval Patel, PC
> 800 Bonaventure Way, Suite 103
> Sugar Land, Texas 77479

IT IS ORDERED that the writ of possession shall issue on August 25, 2025.

In the case of an appeal the supersedeous bond will be $20,000.00 in the form of cash.

IT IS FURTHER ORDERED that Defendant is awarded $1,750.00 for attorney's fees.

All relief not expressly granted herein is denied.

SIGNED this _____ day of _____, 2025.

Signed: 09/02/2025

_____
Presiding Judge

*No identify Magistrate Name specify*

FILED
09/03/2025 9:42:57 AM
Teneshia Hudspeth
County Clerk
Harris County, Texas
orion.ford



# OFFICE OF TENESHIA HUDSPETH
## COUNTY CLERK, HARRIS COUNTY, TEXAS
### COUNTY CIVIL COURTS DEPARTMENT

DELIVERED THIS 15 DAY OF 9 20 25
MARK HERMAN, Constable
Precinct 4, Harris County, Texas
By: _____

**Docket Number: 1257002**
**Receipt Number: CL-2025-499278    Date: 09/05/2025    Sheriff/Constable Fee: $155.00**

P.C.F PROPERTIES IN TX, LLC
    Plaintiff,

v.

RACHAEL LEE GRIFFIN
    Defendant.

In The County Civil Court at Law No. 3
201 Caroline #532
Houston, TX 77002

### THE STATE OF TEXAS
### WRIT OF POSSESSION ON PROPERTY (COURT JUDGMENT)

**To Any Sheriff or Constable or Authorized Person of the State of Texas.**

Whereas, on the 2nd day of September, 2025, plaintiff(s) in the above numbered and styled cause recovered judgment against defendant(s) **RACHAEL LEE GRIFFIN**, of the following described property situated in this county:

## 703 DEVERON LANE, HOUSTON, TEXAS  77090 ("Premises")

And whereas, five days or more have expired from the time the judgment was signed.

**You are hereby commanded** to post a written warning of at least 8 ½ by 11 inches on the exterior of the front door of the premises, notifying the defendant that the writ has been issued and that it will be executed on or after a specific date and time stated in the warning not sooner than 24 hours after the warning is posted.

**You are further commanded** on the execution of this writ, to deliver possession of the premises to plaintiff(s), and to:

(1) Instruct the defendant and all persons claiming under the defendant to leave the premises immediately, and if the persons fail to comply, physically remove them.

(2) Instruct the defendant to remove or allow the landlord's representatives, or other persons acting under your supervision to remove all personal property from the premises, other than the personal property claimed to be owned by the plaintiff; and

(3) Place, or have an authorized person place, the moved personal property outside the premises at a nearby location, but not blocking a public sidewalk, passageway, or street and not while it is raining, sleeting or snowing.

**You are further authorized**, at your discretion, to engage the services of a bonded or insured warehouseman to remove and store, subject to applicable law, part of all of the property at no cost to the plaintiff or the officer executing the writ.

**You are notified** that under section 7.003 of the civil practice and remedies code, you are not liable for damages resulting from the execution of the writ if you execute the writ in good faith and with reasonable diligence.

Make due return of this writ by showing how you executed it.

**Docket Number: 1257002**

Issued and given under my hand and the seal of said court, at Houston, Texas, this, on this the 10th day of September, 2025

(Seal)    *No Seal*

Teneshia Hudspeth, County Clerk
County Civil Court at Law No. 3
201 Caroline, Suite 300
Harris County, Texas

*Donald K Woods*

Donald Woods
Deputy County Clerk

Requested By:    **KEVAL PATEL**
**800 BONAVENTURE WAY, STE. 103**
**SUGAR LAND, TX 77479-8005**

CAME TO HAND ON THE _____ DAY OF _____, _____ AT _____
O'CLOCK _____ . M., AND EXECUTED ON THE ____ DAY OF _____ AT _____
_____ O'CLOCK _____.M., BY DELIVERING T O _____

