# UNITED STATES

# DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

SEP 2 2 2025

Nathan Ochsner, Clerk of Court

**Rachael Griffin-EL, ex rel**
Plaintiff,

v.

**JPMORGAN CHASE BANK, N.A., JAMIE DIMON, et al.,** (U.S. Citizens)
**FRANKLIN CREDIT MANAGEMENT CORPORATION, THOMAS J. AXON, et al.,** (U.S. Citizens)
Defendants.

Case No.: **4:25-cv-02013**

---

## SUPPLEMENTAL JUDICIAL NOTICE OF FRAUDULENT WRIT AND NONEXISTENT OFFICER

COMES NOW, Plaintiff, Rachael Griffin-El, special, appearing in propria persona, sui juris Moorish American National, and hereby provides this Supplemental Judicial Notice into the record of this honorable Court.

### I. FRAUD UPON THE COURT

1. **No Lawful Judgment Existed on September 5, 2025.**
   Exhibit C (Judge LaShawn A. Williams' Entry Docket Notice, dated August 25, 2025, Case No. 1257002) establishes that the matter of *P.C.F. Properties in TX, LLC v. Rachael Lee Griffin* was set for **Entry of Judgment on September 29, 2025.** As of September 5, 2025, no signed judgment had been entered by any judge of the County Civil Court at Law No. 3.

2. **Fraudulent Writ of Possession Issued.**
   Nevertheless, Exhibit E (Writ of Possession, dated September 5, 2025) was issued against Defendant. Said writ:
   - Bears **no acting judge's signature;**
   - Was executed prior to the scheduled entry of judgment; and
   - Was purportedly authorized by "Donald Woods, Deputy County Clerk," a person who, upon personal investigation, does **not exist in the employment records of Precinct 4 Constable's Office or Harris County Civil Courthouse.**

3. **Fictitious Officer and Color of Law.**
   The use of the name/title "Donald Woods, Deputy County Clerk" constitutes a **fictitious officer** and false representation of public authority. The issuance of a writ by a non-existent official is **fraud under color of law** and renders the document void ab initio.

4. **Fraud Perpetrated by Parties and Counsel.**
   Plaintiffs **P.C.F. Properties in TX, LLC** and **Antony Halaris (U.S. citizen of foreign European descent),** through their counsel associated with **Keval Patel, 800 Bonaventure Way, Sugar Land, Texas,**

attempted to enforce possession of Defendant's estate through fraudulent process, knowing no judgment had yet been entered. This conduct constitutes **fraud upon the court** because it:

- o   Deprives Defendant of due process;
- o   Misrepresents material facts to the tribunal; and
- o   Corrupts the integrity of the judicial process.

**5.   . NOTICE OF REMOVAL AND LACK OF STATE JURISDICTION**

Defendant properly filed a **Notice of Removal and Writ of Transfer** to the United States District Court, Southern District of Texas, on September 9, 2025 (Civil Action No. 4:25-cv-02013), pursuant to 28 U.S.C. §§ 1331, 1343, 1441, and 1446. Under 28 U.S.C. § 1446(d), once notice of removal is filed and served, the state court is **divested of all jurisdictions** to proceed further in the matter. Despite this, a fraudulent Writ of Possession was issued on September 5, 2025—**before any lawful judgment was entered** and prior to the scheduled September 29, 2025 entry docket.

Accordingly, the September 5 writ and any actions taken under it are **without jurisdiction, null, and void ab initio.**

**CONCLUSION**

The actions of Plaintiffs and their counsel, in collusion with fictitious officers, constitute **fraud upon the court.** All documents arising from the fraudulent September 5, 2025 writ, and any enforcement actions thereunder, are **null and void ab initio** and must be stricken from the record.

Attach your exhibits in this order:

- •   Exhibit C – Entry Docket Notice (08/25/2025)
- o   Exhibit D – Harris County Judgment (09/02/2025)
- o   Exhibit E – Writ of Possession (09/05/2025)
- o   Exhibit G – Affidavit of Personal Investigation re: "Donald Woods"

Respectfully submitted,

Dated: September 17, 2025

**Affiant: Rachael Griffin El, ex rel RACHAEL GRIFFIN**
All Rights Reserved – Without Prejudice – UCC 1-308
c/o 703 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exemp

—



Registered No.
RF645489950US

**Postage $** $10.15

**Extra Services & Fees**
☐ Registered Mail $23.40
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $ $0.00

**To Be Completed By Post Office**

**Date Stamp**
0056
33

**Extra Services & Fees (continued)**
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery

**Total Postage & Fees**
$ $33.55

**Customer Must Declare Full Value**
$ $0.00

**Received by**
09/18/2025

Domestic insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**OFFICIAL USE**

