# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 29 2025

Nathan Ochsner, Clerk of Court

Rachael Griffin-El, ex rel. RACHAEL GRIFFIN,

Moorish American National, In Propria Persona, Sui Juris,

Plaintiff,

v.                                         Civil Action No. 4:25-cv-02013

JPMORGAN CHASE BANK, N.A., JAMIE DIMON, et al. (U.S. Citizen) foreign European male

FRANKLIN CREDIT MANAGEMENT CORPORATION, THOMAS J. AXON, et al. (U.S. Citizen)

Defendants.

---

## FOURTH NOTICE OF DEFAULT

International Document – Notice to Agent is Notice to Principal, Notice to Principal is Notice to Agent

COMES NOW, Plaintiff, Rachael Griffin-El, sui juris, Moorish American National, in propria persona, and enters into the record this Fourth Notice of Default against the above-named Defendants and all agents, assigns, successors, and representatives thereof.

**I. BASIS OF DEFAULT**

1. Plaintiff has served upon Defendants, at various times and by certified mail, lawful notices including but not limited to:
   - Affidavit of Fact, Adverse Claim, and Memorandum of Trust;
   - Writ of Quo Warranto;
   - Judicial Notice of Default and Demand for Entry of Judgment;
   - Allodial Compensation Invoice.
2. Said notices required rebuttal or lawful response within a stated period of time, consistent with the principles of due process and fair notice.
3. Defendants, including Jamie Dimon, CEO of JPMorgan Chase Bank, N.A., Thomas J. Axon, CEO of Franklin Credit Management Corporation, and their agents, have failed to rebut or lawfully respond to the substance of these notices.

## II. SPECIFIC ACTIONS CONFIRMING DEFAULT

4. On April 4, 2025, Affiant executed a transfer of all interest and possession in the subject property to R L FREEMAN TRUST, and provided notice of said conveyance via certified mail to Jamie Dimon and Thomas J. Axon.
5. On April 15, 2025, the conveyance was recorded in the Harris County Clerk's Office as Document No. RP-2025-13788.
6. Jamie Dimon, Thomas J. Axon, and their agents were afforded ten (10) days to rebut or contest the transfer. No rebuttal, objection, or lawful response was provided.
7. Their silence constitutes tacit acquiescence, dishonor, and default, confirming the transfer to R L FREEMAN TRUST as valid and unrebutted.
8. Despite this, Defendants and their agents acted in contradiction to the public record by:
   - Proceeding with foreclosure proceedings without notice to the record titleholder;
   - Enforcing a writ of possession issued on September 5, 2025, only three (3) days after judgment, in violation of Texas Property Code § 24.0061(d);
   - Relying on contradictory notices, including the August 25, 2025 letter stating final judgment would be entered September 29, 2025, while proceeding with enforcement on September 23, 2025;
   - Authorizing agents, including Constable Corporal Deryk Fields, to impersonate a Sheriff and enforce a void writ, in violation of 18 U.S.C. §§ 241, 242, and 912.
9. In furtherance of this fraudulent scheme, Defendants and/or their agents have sent checks labeled "My Foreclosure Hero F.S.B.O." to Plaintiff's estate. These instruments constitute fraudulent inducement, mail fraud, and harassment, as they were issued without authority after Plaintiff's rescission of signature and after the recorded trust conveyance.
10. The continued mailing of fraudulent instruments confirms Defendants' ongoing misconduct, further evidencing their default and bad faith.

## III. LEGAL PRINCIPLE

11. The maxim of agency applies:

- Notice to Agent is Notice to Principal.
- Notice to Principal is Notice to Agent.

12. As Jamie Dimon, Thomas J. Axon, and their corporate entities were duly served through agents and representatives, all such notice is binding upon them in both their private and public capacities.

## IV. DECLARATION OF DEFAULT

13. Defendants are hereby declared in continuing default, this being the Fourth Notice entered upon the record.
14. By their failure to rebut with particularity and proof, Defendants have confessed to the material facts, claims, and damages asserted by Plaintiff.
15. This includes admissions by silence and conduct of:

- Fraudulent foreclosure and color of title.
- Breach of trust and violation of fiduciary duties.
- Mail fraud and wire fraud, including fraudulent instruments labeled "My Foreclosure Hero F.S.B.O."
- Unlawful dispossession in violation of due process and statutory protections.

## V. DEMAND

16. Plaintiff demands that this Court recognize Defendants' continuing default and act accordingly, entering judgment in favor of Plaintiff and against Defendants, including all relief prayed for in prior filings, without further delay.

Respectfully submitted,

_Rachael Griffin_

Affiant/Plaintiff: Rachael Griffin-El, ex rel. RACHAEL GRIFFIN

Moorish American National, In Propria Persona, Sui Juris

All Rights Reserved – Without Prejudice – UCC 1-308



c/o 703 Deveron Lane

Houston, Texas Republic [77090]

Non-domestic, Non-resident, Zip Exempt


Date: _____, 2025


Cc:

- Nicholas J. Ganjei – United States Attorney, Southern District of Texas
- Scott Bessent – U.S. Treasury, Office of Foreign Assets Control
- Marco Rubio – United States Secretary of State
- Pamela Bondi – United States Attorney General
- Volker Türk – United Nations High Commissioner for Human Rights
- T. Michael O'Connor – U.S. Marshal, Southern District of Texas
- Sheriff Ed Gonzalez – Harris County Sheriff
- Office of Consul General – Morocco, Maghrib al-Aqsá
- Jane Nelson – Texas Secretary of State
- Daniel R. Vizzi – Director, INTERPOL Washington

HOUSTON TX RPDC 773

MyForeclosureHero F.S.B.O
7941 Katy Frwy, Suite # 823
Houston, TX 77024

5 AUG 2025 P 13 L

Monday, August 4, 2025

PAY TO THE ORDER OF: Rachael & Terrence Griffin

$ 201,488.00
Void After 10 Days

Two Hundred One Thousand Four Hundred Eighty Eight Dollars

DOLL

Not Valid Unless Signed

 Call (713) 659-6000 To Authorize

MEMO  703 Deveron Ln
Houston, Texas 77090

NON-NEGOTIABLE
AUTHORIZED SIGNATURE

⑈014098⑈ ⑆122400724⑆ 504009453120⑈

77090-982703

Exhibit with Fourth default notice