# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

United States Courts
Southern District of Texas
**FILED**

**OCT 08 2025**

Nathan Ochsner, Clerk of Court

Rachael Griffin-El, sui juris, ex rel. RACHAEL LEE GRIFFIN,

Plaintiff,

v.

**Civil Action No. 4:25-cv-02013**

JPMorgan Chase Bank, N.A.; Jamie Dimon (U.S. Citizen)

Franklin Credit Management Corporation; Thomas J. Axon; (U.S. Citizen)

PCF Properties in TX, LLC; and Antony Halaris, (U.S. Citizen)

Defendants.

---

# <u>AFFIDAVIT OF FACT</u>

# COUNT VI – FRAUDULENT LIEN AND VIOLATION OF ARTICLE IV § 1 (FULL FAITH AND CREDIT CLAUSE)

(With Exhibits and Supporting Evidence)

1. Plaintiff realleges and incorporates by reference all preceding paragraphs and Exhibits A–O of the First Amended Complaint and further incorporates Exhibits P-1 and P-2 as though fully set forth herein.
2. Under Tex. Prop. Code § 12.002(a), a person may not make, present, or use a document or record known to be a fraudulent lien or fraudulent court record, intending that it be treated as valid and intending to cause another person physical, financial, or emotional injury.
3. On April 4, 2025, Plaintiff, as Grantor, conveyed all right, title, interest, and possession in 703 Deveron Lane, Houston, Texas 77090 into an Irrevocable Trust known as R L

FREEMAN TRUST. The conveyance was duly recorded in the Harris County property records as Doc. No. RP-2025-13788. Plaintiff is not the beneficiary or trustee and does not speak for the trust but retains standing as Grantor and injured party.

4. On February 13, 2025, JPMorgan Chase Bank, N.A., through its agent (Mail Code LA4-6953, 700 Kansas Lane, Monroe, LA 71203), sent Plaintiff a letter regarding the property (the "Chase Letter," Exhibit P-1) stating in part:

"Our records indicate that you may have received a discharge of this debt in a prior bankruptcy case. If you have received a discharge, you are no longer personally obligated to repay the loan ... But, as long as we have a lien on the property, not making payments ... can ultimately lead to foreclosure."

"This is an attempt to collect a debt and any information obtained will be used for that purpose."

5. The Chase Letter constitutes an admission against interest under Fed. R. Evid. 801(d)(2) that Plaintiff's personal liability on the note was discharged. Plaintiff attaches her Bankruptcy Discharge Order as Exhibit P-2. Despite this knowledge of discharge and the recorded trust conveyance, Defendants continued to create, file, and use false lien and foreclosure documents as if valid.

6. By disregarding the duly recorded trust conveyance (RP-2025-13788) and proceeding as if no transfer existed, Defendants violated the Full Faith and Credit Clause, Article IV § 1 of the Constitution for the United States of North America (1791), which requires that each state give full faith and credit to public acts and records. The recorded trust is a public record entitled to recognition; Defendants' refusal to honor it constitutes a constitutional and statutory violation.

7. .Defendants' actions were intended to and did cause financial injury, mental anguish, and emotional distress, satisfying Tex. Prop. Code § 12.002(a)(3). This conduct also constitutes false representation of the character and legal status of a debt and wrongful threat of dispossession in violation of 15 U.S.C. § 1692e(2)(A), § 1692f(6), and the Federal Trade Commission Act, 15 U.S.C. § 45(a)(1), enforceable under 16 CFR § 1.98 (Civil Money Penalties).

## RELIEF REQUESTED

Plaintiff seeks:

(a) Statutory damages of not less than $10,000 per violation under Texas Property Code §
12.002(b)–(c);

(b) Actual and exemplary damages, costs of suit, and reasonable expenses;

(c) A declaratory order that all instruments recorded or relied upon by Defendants purporting to
create or enforce a lien against the property are void ab initio and constitute a cloud on title to be
removed from the record;

(d) Recognition that Defendants' conduct constitutes unfair and deceptive acts or practices under
the Federal Trade Commission Act (15 U.S.C. § 45), subject to civil money penalties of up to
$51,744 per violation pursuant to 16 C.F.R. § 1.98; and

(e) Restitution of Possession and Return of Keys – Plaintiff seeks immediate restoration of
access of the property located at 703 Deveron Lane, Houston, Texas 77090, including the return
of all keys and access rights. The writ of possession used to remove Plaintiff and her six children
was unlawful, void, and executed without jurisdiction, in direct violation of Texas Property Code
§ 24.0061(b), the Full Faith and Credit Clause (Article IV § 1), and due process guarantees under
both state and federal law.

*In law, "access" means the ability, right, or permission to enter upon and make use of one's
property without obstruction, interference, or exclusion by others. (Black's Law Dictionary, 11th
ed.; see also U.S. v. Grace, 461 U.S. 171 (1983); Tex. Prop. Code § 92.0081(a)(*

(f) That the Court compel the Defendants to honor the binding contract of service embodied in
the Constitution for the United States of North America (1791) and the Treaty of Peace and
Friendship (1787/1836)—which together operate as the Nation's liability insurance and surety
bond—ensuring protection, due process, and full faith and credit to the People and their estates.

Plaintiff makes this demand respectfully yet firmly, invoking the duty of all officers, agents, and corporations to uphold the honor of the contract and the supreme law of the land.

To create or enforce a lien against the property are void ab initio and constitute a cloud on title to be removed from the record.

 



Moorish American National Flag    | Peace and Friendship Treaty of 1787/1836

Article 4 – Mutual Protection and Recognition Between the Moors and the United States

Respectfully submitted,

Date: _October 7, 2025_



Rachael Griffin-El, ex rel. RAC[...]EE GRIFFIN

All Rights Reserved – Without Prejudice – UCC 1-308

c/o 709 Deveron Lane

Houston, Texas Republic [77090]

Non-domestic | Non-resident | Zip Exempt

## Verification (28 U.S.C. § 1746 Declaration)

I, Rachael Griffin-El, declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

I make this declaration and affirmation by virtue of the Constitution for the United States of North America (1791) and upon the honor of my Foremothers and Forefathers, that the above is true and correct to the best of my knowledge and honorable intent.

Executed on October 7th, 2025.

Rachael Griffin-El, ex rel. RACHAEL LEE GRIFFIN

All Rights Reserved – Without Prejudice – UCC 1-308

c/o 709 Deveron Lane

Houston, Texas Republic [77090]

Non-domestic | Non-resident | Zip Exempt

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October 2025, a true and correct copy of the foregoing Affidavit of Fact – Count VI (Fraudulent Lien and Violation of Article IV § 1, Full Faith and Credit Clause) was served by Certified Mail, Return Receipt Requested, upon:

Antony Halaris (U.S. Citizen)

Managing Member, PCF Properties in TX, LLC

6046 FM 2920 Rd, Ste 160

Spring, Texas 77379

Tracking No.: 7020 1290 0000 5986 7877

---

**CC: Copies of this filing have been duly served and noticed to the following officials and offices:**

- Pamela Bondi – United States Attorney General

- Scott Bessent – U.S. Department of the Treasury, Office of Foreign Assets Control (OFAC)
- Ed Gonzalez – Sheriff, Harris County Sheriff's Office
- Nicholas J. Ganjei – United States Attorney, Southern District of Texas
- T. Michael O'Connor – United States Marshal, Southern District of Texas
- Office of the Consul General – Morocco, Maghrib al-Aqsá
- Marco Rubio – United States Secretary of State
- Jane Nelson – Texas Secretary of State
- Volker Türk – United Nations High Commissioner for Human Rights
- Daniel R. Vizzi – Director, INTERPOL Washington



**Receipt 1 (top left):**
U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Spring TX 77379
OFFICIAL USE
Certified Mail Fee $5.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $2.44
Total Postage and Fees $12.14
Sent To Antony Halaris P.C.F. Property Inv 360 LLC
Street and Apt. No., or PO Box No. 6076 FM 2900 ste 160
City, State, ZIP+4® Spring Texas near 77379 united state
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions
KLEIN STATION  Postmark Here  OCT 07 2025  10/07/2025

**Receipt 2 (top right):**
U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Houston TX 77002
OFFICIAL USE
Certified Mail Fee $5.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $2.72
Total Postage and Fees $12.14
Sent To Nicholas J. Ganjei U.S. Attorney Southern Distrik
Street and Apt. No., or PO Box No. 1000 Louisiana St #2300
City, State, ZIP+4® Houston Texas Republic [ 77002 near units
PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions
KLEIN STATION  Postmark Here  OCT 07 2025  10/07/2025

**Receipt 3 (middle left):**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Houston TX 77002
OFFICIAL USE
Certified Mail Fee $5.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $2.44
Total Postage and Fees $12.14
Sent To Ed Gonzalez, Sheriff
Street and Apt. No., or PO Box No. 1200 Baker street
City, State, ZIP+4® Houston Texas near 77002 unite state
PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions
KLEIN STATION  Postmark Here  OCT 07 2025  10/07/2025  Spring, TX 77379

**Receipt 4 (middle right):**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Houston TX 77002
OFFICIAL USE
Certified Mail Fee $5.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $2.44
Total Postage and Fees $12.14
Sent To T. Michael O'Connor / U.S. Marshal Southern Mrsh
Street and Apt. No., or PO Box No. 515 Rusk Ave room 1000 2
City, State, ZIP+4® Houston Texas 77002-2605 near United State
PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions
KLEIN STATION  Postmark Here  OCT 07 2025  10/07/2025

**Receipt 5 (bottom left):**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Washington DC 20530
OFFICIAL USE
Certified Mail Fee $5.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $2.72
Total Postage and Fees $12.42
Sent To Daniel R. Vizzi, Interval Washington
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave. NW
City, State, ZIP+4® Washington DC 20530 united state
PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions
KLEIN STATION  Postmark Here  OCT 07 2025  10/07/2025

**Receipt 6 (bottom right):**
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
Washington DC 20530
OFFICIAL USE
Certified Mail Fee $5.30
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $1.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $2.44
Total Postage and Fees $12.14
Sent To Pamela Bondi, Attorney General U.S. Dep Jus
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave NW
City, State, ZIP+4® Washington DC 20530-0001 near United States
PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions
KLEIN STATION  Postmark Here  OCT 07 2025  10/07/2025





## U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Austin TX 78701

Certified Mail Fee   $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage   $2.44

Total Postage and Fees   $12.14

Sent To  Jane Nelson Texas Secretary of State
Street and Apt. No., or PO Box No.  1019 Brazos St. Jane E Rubber Bldg
City, State, ZIP+4®  Austin TX 78701 near United State

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Chase (Mail Code LA4-6953)
700 Kansas Lane
Monroe, LA 71203
For Undeliverable Mail Only

 CHASE

02/13/2025

**Exhibit P-1: JPMorgan Chase Bank, N.A. agent letter (Mail Code LA4-6953), dated Feb. 13, 2025**

ı１ｌ１ｌ１ｑ１ｌ１１ｐ１ｌ１ｌｌ١١ｑ١ｌｌｐｐｔ١ｌ١ｌｌ١١ｒ١ｐｐｑｐｌｌｌｔ١١ｌ

000155 - 1 of 3 NSP0HDLA-Z3 J5227137 00000000000

RACHEL GRIFFIN
703 DEVERON LN
HOUSTON, TX 77090

Our records indicate that you may have received a discharge of this debt in a prior bankruptcy case. If you have received a discharge, you are no longer personally obligated to repay the loan, and we are not contacting you in an attempt to collect a debt. But, as long as we have a lien on the property, not making payments on the account can ultimately lead to foreclosure.

**Please read this important information about the status of your loan**

Account:              0696921980 (the "loan")
Property Address:     703 DEVERON LN
                      HOUSTON, TX 77090 (the "property")

Dear RACHEL GRIFFIN:

We want you to be aware of the next steps that may occur if your loan is not brought up to date. We understand this may be a difficult time and want you to know that we're here to help if you're having trouble making your payment. Please read this letter carefully and call us at 1-800-848-9380 if you have questions about the status of your account, to discuss your next steps, and about payment assistance options that may be available.

**Status of account**
**As of 02/13/2025, the total amount past due is $5,553.82.**
This includes total past due monthly payments of principal, interest and escrow (if applicable), late fees, insufficient funds (NSF) fees, and other fees and advances due under the terms of your loan documents. The past-due amount is detailed below. If applicable, you may be responsible for additional escrow amounts that we may pay from the date of this letter. If you have questions about the amounts detailed below, please call us as soon as possible.

| | |
|---|---|
| Total Monthly Payments: | $5,445.56 |
| Late Fees: | $175.10 |
| NSF Fees: | $0.00 |
| Other Fees:[1] | $0.00 |
| Advances:[1] | $40.00 |
| | |
| Amount Held in Suspense: | $106.84 |

THIS IS NOT AN EVICTION NOTICE
This is an attempt to collect a debt and any information obtained will be used for that purpose.

Exhibit P2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RACHAEL LEE GRIFFIN | § | CASE NUMBER: 16-36061-H5-13 |
| | § | |
| | § | CHAPTER 13 |
| | § | |
| DEBTOR(S). | § | |
| | § | |

## DEBTOR(S)' CERTIFICATION,
## MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE,
## AND PROPOSED DISCHARGE ORDER

**THIS MOTION SEEKS AN ORDER DISCHARGING THE DEBTORS PURSUANT TO § 1328(a) OF THE BANKRUPTCY CODE. IF YOU OPPOSE THE MOTION, YOU MUST FILE AN OBJECTION WITHIN 21 DAYS OF THE DATE LISTED BELOW IN THE CERTIFICATE OF SERVICE. YOUR OBJECTION MUST SET FORTH THE SPECIFIC FACTUAL ALLEGATIONS WITH WHICH YOU DISAGREE. IF NO TIMELY OBJECTION IS FILED, THE COURT MAY GRANT THE RELIEF.**

The Debtor(s) move for entry of a discharge under § 1328(a) of the Bankruptcy Code.

1.      By signing below, the Debtor(s) certify under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

      A.      I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 423 is attached.

      B.      If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years, then I have not claimed an exemption for my residence in an amount in excess of $160,375.00;

      C.      All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid;

      D.      I have not received a discharge in a case filed under chapter 7, 11 or 12 of

Exhibit P2

the Bankruptcy Code during the four-year period before the date that my petition was filed in this case;

E.    I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case;

F.    No criminal proceeding is pending against me alleging that I am guilty of a felony; and

G.    No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, any State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

2.    I have made all payments required by my confirmed chapter 13 plan.

Signed:   /s/ Rachael Lee Griffin              January 25, 2022
          Debtor's Signature                   Date


                              Respectfully Submitted,

                              PAYNE & ASSOCIATES. PLLC
                              Kyle Kenneth Payne
                              State Bar No. 24083637
                              1225 North Loop West, Suite 550
                              Houston, TX 77008
                              Tel.: 713-228-0200
                              Fax: 713-588-8750
                              Attorneys for Debtor(s)

                              /s/ Kyle Kenneth Payne
                              Kyle Kenneth Payne

Exhibit P2

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the attached Debtors Certification, Motion for Entry of Chapter 13 Discharge and Proposed Discharge Order has been served by first-class United States Mail, postage paid, or Certified Mail Return Receipt Requested where indicated, or by electronic service via the Court's ECF system on the following parties, on January 25, 2022:

U.S. Trustee and Trustee Via Electronic Service

| | |
|---|---|
| U.S. Trustee, Region 7 | William E. Heitkamp |
| 515 Rusk Avenue, Suite 3516 | Chapter 13 Trustee |
| Houston, Texas 77002 | 9821 Katy Freeway, Suite 590 |
| | Houston, TX 77024-1294 |

Debtor(s) Via First-Class Mail
Rachael Lee Griffin
703 Deveron Lane
Houston, TX 77090

Service was also made on all other persons and entities on attached sheet(s), if any.

                                    /s/   *Kyle Kenneth Payne*
                                    Kyle Kenneth Payne

# Exhibit P2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **IN RE: Rachael Lee Griffin** | § | **CASE NO. 16-36061-H5-13** |
| | § | |
| **DEBTOR** | § | **CHAPTER 13** |

### DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7 or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, Rachael Lee Griffin, the Debtor in the above-styled case, hereby certify that on
28th of January _____, I completed an instructional course in personal financial management provided by BE Adviser, LLC, an approved personal financial management provider.

Certificate No. *(if any):* 15111-TXS-DE-036295009 _____

☐ I, _____, the Debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box]*:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee *(or bankruptcy administrator)* has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: /s/ Rachael Lee Griffin

Date: January 25, 2022

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

B 23 (Official Form 23) (12/08)