UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF TEXAS – HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

NOV 0 4 2025

Nathan Ochsner, Clerk of Court

**Rachael Griffin-El, sui juris, ex rel.
RACHAEL LEE GRIFFIN,**

Plaintiff,

v.

Case No. 4:25-cv-02013

**Jamie Dimon, U.S. Citizen, doing business as CEO, JPMORGAN CHASE BANK, N.A., a foreign corporation;
Thomas J. Axon, U.S. Citizen, doing business as CEO, FRANKLIN CREDIT MANAGEMENT CORPORATION;
Antony Halaris, U.S. Citizen, doing business as PCF Property Management; and PCF PROPERTIES IN TX LLC, a foreign corporation;**

Defendants.

## CLERK'S ENTRY OF DEFAULT
(Federal Rule of Civil Procedure 55(a))

1. Plaintiff filed and served the **First Amended Complaint** on **October 6, 2025**, by Certified Mail No. **9589 0710 5270 3017 7856 77,** addressed to **Antony Halaris, PCF Properties in TX LLC**, 6046 FM 2920 Rd., Ste 160, Spring, Texas [77379-2542].

2. Postal records show the complaint was **delivered and received on October 10, 2025.**

3. Under **Federal Rules of Civil Procedure 12(a)** and **15(a)(3)**, Defendant's deadline to respond was **November 4, 2025.**

4. As of this date, Defendant has not filed or served any answer, motion, or other responsive pleading addressing the First Amended Complaint.

5. Defendant therefore has **failed to plead or otherwise defend** as required by the Federal Rules of Civil Procedure.

Accordingly, it appearing from the record that Defendants **PCF Properties in TX LLC** and **Antony Halaris, U.S. Citizen, doing business as PCF Property Management** have been duly served and have failed to plead or otherwise defend,

**DEFAULT** is hereby **entered** against said Defendants for failure to plead or otherwise defend in this action.

## JURISDICTIONAL NOTICE AND CONSTITUTIONAL AUTHORITY

Pursuant to **Article III, Section 2** of the **Constitution for the United States of America (1787)**, the judicial power of this Court extends to *controversies between citizens of different States* and to *cases arising under the Constitution, laws, and treaties of the United States.*

This Entry of Default arises under such judicial power, as the action involves controversies in diversity and federal-question jurisdiction, and is properly within the original jurisdiction of this United States District Court as ordained and established by Article III.

Entered this ___ day of November 2025.

_____
**CLERK OF COURT**
United States District Court, Southern District of Texas

## CERTIFICATE OF SERVICE

(Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent) All Rights Reserved – Without Prejudice – UCC 1-308

I, **Rachael Griffin-El**, certify that on this **4** day of November 2025, I mailed a true and correct copy of the foregoing **Clerk's Entry of Default** to the following parties by Certified Mail, Return Receipt Requested:

**Antony Halaris**
Director / Managing Member
**PCF Properties in TX LLC**
6046 FM 2920 Rd, Suite 160
Spring, Texas Republic [near 77379-2542] Mail
No.:9590 0710 5270 3017 7987 69

Executed this 4 day of November 2025.

*[signature]*

**Rachael Griffin-El**
P.O. Box 90008
Houston, Texas Republic [77290]
Plaintiff, sui juris




**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Spring, TX 77379   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $5.30 | 0056 |
| $ $4.40 | 33 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $1.07 | |
| $ | 10/06/2025 |
| Total Postage and Fees | |
| $ $10.77 | |

Sent To *Antony Halaris, PCF Properties in TX, LLC*
Street and Apt. No., or PO Box No. *6046 FM 2920 Rd Ste 160*
City, State, ZIP+4® *Spring Texas near 77379*

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

---

**UNITED STATES POSTAL SERVICE.**

WESTFIELD
17119 RED OAK DR
HOUSTON, TX 77090-9998
www.usps.com

10/06/2025                                      08:47 AM

TRACKING NUMBERS
9589 0710 5270 3017 7856 77

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

[QR code]

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $1.07 |
| Spring, TX 77379 | | | |
| Weight: 0 lb 1.60 oz | | | |
| Estimated Delivery Date | | | |
| Wed 10/08/2025 | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 9589 0710 5270 3017 7856 77 | | | |
| Return Receipt | | | $4.40 |
| Tracking #: | | | |
| 9590 9402 9427 5069 2987 51 | | | |
| Total | | | $10.77 |

Grand Total:                                    $10.77

Credit Card Remit                               $10.77
  Card Name: MasterCard
  Account #: XXXXXXXXXXXX3759
  Approval #: 67086Z
  Transaction #: 797
  AID: A0000000041010    Contactless
  AL: MASTERCARD

TO REPORT AN ISSUE
Visit https://emailus.usps.com

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Customer Service
1-800-ASK-USPS



## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052703017785677

Copy    Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:02 pm on October 10, 2025 in SPRING, TX 77379.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### ✓ Delivered

**Delivered, Front Desk/Reception/Mail Room**

SPRING, TX 77379
October 10, 2025, 3:02 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**                                      ⌄

tools.usps.com

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Spring, TX 77379

| Certified Mail Fee | $5.30 | 0056 21 |
| --- | --- | --- |
| $ | $4.40 | |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00    Postmark
☐ Certified Mail Restricted Delivery $ $0.00    Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $

Postage  $0.78

Total Postage and Fees  $10.48

11/03/2025

Sent To: Antony Halaris/PCF Properties in TX LLC
Street and Apt. No., or PO Box No.: 6046 FM 2920 Rd, Suite 160
City, State, ZIP+4®: Spring, Texas Republic [near 77379

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 3017 7987 69