# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

<u>International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent</u>

**Rachael Griffin-El, sui juris, ex rel.**

**RACHAEL LEE GRIFFIN,**

**Plaintiff,**

v.

United States Courts
Southern District of Texas
FILED

NOV 0 4 2025

Nathan Ochsner, Clerk of Court

Civil Action No. 4:25-cv-02013

**Jamie Dimon, U.S. Citizen, CEO,** doing buiness as

**JPMorgan Chase Bank, N.A., a foreign corporation;**

**Thomas J. Axon, U.S. Citizen,** doing buiness as **CEO, Franklin Credit Management Corporation;**

**Antony Halaris,** doing buiness as **Managing Member, PCF Properties in TX LLC;**

**Defendants.**

## <u>NOTICE TO COURT</u>

### CLARIFYING THE FOURTH DEFAULT NOTICE

(Record Clarification Regarding Franklin Credit Management Corporation / Thomas J. Axon)

Comes now Rachael Griffin-El, sui juris, ex rel. RACHAEL LEE GRIFFIN, specially appearing in propria persona, to provide clarification regarding the record of default filings and the procedural purpose of the Fourth Default Notice filed in this action.

Page 1 of 3

1. Plaintiff has lawfully issued separate default notices under Federal Rule of Civil Procedure 55(a) for each Defendant according to their respective service and response periods.
- The First and Second Default Notices pertained to JPMorgan Chase Bank, N.A. and JamieDimon.
- The Third Default Notice pertained to Franklin Credit Management Corporation and its officer Thomas J. Axon.
- The Fourth Default Notice, filed in September 2025, pertains solely to Franklin CreditManagement Corporation and its officer Thomas J. Axon, who have not appeared or filed any responsive pleadings.

2. Previously, Plaintiff had separated Franklin Credit / Thomas J. Axon from Jamie Dimon /JPMorgan Chase for clarity of record and proper party distinction.

3. However, private lawyers for Jamie Dimon and JPMorgan Chase attempted to mischaracterize Plaintiff's filings, objecting as though they were lawyers for Franklin Credit Management Corporation, despite no verified appearance on behalf of that entity.

4. To prevent unnecessary procedural disputes and ensure the Court's review continued without interruption, Plaintiff temporarily included all named Defendants together in certain subsequent filings.

5. Plaintiff now submits this notice to clarify that the Fourth Default Notice applies only to Franklin Credit Management Corporation and Thomas J. Axon, both of whom remain in default and dishonor, having never entered an appearance, filed an answer, or otherwise defended.

6. Plaintiff respectfully requests that the Clerk of Court and My Honorable Court take judicial notice of this clarification so that the record accurately reflects the scope and intent of each Default Notice filed in this matter.

This Notice is submitted for record-clarification purposes only and does not constitute a new motion or request for substantive relief.
Pursuant to Fed. R. Civ. P. 5(d)(1) and 10(e), Plaintiff files this clarification to ensure the accuracy of the record.

The record reflects that private agents and lawyers Wm. Lance Lewis and Eric G. Carlson of Quilling, Selander, Lownds, Winslett & Moser, P.C. entered an appearance solely on behalf of Defendants JPMorgan Chase Bank, N.A. and Jamie Dimon; no lawyer or agent of record has appeared for Franklin Credit Management Corporation or Thomas J. Axon, both of whom therefore remain in procedural default under Rule 55(a).

Executed this 4th day of November 2025, Houston, Texas.

_____
Rachael Griffin-El, sui juris, ex rel.
RACHAEL LEE GRIFFIN
P.O. Box 90008
Houston, Texas near [77290]
All Rights Reserved – Without Prejudice – UCC 1-308