# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent) All Rights Reserved – Without Prejudice – UCC 1-308

United States Courts
Southern District of Texas
FILED

NOV 17 2025

Nathan Ochsner, Clerk of Court

Rachael Griffin-El, sui juris, ex rel.

RACHAEL LEE GRIFFIN,

   Plaintiff,

v.

Civil Action No. 4:25-cv-02013

Jamie Dimon, U.S. Citizen, doing business as Chief Executive Officer, JPMorgan Chase Bank, N.A., a foreign corporation;

Thomas J. Axon, U.S. Citizen, doing business as Chief Executive Officer, Franklin Credit Management Corporation;

Antony Halaris, U.S. Citizen, doing business as PCF Property Management; and

PCF Properties in TX LLC, a foreign corporation,

   Defendants.

# CLERK'S ENTRY OF DEFAULT

### (Federal Rule of Civil Procedure 55(a))

1. Plaintiff filed and served the First Amended Complaint on October 6, 2025, by Certified Mail No. 9589 0710 5270 3017 7856 60, addressed to Thomas J. Axon, doing business as Chief Executive Officer, Franklin Credit Management Corporation.

2. Postal records confirm delivery and receipt on November 1, 2025.

3. Under Federal Rules of Civil Procedure 12(a) and 15(a)(3), Defendant's deadline to respond was November 15, 2025.

4. As of this date, Defendant has not filed or served any Answer, Motion, or other responsive pleading addressing the First Amended Complaint.

5. Defendant has therefore failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

Accordingly, it appearing from the record that Defendant Thomas J. Axon, U.S. Citizen, doing business as Franklin Credit Management Corporation, has been duly served and has failed to plead or otherwise defend,

DEFAULT is hereby entered against said Defendant for failure to plead or otherwise defend in this action.

## JURISDICTIONAL NOTICE AND CONSTITUTIONAL AUTHORITY

Pursuant to Article III, Section 2 of the Constitution for the United States of America (1787), the judicial power of this Court extends to controversies between citizens of different States and to all cases arising under the Constitution, laws, and treaties of the United States.

This Entry of Default arises under such judicial power, as the action involves controversies in diversity and federal-question jurisdiction, and is properly within the original jurisdiction of this United States District Court, as ordained and established by Article III.

Entered this 17 day of November 2025.

CLERK OF COURT

United States District Court, Southern District of Texas

## CERTIFICATE OF SERVICE

(Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent)

All Rights Reserved – Without Prejudice – UCC 1-308

I, Rachael Griffin-El, certify that on this 17 day of November 2025, I mailed a true and correct copy of the foregoing Clerk's Entry of Default to the following parties by Certified Mail, Return Receipt Requested:

Thomas J. Axon,

Chief Executive Officer, Franklin Credit Management Corporation

101 Hudson Street, 25th Floor

Jersey City, New Jersey [near 07302]

Mail No.: **9589 0710 5270 3017 7839 49**

Executed this 17 day of November 2025.

Rachael Griffin-El

P.O. Box 90008

Houston, Texas Republic [77290]

Plaintiff, sui juris

4:24

◀ Camera

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052703017785660

Copy   Add to Informed Delivery

## Latest Update

Your item has been delivered and is available at a PO Box at 1:24 pm on November 1, 2025 in JERSEY CITY, NJ 07302.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

## ✓ Delivered

**Delivered, PO Box**

JERSEY CITY, NJ 07302
November 1, 2025, 1:24 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?**



tools.usps.com



```
                    WESTFIELD
                17119 RED OAK DR
              HOUSTON, TX 77090-9998
                   www.usps.com
10/29/2025                              09:09 AM
-------------------------------------------------
                 TRACKING NUMBERS
             9589 0710 5270 3017 7856 60
-------------------------------------------------
           TRACK STATUS OF ITEMS WITH THIS CODE
                    (UP TO 25 ITEMS)
```



```
-------------------------------------------------
              TRACK STATUS BY TEXT MESSAGE
           Send tracking number to 28777 (2USPS)
           Standard message and data rates may apply
-------------------------------------------------
                 TRACK STATUS ONLINE
            Visit https://www.usps.com/tracking
              Text and e-mail alerts available
-------------------------------------------------
                   PURCHASE DETAILS
-------------------------------------------------
Product              Qty    Unit       Price
                            Price
-------------------------------------------------
First-Class Mail®     1                $1.07
Letter
    Jersey City, NJ 07302
    Weight: 0 lb 1.70 oz
    Estimated Delivery Date
        Mon 11/03/2025
    Certified Mail®                    $5.30
        Tracking #:
            9589 0710 5270 3017 7856 60
    Return Receipt                     $4.40
        Tracking #:
            9590 9402 9590 5121 7799 02
Total                                 $10.77

-------------------------------------------------
Grand Total:                          $10.77
-------------------------------------------------
Credit Card Remit                     $10.77
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX3759
    Approval #: 26908Z
    Transaction #: 683
    AID: A0000000041010   Contactless
    AL: MASTERCARD
-------------------------------------------------
                  TO REPORT AN ISSUE
             Visit https://emailus.usps.com

    All hazardous labels/markings on reused
           boxes MUST be completely
     removed/obliterated if they no longer
             match the contents.

    In a hurry? Self-service kiosks offer
    quick and easy check-out. Any Retail
         Associate can show you how.

         PREVIEW YOUR MAIL AND PACKAGES
             Sign up for FREE at
        https://informeddelivery.usps.com
```



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Jersey City, NJ 07302

Certified Mail Fee  $5.30

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postage  $1.07

Total Postage and Fees  $10.77

Postmark: WESTFIELD STATION, OCT 2025, HOUSTON TX 77090

Sent To: Thomas J. Axon / Frontline Asset Mgmt
Street and Apt. No. or PO Box No.: 101 Hudson Street 35th Flr
City, State, ZIP+4: Jersey City, New Jersey near 07302

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



```
                                   USPS
                                WESTFIELD
                             17119 RED OAK DR
                           HOUSTON, TX 77090-9998
                               www.usps.com

11/17/2025                                              08:51 AM

              TRACKING NUMBERS
              9589 0710 5270 3017 7839 49
              TRACK STATUS OF ITEMS WITH THIS CODE
                      (UP TO 25 ITEMS)

           TRACK STATUS BY TEXT MESSAGE
      Send tracking number to 28777 (2USPS)
      Standard message and data rates may apply

               TRACK STATUS ONLINE
         Visit https://www.usps.com/tracking
          Text and e-mail alerts available

                   PURCHASE DETAILS

Product                         Qty      Unit     Price
                                         Price

Change Addr Request              1       $0.00

First-Class Mail®                1                $1.07
Letter
    Jersey City, NJ 07302
    Weight: 0 lb 1.20 oz
    Estimated Delivery Date
        Sat 11/22/2025
    Certified Mail®                                $5.30
        Tracking #:
        9589 0710 5270 3017 7839 49
    Return Receipt                                 $4.40
        Tracking #:
        9590 9402 9590 5121 7789 12

Total                                             $10.77

Grand Total:                                      $10.77

Credit Card Remit                                 $10.77
    Card Name: MasterCard
    Account #: XXXXXXXXXXXXX3759
```

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®

Jersey City NJ 07302

Certified Mail Fee  $5.30    0056
                              33
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage    $1.07
Total Postage and Fees    $10.77

Sent To  Marcus J Aron CEO Franklin Credit Management
Street and Apt. No., or PO Box No.  101 Hudson Street 25th flr
City, State, ZIP+4®  Jersey City, New Jersey/near 07309-]

Postmark Here  11/17/2025

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions