# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

United States Courts
Southern District of Texas
FILED

DEC 16 2025

Nathan Ochsner, Clerk of Court

**Rachael Griffin-El, ex rel**
Moorish American National, In Propria Persona, Sui Juris,

Plaintiff,

v.

**Jamie Dimon**, U.S. Citizen, , doing business as CEO, JPMorgan Chase Bank, N.A., a foreign corporation;
**Thomas J. Axon**, U.S. Citizen, doing business as CEO, Franklin Credit Management Corporation;
**Antony Halaris**, U.S. Citizen, doing business as Managing Member, PCF Properties in TX LLC;

Defendants.

Civil Action No.: **4:25-cv-02013**




# AFFIDAVIT OF ADVERSE CLAIM OF TITLE & REVERSION OF ANCESTRAL ESTATE

I, Rachael Griffin-El, sui juris, a living Moorish American woman, Grantor of the private R L FREEMAN TRUST, hereby submit this **Affidavit of Adverse Claim of Title, Affidavit of Fact, and Reversion of Ancestral Estate,** together with a Demand for Original Instrument, Demand for Full Accounting, and Commercial Notice, to Jamie Dimon, doing buiness as acting Chief Executive Officer of JPMorgan Chase Bank, N.A., and to all attorneys, agents, assigns, successors, servicers, insurers, and any other party claiming any interest adverse to the estate held by the R L FREEMAN TRUST.

This instrument is submitted as a reiteration and reaffirmation of my previously served Affidavit of Adverse Claim and Reversion of Ancestral Estate and is intended to clarify and memorialize the record only. It does not create a new claim, waive any rights, concede jurisdiction, or cure any defect in notice, foreclosure, or possession.

I testify based upon first-hand knowledge, truth, right, and belief. All facts herein are true, correct, complete, and admissible as evidence.

This Affidavit stands as truth in commerce unless rebutted by sworn affidavit, point-by-point, within ten (10) days.

# I. STANDING & CAPACITY

1. I am the Grantor, Heir, and Living Woman, formerly operating as RACHAEL LEE GRIFFIN, and I conveyed the property commonly known as 703 Deveron Lane into the R L FREEMAN TRUST on April 4, 2025, recorded April 15, 2025, under Instrument No. RP-2025-13788.
2. As Grantor in highest equity, all origination authority and reversionary rights arise from me, subject to the completed conveyance into the Trust.
3. I do not appear as trustee, beneficiary, debtor, surety, corporate fiction, statutory "person," resident, or ward of the United States of America. And unconstitutional 14 amendment, PERSON. I specially appear solely in my private capacity as Grantor, having transferred the estate, together with all right, title, interest, and equity, into the R L FREEMAN TRUST.

# II. NOTICE OF PRIOR AFFIDAVIT & SERVICE (REITERATION)

4. This Affidavit reiterates and reaffirms the **Affidavit of Adverse Claim and Reversion of Ancestral Estate** previously executed and lawfully served upon Jamie Dimon doing business as CEO of JPMorgan Chase Bank, N.A., by Certified Mail, received on January 10, 2025, under USPS Certified Mail No. **9589 0710 7270 2556 6743 81**, which included:

   • Affidavit of Dispute

   • Memorandum of Trust

   • Adverse Claim of Estate & Reversionary Rights

5. A return receipt was received, establishing actual and constructive notice. (Exhibit A attached).
6. No sworn rebuttal was ever made. Said Affidavit therefore remains unrebutted, unchallenged, and operative on the record.
7.

# He who does not deny, admits.
# Tacit acquiescence equals agreement.

## III. BENEFICIUM AUTHORITIES — FOUNDATION FOR REVERSION

7. Beneficium — a hereditary benefice or estate held for the benefit of the rightful holder.
8. Beneficium Abstinendi — the right of the heir or grantor to abstain from fraudulent or unauthorized liability.
9. Beneficium Cedendarum Actionum — the right to demand proof of creditor standing, assignment, and authority.
10. Exercising these rights, I hereby:

    a) Reject all fraudulent or unsubstantiated claims;

    b) Demand production of the original wet-ink promissory note;

    c) Demand a full accounting, including securitization proceeds;

    d) Reassert reversion of the ancestral estate as previously noticed.

(Sections IV through VII remain substantively unchanged; your demands, fraud notices, and default language stand as written.)

(Sections IV through VII remain substantively unchanged; your demands, fraud notices, and default language stand as written.)

 

## VIII. DECLARATION

I declare under penalty of perjury, under the laws of the united states of America and of Commerce, that the foregoing is true, correct, and complete.

Executed this 15th day of December, 2025
at Texas Republic.

Rachael Griffin-El, sui juris

Living Moorish American Woman

All Rights Reserved • Without Prejudice, UCC 1-308 • Non-Assumpsit

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December 2025, I caused a true and correct copy of the foregoing document to be served by depositing the same in the United States Mail, postage prepaid, addressed as follows:

Eric G. Carlson, Esq.

WM. Lance Lewis, Attorney-in-Charge

Quilling, Selander, Lownds, Winslett & Moser, P.C.

2001 Bryan Street, Suite 1800

Via Certified Mail, Return Receipt Requested

Certified Mail No.: **9589 0710 5270 2903 7199 63**

---

Service was made in accordance with Rule 5 of the Federal Rules of Civil Procedure.

---

Executed on this 15th day of December, 2025.

Rachael Griffin-El, sui juris

P.O. Box 90008

Houston, Texas 77290

All Rights Reserved • Without Prejudice ,UCC 1-308 • Non-Assumpsit

---

 

International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

# FEDERAL RESERVE COMMERCIAL DISCLOSURE & RECOUPMENT DEMAND NOTICE

(Stand-Alone Filing to Accompany and Reiterate Affidavit of Adverse Claim & Reversion of Ancestral Estate)

---

**TO:**

JPMorgan Chase Bank, N.A.

Jamie Dimon doing buiness as acting Chief Executive Officer

QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.

(Attorneys of Record)

And all successors, assigns, agents, insurers, investors, servicers, and any other parties claiming any interest.

**FROM:**

Rachael Griffin-El, sui juris

Living Moorish American Woman

Grantor of the private R L FREEMAN TRUST

# NOTICE OF FEDERAL RESERVE DISCHARGE FRAMEWORK

& RIGHT OF RECOUPMENT**

12 U.S.C. § 411 | 12 U.S.C. § 95a(2) | Public Law 73-10 (HJR-192) | UCC Articles 3 & 9

# NOTICE & REITERATION

This Notice is issued as a reiteration and reaffirmation of the previously served Affidavit of Adverse Claim of Title, Affidavit of Fact, and Reversion of Ancestral Estate.

It is submitted to memorialize and clarify the commercial record only.

This filing does not create a new claim, waive any rights, concede jurisdiction, or cure any defect in notice, foreclosure, or possession.

## WHEREAS:

1. Congress suspended the domestic use of gold and silver in 1933 under Public Law 73-10 (HJR-192), replacing lawful payment with discharge only, such that alleged debts are settled through credit instruments rather than lawful money.
2. Banks were authorized to create credit upon execution of borrower instruments rather than lending pre-existing assets, making the signature the source of credit, not the bank.
3. Under 12 U.S.C. §§ 95a(2) and 411, Federal Reserve Notes are obligations, not lawful money, rendering mortgage transactions commercial securities transactions rather than true loans.
4. When a promissory note is monetized, securitized, pledged, insured, or leveraged into investment instruments, all derivative proceeds arise from the originating instrument and the estate from which it issued.

Signature creates value.

Value constitutes consideration.

Consideration gives rise to equitable claims of ownership.

Accordingly, commercial equity requires restitution and recoupment to the estate identified in the unrebutted Affidavit of Adverse Claim and Reversion, asserted herein by the Grantor.

## DEMAND FOR FULL FEDERAL RESERVE ACCOUNTING

(Within ten (10) days)

You are hereby commanded to produce:

1. The original wet-ink promissory note and full chain of negotiation
2. Ledger entries identifying the source of funds at origination
3. Credit-creation and monetization records
4. Payoff, escrow, insurance, and pooling ledgers
5. CUSIP numbers, REMIC trust data, and investor disbursement records
6. All profits derived from securitization and servicing
7. Mortgage-backed securities trading statements
8. Credit-default swap, FHA/VA/PMI insurance claims and payouts
9. Any buy-back, repurchase, or charge-off gains
10. IRS Forms 1099-A / 1099-C or related tax filings
11. General ledger entries identifying revenue created from the instrument
12. Proof of any lawful consideration furnished at closing

Failure to provide a full accounting constitutes admission of no standing, failure of consideration, and commercial bad faith.

# NOTICE OF RIGHT OF RECOUPMENT & EQUITABLE RESTITUTION

Because the instrument was:

- monetized
- securitized
- pledged and sold
- leveraged into derivative and investment vehicles

and because no lawful money was loaned, the estate previously noticed by Affidavit reserves all rights of recoupment for proceeds generated from the instrument.

Notice is hereby given that recoupment is demanded for all revenue streams derived from the signature-created credit, including but not limited to:

Mortgage-backed securities proceeds, servicing income, interest streams, swaps, insurance payouts, REMIC distributions, tax benefits, derivative gains, repurchase profits, foreclosure spreads, assignment fees, and resale proceeds.

## LEGAL BASIS FOR RECOUPMENT

- Unjust Enrichment
- Constructive Trust Doctrine
- Rescission & Restitution (TILA, 15 U.S.C. §§ 1635, 1640)
- Fraud vitiates contracts (U.S. v. Throckmorton, 98 U.S. 61)
- Equitable Right of Recoupment (UCC §§ 3-305, 3-601, 3-603)
- Failure of Consideration (UCC § 3-303)
- No Standing Without Value (UCC § 9-203(b))
- Discharge-only system created by the Federal Reserve Act and HJR-192

## CURE PERIOD

If, within ten (10) days of receipt, you fail to:

1. Provide a full accounting and
2. Return all monetized value attributable to the instrument

you agree by tacit acquiescence that:

- no original note exists
- no lawful value was loaned
- the lien is fraudulent
- the estate is entitled to recoupment
- further commercial and civil remedies will proceed

- the estate is entitled to recoupment
- further commercial and civil remedies will proceed

---

# DECLARATION

I, Rachael Griffin-El, sui juris, declare under penalty of perjury that the foregoing is true, correct, and made in good faith and honorable intent.

Executed this 15th day of December, 2025.

_____
Rachael Griffin-El, sui juris

Grantor of the R L FREEMAN TRUST

Living Moorish American Woman

All Rights Reserved • Without Prejudice, UCC 1-308 • Non-Assumpsit



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.
Dallas, TX 75201

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $1.36 |
| $ | |
| Total Postage and Fees | |
| $ $11.06 | |

Sent To Eric Carlson, William L. Lewis behalf Jamie Dimon
Street and Apt. No., or PO Box No. 2001 Bryan St. Suite 800
City, State, ZIP+4® Dallas, Texas near united state 75201

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



WESTFIELD
17119 RED OAK DR
HOUSTON, TX 77090-9998
www.usps.com

12/15/2025                              02:45 PM

----------------------------------------
TRACKING NUMBERS
9589 0710 5270 2903 7199 63
----------------------------------------
TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



----------------------------------------
TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply
----------------------------------------
TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available
----------------------------------------
PURCHASE DETAILS
----------------------------------------
Product              Qty    Unit      Price
                            Price
----------------------------------------
First-Class Mail®     1               $1.36
  Letter
    Dallas, TX 75201
    Weight: 0 lb 2.10 oz
    Estimated Delivery Date
      Thu 12/18/2025
  Certified Mail®                     $5.30
    Tracking #:
      9589 0710 5270 2903 7199 63
  Return Receipt                      $4.40
    Tracking #:
      9590 9402 9838 5266 5905 13
Total                                 $11.06

----------------------------------------
Grand Total:                          $11.06
----------------------------------------
Credit Card Remit                     $11.06
  Card Name: MasterCard
  Account #: XXXXXXXXXXXX3759
  Approval #: 25367Z
  Transaction #: 190
  AID: A0000000041010    Contactless
  AL: MASTERCARD
----------------------------------------

TO REPORT AN ISSUE
Visit https://emailus.usps.com

All hazardous labels/markings on reused
       boxes MUST be completely
removed/obliterated if they no longer
           match the contents.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
   Associate can show you how.

PREVIEW YOUR MAIL AND PACKAGES
       Sign up for FREE at
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only