# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

Rachael Griffin-El, ex rel. sui juris

Plaintiff,

v.

Jamie Dimon doing business as CEO JPMORGAN CHASE

JPMORGAN CHASE BANK, N.A., et al.,

Antony Halaris doing business as manager PCF

PCF Properties in TX, LLC

Defendants.

United States Courts
Southern District of Texas
FILED

JAN 05 2026

Nathan Ochsner, Clerk of Court

Case No.: 4:25-cv-02013

## NOTICE OF CHANGE OF MAILING LOCATION

(Special Appearance Only – Without Prejudice)

PLEASE TAKE NOTICE that the undersigned party, Rachael Griffin-El, sui juris, appearing specially and not generally, without waiving any rights and without conceding jurisdiction, hereby provides notice to the Court and all parties of record of a change in mailing location.

**Former Mailing Location:**

Rachael Griffin-El

c/o 703 Deveron Ln

Houston, Texas Republic [77090]

near United States

**New Mailing Location:**

Rachael Griffin-El

c/o 709 Deveron Ln

Houston, Texas Republic [77090]

near United States

Telephone: (281) 755-8220

Email: rachaelgriffin300@gmail.com

This change of mailing location is effective as of January 5, 2026.

All future correspondence, notices, and filings should be directed to the new mailing location listed above.

This filing is made Without Prejudice, with All Rights Reserved, including but not limited to U.C.C. § 1-308.

 

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Change of Mailing Location was served upon all parties and/or counsel of record in accordance with the Federal Rules of Civil Procedure on this 5th day of January, 2026.

Service was made by:

☐ CM/ECF

☐ U.S. Mail

☒ Certified Mail

☐ Other: _____

Certified Mail Tracking No(s):

• Eric G. Carlson, Esq.

   QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.

   USPS Certified Mail No.: **9589 0710 5270 3017 7954 78**


• Keval Patel on behalf Antony Halaris

   PCF Properties in TX, LLC

   c/o Law Office of Keval Patel, P.C.

   USPS Certified Mail No.: **9589 0710 5270 3017 7954 85**


**Parties / Counsel Served:**

Jamie Dimon doing business as CEO Of JPMORGAN CHASE

Eric G. Carlson, Esq.

QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.

2001 Bryan Street, Suite 1800

Dallas, Texas 75201 near united state

Phone: (214) 871-2100

Fax: (214) 871-2111

Email: ccarlson@qslwm.com

Counsel for JPMorgan Chase Bank, N.A. and Jamie Dimon

Antony Halaris

PCF Properties in TX, LLC

Law Office of Keval Patel, P.C.

800 Bonaventure Way, Suite 103

Sugar Land, Texas 77479 near united state

Respectfully submitted,

Rachael Griffin-El, ex rel. Special Appearance Only, sui juris

Without Prejudice, All Rights Reserved – U.C.C. § 1-308





```
                KLEIN
          7717 LOUETTA RD
         SPRING, TX 77379-9998
              www.usps.com
01/05/2026                      11:03 AM
-----------------------------------------
            TRACKING NUMBERS
         9589 0710 5270 3017 7954 85
         9589 0710 5270 3017 7954 78
-----------------------------------------
       TRACK STATUS OF ITEMS WITH THIS CODE
                (UP TO 25 ITEMS)
```



```
-----------------------------------------
          TRACK STATUS BY TEXT MESSAGE
       Send tracking number to 28777 (2USPS)
       Standard message and data rates may apply
-----------------------------------------
            TRACK STATUS ONLINE
       Visit https://www.usps.com/tracking
       Text and e-mail alerts available
-----------------------------------------
              PURCHASE DETAILS
-----------------------------------------
Product           Qty    Unit      Price
                         Price
-----------------------------------------
First-Class Mail®  1                $0.78
Letter
   Sugar Land, TX 77479
   Weight: 0 lb 0.90 oz
   Estimated Delivery Date
       Thu 01/08/2026
   Certified Mail®                  $5.30
       Tracking #:
          9589 0710 5270 3017 7954 85
   Return Receipt                   $4.40
       Tracking #:
          9590 9402 9590 5121 7799 26
Total                              $10.48

First-Class Mail®  1                $0.78
Letter
   Dallas, TX 75201
   Weight: 0 lb 0.90 oz
   Estimated Delivery Date
       Thu 01/08/2026
   Certified Mail®                  $5.30
       Tracking #:
          9589 0710 5270 3017 7954 78
   Return Receipt                   $4.40
       Tracking #:
          9590 9402 9838 5266 5905 06
Total                              $10.48
-----------------------------------------
Grand Total:                       $20.96
-----------------------------------------
Debit Card Remit                   $20.96
   Card Name: VISA
   Account #: XXXXXXXXXXXX6151
   Approval #: 566179
   Transaction #: 228
   Receipt #: 093174
   Debit Card Purchase: $20.96
   AID: A0000000980840    Contactless
   AL: US DEBIT
```



Certified Mail Receipt — Dallas, TX 75201. Certified Mail Fee $5.30. Postage $0.78. Total Postage and Fees $10.48. Sent To: Eric G. Carlson behalf Jamie Pierson CEO Chase —. Street: 2001 Bryan Street, Suite 1800. City, State: Dallas, Texas near 75201 United Sts. Postmarked 01/05/2026 Spring TX 77379.



Certified Mail Receipt — Sugar Land, TX 77479. Certified Mail Fee $5.30. Postage $0.78. Total Postage and Fees $10.48. Sent To: Keval Patel, Antony and Maxim office. Street: 800 Bonaventure Way, Suite 103. City, State: Sugar Land Texas near 77479 United Sts. Postmarked Klein Station 01/05/2026.