# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

International Document Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent

**Rachael Griffin-El, ex rel**
Moorish American National, In Propria Persona, Sui Juris,

United States Courts
Southern District of Texas
FILED

JAN 1 2 2026

Plaintiff,

Nathan Ochsner, Clerk of Court

v.

**Jamie Dimon**, U.S. Citizen, , doing business as CEO, JPMorgan Chase Bank, N.A., a foreign corporation;
**Thomas J. Axon**, U.S. Citizen, doing business as CEO, Franklin Credit Management Corporation;
**Antony Halaris**, U.S. Citizen, doing business as Managing Member, PCF Properties in TX LLC;

Defendants.


Civil Action No.: **4:25-cv-02013**

---




## NOTICE OF NON-RESPONSE AND DEFAULT

(Re: Affidavit of Adverse Claim of Title & Reversion of Ancestral Estate)


NOTICE OF DEFAULT FOR FAILURE TO REBUT SWORN AFFIDAVIT

I, Rachael Lee Griffin-El, in propria persona, sui juris, exto R L FREEMAN TRUST, hereby give notice as follows:

## 1. Prior Affidavit and Service

On December 16, 2025, I executed and served an Affidavit of Adverse Claim of Title & Reversion of Ancestral Estate, together with a Demand for Original Instrument, Accounting, and Recoupment, addressed to Jamie Dimon and counsel of record.

Service was effected by Certified Mail No. 9589 0710 5270 2903 7199 63, with confirmed delivery on December 26, 2025.

## 2. Opportunity to Rebut

The Affidavit expressly provided an opportunity to rebut the sworn factual assertions by sworn affidavit, point-by-point, within ten (10) days of receipt.

## 3. Failure to Respond

As of the date of this Notice:

- No sworn rebuttal affidavit has been received
- No documentary evidence has been produced
- No response addressing the material factual assertions has been made

## 4. Effect of Non-Response

Accordingly, the material factual assertions set forth in the Affidavit of Adverse Claim of Title & Reversion of Ancestral Estate remain uncontroverted on the record, including but not limited to:

- Failure to produce the original wet-ink promissory note
- Failure to establish lawful standing or chain of title
- Failure to provide a full accounting or proof of consideration
- Failure to rebut the asserted adverse claim and reversionary interest

This Notice is issued solely to memorialize non-response and preserve the evidentiary record.

It does not purport to create a judgment, concede jurisdiction, or act on behalf of the Trust.

## 5. Reservation of Rights

All rights are expressly reserved. This Notice may be relied upon in support of motions, pleadings, or other lawful remedies as appropriate.

 

### DECLARATION

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of January, 2026.

*Rachael Lee Griffin-El*

Rachael Lee Griffin-El

in propria persona, sui juris

exto R L FREEMAN TRUST

All Rights Reserved • Without Prejudice • UCC 1-308



# SUPPLEMENTAL NOTICE OF NON-RESPONSE AND DEFAULT

**(Re: Notice of Federal Reserve Discharge Framework & Right of Recoupment)**

Case No.: 4:25-cv-02013

I, Rachael Lee Griffin-El, in propria persona, sui juris, exto R L FREEMAN TRUST, hereby give supplemental notice as follows:

## 1. Prior Notice and Service

On December 16, 2025, I served, together with the Affidavit of Adverse Claim of Title & Reversion of Ancestral Estate, a Notice of Federal Reserve Discharge Framework & Right of Recoupment, which expressly reiterated and incorporated the sworn factual assertions and demands set forth in the Affidavit.

Service was made by Certified Mail No. 9589 0710 5270 2903 7199 63, with confirmed delivery on December 26, 2025.

## 2. Opportunity to Respond

The Notice demanded production of specific records and disclosures, including but not limited to:

- the original wet-ink promissory note,

- proof of lawful consideration,
- accounting of securitization, monetization, and derivative proceeds,

and provided a ten (10) day period to respond.

---

### 3. Failure to Respond

As of the date of this Supplemental Notice:

- No accounting has been produced
- No documents have been disclosed
- No sworn response addressing the demanded items has been made

---

### 4. Effect of Non-Response

Accordingly, the material assertions and demands set forth in the Notice of Federal Reserve Discharge Framework & Right of Recoupment remain unanswered and uncontroverted on the record, including assertions concerning:

- failure to demonstrate lawful consideration,
- failure to establish standing to enforce the instrument,
- failure to account for monetization, securitization, or derivative proceeds.

This Supplemental Notice is issued solely to memorialize non-response and preserve the evidentiary record.

It does not purport to create a judgment, does not concede jurisdiction, and does not assert representation of the Trust.

---

### 5. Reservation of Rights

All rights are expressly reserved to rely upon the unrebutted record in support of motions, pleadings, defenses, and requests for relief as permitted by law.

 

## DECLARATION

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of January, 2026.



Rachael Lee Griffin-El

in propria persona, sui juris

exto R L FREEMAN TRUST

All Rights Reserved • Without Prejudice • UCC 1-308

Rachael Lee Griffin-El

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this Notice of Non-Response and Default was served by United States Mail, postage prepaid, upon:

Eric G. Carlson, Esq.

WM. Lance Lewis, Attorney-in-Charge

Quilling, Selander, Lownds, Winslett & Moser, P.C.

2001 Bryan Street, Suite 1800

Dallas, Texas 75201

USPS Certified Mail No.: **9589 0710 5270 2903 7217 44**

Executed this 12th day of January, 2026.

Rachael Lee Griffin-El

1:11

⚠ ALERT: SEVERE FLOODING WITH EVACUATION... ⌄

# USPS Tracking®   FAQs >

**Tracking Number:**   Remove ✕

# 9589071052702903719963

▢ Copy    🏃 Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:09 am on December 26, 2025 in DALLAS, TX 75201.

**Get More Out of USPS Tracking:**

▢ USPS Tracking Plus®

✓ **Delivered**
**Delivered, Front Desk/Reception/Mail Room**

DALLAS, TX 75201
December 26, 2025, 11:09 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**   ⌃

Select what types of updates you'd like to receive and how. Sen  tools.usps.com — Private

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Dallas, TX 75201

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| Extra Services & Fees (check box, add fee as appropriate) | $4.40 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $1.07 |
| Total Postage and Fees | $10.77 |

Postmark Here
WESTFIELD STATION
JAN — 
HOUSTON TX USPS 77090
01/12/2026

Sent To: Eric G. Carlson Esq., WM. Lance, Attorney-Chargo.
Street and Apt. No., or PO Box No.: 2001 Bryan Street, Suite 1800
City, State, ZIP+4®: Dallas, Texas 75201

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 5293 0403 7217 44