**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Rachael Griffin–El | § § § | |
| versus | § § | Civil Action 4:25–cv–02013 |
| Jamie Dimon, et al. | § § § | |

# Notice of Reassignment

    This case is reassigned to the docket of United States District Judge Nicholas J Ganjei pursant to Special Order No. 2026–1 Establishing the Houston Division Docket of Judge Nicholas J. Ganjei.

    Deadlines in scheduling orders remain in effect.

    Any court settings scheduled before the former District Judge are canceled. The court will issue further orders regarding future settings, as needed.

Date: March 12, 2026

Nathan Ochsner, Clerk