# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas



20260312-149

Rachael Griffin-El

790 Deveron Lane
Houston, TX 77090

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

United States Courts
Southern District of Texas
FILED

MAR 19 2026

Nathan Ochsner, Clerk of Court

Date: Thursday, March 12, 2026
Case Number: 4:25-cv-02013
Document Number: 65 (1 page)
Notice Number: 20260312-149
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.

CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

FIRST-CLASS

United States Courts
Southern District of Texas
FILED

MAR 1 9 2026

Nathan Ochsner, Clerk of Court

US POSTAGE ™ PITNEY BOWES

ZIP 77002
02 7W    **$ 000.74**⁰
0008035818 MAR 13 2026

NIXIE         773  FE 1         0003/18/26

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77298101010    *0133-02903-14-00