**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

**Rachael Griffin-EL, Affiant/Administrator, Sui Juris, Plaintiff,**

**v.**

**JAMIE DIMON dba JPMORGAN CHASE CO., ANTONY HALARIS dba PCF PROPERTIES IN TX LLC, et al., Defendants.**

**CASE NO: 4:25-cv-02013**



United States Courts
Southern District of Texas
**FILED**

APR - 1 2026

Nathan Ochsner, Clerk of Court



NOTICE OF DEPOSITION RE: RULE 30(b)(6) AND REQUEST FOR PRODUCTION OF DOCUMENTS

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 30 and 34, Plaintiff Rachael Griffin-El will take the deposition of Antony Halaris dba and the designated Corporate Representative(s) of PCF Properties in TX LLC.

DATE OF DEPOSITION: May 7, 2026

TIME: 10:00 AM

LOCATION: To be conducted via Remote Video Conference (Zoom/Microsoft Teams). Meeting link and access credentials to be provided to all parties 48 hours in advance of the proceeding.

METHOD: Pursuant to Fed. R. Civ. P. 30(b)(3), this deposition shall be recorded by audio-visual means for the purpose of creating a

formal record for the District Court. The Plaintiff, as Affiant/Administrator, shall preserve the original recording for filing with the Tribunal.

MATTERS FOR EXAMINATION: The examination will focus on the following jurisdictional and fraudulent events regarding the location known as property at 703 Deveron Ln.:

1. Constructive Notice: The existence of the Lis Pendens filed on the property records prior to the purported acquisition of 703 Deveron Ln.

2. Rescission of Foreclosure (Document #15): The legal effect of the Rescission of Illegal Unlawful Foreclosure filed on June 9, 2025, and entered into this record as Document Number 15.

3. Treaty Compliance: The authority to bypass the Treaty of Peace and Friendship (September 16, 1836) and the lack of an Affidavit of Relinquishment regarding the 2005 jurisdictional transfer.

REQUEST FOR PRODUCTION OF DOCUMENTS: The Deponent is commanded to produce the following at the time of examination:

• Original Title Search and Preliminary Reports for 703 Deveron Ln.

• Internal communications regarding Document Number 15 (Rescission) and the Lis Pendens.

• The original Contract of Sale and proof of consideration for the June 6, 2025, event.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice was served via U.S. Certified Mail on this 30th day of March, 2026, to:

• Antony Halaris dba (PCF Properties): 6046 FM 2920 Rd, STE 160, Spring, TX 77379 certified mail number 95800710527030177 85387

- Eric G. Carlson (Counsel for JPMC and Jamie Dimon): 2001 Bryan Street, Suite 1800 Dallas, Texas 75201near united state certified mail number 9589071052703017785370

- Thomas J. Axon dba (Franklin Credit): 101 Hudson Street ,25th floor Jersey City, 07302 near united state certified mail number 9589071052703017785363

Respectfully submitted,

Rachael Griffin-El, Affiant/Administrator All Rights Reserved – Without Prejudice – UCC 1-308 c/o 709 Deveron Lane, Houston, Texas Republic [77090]
Non-domestic, Non-resident, Zip Exempt



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Spring, TX 77379

| Certified Mail Fee | $5.30 |
| --- | --- |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.78

Total Postage and Fees $10.48

Postmark Here
MAR 30 2026
03/30/2026

Sent To Antony Halaris (PCF Properties
Street and Apt. No., or PO Box No. 6046 FM 2920 Rd ste 160
City, State, ZIP+4® Spring Texas near united state 77379

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Dallas, TX 75201

| Certified Mail Fee | $5.30 |
| --- | --- |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.78

Total Postage and Fees $10.48

Postmark Here
MAR 30 2026
03/30/2026

Sent To Eric G. Carlson
Street and Apt. No., or PO Box No. 2001 Bryan street, suite 1800
City, State, ZIP+4® Dallas Texas, near United state 75201

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Jersey City, NJ 07302

| Certified Mail Fee | $5.30 |
| --- | --- |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $0.78

Total Postage and Fees $10.48

Postmark Here
MAR 30 2026
03/30/2026

Sent To Thomas J. Axon
Street and Apt. No., or PO Box No. 101 Hudson street 25th flour
City, State, ZIP+4® Jersey City 07302 near United State

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions