**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **RACHAEL GRIFFIN-EL,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | **CIVIL ACTION NO. 4:25-cv-02013** |
| **JPMORGAN CHASE CO., JAMIE** | § | |
| **DIMON, FRANKLIN CREDIT** | § | |
| **MANAGEMENT CORPORATION,** | § | |
| **AND THOMAS J. AXON** | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants JPMorgan Chase Bank, N.A., incorrectly named as JPMorgan Chase Co., ("JPMC") and Jamie Dimon ("Dimon") file this Notice of Appearance of Counsel and respectfully request that Caleb T. Vinson of the law firm Quilling, Selander, Lownds, Winslett & Moser, P.C. enter an appearance as additional counsel for JPMC and Dimon in the above-styled and numbered lawsuit. Wm. Lance Lewis remains lead counsel for JPMC and Dimon.  Please add Mr. Vinson to the Court's docket for purposes of service of all filings and notices in this matter. Complete contact information for JPMC and Dimon's counsel is as follows:

Wm. Lance Lewis
Eric G. Carlson
Caleb T. Vinson
Quilling, Selander, Lownds,
  Winslett & Moser, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
214-871-2100 Telephone
214-871-2111 Facsimile
llewis@qslwm.com
ecarlson@qslwm.com
cvinson@qslwm.com

Wherefore, JPMC and Dimon respectfully request that Caleb T. Vinson be added to this case as additional counsel of record, that copies of all pleadings, notices, or other materials regarding this case be forwarded to the foregoing counsel, and for such other and further relief to which JPMC and Dimon may be justly entitled.

Respectfully submitted,

 */s/ Caleb T. Vinson*
WM. LANCE LEWIS, Attorney-in-Charge
Texas Bar No. 12314560
S.D. Bar No. 28635
ERIC G. CARLSON, of counsel
Texas Bar No. 24100076
S.D. Bar No. 3076490
Caleb T. Vinson
State Bar No. 24125441
S.D. Bar No. 3850955
**QUILLING, SELANDER, LOWNDS,
   WINSLETT & MOSER, P.C.**
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
ecarlson@qslwm.com
cvinson@qslwm.com

**ATTORNEYS FOR DEFENDANTS
JPMORGAN CHASE BANK,
NATIONAL ASSOCIATION AND
JAMIE DIMON**

## CERTIFICATE OF SERVICE

This is to certify that on April 2, 2026 a true and correct copy of the foregoing pleading has been furnished to Plaintiff in accordance with the Federal Rules of Civil Procedure.

 */s/ Caleb T. Vinson*
Caleb T. Vinson