United States District Court
Southern District of Texas
**ENTERED**
April 29, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Rachael Griffin-El, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 4:25-cv-2013 |
| | § | |
| Jamie Dimon, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Order referring this case to United States Magistrate Judge Richard W.

Bennett (Doc. 73) entered on April 23, 2026, is **VACATED**.

**SIGNED** at Houston, Texas, on the 29th of April, 2026.

_____

Nicholas J. Ganjei
United States District Judge