**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **RACHAEL GRIFFIN-EL,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 4:25-cv-02013** |
| **JPMORGAN CHASE BANK, N.A.,** | § | |
| and | § | |
| **JAMIE DIMON,** | § | |
| *Defendants* | § | |

**DEFENDANTS JPMORGAN CHASE BANK, N.A. AND JAMIE DIMON'S**
**APPENDIX IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

In support of their Motion for Summary Judgment, Defendants JPMorgan Chase Bank,

N.A. and Jamie Dimon (collectively, "Defendants") file this Appendix in support of same.

**EVIDENCE**

In support of their Motion for Summary Judgment, Defendants rely on the following

evidence which is contained herein. The summary judgment evidence is identified and located in

the Appendix as set forth in the following table.

| Exhibit | Description | Appendix |
|---|---|---|
| Exhibit A | Declaration of JPMorgan Chase Bank, N.A. | App. 001-003 |
| Exhibit A-1 | October 31, 2005 Note | App. 004-009 |
| Exhibit A-2 | October 31, 2005 Deed of Trust | App. 010-025 |
| Exhibit A-3 | November 17, 2012 Assignment of the Deed of Trust | App. 026-027 |
| Exhibit A-4 | January 14, 2025 Notice of Default and Acceleration Warning | App. 028-037 |
| Exhibit A-5 | April 3, 2025 Notice of Acceleration and Notice of Substitute Trustee's Sale | App. 038-039 |
| Exhibit A-6 | December 2024 Mortgage Statement | App. 040-045 |

| Exhibit | Description | Appendix |
|---|---|---|
| Exhibit B | Excerpts from the May 7, 2026 deposition of Rachael Griffin-El | App. 046-124 |
| Exhibit C | Excerpts from the May 8, 2026 deposition of Terrence Tremayne Griffin | App. 125-139 |
| Exhibit D | Certified copies of Plaintiff's 2010 and 2016 bankruptcy petitions, schedules, and February 23, 2022 discharge | App. 140-239 |
| Exhibit E | Certified copy of October 31, 2005 Deed of Trust, recorded in the real property records of Harris County as Instrument No. Y886750 | App. 240-249 |
| Exhibit F | Certified copy of November 17, 2012 Assignment of Deed of Trust, recorded in the real property records of Harris County as Instrument No. 20120543726 | App. 250-252 |
| Exhibit G | Certified copy of June 3, 2025 Substitute Trustee's Deed, recorded in the real property records of Harris County as Instrument No. RP-2025-225256 | App. 253-260 |

Respectfully submitted,

*/s/ Eric G. Carlson*
WM. LANCE LEWIS
Texas Bar No. 12314560
S.D. Bar No. 28635
ERIC G. CARLSON
Texas Bar No. 24100076
S.D. Bar No. 3076490
**QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.**
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 871-2100 (Phone)
(214) 871-2111 (Fax)
llewis@qslwm.com
ecarlson@qslwm.com

**ATTORNEYS FOR DEFENDANTS
JPMORGAN CHASE BANK, N.A. AND JAMIE
DIMON**

## CERTIFICATE OF SERVICE

This is to certify that on July 17, 2026 a true and correct copy of the foregoing pleading has been furnished to Plaintiff, pro se, via certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure.

> RACHAEL GRIFFIN-EL, PLAINTIFF PRO SE
> 709 DEVERON LANE
> HOUSTON, TX 77090

*/s/ Eric G. Carlson*
Eric G. Carlson
