IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 14 2026

Nathan Ochsner, Clerk of Court

Rachael Griffin-EL, In Propria Persona, Sui Juris
Plaintiff,

v. Civil Action No. 4:25-cv-02013

THOMAS J. AXON, et al.,
Defendants.

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST FOR LEAVE TO PERFECT SERVICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff Rachael Griffin-El, in propria persona, respectfully submits this Response to the Court's August 4, 2026 Order, Document 76, requiring Plaintiff to show cause why the claims against Defendants Thomas J. Axon, Franklin Credit Management Corporation, PCF Properties in TX, LLC, and Antony Halaris should not be dismissed for failure to timely effectuate service.

Plaintiff respectfully shows good cause and requests an appropriate extension of time to perfect service pursuant to Federal Rule of Civil Procedure 4(m), together with an order permitting service pursuant to Federal Rule of Civil Procedure 4(c)(3).

I. RESPONSE TO SHOW CAUSE

Plaintiff has actively prosecuted this action and has not intentionally abandoned the claims against the remaining Defendants.

Plaintiff previously undertook efforts to provide the remaining Defendants with the First Amended Complaint and associated filings through certified mail and maintained documentation concerning those mailing and delivery efforts.

Plaintiff understood those efforts to constitute service or, at minimum, to provide the Defendants with actual notice of the pending action. Plaintiff now understands from the Court's August 4, 2026 Order that the Court's record does not establish timely service upon the remaining Defendants sufficient to satisfy Rule 4.

Accordingly, rather than permit dismissal on a procedural service issue, Plaintiff respectfully requests an opportunity to cure any deficiency in service and to perfect service in the manner directed by the Court.

Plaintiff does not abandon or waive her prior service efforts, mailing records, delivery records, notices, objections, claims, or other matters appearing in the record. This request is made to ensure compliance with the Court's service requirements and should not be construed as an admission that any prior notice, mailing, or service effort was legally void.

## II. RULE 4(m) AUTHORIZES ADDITIONAL TIME TO PERFECT SERVICE

Federal Rule of Civil Procedure 4(m) provides that when service has not been completed within the prescribed period, the Court may order that service be made within a specified time. Where good cause is established, Rule 4(m) requires an appropriate extension of the service period.

Plaintiff respectfully submits that good cause exists because Plaintiff attempted to provide notice and copies of the operative pleading to the remaining Defendants, maintained evidence of those efforts, and has continued actively prosecuting this action rather than abandoning the claims.

Plaintiff is prepared to act promptly to correct any deficiency identified by the Court.

Dismissal is therefore unnecessary where the service issue can be cured by allowing Plaintiff a reasonable additional period to obtain properly issued summonses and effectuate service.

## III. REQUEST FOR ISSUANCE OF SUMMONSES AND COURT-DIRECTED SERVICE

Plaintiff respectfully requests permission to submit completed summons forms to the Clerk of Court for issuance as to:

1. Thomas J. Axon;

2. Franklin Credit Management Corporation;

3. PCF Properties in TX, LLC; and

4. Antony Halaris.

Upon issuance of the summonses, Plaintiff further requests, pursuant to Federal Rule of Civil Procedure 4(c)(3), that the Court order service by the United States Marshal, a deputy United States Marshal, or another person specially appointed by the Court.

Plaintiff will provide the necessary copies of the summonses, First Amended Complaint, and any other documents required for service, together with the appropriate service addresses and forms as directed by the Clerk or Court.

Alternatively, should the Court determine that service through another procedure authorized by Rule 4 is appropriate, Plaintiff respectfully requests permission to perfect service through that procedure within the additional period ordered by the Court.

IV. REQUEST FOR RELIEF

For these reasons, Plaintiff respectfully requests that the Court:

a. Find that Plaintiff has adequately responded to the August 4, 2026 Order to Show Cause;

b. Decline to dismiss the claims against Thomas J. Axon, Franklin Credit Management Corporation, PCF Properties in TX, LLC, and Antony Halaris for failure to timely effectuate service;

c. Grant Plaintiff an appropriate extension of time under Federal Rule of Civil Procedure 4(m) to perfect service;

d. Permit Plaintiff to submit new summonses to the Clerk of Court for issuance for each remaining Defendant;

e. Pursuant to Federal Rule of Civil Procedure 4(c)(3), order that service be made by the United States Marshal, a deputy United States Marshal, or another person specially appointed by the Court; and

f. Grant such further procedural relief as the Court determines appropriate to permit service to be perfected and this action to proceed on the merits.

Respectfully submitted,

All right reserved ucc1-207/1-308; ucc1-103

Rachael Griffin-El
In Propria Persona, Sui Juris
Plaintiff

Date: August 14,2026

All Rights Reserved — UCC 1-308