A TRUE COPY OF THIS WRIT _____

_____    _____
(AUTHORIZED PERSON)                (SHERIFF / CONSTABLE)

                    BY _____ DEPUTY

_____    _____COUNTY, TEXAS
(NOTARY)

SWORN TO AND SUBSCRIBED BEFORE ME _____, _____

P.O. Box 1525 ● Houston, TX 77251-1525 ● (713) 274-1374

## OFFICER'S RETURN

Came to hand on _____, at _____ o'clock ___.M. and

executed in _____ County, Texas, by delivering to each of the within named Defendants, in
person, a true copy of this Citation together with the accompanying copy of the Plaintiff's petition, at the following time and places to-wit:

| NAME | DATE | | | TIME | PLACE OR ADDRESS OF SERVICE |
|------|------|-----|------|------|------|
| | Month | Day | Year | Hour / Min. - AM/PM | |
| | | | | | |
| | | | | | |
| | | | | | |

and not executed as to the Defendant _____

_____

the diligence used in finding said Defendant , being _____

_____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of the said Defendant , being: _____

_____

_____ (Sheriff)

(Authorized Person)                                                                    (Constable)
Sworn to and subscribed before me this _____ day _____ County, Texas

of _____

                                    By _____, Deputy

(Notary Public)

## RETURN FOR NOTICE TO SERVE NON-RESIDENT DEFENDANT

STATE OF _____ §

COUNTY OF _____ §

Before me, the undersigned authority, personally appeared _____

a person competent to make oath, and who by me being duly sworn, deposes and says; that this notice came to hand on _____

_____, at _____ o'clock A.M./P.M., and executed by delivering

to defendant, _____, in person, at _____

in _____, County _____, State of _____

_____, on _____, at _____ o'clock

A.M./P.M., a true copy of the notice, with a copy of plaintiff's petition attached thereto.  He further says that he is in no manner interested in this Suit.

Sworn to and subscribed before me,

_____.

_____ (Sheriff)

                                                              (Constable)

_____, County,

State of _____

                                    By _____, Deput

Form No. H-01-28 (Rev. 08/01/2011)

## OFFICER'S RETURN

Came to hand on _____, at _____ o'clock ___.M. and

executed in _____ County, Texas, by delivering to each of the within named Defendants, in
person, a true copy of this Citation together with the accompanying copy of the Plaintiff's petition, at the following time and places to-wit:

| NAME | DATE | | | TIME | PLACE OR ADDRESS OF SERVICE |
|---|---|---|---|---|---|
| | Month | Day | Year | Hour / Min. – AM/PM | |
| | | | | | |
| | | | | | |
| | | | | | |

and not executed as to the Defendant _____

_____

the diligence used in finding said Defendant , being _____

_____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of the said Defendant , being: _____

_____

                                                            _____(Sheriff)
(Authorized Person)
Sworn to and subscribed before me this _____ day _____           (Constable)
                                                                                    County, Texas
of _____

                                                  By _____, Deputy
(Notary Public)
_____

### RETURN FOR NOTICE TO SERVE NON-RESIDENT DEFENDANT

STATE OF _____ §

COUNTY OF _____ §

Before me, the undersigned authority, personally appeared _____,

a person competent to make oath, and who by me being duly sworn, deposes and says; that this notice came to hand on _____

_____, at _____ o'clock A.M./P.M., and executed by delivering

to defendant, _____, in person, at _____

in _____, County _____, State of _____

_____, on _____, at _____ o'clock

A.M./P.M., a true copy of the notice, with a copy of plaintiff's petition attached thereto.  He further says that he is in no manner interested in this Suit.

Sworn to and subscribed before me, _____

                                                  _____(Sheriff)

                                                                    (Constable)

                                                  _____, County,

                                                  State of _____

                                                  By _____, Deput