**FROM**
Rachael Griffin El
C/o 703 Dereran ln.
Houston, Texas Republic [77090]

**TO**
Volker Türk, Office of the United
Nations, High Commission of Human right
Paliais des Nations
CH-1211 Geneva 10, Switzerland

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®
Copy 1 - Customer
(See Information on Reverse)

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com™.
Houston TX 78701
OFFICIAL USE

**Certified Mail Fee** $5.30
$ $4.40
**Extra Services & Fees** (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
**Postage** $3.28
**Total Postage and Fees**
$

0056
33
Postmark Here
09/18/2025

**Sent To** Jane Nelson, Texas Secretary of State
**Street and Apt. No., or PO Box No.** 1019 Brazo, St Jane Ruth.
**City, State, ZIP+4®** Austin Texas, 78701

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com™.
Washington DC 20520
OFFICIAL USE

**Certified Mail Fee** $5.30
$ $4.40
**Extra Services & Fees** (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
**Postage** $3.00
**Total Postage and Fees**
$

0056
33
Postmark Here
09/18/2025

**Sent To** Marco Rubio, United states Secretary of State
**Street and Apt. No., or PO Box No.** 2201 C. st NW 4/T room 5420
**City, State, ZIP+4®** Washington, DC 20520 near United States

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com™.
Washington DC 20220
OFFICIAL USE

**Certified Mail Fee** $5.30
$ $4.40
**Extra Services & Fees** (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
**Postage** $3.28
**Total Postage and Fees** $12.98
$

0056
33
Postmark Here
09/18/2025

**Sent To** Scott Bessent, U.S. Treasury Department (OFAC)
**Street and Apt. No., or PO Box No.** 1500 Pennsylvania, Ave.
**City, State, ZIP+4®** Washington, DC 20220 near United States

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com™.
Houston TX 77002
OFFICIAL USE

**Certified Mail Fee** $5.30
$ $4.40
**Extra Services & Fees** (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
**Postage** $3.28
**Total Postage and Fees** $12.98
$

0056
33
Postmark Here
09/18/2025

**Sent To** T. Michael O'Connor, U.S. Marshal Southern
**Street and Apt. No., or PO Box No.** 515 Rusk Ave room 11002

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com™.
Houston TX 77002
OFFICIAL USE

**Certified Mail Fee** $5.30
$ $4.40
**Extra Services & Fees** (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
**Postage** $3.28
**Total Postage and Fees** $
$

0056
33
Postmark Here
09/18/2025

**Sent To** Nicholas J. Ganjei, U.S. Attorney Southern District
**Street and Apt. No., or PO Box No.** 1000 Louisiana St. # 2300
**City, State, ZIP+4®** Houston Texas, 77002 near United State

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery Information, visit our website at *www.usps.com*.
Washington, DC 20530
OFFICIAL USE

| Certified Mail Fee | $5.30 | 0056 |
| --- | --- | --- |
| $ | $4.40 | 33 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00        Postmark
☐ Certified Mail Restricted Delivery  $ $0.00    Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $3.28
$

Total Postage and Fees
$12.70                            09/18/2025

Sent To
Pamela Bondi / Attorney General US Dpof Justice
Street and Apt. No., or PO Box No.
950 Pennsylvania Ave NW
City, State, ZIP+4®
Washington, DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.
OFFICIAL USE

| Certified Mail Fee | $5.30 | 0056 |
| --- | --- | --- |
| $ | $4.40 | 33 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00        Postmark
☐ Certified Mail Restricted Delivery  $ $0.00    Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $3.28
$

Total Postage and Fees
$11.70                            09/18/2025

Sent To
Ed Gonzalez, Sheriff
Street and Apt. No., or PO Box No.
1200 Baker street
City, State, ZIP+4®
Houston Texas 77002 nearthrate Side

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.
Washington, DC 20530
OFFICIAL USE

| Certified Mail Fee | $5.30 | 0056 |
| --- | --- | --- |
| $ | $4.40 | 33 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00        Postmark
☐ Certified Mail Restricted Delivery  $ $0.00    Here
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $

Postage    $3.28
$

Total Postage and Fees
$12.70                            09/18/2025

Sent To
Daniel R Vizzi Interpol Washington US
Street and Apt. No., or PO Box No.
950 Pennsylvania Ave NW
City, State, ZIP+4®
Washington DC 20530-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions