**Moorish National Republic Federal Government**
**Moorish Divine and National Movement of the World**

**Northwest Amexem / Northwest Africa / North America /**
**'The North Gate'**

**~'Temple of the Moon and Sun'~**
**e o~Societas Republicae Ea Al Maurikanos~ e**
**The True and De jure Natural Peoples ~ Heirs of the Land**

## Affidavit of Dispute

International Document
Notice to Agent is Notice to Principal - Notice to Principal

Exhibit: A

Mr. Jamie Dimon, (acting as) Chairman /Chief Executive Officer
JPMORGAN CHASE CO.
270 Park Avenue
New York, NY [near 10017, United States]

Re: Misrepresented Instruments - Bills of Attainder / Foreign Bills of Exchange titled MORTGAGE STATEMENT December 17,2024, associated with account number 0696921980; and my ancestral estate in reversion known as 703 Deveron Ln. Houston, Texas.

I am in receipt of the unsigned misrepresented instruments - bills of attainder / foreign bills of exchange titled MORTGAGE STATEMENT dated December 17,2024, associated with account number which adversely affects my ancestral estate in reversion known as 703 Deveron Lane., Houston ,Texas [near 77090] However, your instruments do not bear a name or a signature from the sender, nor is there an identifiable natural person claiming to be the alleged creditor in such instruments. Also, your instruments are addressed to the fictitious corporate person /nom de guerre

RACHAEL GRIFFIN /RACHEL GRIFFIN under color of law within purview of the unconstitutional 14th Amendment. Therefore, your instruments titled MORTGAGE STATEMENT dated December 17, 2024, and any other attachments associated with account number 0696921980 are spurious, null and void abinitio, and constitute fraud in the inducement. See **United States v. Throckmorton, 98 U.S. 61, 25L.Ed. 93** ("Fraud vitiates the most solemn contracts, documents, and even judgments. "). Your instrument

[redacted]
and attachments are hereby disputed in accordance with my prerequisite due process rights.

Before you intend to enforce or compel me to an alleged debt, you must first show that you are the 'holder-in-due-course' of an original (not copy) valid and verifiable 'Loan Agreement' mutually made between you and /or an authorized representative of your foreign company Thomas J. Axon, (acting as) FRANKLIN CREDIT MANAGEMENT CORPORATION; and I, upon which the alleged debt is made. Furthermore, pursuant to the 'Best Evidence Rule' you must also be willing to produce the original 'loan agreement' before trying to enforce the alleged debt. See Black's Law Dictionary, 5th Ed..., Page 146:

*Best Evidence Rule. The "best evidence rule" prohibits the introduction into evidence of secondary evidence unless it is shown that original document has been lost or destroyed or is beyond jurisdiction of court without fault of the offering party; if original document is lost, then secondary evidence is properly admissible. State v. Stephens, Mo.App., 556 S.W. 2d 722, 723. Fed.R. Evid. 1002 states the basic rule as follows: "To prove the content of a writing, recording, or photograph, the original writing, recording, or photograph is required, except as otherwise provided in these rules or by Act of Congress.*

## Declaration of Nationality - Citizenship and Status

For the record, I am Rachael Griffin-El, a natural person, in full life, in propria persona, sui juris, in solo proprio. My nationality / citizenship is Moorish American, being an aboriginal and indigenous heiress apparent and national of the Moroccan Empire at North-West Amexem / North America; and authorized representative, ex rel. RACHAEL GRIFFIN/RACHAEL GRIFFIN. All correspondence shall be addressed to me, Rachael Griffin-El, and not the fictitious corporate person / nom de guerre RACHAEL GRIFFIN/RACHEL GRIFFIN which constitutes fraud. See EXHIBIT: A1 attached hereto as conclusive evidence of 'Fraud and Swindles' under Title 18 USC 1341.

## Jurisdiction and Venue

In accordance with the 'Diversity of Citizenship clause under Article III, section 2 of the Constitution for the United States of North America, I hereby invoke my treaty rights to consular jurisdiction in order to have this dispute decided in consular court and venue in accordance with my treaty secured rights under Articles 20 and 21 of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire; and the 'Supremacy clause' under Article VI, clause 2 of the Constitution for the United States of North America, in any event that this dispute cannot be settled between us. I do not consent to anything to the contrary.

## Discovery and Disclosure

In accordance with the 'Rule of Discovery' and for the purpose of full disclosure, you, Thomas J. Axon' are to schedule with me a timely meeting and opportunity for my consul and I to make a thorough physical inspection of the original 'Promissory Note' and the original 'Deed of Trust' which bears my wet-ink signature, and all loan - related documents that adversely affect the associated account number 1000002795 as stipulated by law ,so as to enable me (the alleged borrower)and my consul to physically examine, verify, confirm, and witness the same. The meeting shall be set and concluded to effectuate the above-stated physical examinations and witnessing of all loan related

[redacted]

*pursuant to this section or any rule, regulation, instruction, or direction issued hereunder shall to the extent*

*thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of or in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or direction issued hereunder.*

**Days to Answer**

You have ten (10) days from your receipt of this Affidavit of Dispute to answer and produce the above commanded evidence, or to rebut, point-by-point, on a written affidavit signed under penalty of perjury. NO ACTION CAN BE TAKEN BY YOU OR YOUR AGENTS) DURING THIS VALIDATION PERIOD! This is my 'Good Faith' attempt to clear up any misrepresentations or confusion concerning your spurious instruments.
Your failure to answer and prove your jurisdiction constitutes default and stand as your admission by silence of your spurious instrument titled MORTGAGE STATEMENT dated December 17,2024, and any other attachments associated with account number 0696921980, being void ab initio and unenforceable for fraud.

Upon your default, you must immediately contact the credit reporting agencies and have the alleged debt associated with account number 0696921980 removed for fraud. Otherwise, you are guilty of 'Fraud and Swindles' under federal law Title 18 USC §1341, which states the following:

*"Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both."*

documents, with the same being orderly arranged, satisfied, and concluded within ten (10) days from your receipt of this dispute.

Furthermore, you are hereby commanded to produce proof of the following:

1. Produce a certified copy of the alleged 'loan agreement' (exposing the front and back) with my signature complete with any affixations or allocations attached to the same for endorsement.
2. Produce all bookkeeping journal entries and records associated with the alleged 'loan agreement'; and
3. Produce evidence of your alleged 'allodial title' or 'aboriginal title' to my inherited ancestral estate in reversion known as 703 Deveron Lane. Houston, Texas, which would prove beyond reasonable doubt that you and / or your foreign company, MR. Jamie Dimon, (acting as) JPMORGAN CHASE & CO., to he the absolute owner of such estate; and
4. Verify the specific specie in the 'loan agreement' that was allegedly lent/borrowed which must be returned as "payment":

A. gold or silver coins which would be the lawful money (dollars) tendered for payment of debts per Article 1, section 10, clause 1 of the Constitution for the United States of North America; or

B. private corporate commercial paper (Federal Reserve Notes) or securities (checks) which are unconstitutional counterfeit coins and do not constitute payment.

**Counter Claim**

Your instrument titled MORTGAGE STATEMENT dated December 17,2024, and any other attachments associated with account number 0696921980, and your claim of an alleged debt are notwithstanding, null and void for fraud under Title 18 USC §1341 due to the following:

1. You and your foreign company, Mr. Jamie Dimon, (acting as) JPMORGAN CHASE CO., are third party intervenors and are not the holder-in due-course of any alleged original "Promissory Not".
2. You and your foreign company, Mr. Jamie Dimon, (acting as) JPMORGAN CHASE CO., do not hold or possess 'aboriginal' title or 'allodial title' to my ancestral estate in reversion known as 703Deveron Lane. Houston, Texas therefore, you do not have the right to lease, rent, or sell such property;
3. You and your foreign company, Jamie Dimon, (acting as) JPMORGAN CHASE CO., never lent me any gold or silver coins in any amount;
4. Your claim of an allege debt can only be 'acquitted' and discharged' pursuant to Title 12 U.S.C. §95a

(2) due to there being no gold and silver coins available in public circulation to lawfully pay any public or private debt: See Article 1, section 10, clause 1 of the Constitution for the United States of North America
"*No State shall make any Thing but gold and silver Coin a Tender in Payment of Debts.*"
See Title 12 U.S. Code § 95a - Regulation of transactions in foreign exchange of gold and silver; property transfers; vested interests, enforcement and penalties.
*(2) Any payment conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed,*

[redacted]

**Affidavit**

I declare and affirm by virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution for the United States of North America 1791, and the honor of my Foremothers and Forefathers that the above Affidavit of Dispute is true and correct to the best of my knowledge and

Executed 30th this day of December 2024.

Affiant: Rachael Griffin -EL, de jure
in propria persona, sui juris, in solo proprio authorized representative, ex rel.
RACHAEL GRIFFIN/ RACHEL GRIFFIN
All Rights Reserved.
C/o 703 DEVERON LN.
HOUSTON, TEXAS [Zip Exempt]

DENIA MARIELA PEREA
My Notary ID # 130092166
Expires January 27, 2027

12-30-24.

[redacted]

**Affidavit of Fact**
Certificate of Service

I Rachael Griffin-El, hereby certify that on the 30th. day of December,2024, the enclosed Affidavit of Dispute [Exhibit: A] and attachment EXHIBIT: A1 were sent via certified mail to the following recipient:

Mr. Jamie Dimon, (acting as) Chairman /Chief Executive Officer
JPMORGAN CHASE CO.
270 Park Avenue
New York, NY [near 10017, United States]

All Rights Reserved.

DENIA MARIELA PEREA
My Notary ID # 130092166
Expires January 27, 2027

12/30/24.

U.S. Treasury Department's Office Of Foreign Assets Control
Jane Nelson, Texas Secretary of State
Antony J. Blinken, United States Secretary of State
Merrick B. Garland, United States Attorney General
Volker Türk, United Nations High Commissioner for Human Rights
Office of Consul GeneralMorocco, Maghrib al Aqsá
http://www.EnforceTheConstitution.org/

# Exhibit A1

CHASE

700 Kansas Lane
LA4-6533
Monroe LA 71203

30911 Page 1 of 3

Statement date [illegible]

| Payment due | Amount due |
|---|---|
| 01/01/2025 | $4,224.25 |

RACHEL GRIFFIN
703 DEVERON LN
HOUSTON TX 77090

Evidence of fictitious name/
nom de guerre and fraud

## Mortgage information

| | |
|---|---|
| Account number | 0696921980 |
| Property address | 703 Deveron Ln Houston TX 77090 |
| Original principal balance | $131,012.00 |
| Unpaid principal balance[1] | $118,052.84 |
| Capitalized interest balance | $12,850.38 |
| Maturity date | 03-2053 |
| Interest rate | 4.12500% |
| Escrow balance | ($4,450.75) |
| Unapplied balance | $106.84 |
| Corporate advance balance | $20.00 |

## Past payments breakdown

| | Paid since last statement | Paid year-to-date |
|---|---|---|
| Principal | $0.00 | $1,91[illegible].93 |
| Interest | $0.00 | $4,5[illegible].00 |
| Escrow | $0.00 | $8,5[illegible].00 |
| Fees/Charges | $0.00 | $[illegible].30 |
| Unapplied funds | $0.00 | $1[illegible].84 |
| Total | $0.00 | $15,5[illegible].07 |

## Explanation of amount due

| | |
|---|---|
| Principal | $179.01 |
| Interest | $404.62 |
| Escrow | $777.76 |
| **Monthly payment** | **$1,361.30** |
| **Prior fees/charges** | **$105.06** |
| **New fees/charges** | **$35.02** |
| **Original missed payment date** | **11/01/2024** |
| **Past due amount** | **$2,722.78** |
| Total payment due on 01/01/2025 | $4,224.25 |

Evidence of 'Fraud
and Swindles' under
Title 18 USC 1341

### Tax statements

IRS tax statements

Tax statements will be available online mid-January. Paper tax statements will be in your January billing statement or mailed by January 31.
www.chase.com/TaxStatement

### Important account information

Please see the attached Delinquency Information page for more details on your account status.

### Ways to pay

Convenient and free ways to make your payment

- Enroll in automatic payments at www.chase.com or back of statement coupon
- Make your payment at www.chase.com
- Pay by phone with our dedicated number at 1-833-PAY-CHASE (1-833-729-2427)
- Mail your payment with the coupon below

### Resources

www.chase.com/MyMortgage

Call customer service 1-800-848-9380 (24/7 automated info)
Monday - Friday 8 a.m. - 8 p.m. (ET)
Saturday 9 a.m. - 6 p.m. (ET)

Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-855-265-4193 o visita www.chase.com/Statement

0000001 1660-1-C1P 241217 Page 1 of 3 30911

Evidence of Fraud
and Swindles under
Title 18USC 1341

Mail your payment with the coupon below

0696921980 6 313000 00136139 00139641 00422425 00006

CHASE

Check box and fill out the reverse side if you would like to make changes to your account

RACHEL GRIFFIN

| | |
|---|---|
| Account number | 0696921980 |
| Total amount due | $4,224.25 |
| Payment due date | 01/01/2025 |

CHASE
PO BOX 78420
PHOENIX AZ 85062-8420

To make additional principal or escrow payments, sign on to www.chase.com or detach coupon and mail with your check

| | |
|---|---|
| Monthly payment $1,361.30 | $ |
| Late charges $140.08 | $ |
| Fees due $0.00 | $ |
| Additional principal | $ |
| Additional escrow | $ |
| Total amount enclosed | $ |

⑆500005026⑆ 0000696921980⑈

Moorish National Republic Federal Government
Moorish Divine and National Movement of the World
Northwest Amexem / Northwest Africa / North America /
'The North Gate'
~'Temple of the Moon and Sun'~
e o~Societas Republicae Ea Al Maurikanos~ e
The True and De jure Natural Peoples ~ Heirs of the Land

## Affidavit of Fact

**Adverse Claim of Title and Reversion of Ancestral Estate- EXHIBIT: B**
International Document
Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

Mr. Jamie Dimon, (acting as) Chairman of the Board of Directors /Chief Executive Officer
JPMORGAN CHASE CO.
270 Park Avenue
New York, NY [near 100017, United States]

Re: Misrepresented Instruments - Bills of Attainder / Foreign Bills of Exchange titled **MORTGAGE STATEMENT** December 17,2024, associated with account number 0696921980; and my ancestral estate in reversion known as 703 Deveron Ln. Houston, Texas.

**Stare Decisis Law**

*"A state cannot refuse to give foreign nationals their treaty rights because of fear that valid international agreements may possibly not work completely to the satisfaction of state authorities. Under the supremacy clause of the United States Constitution Art. VI, clause 2, state policies as to the rights of aliens to inherit must give way to overriding federal treaties and conflicting arrangements." See Kolovrat v. Oregon, 366 U.S. 187, 194, 81 S.Ct. 922 (1961)*

[redacted] [redacted]

I Rachael Griffin-El, sui juris, an aboriginal and indigenous Mooris American sovereign national of the Moroccan Empire at Maghrib alAqsá, North-West Amexem /North America, being of legal age, after being duly affirmed according to law, hereby depose, and state the following:

1. I am one of the surviving consanguinity heiress apparent of the late ancient Moabites (modernly known as Moroccans) from the land of Moab who received permission from the Pharaohs of Kemet to settle and inhabit North-West Africa (Amexem); they were the founders and are the true possessors of the present Moroccan Empire, with their Canaanite, Hittite, and Amorite brethren who sojourned from the land of Canaan seeking new homes. Their dominion and inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present North, South, and Central America and also Mexico and the Atlantis Islands, before the great earthquake, which caused the the great Atlantic Ocean.

2. My nationality / citizenship and political status as an aboriginal indigenous Moorish American sovereign national of the Moroccan Empire and direct descendant of the ancient Moabites (Moroccans) by jus sanguinis, is recognized under registration number CAA 222141, Class A, with the Clock of Destiny Moorish American National Identification Card and Zodiac Constitution recorded by Charles Mosley Bey, a Moorish American and my kin by consanguine, on September 10, 1952, in the Library of Congress Copyright Office, Washington, District of Columbia, and the United States Department of Justice.

3. My Moabite ancestors died intestate, and was vested with reversionary interest in the lands and resources of the Moroccan Empire at North America, which is in de facto occupational use, in usufruct, by the foreign hybrid <u>European colonists exercising feudal law practices under color of law as citizens / members / beneficiaries of the UNITED STATES</u> (Inc.) under the expired fifty (50) year mandate, i.e., the Treaty of Peace and Friendship of 1836 (in force 1837) between the United Sates of North America and the Moroccan Empire; which superseded the Treaty of Peace and Friendship of 1787 between the United States of America, and his Imperial Majesty the Emperor of Morocco. <u>This treaty is the supreme Law of the Land under the 'Supremacy Clause' of the Constitution for the United States of North America Article VI, clause 2. Article 25</u> of the aforesaid Treaty of 1836 avers the expiration term as follows:

**Article 25.** This Treaty shall continue in force, with the help of God, for fifty years; after the expiration of which term, the Treaty shall continue to be binding on both parties, until the one shall give twelve months' notice to the other of an intention to abandon it; in which case, its operations shall cease at the end of the twelve months."

4. Per my treaty right to inherit under **Article 22** of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire, and in accordance with the international law provisions of the United Nations Declaration on the Rights of Indigenous Peoples, I am competent to make

STATE OF TEXAS (inc.) and subsidiaries as escheated fee simple property under color of law within purview of the unconstitutional 14th Amendment to the United States Constitution. Per the stare decisis law in the Kolovrat case mentioned above, my treaty right to inherit property under <u>Article 22 of the said Peace Treaty of 1836 overrides all state policies</u> that are made to the contrary, which aver the following:

**Article 22.** If an American citizen shall die in our country and no will shall appear, the Consul shall take possession of his effects, and if there shall be no Consul, the effects shall be deposited in the hands of some. Person worthy of <u>Trust, until the Party shall appear who has a right to demand them, but if the Heir to the Person deceased be present, the property shall be delivered to him without interruption</u>; and if a will shall appear, the property shall descend agreeable to that will, as soon as the Consul shall declare the validity thereof.

5. I hereby make an adverse claim of aboriginal title to my ancestral estate in reversion as described below, to wit:

ALL that certain plot, piece or parcel of land with resources, buildings and improvement thereon erected, situated, lying and being, known to be located near Houston, Texas; known by the street address of 703 Deveron Lane. Texas, at Maghrib al Aqsá, North-West Amexem, and geographically located on the North American continent within the dominions of the Moroccan Empire at Maghrib al Aqsá, North-West Amexem, Latitude

Longitude 95.437722 Latitude 30.009458
GPS Coordinates30° 0' 34.0488" N95° 26' 15.7992" W

6. This claim is made pursuant to the aboriginal land tenure systems, traditions, and customs of my ancient Moabite Foremothers and Forefathers in accordance with international law under Articles 26, 27, 28, 29, 30, and 37 of the United Nations Declaration on the Rights of Indigenous Peoples.

7.The above-described property is registered in a private allodial trust titled: Allodial Irrevocable Private Living Trust of Rachael Griffin- El dated December 30,2024, which I am the Trustee of; and the attached document titled Memorandum of Trust shall serve as evidence of such trust.

8. Any mortgage, hypothecation, lien, encumbrance, or fee simple deed (color of title) attached to my ancestral estate in reversion known as 703 Deveron Lane. Houston Texas, claimed or held by any citizen(s) of the United State via feudal law practice within purview of the 14th Amendment to the United States Constitution, being recorded in the Land Records of Harris County, Texas, or any other records in the Land Records of Harris County, Texas, or any other records associated there to are held to be ineffective, invalid, null, void and unconstitutional per the Congressional Record Proceedings and Debates of the 90th Congress, 1s Session,

Moorish National Republic Federal Government
Moorish Divine and National Movement of the World
Northwest Amexem / Northwest Africa / North America /
'The North Gate'
~'Temple of the Moon and Sun'~
e o~Societas Republicae Ea Al Maurikanos~ e
The True and De jure Natural Peoples ~ Heirs of the Land

**Memorandum of Trust**
International Document - Consular Jurisdiction and Venue

**KNOW THAT, I,** Rachael Griffin-El, being in care of the mailing location at C/o703 Deveron Lane. Houston, Texas, as Grantor, created an allodial private irrevocable trust, known as the Allodial Irrevocable Private Living Trust of
Rachael Griffin-El dated December 30, 2024, by executing a Declaration of Trust, dated December 30, 2024, naming I Rachael Griffin-El, as Trustee and beneficiary.

This Memorandum of Trust is executed as evidence of the existence of the foregoing
Declaration of Trust. Any person may rely upon this Memorandum of Trust as evidence of the existence of said Declaration of Trust, and is relieved of any obligation to verify that any transaction enterd into by a Trustee thereunder is consistent with the terms and conditions of said Declaration of Trust.

The Declaration of Trust and the trusts created thereunder may be referred to by the
name: "Allodial Irrevocable Private Living Trust of Rachael Griffin-El dated December 30, 2024". Any transfers to the Declaration of Trust or any trust thereunder may refer to the aforesaid appellation as Trustce under the name "Allodial Irrevocable Private Living Trust of Rachael Griffin-El

dated December 30, 2024", with or without specifying any change in

[redacted] [redacted]

Volume 113 - Part 12, June 12, 1967, page 15614 (The 14TH Amendment Is Unconstitutional).

9. I am, therefore, executing this Affidavit for the purpose of attesting to the truthfulness of the facts set forth herein.

## AFFIDAVIT

I affirm by virtue of Divine Law; under the Zodiac Constitution; and upon the United States Republic Constitution; and upon the honor of my Foremothers and Forefathers that the foregoing Affidavit of Fact: Adverse Claim of Title and Reversion of Ancestral Estate is true and correct.

Executed this 30th day of December 2024

Affiant: Rachael Griffin -EL, de jure,
in propria persona, sui juris, in solo proprio authorized representative, ex rel.
RACHAEL GRIFFIN/ RACHEL GRIFFIN
All Rights Reserved.
C/o 703 DEVERON LN.
HOUSTON, TEXAS [Zip Exempt]

DENIA MARIELA PEREA
My Notary ID # 130092166
Expires January 27, 2027

12/30/24.

[redacted] [redacted]

Trustee(s).

**IN WITNESS WHEREOF,** the Grantor has executed this Memorandum of Trust as of

This 30th day of December,2024.

Affiant: Rachael Griffin -EL, de jure
in propria persona, sui juris, in solo proprio authorized representative, ex rel.
RACHAEL GRIFFIN/ RACHEL GRIFFIN
All Rights Reserved.
C/o 703 DEVERON LN.
HOUSTON, TEXAS [Zip Exempt]

Maghrib al Agṣá.
North-West Amexen.

Duly subscribed and affirmed on this 30 day of December , 1115 M.C.V. (C.C.Y. 2024), before me, the Consul of Morocco at the Texas state republic, personally appeared Rachael Griffin-El, personally known to me or proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to the within instrument and acknowledged to me that (he/she) executed the same in [his/her] capacity, and that by (his/her) signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.



AS WITNESS my hand and official seal:

Autograph:______________________________
Wazir [Notary Public]. All Rights Reserved.

Appellation (printed) [illegible]

***Moorish National Republic Federal Government***

***Moorish Divine and National Movement of the World Northwest Amexem / Northwest Africa / North America / "The North Gate'***

***~'Temple of the Moon and Sun'~***

***e o~ Societas Republicae Ea Al Mourikanos~ e***

***The True and De jure Natural peoples ~ Heirs of the Land***

---

Affidavit of Fact

**Notice of Default**

International Document

Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

Exhibit: B

Mr. Jamie Dimon, (acting as) Chairman of the Board of Directors / Chief Executive Officer
JPMORGAN CHASE CO.
270 Park Avenue
New York, NY [near 1001, United States]

Re: Misrepresented Instruments - Bills of Attainder / Foreign Bills of Exchange titled MORTGAGE STATEMENT December 17,2024, associated with account number 0696921980; and my ancestral estate in reversion known as 703 Deveron Ln. Houston, Texas.

On or about January 10, 2025, you were served with process at your present address via United States Postmaster - certified mail (article number 9589 0710 5270 2556 6743 81) with the Affidavit of Dispute [Exhibit: A] and attachment EXHIBIT A1, and you were given ten

(10) days from that date as an opportunity to answer and prove your claim in accordance with the prerequisites of my due process rights secured under the 5th Amendment of the Constitution for the United States of North America; As of this date you have waived your due process rights by failing to answer and prove your claim of an alleged debt which constitutes default.

Your default stands as conclusive evidence of your admission by silence to you being guilty of fraud and swindles under Title 18 USC 1341. Your default also stands as conclusive proof of you having no valid claim of a debt, and proof that your misrepresented instrument - bill of attainder / foreign bill of exchange titled MORTGAGE STATEMENT dated December 17, 2024, and any other instrument associated with account number 0696921980 are unconstitutional, notwithstanding , null and void ab initio, and are unenforceable for fraud. See **United States v. Throckmorton, 98 U.S. 61, 25 L.Ed. 93** (*Fraud vitiates the most solemn contracts, documents, and even judgments.* ").

**Redress**

In accordance with the 'Fair Credit Reporting Act' (FCRA) §611(a)(5)(B)(ii) (ill) you must immediately report to the credit reporting agencies that the alleged debt associated with account 0696921980 shall be immediately removed from the credit report for fraud. Otherwise, you are guilty of 'Fraud and Swindles' under federal law Title 18 USC §1341, which states the following:

"*Whoever, having devised or intending to devise any* scheme or artifice to defraud, *or for obtaining money or property by means of false or fraudulent pretenses, representations. or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred. disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the* Robert T. Satfford Disaster

*Relief and Emergency Assistance Act (42 (S.C. 5/22)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both."*

**Affidavit**

I declare and affirm by virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution for the United States of North America 1791. and the honor of my Foremothers and Forefathers that the above Notice of Default is true and correct to the best of my knowledge and honorable intent.

Executed this 27 day of January 2025.

LATORYA WATSON CLINCY
Notary Public, State of Texas
Comm. Expires 03-22-2026
Notary ID 13150031-1

Latorya Watson Clincy

Rachael Griffin El

Alliant: Rachael Griffin El, de jure

in propria persona, sui juris, in solo proprio authorized representative, ex rel.

RACHAEL GRIFFIN/ RACHEL GRIFFIN

Al Rights Reserved

C/o 703 DEVERON LN.

HOUSTON, TEXAS [Zip Exempt]

**Affidavit of Fact**
Certificate of Service

I Rachael Griffin-El, hereby certify that on the 27 day of January 2025. the enclosed Affidavit of Fact: Notice of Default [Exhibit: B] was sent via certified mail to the following recipients:

Mr. Jamie Dimon, (acting as) Chairman of the Board of Directors / Chief Executive Officer
JPMORGAN CHASE CO.
270 Park Avenue
New York, NY [near 100017, United States]

LATORYA WATSON CLINCY
Notary Public, State of Texas
Comm. Expires 03-22-2026
Notary ID 13150031-1

Rachael Griffin-El
All Rights Reserved

CC U.S. Treasury Department's Office of Foreign Assets Control
Jane Nelson, Texas Secretary of State
Antony J. Blinken, United States Secretary of State
Merrick B. Garland, United States Attorney General
Volker Türk, United Nations High Commissioner for Human Rights
Office of Consul GeneralMorocco, Maghrib al Aqsá
http://www.EnforceTheConstitution.org/

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

NEW YORK, NY 10017

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $13.35 |
| Total Postage and Fees | [illegible] |

Postmark Here

12/31/2

Sent To Jamie Dimon JPMorgan C

Street and Apt. No., or PO Box No. 270 Park Avenue

City, State, ZIP+4®

9589 0710 5270 2556 6743 81

SCAN

Showing: All

9589071052702556674381

**Delivered to Agent:**
NEW YORK, NY 10017 on
January 10, 2025 at 10:33 am

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Jamie Dimon
JPMorgan Chase Co.
270 Park Avenue
New York, NY 10017

9590 9402 8811 4005 7265 78

2. Article Number *(Transfer from service label)*
9589 0710 5270 2556 6743 81

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X RTS
☑ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery
1/10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Mail
☐ ... Mail Restricted Delivery
...0)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

*Moorish National Republic Federal Government*

*Moorish Divine and National Movement of the World Northwest Amexem / Northwest Africa / North America / "The North Gate'*

*~'Temple of the Moon and Sun'~*

*e o~ Societas Republicae Ea Al Mourikanos~ e*

*The True and De jure Natural peoples ~ Heirs of the Land*

---

Affidavit of Fact

**<u>Notice of Error</u>**

International Document

Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

Exhibit: C
Mr. Jamie Dimon, (acting as) Chairman of the Board
of Directors /Chief Executive OfficerJP MORGAN CHASE & CO.
270 Park Avenue,New York ,NY [near 10017,United State]

Re: Misrepresented Instrument - Bill of Attainder / Foreign Bill of Exchange styled as a Letter dated January 14' 2025 Notice of Breach, associated with account number 0696921980; and my ancestral estate in reversion known as 703 Deveron lane Houston Texas

<u>Stare Decisis Law</u>

See **United States v. Throckmorton, 98 U.S. 61, 25 L.Ed. 93** ("Fraud vitiates the most solemncontracts, documents, and even judgments. ").

I am in receipt of the misrepresented instrument - bill of attainder / foreign bill of exchange letter dated Letter dated January 14' 2025 and Notice of Breach, regarding account number 0696921980 However, the letter does not constitute an answer to my dispute because it was not sent from you, Jamie Dimon, but was addressed to the fictitious corporate person / nom de guerre RACHEL GRIFFIN under color of law within purview of the unconstitutional 14th Amendment which constitutes fraud. Furthermore, the letter does not reflect the name or signature of the sender which also constitutes fraud and swindles under Title 18 USC 1341. Any future correspondence sent from any mystery person or other third-party person representing the foreign de facto JPMORGAN Chase & Co. will be ignored for fraud! See **EXHIBIT: C1** attached hereto as conclusive evidence of *Fraud and Swindles' under Title 18 USC 1341.

Wherefore, your spurious instrument letter dated January 14, 2025 and Notice of Breach, and any other attachments associated thereto regarding account number 0696921980 are UNCONSTITUTIONAL, ERRONEOUS, NULL and VOID AB INITIO, and are UNENFORCEABLE for fraud. You are to CEASE and DESIST forthwith in sending me any further spurious instruments / letters as an attempt to extort funds from me by way of fraud. This Notice of Error and other supporting affidavits and documents will be used as conclusive evidence of your guilt of Fraud and Swindles' under Title 18 USC 1341.

**Affidavit**

I declare and affirm by virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution for I declare and affirm by virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution for the United States of North America 1791. and the honor of my Foremothers and Forefathers that the above Notice of Error is true and correct to the best of my knowledge and honorable intent.

Executed this 14th day of February 2025.

Rachael Griffin-El

Affiant: Rachael Griffin-EL, de jure
in propria persona, sui juris, in solo proprio authorized representative, ex rel.



c/o 703 Deveron lane
Houston,TX[ 77090]

**Affidavit of Fact**
Certificate of Service

I Rachael Griffin-El, hereby certify that on the 14 day of Febuary 2025, the enclosed Affidavit of Fact: Notice of Error [Exhibit: C] and attachment EXHIBIT: C1 were sent via certified mail to the following recipients:

Mr. Jamie Dimon, (acting as) Chairman of the Board of Directors /Chief Executive Officer
JPMORGAN CHASE &CO.
270 Park Avenue
New York, NY [near 100017, United States]

All Rights Reserved

CC U.S. Treasury Department's Office of Foreign Assets Control
Jane Nelson, *Texas Secretary of State*
Antony J. Blinken, United States Secretary of State
Merrick B. Garland, United States Attorney General
Volker Türk, United Nations High Commissioner for Human Rights
Office of Consul GeneralMorocco, Maghrib al Aqsá

# EXHIBIT: C1

Chase (Mail Code LA4-6953)
700 Kansas Lane
Monroe, LA 71203
For Undeliverable Mail Only

USPS CERTIFIED MAIL™

9214 8901 0754 4627 6419 85

RACHEL GRIFFIN
703 DEVERON LN
HOUSTON TX 77090

Evidence of Fictitious corporate name/ nom de guerre which constitute fraud

CHASE

Chase (Mail Code LA4-6953)
700 Kansas Lane
Monroe, LA 71203
For Undeliverable Mail Only

01/14/2025

RACHEL GRIFFIN
703 DEVERON LN
HOUSTON, TX 77090

Evidence of fictitious corporate name/ nomde guerre which constitutes fraud.

Our records indicate that you may have received a discharge of this debt in a prior bankruptcy case. If you have received a discharge, you are no longer personally obligated to repay the loan, and we are not contacting you in an attempt to collect a debt. But, as long as we have a lien on the property, not making payments on the account can ultimately lead to foreclosure.

**Please read this important information about the status of your loan**

| | |
|---|---|
| Account: | 0696921980 (the "loan") |
| Property Address: | 703 DEVERON LN<br>HOUSTON, TX 77090 (the "property") |

Dear RACHEL GRIFFIN:

We want you to be aware of the next steps that will occur if your loan is not brought up to date by 02/18/2025. We understand this may be a difficult time and want you to know that we're here to help if you're having trouble making your payment. Please read this letter carefully and call us at 1-800-848-9380 if you have questions.

**Acceleration Warning (Notice of Intent to Foreclose)**

Under the terms of your loan agreement, mortgage or deed of trust (Security Instrument) securing your loan, we (JPMorgan Chase Bank, N.A. or Chase) are notifying you of the following:

1. **Your loan is in default** because we haven't received the required monthly payments starting with the payment due 11/01/2024.

2. **As of 01/14/2025, the total amount past due is $4,157.41.** This includes total past due monthly payments of principal, interest and escrow (if applicable), late fees, insufficient funds (NSF) fees, and other fees and advances due under the terms of your loan documents. The past-due amount is detailed below. . If applicable, you may be responsible for additional escrow amounts that Chase may pay from the date of this letter. If you have questions about the amounts detailed below, please call us as soon as possible.

| | |
|---|---|
| Total Monthly Payments: | $4,084.17 |
| Late Fees: | $140.08 |

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Certified Article # [illegible]

| | |
|---|---|
| NSF Fees: | $0.00 |
| Other Fees:[1] | $0.00 |
| Advances:[1] | $40.00 |
| Amount Held in Suspense: | $106.84 |

*[1] Other Fees and Advances include those amounts assessed in accordance with your loan documents, and/or permitted by applicable law, or that were authorized for services rendered.*

You are also responsible for paying any amounts that become due from the date of this letter. This may include taxes, insurance, inspection fees, and other fees and charges, as permitted by applicable law

If you disagree with the past-due amount listed above, or if you believe your loan is current, please call us

3. **<u>You have the right to cure the default. Action required to cure the default:</u>** You must pay the total monthly payments minus suspense $3,977.33 by 02/18/2025 in order to cure this default. All late fees, NSF fees, and other fees and advances are still valid and will need to be paid under the terms of your loan documents.

4. **Here's what will happen if you fail to cure the default on or before 02/18/2025**
   - We will require payment of your loan balance in full (accelerate the maturity of the loan by declaring all sums secured by the Security Instrument immediately due and payable).
   - Close (terminate) your credit line if the loan provides for revolving advances.
   - Begin foreclosure proceedings and sell the property. If this happens, we may be entitled to collect expenses incurred in pursuing the remedies provided in the Security Instrument, which may include, but not be limited to, allowable foreclosure/attorney fees, and other expenses permitted by your loan documents or applicable law.

5. You have the right to reinstate after acceleration of the loan and the right to bring a court action to assert the nonexistence of a default, or any other defense to acceleration, foreclosure, and sale. However, the amount required to reinstate may be higher than what is owed under Paragraph 2 above due to additional fees and charges that we are entitled to collect under the loan, including attorney fees related to any foreclosure action we initiate.

6. Please note a foreclosure action may not be initiated until your loan is at least 121 days past due, and you have been sent this notice.

7. If your personal liability for this account has not been discharged in a bankruptcy proceeding and if permitted by law, a deficiency judgment may be pursued if your account is referred to foreclosure

8. **Important information for Rural Housing Service - Guaranteed Loans** The Rural Housing Service may reimburse us (pay us a loss claim) if the default is not cured by the date referenced above and the account is referred to foreclosure. You may be responsible for repaying this claim to the Rural Housing Service. If your personal liability for this account has not been discharged in a bankruptcy, the Rural Housing Service may use all options, including those under the Debt Collection Improvement Act (DCIA) to recover the full amounts due. The DCIA provides for the collection of outstanding federal debts through the Treasury Offset Program which allows federal payments such as Social Security benefits to be reduced or "offset" in order to repay the outstanding debt

9. **Here's information on how to make your payment of $3,977.33**
   - Visit chase.com/WaysToPay for information on making online payments

- Call us to make your payment over the phone, free of charge
- Make your payment at a Chase branch
- Mail your payment to one of the addresses below.

| | |
|---|---|
| Regular Mail: | CHASE<br>PO BOX 78420<br>PHOENIX, AZ 85062-8420 |
| Overnight Mail: | CHASE<br>PO BOX 78420 3137 EAST ELWOOD STREET, SUITE 130<br>PHOENIX, AZ 85034-7225 |

If we have received six insufficient funds (NSF) payments in the last six months, certified funds are required and payments must be received by mail or in a Chase branch.

Except as required by law, we are not required to accept less than the full amount owed. If we receive less than the full amount owed, we may apply it to your loan without waiving any default or waiving our right to accelerate the loan and begin foreclosure proceedings.

10 **Assert and protect your rights as a member of the armed forces of the United States. If you or your spouse is serving on active Military duty, including active Military duty as a member of the Texas National Guard, a member of the National Guard of another state, or a member of a reserve component of the armed forces of the United States, please send written notice of the active Military service using the contact information below.**

| | |
|---|---|
| **Mail:** | **Chase**<br>**Attn: SCRA Request**<br>**P.O. Box 183240**<br>**Columbus, OH 43218-3240** |
| **Fax:** | **1-888-890-6803; it's free from any Chase branch** |
| **Email:** | **Send us a secure message by signing in to your account at chase.com** |

11. **Assistance options may be available to help you.** We have a variety of homeowner assistance options that might help you keep your home; however, we need to talk with you to discuss these options and determine which of them might be appropriate for your circumstances Please call us as soon as possible at 1-800-848-9380.

12. **We may complete property inspections while the loan remains in default.** Property inspections may be done to determine the property condition, occupancy status and possibly your plans for curing the default and paying this loan on time. Any costs incurred by us may be added to the amount you now owe if permitted by your loan documents or applicable law.

JPMorgan Chase Bank, N.A. is the mortgage servicer for your loan and is the duly authorized agent for loan servicing administration for its principal and the investor of your loan, JPMorgan Chase Bank, National Association, pursuant to a written agreement. All notices, payments, correspondence, and other communications regarding your real estate loan should continue to be directed to Chase

**Here's where to look for help**
You can find additional resources below to help you with your mortgage:

- The Homeowners HOPE Hotline can take your call anytime at 1-888-995-HOPE (1-888-995-4673).
- The U.S. Department of Housing and Urban Development (HUD) has a list of agencies that offer free mortgage-assistance counseling. For a list of agencies, call HUD at

1-800-569-4287, or 1-800-877-8339 for TTY services, or go to hud.gov and, under the "Resources" tab, select "Foreclosure Avoidance Counseling."

If you have questions, please call us; we accept operator relay calls.

Sincerely,

Evidence of there being no name or signature of the sender which constitutes fraud and swindles under Title 18 USC 1341

Chase
1-800-848-9380
chase.com

CERTIFIED MAIL: Return Receipt Requested and First Class Mail

Esta comunicación contiene información importante acerca de la cuenta. Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-800-848-9380.

**Important Legal Information**

**We are a debt collector**
This is an attempt to collect a debt and any information obtained will be used for that purpose. However, to the extent your original obligation is subject to the automatic stay of bankruptcy or was discharged under the United States Bankruptcy Code, this notice is for compliance with non-bankruptcy law and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. Nothing in this notice means that you're required to repay a debt that's subject to the automatic stay or has been discharged. Any payment you make on the account is voluntary, but if the original obligation is secured by collateral, we retain the rights under any applicable security instrument.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number

**Information for Servicemembers and their dependents**
If you or any occupant of your home are or recently were on active Military duty or related active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA), state law, or Chase policy. This includes protection from foreclosure or eviction, and in some cases, interest rate benefits. Some protections also may be available if you are the dependent of an eligible Servicemember. Although Servicemember interest rate benefits under the Servicemembers Civil Relief Act don't allow you to defer payments, some states allow for a payment deferral if certain conditions are met

For more information, please call Chase Military Services at 1-877-469-0110.

ID NQWgm6ns3B
BR034

New York, NY 10017

Certified Mail Fee $4.85

$0.00

Extra Services & Fees
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $

Postage $13.35

Total Postage and Fees $18.20

0056
33

Postmark Here

12/31/2024

Sent To Jamie Dimon JP Morgan Chase C.
Street and Apt. No., or PO Box No. 270 Park Avenue
City, State, ZIP+4 New York NY 10017

9589 0710 5270 2556 6653 72

New York, NY 10017

Certified Mail Fee $4.85

$4.10

Extra Services & Fees
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $

Postage $1.77

Total Postage and Fees $10.72

0056
33

Postmark Here

01/27/2025

Sent To Jamie Dimon / JP MORGAN CHASE
Street and Apt. No., or PO Box No. 270 Park Avenue
City, State, ZIP+4 New York NY 10017

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Jamie Dimon
JPMorgan Chase Co.
270 Park Avenue
New York, NY 10017

9590 9402 8811 4005 7265 78

2. Article Number (Transfer from service label)
9589 0710 5270 2556 6743 81

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X RTS
☑ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 1/10/

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
☐ Pric
☐ Reg
☐ Reg Deli
☐ Sign
☐ Sign Res

Domest

7020 1290 0000 5986 7983

New York, NY 10017

Certified Mail Fee $4.35

Extra Services & Fees
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $

Postage $2.04

Total Postage and Fees $10.99

0056
20

Postmark Here

02/14/2025

Sent To Jamie Dimon / Chase JP Morgan
270 Park Avenue
New York, NY 10017

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Jamie Dimon
270 Park Avenue, New York
NY 10017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 2/18/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

*Moorish National Republic Federal Government*

*Moorish Divine and National Movement of the World Northwest Amexem / Northwest Africa / North America / "The North Gate'*

*~'Temple of the Moon and Sun'~*

*e o~ Societas Republicae Ea Al Mourikanos~ e*

*The True and De jure Natural peoples ~ Heirs of the Land*

---

## Affidavit of Fact
## Notice of Error

International Document Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

Exhibit: D

Jamie Dimon, Chairman of the Board of Director

Chief Executive Officer JPMORGAN CHASE&CO.

270 Park Avenue, New York, NY [near 10017, United State]

Re: Misrepresented Instrument - Bill of Attainder / Foreign Bill of Exchange CHASE styled as a Letter dated February 13, 2025. account statement regarding Account: 0898921980 Notice of Breach, associated with account number 0898921980; and my ancestral estate in reversion known as 703 Deveron Lane Houston, Texas.

Stare Decisis Law

See United States v. Throckmorton, 98 U.S. 61, 25 L.Ed. 93 ("Fraud vitiates the most solemn contracts, documents, and even judgments.")

I am in receipt of your misrepresented instrument - bill of attainder / foreign bill of exchange titled. CHASE February13,2025; and Misrepresented Instrument Bills of Attainder / Foreign Bill of Exchange titled as: Escrow account statement Account number 0696921980 /Statement date February 13,2025/ Review period April/2024 to March/2025.

Neither one of the instruments does not bear a name or signature from the sender, nor is there an identifiable natural person claiming to be the alleged creditor in such instruments. Also, your instruments are addressed to the fictitious corporate person / nom de guerre RACHEL GRIFFIN (race: black) under color of law within purview of the unconstitutional 14th Amendment.

Furthermore, on January 10,2025, you were served process at your present address via United States Postmaster - certified mail (article number 9589 0710 5270 2556 6743 81) with the Affidavit of Dispute, the Affidavit of Fact: Adverse Claim of Title and Reversion of Ancestral Estate and Memorandum of Trust, and you were given ten (10) days from that date as an opportunity to answer and produce the evidence which proves your claim. Since then, you failed to answer which constitutes default.

On January 31, 2025 you were served process at your present address via United States Postmaster - certified mail (article number 9589 0710 5270 2556 6653 72 and 7020 1290 0000 5968 7989 ) with the Affidavit of Fact: Notice of Default and Affidavit of Fact: Notice of Error which stands as conclusive evidence of your admission by silence to you being guilty of fraud and swindles under Title 18 USC 1341; and conclusive proof of you having no valid claim, and the alleged debt associated with account number 0696921980 could only be discharged in pursuance of and in reliance on Title 12 USC 95a(2).

Exhibit: D1; and any and all other spurious instruments that I receive from you and / or any other representative or contractor for the foreign de facto JPMORGAN CHASE N&Co. being associated with account number 0696921980 are void ab initio for fraud and will be ignored. See Exhibit FTC Report. 184793761

Pursuant to 15 USC 1692(a) you are knowingly engaging in abusive, deceptive, and unfair alleged debt collection practices contributing to invasion of privacy. Pursuant to 15 USC 1692(c) without the express permission of a court of competent jurisdiction, you may not communicate with me in connection with the collection of any alleged debt. You have been served notice of my status, nationality, and the appropriate consular jurisdiction in which you are lawfully obligated to respond.
Therefore, each correspondence from you is deemed an inconvenience and violation of 15 USC 1692(c)(a)(1). Pursuant to 1692(c)(c) you are commanded to cease and desist all communications with exception to notify of a remedy.

You are in violation of 15 USC 1692(d) you must not harass, oppress, or abuse me or my estate in connection with the collection of an alleged debt. You are harming me and my estate physically and mentally. You are harming my reputation by way of your fraudulent reporting to credit reporting agencies.
Your communication March 14, 2025, Carlok, acting as CHASE mortgage company, use obscene and profane language (FORECLOSE) against me and my estate used to dehumanize and denationalize.
you are in violation of 15 USC 1692(d)(4) in which you are stating the intent to advertise for sale of any alleged debt to coerce payment of the alleged debt.

You are in violation of 15 USC 1692(e) as you are using false, deceptive, and misleading representation or means in connection with the collection of an alleged debt. You are in violation of 15 USC 1692(e)(2) because you are misrepresenting the character, amount, and legal status of the alleged debt.

You are in violation to 15 USC 1692(e)(8) as you are communicating and threatening to communicate credit information which is known or which should be known to be false, including the failure to communicate that a disputed alleged debt is disputed.

Because you have been unable to validate your claim, the alleged debt is void ab initio for fraud. Therefore, you are in violation of 15 USC 1692(f)(1). You must not pursue the collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the alleged debt or permitted by law. You are in violation of 15 USC 1692(f)(6) because you are threatening to take nonjudicial action to effect dispossession or disablement of property. You are in violation of 15 USC 1692(f)(6)(A) because there is no present right to possession of the property claimed as collateral through an enforceable security interest. You are in violation of 15 USC 1692(f)(6)(C) because the property is exempt by law from such dispossession or disablement.

Pursuant to 15 USC 1692(g)(b) upon receipt of this notice you must immediately cease and desist all collection of the alleged debt as you have neglected to provide a validation of your claim. Pursuant to
15 USC 1681i(5) (A)(i) you must promptly delete the alleged debt being associated with account number 0696821980
Pursuant to 15 USC 1681(b)(6)(?)(A)(ii) all alleged and assumed authorization to communicate any reporting about me or my ancestral estate is revoked with all signatures rescinded.

Affidavit

I declare and affirm by virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution for the United States of North America 1791, and the honor of my Foremothers and Forefathers that the above Affidavit of Fact - Notice of Error [Exhibit:F] and attachment Exhibit:E1, F2 and Exhibit: FTC Report 184703761 is true and correct to the best of my knowledge and

Executed this 17 day of March, 2025

Rachael G.

Affiant: Rachael Griffin -El de jure
in propria persona, sui juris, in solo pro[illegible]
authorized representative, ex rel.



Rachael Griffin-El de jure
In propria persona, sui juris, in solo proprio authorized representative, ex rel.
c/o 703 Deveron Lane
Houston, TX [ 77090]

## Affidavit of Fact

Certificate of Service

I Rachael Griffin-El, hereby certify that on the 17 day of March 2025. the enclosed Affidavit of Fact: Notice of Error [Exhibit: D] and attachment EXHIBIT: D1 were sent via certified mail to the following recipients:

Jaime Dimon, Chairman of the Board of Director

Chief Executive Officer JPMORGAN CHASE&CO.

270 Park place Avenue New York, NY [near 10017, United State]

All Rights Reserved

CC U.S. Treasury Department's Office of Foreign Assets Control
Jane Nelson, Texas Secretary of State
Antony J. Blinken, United States Secretary of State
Merrick B. Garland, United States Attorney General
Volker Türk, United Nations High Commissioner for Human Rights
Office of Consul General/Morocco, Maghrib al Aqsá

# Exhibit: D1

Chase (Mail Code LA4-6953)
700 Kansas Lane
Monroe, LA 71203
For Undeliverable Mail Only

EXHIBIT: D1 CHASE

02/13/2025

Evidence of fictitious corporate name/ nom deguerre which constitutes fraud

000159 · 1 of 3 NEPOHDLA-Z0 45227157 000000000000
RACHEL GRIFFIN
703 DEVERON LN
HOUSTON, TX 77090

Our records indicate that you may have received a discharge of this debt in a prior bankruptcy case. If you have received a discharge, you are no longer personally obligated to repay the loan, and we are not contacting you in an attempt to collect a debt. But, as long as we have a lien on the property, not making payments on the account can ultimately lead to foreclosure.

Please read this important information about the status of your loan

| | |
|---|---|
| Account: | 0696921980 (the "loan") |
| Property Address: | 703 DEVERON LN<br>HOUSTON, TX 77090 (the "property") |

Dear RACHEL GRIFFIN:

We want you to be aware of the next steps that may occur if your loan is not brought up to date. We understand this may be a difficult time and want you to know that we're here to help if you're having trouble making your payment. Please read this letter carefully and call us at 1-800-848-9380 if you have questions about the status of your account, to discuss your next steps, and about payment assistance options that may be available.

Status of account
As of 02/13/2025, the total amount past due is $5,553.82.
This includes total past due monthly payments of principal, interest and escrow (if applicable), late fees, insufficient funds (NSF) fees, and other fees and advances due under the terms of your loan documents. The past-due amount is detailed below. If applicable, you may be responsible for additional escrow amounts that we may pay from the date of this letter. If you have questions about the amounts detailed below, please call us as soon as possible.

| | |
|---|---|
| Total Monthly Payments: | $5,445.56 |
| Late Fees: | $175.10 |
| NSF Fees: | $0.00 |
| Other Fees:[1] | $0.00 |
| Advances:[1] | $40.00 |
| Amount Held in Suspense: | $106.84 |

THIS IS NOT AN EVICTION NOTICE
This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] *Other Fees and Advances include those amounts assessed in accordance with your loan documents, and/or permitted by applicable law, or that were authorized for services rendered.*

You are also responsible for paying any amounts that become due from the date of this letter. This may include; taxes, insurance, inspection fees, and other fees and charges, as permitted by applicable law.

If you disagree with the past-due amount listed above, or if you believe your loan is current, please call us.

**Right to foreclose**
We service a mortgage loan on the property located at the address listed above. Because of the default on the account, we may refer your loan to an attorney to begin the foreclosure process on the property.

**Borrower's responsibilities**
It is your responsibility to adequately maintain the property, including the timely payment of property taxes and homeowners insurance until a sale or title transfer has occurred. If we maintain an escrow account for the payment of either taxes or insurance, we will continue to make payments on your behalf until further notice.

If you wish to abandon the property, please contact us at 1-800-848-9380 to discuss alternatives to foreclosure under which you may be able to surrender the property in exchange for compensation.

**Additional account information**
Upon written request, you are entitled to the following information:

- A copy of your payment history from the period the loan was last less than 60 days delinquent to present
- A copy of the note or lost note affidavit, where applicable
- The name of the Investor that holds or controls the loan
- If we have commenced foreclosure or filed a Proof of Claim, you may obtain copies of any assignments of mortgage or deed of trust required to demonstrate our right to foreclose under applicable state law

You can send a written request for the information listed above to:

Regular Mail: Chase
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

**Availability of loss mitigation options**
If you are discussing alternatives to foreclosure with a Relationship Manager, including the possibility of selling your home for less then you owe, please advise your Relationship Manager that you received this letter and continue to work with them to explore your options.

If you would like to discuss any alternative to foreclosure, including a loan modification, or if you did not qualify for a loan modification and you believe that your application for a modification was denied in error, please contact us immediately.

Your dedicated Relationship Manager assigned to you is LEANDRO ABLEN, who can be reached by calling 1-877-496-3138.

THIS IS NOT AN EVICTION NOTICE

**Here's where to look for help**

You can find additional resources below to help you with your mortgage:

- The Homeowners HOPE Hotline can take your call anytime at 1-888-995-HOPE (1-888-995-4673).
- The U.S. Department of Housing and Urban Development (HUD) has a list of agencies that offer free mortgage-assistance counseling. For a list of agencies, call HUD at 1-800-569-4287, or 1-800-877-8339 for TTY services, or go to hud.gov and, under the "Resources" tab, select "Foreclosure Avoidance Counseling."

If you have questions, please call us; we accept operator relay calls. We're here to help Monday through Friday from 8 a.m. to 8 p.m., and Saturday from 9 a.m. to 6 p.m. Eastern Time.

Sincerely,

LEANDRO ABLEN
Relationship Manager
Chase
1-877-496-3138
chase.com

Enclosed:
- Possible Mortgage Assistance Options

Esta comunicación contiene información importante acerca de la cuenta. Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-800-848-9380, de lunes a viernes de 8 a.m. a 8 p.m. y sábados de 9 a.m. a 6 p.m., hora del Este.

**Important Legal Information**

**We are a debt collector**

This is an attempt to collect a debt and any information obtained will be used for that purpose. However, to the extent your original obligation is subject to the automatic stay of bankruptcy or was discharged under the United States Bankruptcy Code, this notice is for compliance with non-bankruptcy law and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. Nothing in this notice means that you're required to repay a debt that's subject to the automatic stay or has been discharged. Any payment you make on the account is voluntary, but if the original obligation is secured by collateral, we retain the rights under any applicable security instrument.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

**Information for Servicemembers and their dependents**

If you or any occupant of your home are or recently were on active Military duty or related active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA), state law, or Chase policy. This includes protection from foreclosure or eviction, and in some cases, interest rate benefits. Some protections also may be available if you are the dependent of an eligible Servicemember. Although Servicemember interest rate benefits under the Servicemembers Civil Relief Act don't allow you to defer payments, some states allow for a payment deferral if certain conditions are met.

For more information, please call Chase Military Services at 1-877-469-0110.

ID uGHR9J1LOF
9R379

THIS IS NOT AN EVICTION NOTICE

## Assistance Options

Here's an overview of the mortgage assistance options that may be available, their details and possible benefits. There are no fees as part of any of these programs.

### Modification

- A permanent change to the terms of the mortgage loan that brings the account up to date and may make the monthly payment amounts more affordable or lower the interest rate.

### Forbearance Plan

- Make reduced mortgage payments or stop making payments for a specific period of time.
- Gives you time to improve your financial situation.

### Repayment Plan

- Catch up on payments by adding a portion of the past-due amount to your regular payment amount over an extended period of time.
- Allows you time to bring the mortgage up to date over a specific period of time.
- An initial down payment (or contribution) may be required and the regular monthly payment amount will be higher than normal during a repayment plan.

### Fannie Mae and Freddie Mac Payment Deferral

- Brings the mortgage up to date and delays repayment of certain past-due principal and interest payments as well as amounts that we paid on your behalf.
- The deferred balance will come due when the loan matures, the property is sold or transferred or when the interest-bearing balance is paid in full.

### FHA and USDA loans only

Customers with FHA and USDA loans may have the additional options outlined below:

#### FHA Partial Claim

- Advances a portion of the FHA insurance policy on the mortgage loan.
- Brings the mortgage loan up to date by creating an interest-free subordinate mortgage/lien on the property.
- The subordinate mortgage loan will not come due until the end of the loan term, or earlier if the loan is paid off or the home is sold.

#### FHA Payment Supplement

- Uses an FHA partial claim (see above) to bring the mortgage loan up to date and temporarily reduce the monthly payment.

#### USDA Mortgage Recovery Advance

- Brings the mortgage loan up to date by deferring past-due amounts to the end of the loan
- The deferred amount will not accrue interest. It will not come due until the end of the loan term, or earlier if the loan is paid off or the home is sold.

### Short Sale

- Sell the property for less than the balance remaining on the mortgage.
- In some cases, relocation assistance may be available to help you move out of the property and avoid foreclosure.
- You may be required to make a cash contribution and/or execute a promissory note if you're eligible for and accept this option.

### Deed-in-Lieu of Foreclosure

- Transfer the ownership of the property to us.

THIS IS NOT AN EVICTION NOTICE

- In some cases, relocation assistance may be available to help you move out of the property and avoid foreclosure.
- You may be required to make a cash contribution and/or execute a promissory note if you're eligible for and accept this option.

All of the assistance options listed above would require our approval, and there are criteria that you would need to meet to qualify.

**Additional Alternative to Foreclosure**
**Reinstatement**

- Pay the total amount due in one lump sum payment by a specific date.
- Allows you to avoid foreclosure by bringing the mortgage loan up to date
- This may follow a forbearance plan, which is described above.

CHASE

Executive Office (Mail Code OH4-7120)
3415 Vision Drive
Columbus, OH 43219

December 10, 2024

Rachel Griffin
703 Doveron Ln.
Houston, TX 77090

04155500050010015100030800020

**Your loan agreement is a legal obligation**

| | |
|---|---|
| Customer Name: | Rachel Griffin |
| Account: | ******1980 |
| Reference Number: | ECW241121-04337 |
| Property Address: | 703 Doveron Ln.<br>Houston, TX 77090 |

Dear Rachel Griffin:

We are responding to your inquiry about a payment for your loan above. We appreciate the opportunity to assist you.

We recently received a payment coupon, on which you wrote "Accept for Deposit – Pay to Bearer - Two Thousand Seven Hundred Ninety-Two and 82 cents, Pay on Demand as Non-Negotiable Accepted for Value Approved for Payment". This document references your obligation with us. Your document is not valid nor is it recognized or accepted as payment. Please contact us immediately if you have filed this or any related documents with any agency, court or other forum so that we may notify them that it is not valid. Furthermore, you should be aware that your efforts do not eliminate debt.

We expect you to fully comply with the terms of your loan. We do not agree to your unilateral attempt to alter your agreement's terms, and object to any attempts to interfere with our security interests. Any attempt to void the obligation or security interest through unauthorized means is improper and will not be accepted.

We have enclosed copies of your Fixed Adjustable Rate Note, your Deed of Trust, and a loan payment history. These documents establish that you have undertaken a valid, binding and legally enforceable credit obligation.

**Here's the current status of your loan**
Your November 1, 2024, payment is due as well as all subsequent payments and applicable fees. If you have already made the past-due payment, please disregard this notice.

If you have questions about your loan, please call us at 1-800-848-9136 Monday through Friday from 8 a.m. to 8 p.m. and Saturday from 9 a.m. to 6 p.m. Eastern Time. If you still need help, our office is available Monday through Friday from 8 a.m. to 9 p.m. and Saturday from 9 a.m. to 6 p.m. Eastern Time. We accept operator relay calls.

Home Lending Executive Office
1-877-805-8049
chase.com
executive.office@chase.com

Enclosures

Esta comunicación contiene información importante acerca de la cuenta. Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-877-805-8049, de lunes a viernes de 8 a.m. a 9 p.m. y sábados de 9 a.m. a 6 p.m., hora del Este.

Important Legal Information

This is not an attempt to collect a debt; this is a response to a customer inquiry.

**Information for Servicemembers and their Dependents**
If you or any occupant of your home are or recently were on active Military duty or related active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA), state law, or Chase policy. This includes protection from foreclosure or eviction, and in some cases, interest rate benefits. Some protections also may be available if you are the dependent of an eligible Servicemember. Although Servicemember interest rate benefits under the Servicemembers Civil Relief Act don't allow you to defer payments, some states allow for a payment deferral if certain conditions are met.

For more information, please call Chase Military Services at 1-877-469-0110.

ID 17zg8azPH)
EX168

CHASE

Exhibit :D2

700 Kansas Lane
LA4-6355
Monroe, LA 71203

Evidence of fictitious name/ nom de guerre which constitutes fraud

Escrow account statement

| | |
|---|---|
| Account number | 0696921980 |
| Statement date | 02/13/2025 |
| Review period | 04/2024 to 03/2025 |

Property address
703 Deveron Ln
Houston, TX 77090

01662 ECA Z 04425 C - BRE ESH SCP BS
RACHEL GRIFFIN
703 DEVERON LN
HOUSTON, TX 77090

Evidence of fraud and swindle under 'Title 18 USC 1341'

New mortgage payment amount
**$1,698.17**

New payment effective date
**04/01/2025**

Thank you for being a valued customer. As you mortgage servicer we are providing important information related to your escrow account. Every year, we review your escrow account to make sure there is enough money to cover your property taxes and/or homeowner's insurance and not go below the minimum required balance. Your annual escrow analysis details the amount we paid on your behalf in the past 12 months and includes projections for the next 12 months. Learn more at www.chase.com/escrow.

Your account has a shortage of **$2,426.53**, or $202.21 per month, for the next 12 months. Usually this is caused by higher taxes and/or insurance than we expected to pay last year. **Please ensure any online payment amounts are updated.**

## Annual escrow breakdown

| Escrow breakdown | What we expected to pay | Change | What we now expect to pay |
|---|---|---|---|
| Homeowner's insurance | $4,311.00 | ↑ | $5,636.00 |
| Property tax | $4,556.97 | ↑ | $5,311.88 |

See the shortage calculation on the following pages in the section "Your estimated escrow account activity".

## Monthly payment breakdown

| Mortgage payment breakdown | Current payment | NEW payment as of 04/01/2025 |
|---|---|---|
| Principal & interest | $583.63 | $583.63 |
| Escrow account deposit | $738.99 | $912.33 |
| Shortage amount | $38.77 | $202.21 |
| **Total payment amount** | $1,361.39 | $1,698.17 |

Pay online at www.chase.com/waystopay. If you're signed up for automatic payments through Chase, we'll update your payment for you. Please update any other payment methods with your new payment amount. Accounts more than 89 days past due are not eligible for repayment of some or all of the escrow shortage.

Keep in mind, higher taxes or insurance can increase your monthly payment, even if you pay the full shortage.

## Resources for you

**Access info online at www.chase.com/escrow to:**
- **Learn more about your escrow account.**
- **Use our Escrow calculator to see ways to manage your escrow account.**

Contact Us

| | |
|---|---|
| **Customer Service** | 1-800-848-9136 |
| Monday-Friday | 8am - 8pm (ET) |
| Saturday | 9am - 6pm (ET) |

## Your escrow account activity for the review period

The chart below shows what actually happened in your escrow account for the review period compared to what we estimated would happen. If an asterisk appears in the chart below, please refer to the note after the chart.

| Month-Year | Activity | Estimated Activity | Actual Activity | Escrow Account Balance: Original Estimated Balance | ACTUAL Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $1,478.07 | -$537.03 |
| Apr-24 | Deposit | $738.99 | $1,549.84 * | $2,217.06 | $1,012.81 |
| May-24 | Deposit | $738.99 | $0.00 * | $2,956.05 | $1,012.81 |
| Jun-24 | Deposit | $738.99 | $777.76 * | $3,695.04 | $1,790.57 |
| Jul-24 | Deposit | $738.99 | $777.76 * | $4,434.03 | $2,568.33 |
| Aug-24 | Deposit | $738.99 | $1,555.52 * | $5,173.02 | $4,123.85 |
| Sep-24 | Deposit | $738.99 | $777.76 * | $5,912.01 | $4,901.61 |
| Oct-24 | Deposit | $738.99 | $777.76 * | $6,651.00 | $5,679.37 |
| Nov-24 | Deposit | $738.99 | $0.00 * | | |
| Nov-24 | Withdrawal - SPRING ISD TAX OFFICE | - | $1,902.22 * | $7,389.99 | $3,777.15 |
| Dec-24 | Deposit | $738.99 | $777.76 * | | |
| Dec-24 | Withdrawal - HARRIS COUNTY | $1,610.39 | $1,963.68 * | $6,518.59 | $2,591.23 |
| Dec-24 | Withdrawal - CITY/SCHOOL | $1,632.05 | $0.00 * | $4,886.54 | $2,591.23 |
| Dec-24 | Withdrawal - HARRIS CO MUD 86 U | $1,314.53 | $1,445.98 * | $3,572.01 | $1,145.25 |
| Dec-24 | Withdrawal - ALLIED TRUST INS CO | - | $5,636.00 * | $3,572.01 | -$4,490.75 |
| Jan-25 | Deposit | $738.99 | $0.00 * | | |
| Jan-25 | Withdrawal - HOMEOWNER IN | $4,311.00 | $0.00 * | $0.00 | -$4,490.75 |
| Feb-25 | Deposit | $738.99 | $3,111.04 E | $738.99 | -$1,379.71 |
| Mar-25 | Deposit | $738.99 | $777.76 E | $1,477.98 | -$601.95 |
| | | Estimated Activity | Actual Activity | Original Estimated Balance | ACTUAL Balance |
| | Total Deposits | $8,867.88 | $10,882.96 | | |
| | Total Withdrawals | $8,867.97 | $10,947.88 | | |
| | Account Balance as of Mar-25 | | | | -$601.95 |

*Note: changes in property taxes and/or insurance payments create the difference between the estimated and actual amounts in the chart. An "E" in the chart above means estimated activity that hasn't occurred yet. The reason(s) why the minimum required balance was not reached may be explained by the items with asterisks, which show the differences between the actual and estimated amounts.*

## Your estimated escrow account activity over the next 12 months

The chart below is highlighted to show your estimated low balance over the next 12 months.

- The lowest balance in your escrow account over the next 12 months is estimated to be -$2,426.53 in January 2026.
- Your Minimum Required Balance is $0.00.
- The difference between your estimated low balance and your minimum required balance shows your escrow account has a shortage of $2,426.53.

Your minimum required balance is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law; it may include up to two months of escrow payments to cover increases in your taxes and/or insurance.

| Month-Year | Activity | Estimated Activity | Escrow Account Balance: Estimated Balance | ACTUAL Balance |
|---|---|---|---|---|
| | Starting Balance | | | -$601.95 |
| Apr-25 | Deposit | $912.33 | $310.38 | |
| May-25 | Deposit | $912.33 | $1,222.71 | |
| Jun-25 | Deposit | $912.33 | $2,135.04 | |
| Jul-25 | Deposit | $912.33 | $3,047.37 | |
| Aug-25 | Deposit | $912.33 | $3,959.70 | |
| Sep-25 | Deposit | $912.33 | $4,872.03 | |

(Continued)

Your estimated escrow account activity over the next 12 months continued

| Month-Year | Activity | Estimated Activity | Escrow Account Balance: Estimated Balance | ACTUAL Balance |
|---|---|---|---|---|
| Oct-25 | Deposit | $912.33 | $5,784.36 | |
| Nov-25 | Deposit | $912.33 | $6,696.69 | |
| Dec-25 | Deposit | $912.33 | | |
| Dec-25 | Withdrawal - HARRIS COUNTY | $1,963.68 | $5,645.34 | |
| Dec-25 | Withdrawal - SPRING ISD TAX OFFICE | $1,902.22 | $3,743.12 | |
| Dec-25 | Withdrawal - HARRIS CO MUD 86 U | $1,445.98 | $2,297.14 | |
| Jan-26 | Deposit | $912.33 | | |
| Jan-26 | Withdrawal - ALLIED TRUST INS CO | $5,636.00 | -$2,426.53 | |
| Feb-26 | Deposit | $912.33 | -$1,514.20 | |
| Mar-26 | Deposit | $912.33 | -$601.87 | |

| | Estimated Activity | Original Estimated Balance | ACTUAL Balance |
|---|---|---|---|
| Total Estimated Deposits | $10,947.96 | | |
| Total Estimated Withdrawals | $10,947.68 | | |
| Estimated Account Balance as of Mar-26 | | -$601.87 | |

CHASE

# How to read your

## Escrow Account Statement



**New monthly mortgage payment amount**
Shows your current payment and your new amount

**Annual escrow breakdown**
Displays your annual escrow expenses with original estimated payment compared to current estimated payments. Most shortages occur because taxes and/or insurance payments were higher than what was estimated.

**Monthly payment breakdown**
Breaks down your monthly payment to show mortgage principal & interest, escrow, shortage amount, and your current vs. new monthly payment amounts

**Your escrow shortage options**
Outlines your shortage payment options

**Optional escrow payment coupon**
If your shortage is greater than $25, use this coupon if you want to mail a full or partial payment of your escrow shortage. You can also pay your shortage at www.chase.com

**Your escrow account activity for the review period**
Shows estimated activity in your account in the review period, with the actual activity in your account. Shortages can occur if the actual taxes and/or insurance payments are higher than estimated.

**Your estimated escrow account activity over the next 12 months**

Frequently asked questions

**Why am I getting an Escrow Analysis?**

We run your Escrow Analysis annually so you know the amount of taxes and/or insurance we paid for you this past year with funds from your escrow account. We also include what we estimate to pay next year.

**What is a minimum required balance?**

For most accounts, the minimum required balance is equal to two months of escrow payments. This minimum balance helps cover any increases in your taxes and/or insurance over the next year.

**Why does my account have a shortage?**

We calculate your monthly escrow payment for the year based on your tax and/or insurance payment amounts at the time your analysis is run. Shortages most frequently occur when your taxes and/or insurance increase during the year. We pay the higher amount due for you. This can create a shortage because we're paying out more then we estimated.

**What do I need to do about this shortage?**

You don't have to do anything and we will automatically spread the shortage payment evenly across next year's mortgage escrow payments.

You have options
- You can pay all of the shortage now.
- You can pay part of the shortage now.

Please note that your escrow payment may still go up, even if you pay all of the shortage, if your tax and/or insurance expenses have gone up.

**How does this impact my Flex Pay arrangement?**

If you are enrolled in a Flex Pay product, your new payment draft amount may begin before the calendar effective date listed on your escrow analysis. This is expected and related to the program and frequency you have selected to have your automatic payments drafted.

**Where can I get more information?**

- For answers to more questions and to watch our informational video, visit www.chase.com/Escrow
- To stay informed about activity from your escrow account throughout the year, sign up for free escrow alerts at www.chase.com/Alerts

0445062004002016520030000000

Evidence of fraud and Swindles' under title

▼ Please detach and return the bottom portion of this statement with your payment, using the enclosed envelope. ▼

0000696921980б 313002 00242653 00000000 00000000 00008

Optional escrow payment

CHASE

| | |
|---|---|
| RACHEL GRIFFIN | |
| Account Number | 0696921980 |
| Statement Date | 02/13/2025 |
| Escrow Shortage | $2,426.53 |

☐ **Option 1:** 12 month spread, no action required; my new monthly payment will be $1,688.17 beginning 04/01/2025.

☐ **Option 2:** Pay shortage of $2,426.53 and adjust my monthly mortgage payment to $1,495.96 starting April 1, 2025, once this payment is processed. Important: Higher taxes or insurance can increase your monthly payment, even if you pay the full shortage.

☐ **Option 3:** Pay $________________ part of the shortage, I understand that the rest of the shortage will be divided evenly and added to my monthly mortgage payment.

Please return this coupon with your check payable to Chase at least 5 days before 04/01/2025, and write your account number on the check.

CHASE
PO BOX 78420
PHOENIX AZ 85062-8420

⑆500005123⑆ 0000696921980⑈

EXHIBIT: FTC

FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number:
184793761

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Last Name: |
|---|---|
| Rachael | Griffin-El |

| Address: | Phone: | Email: |
|---|---|---|
| C/o 703 Deveron lane<br>Houston , TX 77090<br>USA | 281-755-8220 | rachaelgriffin300@gmail.com |

## Personal Statement

I am a receipt of a misrepresented instrument -bill of attainder foreign bill of exchanged titled a Escrow account statement ,and letter date 02132025 the instrument dose not bear signature, this document showed malicious and fraudulent intent. Most importantly the instrument is address to a fictitious person corporate nom de guerre Rachel Griffin (race:black)under color or law misrepresented the spurious creation of the foreign, defacto United States Co. operators, The notice is erroneous,void, ab initio and unenforceable for fraud JPMORGAN CHASE and Franklin credit management received Notice of Dispute on January 10,2025 and they were given an opportunity to answer and produce the evidence as part of discovery process which proves their claim. Sine they have failed to answer or valitheir claims,which constitute default. they received Notice of Error on February 18,2025 non-responsive,which make this fraud and swindle under Title 18 USC 1341 Im a victim.

## Accounts Affected by the Crime

| Fraudulent Real Estate Loan | |
|---|---|
| Company or Organization: | FRANKLIN CREDIT MANAGEMENT CORPORATION |
| Account Number: | 1000002795 |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 9/2024 | $ 0 |

| Fraudulent Real Estate Loan | |
|---|---|
| Company or Organization: | JPMORGAN CHASE |
| Account Number: | 0696921980 |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 9/2024 | $ 0 |

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Rachael Griffin-El**
Rachael Griffin-El

**3/14/2025**
Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

Domestic Mail Only

For delivery information, visit our website at www.usps.com

New York, NY 10017

Certified Mail Fee $4.85

$ $0.00 0056

Extra Services & Fees (check box, add fee as appropriate) $0.00 33

Return Receipt (hardcopy) $ $0.00

Return Receipt (electronic) $ $0.00

Certified Mail Restricted Delivery $ $0.00 Postmark Here

Adult Signature Required $ $0.00

Adult Signature Restricted Delivery $

Postage $13.35

$

Total Postage and Fees $18.20 12/31/2024

$

Sent To Jamie Dimon JPMorgan Chase C.

Street and Apt. No., or PO Box No. 270 Park Avenue

City, State, ZIP+4® New York NY 10017

PS Form 3800, January 2023 See Reverse for Instructions

9589 0710 5270 2556 6743 81

CERTIFIED MAIL® RECEIPT

Domestic Mail Only

For delivery information, visit our website at www.usps.com

New York, NY 10017

Certified Mail Fee $4.85 0056

$ $4.10 33

Extra Services & Fees (check box, add fee as appropriate) $0.00

Return Receipt (hardcopy) $ $0.00

Return Receipt (electronic) $ $0.00 Postmark Here

Certified Mail Restricted Delivery $ $0.00

Adult Signature Required $ $0.00

Adult Signature Restricted Delivery $

Postage $1.77

$ 01/27/2025

Total Postage and Fees $10.72

$

Sent To Jamie Dimon / JPMORGAN CHASE

Street and Apt. No., or PO Box No. 270 Park Avenue

City, State, ZIP+4® New York NY 10017

PS Form 3800, January 2023 See Reverse for Instructions

9589 0710 5270 2556 6653 72

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jamie Dimon
JPMorgan Chase Co.
270 Park Avenue
New York, NY 10017

9590 9402 8811 4005 7265 78

2. Article Number (Transfer from service label)

9589 0710 5270 2556 6743 81

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X RT5 ☑ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery 1/10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
)0)

☐ Pric
☐ Reg
☐ Reg Deli
☐ Sigr
☐ Sigr Resl

Domesti

7020 1290 0000 5986 7483

U.S. Postal Service™

CERTIFIED MAIL® RECEIPT

Domestic Mail Only

For delivery information, visit our website at www.usps.com

New York, NY 10017

Certified Mail Fee $4.85 0056

$ 20

Extra Services & Fees (check box, add fee as appropriate)

Return Receipt (hardcopy) $ $0.00

Return Receipt (electronic) $ $0.00 Postmark Here

Certified Mail Restricted Delivery $ $0.00

Adult Signature Required $ $0.00

Adult Signature Restricted Delivery $

Postage $2.04

$ 02/14/2025

Total Postage and Fees $10.99

Sent To Jamie Dimon / Chase JP Morgan

Street and Apt. No., or PO Box No. 270 Park Avenue

City, State, ZIP+4® New York, NY 10017

PS Form 3800, April 2015 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Jamie Dimon
270 Park Avenue, New York
NY 10017

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery 2/18/25

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Jamie Dimon
270 Park Avenue, New York
NY 10017
Chase JPMorgan

9590 9402 8938 4064 7663 06

2. Article Number (Transfer from service label)
7020 1290 0000 5986 7983

A. Signature
X
☐ Agent
☐ Addre

B. Received by (Printed Name)

C. Date of Deli
2/18/2

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Expres
☐ Registered Mail™
☐ Registered Mail Res Delivery
☐ Signature Confirmat
☐ Signature Confirmat Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Rec

Moorish National Republic Federal Government
Moorish Divine and National Movement of the World

Northwest Amexem / Northwest Africa / North America /
'The North Gate'

~'Temple of the Moon and Sun'~
e o~Societas Republicae Ea Al Maurikanos~ e
The True and De jure Natural Peoples ~ Heirs of the Land

## Affidavit of Dispute

International Document
Notice to Agent is Notice to Principal - Notice to Principal

Exhibit: A

Thomas J. Axon, (acting as) Chairman of the Board of Directors /Chief Executive Officer
FRANKLIN CREDIT MANAGEMENT CORPORATION
101Hudson Street, 25th floor
JerseyCity, [near 07302, United States]

Re: Misrepresented Instruments - Bills of Attainder / Foreign Bills of Exchange titled MORTGAGE STATEMENT December 09,2024, associated with account number 1000002795; and my ancestral estate in reversion known as 703 Deveron Ln. Houston, Texas.

I am in receipt of the unsigned misrepresented instruments - bills of attainder / foreign bills of exchange titled MORTGAGE STATEMENT dated December 9,2024, associated with account number which adversely affects my ancestral estate in reversion known as 703 Deveron Lane., Houston ,Texas [near 77090] However, your instruments do not bear a name or a signature from the sender, nor is there an identifiable natural person claiming to be the alleged creditor in such instruments. Also, your instruments are addressed to the fictitious corporate person /nom de guerre

RACHAEL GRIFFIN /RACHEL GRIFFIN under color of law within purview of the unconstitutional 14th Amendment. Therefore, your instruments titled MORTGAGE STATEMENT dated December 9, 2024, and any other attachments associated with account number 1000002795 are spurious, null and void abinitio, and constitute fraud in the inducement. See **United States v. Throckmorton, 98 U.S. 61, 25L.Ed. 93** ("Fraud vitiates the most solemn contracts, documents, and even judgments. "). Your instrument

and attachments are hereby disputed in accordance with my prerequisite due process rights.

Before you intend to enforce or compel me to an alleged debt, you must first show that you are the 'holder-in-due-course' of an original (not copy) valid and verifiable 'Loan Agreement' mutually made between you and /or an authorized representative of your foreign company Thomas J. Axon, (acting as) FRANKLIN CREDIT MANAGEMENT CORPORATION; and I, upon which the alleged debt is made. Furthermore, pursuant to the 'Best Evidence Rule' you must also be willing to produce the original 'loan agreement' before trying to enforce the alleged debt. See Black's Law Dictionary, 5th Ed..., Page 146:

*Best Evidence Rule. The "best evidence rule" prohibits the introduction into evidence of secondary evidence unless it is shown that original document has been lost or destroyed or is beyond jurisdiction of court without fault of the offering party; if original document is lost, then secondary evidence is properly admissible. State v. Stephens, Mo.App., 556 S.W. 2d 722, 723. Fed.R. Evid. 1002 states the basic rule as follows: "To prove the content of a writing, recording, or photograph, the original writing, recording, or photograph is required, except as otherwise provided in these rules or by Act of Congress.*

## Declaration of Nationality - Citizenship and Status

For the record, I am Rachael Griffin-El, a natural person, in full life, in propria persona, sui juris, in solo proprio. My nationality / citizenship is Moorish American, being an aboriginal and indigenous heiress apparent and national of the Moroccan Empire at North-West Amexem / North America; and authorized representative, ex rel. RACHAEL GRIFFIN/RACHAEL GRIFFIN. All correspondence shall be addressed to me, Rachael Griffin-El, and not the fictitious corporate person / nom de guerre RACHAEL GRIFFIN/RACHEL GRIFFIN which constitutes fraud. See EXHIBIT: A1 attached hereto as conclusive evidence of 'Fraud and Swindles' under Title 18 USC 1341.

## Jurisdiction and Venue

In accordance with the 'Diversity of Citizenship clause under Article III, section 2 of the Constitution for the United States of North America, I hereby invoke my treaty rights to consular jurisdiction in order to have this dispute decided in consular court and venue in accordance with my treaty secured rights under Articles 20 and 21 of the Treaty of Peace and Friendship of 1836 between the United States of North America and the Moroccan Empire; and the 'Supremacy clause' under Article VI, clause 2 of the Constitution for the United States of North America, in any event that this dispute cannot be settled between us. I do not consent to anything to the contrary.

## Discovery and Disclosure

In accordance with the 'Rule of Discovery' and for the purpose of full disclosure, you, Thomas J. Axon' are to schedule with me a timely meeting and opportunity for my consul and I to make a thorough physical inspection of the original 'Promissory Note' and the original 'Deed of Trust' which bears my wet-ink signature, and all loan - related documents that adversely affect the associated account number 1000002795 as stipulated by law ,so as to enable me (the alleged borrower)and my consul to physically examine, verify, confirm, and witness the same. The meeting shall be set and concluded to effectuate the above-stated physical examinations and witnessing of all loan related

documents, with the same being orderly arranged, satisfied, and concluded within **ten (10) days** from your receipt of this dispute.

Furthermore, you are hereby commanded to produce proof of the following:

1. Produce a certified copy of the alleged 'loan agreement' (exposing the front and back) with my signature complete with any affixations or allocations attached to the same for endorsement.
2. Produce all bookkeeping journal entries and records associated with the alleged 'loan agreement'; and
3. Produce evidence of your alleged 'allodial title' or 'aboriginal title' to my inherited ancestral estate in reversion known as 703 Deveron Lane. Houston, Texas, which would prove beyond reasonable doubt that you and / or your foreign company, Thomas J. Axon, (acting as) FRANKLIN CREDIT MANAGEMENT CO., to he the absolute owner of such estate; and
4. Verify the specific specie in the 'loan agreement' that was allegedly lent/borrowed which must be returned as "payment":

A. gold or silver coins which would be the lawful money (dollars) tendered for payment of debts per Article 1, section 10, clause 1 of the Constitution for the United States of North America; or

B. private corporate commercial paper (Federal Reserve Notes) or securities (checks) which are unconstitutional counterfeit coins and do not constitute payment.

## Counter Claim

Your instrument titled MORTGAGE STATEMENT dated December 9,2024, and any other attachments associated with account number1000002795, and your claim of an alleged debt are notwithstanding, null and void for fraud under Title 18 USC §1341 due to the following:

1. You and your foreign company, Thomas J. Axon, (acting as)FRANKLIN CREDIT MANAGEMENT CO., are third party intervenors and are not the holder-in due-course of any alleged original "Promissory Note";
2. You and your foreign company, Thomas J. Axon, (acting as)FRANKLIN CREIT MANAGEMENT CO., do not hold or possess 'aboriginal' title or 'allodial title' to my ancestral estate in reversion known as 703Deveron Lane. Houston, Texas therefore, you do not have the right to lease, rent, or sell such property;
3. You and your foreign company, Thomas J. Axon, (acting as) FRANKLIN CREIT MANAGEMENT CO., never lent me any gold or silver coins in any amount;
4. Your claim of an allege debt can only be 'acquitted' and discharged' pursuant to Title 12 U.S.C. §95a

(2) due to there being no gold and silver coins available in public circulation to lawfully pay any public or private debt: See Article 1, section 10, clause 1 of the Constitution for the United States of North America

"*No State shall make any Thing but gold and silver Coin a Tender in Payment of Debts.*"
See Title 12 U.S. Code § 95a - Regulation of transactions in foreign exchange of gold and silver; property transfers; vested interests, enforcement and penalties.
*(2) Any payment conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, or as otherwise directed,*

**Affidavit of Fact**
Certificate of Service

I Rachael Griffin-El, hereby certify that on the 30th. day of December,2024, the enclosed Affidavit of Dispute [Exhibit: A] and attachment EXHIBIT: A1 were sent via certified mail to the following recipient:

Thomas J. Axon, (acting as) Chairman of the Board of Directors /Chief Executive Officer
FRANKLIN CREDIT MANAGEMENT CORPORATION
101Hudson Street, 25th floor
JerseyCity, [near 07302, United States]

All Rights Reserved.

DENIA MARIELA PEREA
My Notary ID # 130032166
Expires January 27, 2027

12/30/24.

U.S. Treasury Department's Office Of Foreign Assets Control
Jane Nelson, Texas Secretary of State
Antony J. Blinken, United States Secretary of State
Merrick B. Garland, United States Attorney General
Volker Türk, United Nations High Commissioner for Human Rights
Office of Consul GeneralMorocco, Maghrib al Aqsa
http://www.EnforceTheConstitution.org/

# Exhibit A1

FRANKLIN

Franklin Credit Management
101 Hudson St. 24th Floor
Jersey City, NJ 07302

Exhibit : A1

RETURN SERVICE REQUESTED

001835
RACHAEL L GRIFFIN
703 DEVERON LANE
HOUSTON, TX 77090

Evidence of fictitious name / nom de gurerre

# MORTGAGE STATEMENT

Statement Date: December 09, 2024

**Contact Information**

Online Information: http://franklincredit.com
By Phone: 1-800-255-5897
Monday - Friday 8 am - 5 pm
By Fax: 201-839-4565
Correspondence: documents@franklincredit.com

| | |
|---|---|
| Loan Number: | 1000002795 |
| Payment Due Date: | 01/01/2025 |
| **Amount Due:** | **$1,148.76** |

*If payment is not received by 01/18/2025, a late fee of $0.00 will be assessed.*

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $100.14 |
| Interest | $187.05 |
| Escrow | $0.00 |
| Regular Monthly Payment | $287.19 |
| Past Due Amount | $861.57 |
| Total Late Charges | $0.00 |
| Total Other Fees | $0.00 |
| Recoverable Corporate Advance | $0.00 |
| Total Amount Due | $1,148.76 |
| Suspense/Unapplied Balance* | $0.00 |

**Account Information**

| | |
|---|---|
| Property Address: | 703 DEVERON LANE HOUSTON, TX 77090 |
| Outstanding Principal Balance | $22,764.54 |
| Deferred Balance | $0.00 |
| Escrow Balance | $0.00 |
| Interest Rate | 9.990% |
| Prepayment Penalty | No |
| Maturity Date | November 2035 |

**Transaction Activity (11/09/24 to 12/09/24)**

| Date Paid | Description | Principal | Interest | Escrow | Late Charges/ Other Fees | Unapplied Funds | Total |
|---|---|---|---|---|---|---|---|

*No transactions have occurred on your loan between the last billing statement and this statement date.*

Evidence of 'Fraud and Swindles' under Title 18 USC1341

**Past Payments Breakdown**

| | Paid Since Last Stmt | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $1,016.02 |
| Interest | $0.00 | $1,945.55 |
| Escrow | $0.00 | $0.00 |
| Late Charges/Other Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| Total | $0.00 | $2,961.57 |

**Important Information About Partial Payments**

* *Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage. Suspense funds/partial payments may be subject to return.*

**Delinquency Notice**

The mortgage payments on this loan are late. Failure to bring the loan current may result in fees and foreclosure - the loss of the home. As of 12/09/2024, mortgage payments from 10/01/2024 are owed and the mortgage loan is 69 days delinquent.

**Recent Account History**

* Payment Due 07/2024 Fully paid on 08/28/2024.
* Payment Due 08/2024 Fully paid on 08/28/2024.
* Payment Due 09/2024 Fully paid on 08/28/2024.
* Payment Due 10/01/24 Unpaid Amount of $287.19
* Payment Due 11/01/24 Unpaid Amount of $287.19.
* Payment Due 12/01/24 Unpaid Amount of $287.19.

Current Payment Due 01/01/25 $287.19.

Total Amount Due: $1,148.76. You must pay this amount to bring your loan current.

For those experiencing financial difficulty. Additional information about mortgage counseling or assistance can be found on the back of this statement.

If the obligation for this account was previously discharged in a chapter 7 bankruptcy proceeding, and if the obligation was not reaffirmed, this letter is being sent for informational purposes only. We are not attempting to collect, recover, or offset the discharged debt as the debtor's personal liability.

| Schduled Due Date | Payment Amount | Past Due Amount | Total Amount Due |
|---|---|---|---|
| 01/01/2025 | $287.19 | $861.57 | $1,148.76 |
| | | **If Received After Cutoff On | Please Pay |
| | | 01/18/2025 | $1,148.76 |

ssing cutoff time is 5:00pm Eastern Time, Monday
ayments received after cutoff time will be applied to the
business day. Late charges may be assessed if payments
n time as specified in the terms of the mortgage
ents due on a weekend or legal holiday will not be
arge if received by cutoff time the following business
may vary if choosing alternative payment options.

☐ Check here if name, address and/or phone number changes have been indicated on reverse side

dditional Principal $________

Additional Escrow $________

Other (Please specify) ____ $________

Total Amount Enclosed $________

d swindles' under Title 18 USC 1341

1000002795001148763333

Moorish National Republic Federal Government
Moorish Divine and National Movement of the World
Northwest Amexem / Northwest Africa / North America /
'The North Gate'
~'Temple of the Moon and Sun'~
e o~Societas Republicae Eo Al Maurikanos~ e
The True and De jure Natural Peoples ~ Heirs of the Land

**Memorandum of Trust**
International Document - Consular Jurisdiction and Venue

**KNOW THAT, I,** Rachael Griffin-El, being in care of the mailing location at C/o703 Deveron Lane. Houston, Texas, as Grantor, created an allodial private irrevocable trust, known as the Allodial Irrevocable Private Living Trust of Rachael Griffin-El dated December 30, 2024, by executing a Declaration of Trust, dated December 30, 2024, naming I Rachael Griffin-El, as Trustee and beneficiary.

This Memorandum of Trust is executed as evidence of the existence of the foregoing Declaration of Trust. Any person may rely upon this Memorandum of Trust as evidence of the existence of said Declaration of Trust, and is relieved of any obligation to verify that any transaction entercd into by a Trustee thereunder is consistent with the terms and conditions of said Declaration of Trust.

The Declaration of Trust and the trusts created thereunder may be referred to by the name: "Allodial Irrevocable Private Living Trust of Rachael Griffin-El dated December 30, 2024". Any transfers to the Declaration of Trust or any trust thereunder may refer to the aforesaid appellation as Trustce under the name "Allodial Irrevocable Private Living Trust of Rachael Griffin-El

dated December 30, 2024", with or without specifying any change in

Trustee(s).

**IN WITNESS WHEREOF**, the Grantor has executed this Memorandum of Trust as of

This 30th day of December,2024.

Alliant: Rachael Griffin -EL, de jure
in propria persona, sui juris, in solo proprio authorized representativo, ex rel.
RACHAEL GRIFFIN/ RACHEL GRIFFIN
All Rights Reserved.
C/o 703 DEVERON LN
HOUSTON, TEXAS [Zip Exempt]

Maghrib al Agṣá.
North-West Amexen.

Duly subscribed and affirmed on this 30 day of December , 1115 M.C.V. (C.C.Y. 2024), before me, the Consul of Morocco at the Texas state republic, personally appeared Rachael Griffin-El, personally known to me or proved to me on the basis of satisfactory evidence to be the one whose name is subscribed to the within instrument and acknowledged to me that (he/she) executed the same in [his/her] capacity, and that by (his/her) signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

AS WITNESS my hand and official seal:

Autograph: ____________
Wazir [Notary Public]. All Rights Reserved.

Appellation (printed) ____________

Moorish National Republic Federal Government
Moorish Divine and National Movement of the World
Northwest Amexem / Northwest Africa / North America /
'The North Gate'
~'Temple of the Moon and Sun'~
e o~Societas Republicae Ea Al Maurikanos~ e
The True and De jure Natural Peoples ~ Heirs of the Land

---

<u>Affidavit of Fact</u>

**Adverse Claim of Title and Reversion of Ancestral Estate- EXHIBIT: B**
International Document
Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

Thomas J. Axon, (acting as) Chairman of the Board of Directors /Chief
Executive Officer
FRANKLIN CREDIT MANAGEMENT CORPORATION
101Hudson Street, 25th floor
JerseyCity, [near 07302, United States]

Re: Misrepresented Instruments - Bills of Attainder / Foreign Bills of Exchange titled **MORTGAGE STATEMENT** December 09,2024, associated with account number 1000002795; and my ancestral estate in reversion known as 703 Deveron Ln. Houston, Texas.

**<u>Stare Decisis Law</u>**

*"A state cannot refuse to give foreign nationals their treaty rights because of fear that valid international agreements may possibly not work completely to the satisfaction of state authorities. Under the supremacy clause of the United States Constitution Art. VI, clause 2, state policies as to the rights of aliens to inherit must give way to overriding federal treaties and conflicting arrangements." See Kolovrat v. Oregon, 366 U.S. 187, 194, 81 S.Ct. 922 (1961)*

STATE OF TEXAS (inc.) and subsidiaries as escheated fee simple property under color of law within purview of the unconstitutional 14th Amendment to the United States Constitution. Per the stare decisis law in the Kolovrat case mentioned above, my treaty right to inherit property under Article 22 of the said Peace Treaty of 1836 overrides all state policies that are made to the contrary, which aver the following:
**Article 22**. If an American citizen shall die in our country and no will shall appear, the Consul shall take possession of his effects, and if there shall be no Consul, the effects shall be deposited in the hands of some.
Person worthy of Trust, until the Party shall appear who has a right to demand them, but if the Heir to the Person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear, the property shall descend agreeable to that will, as soon as the Consul shall declare the validity thereof.

5. I hereby make an adverse claim of aboriginal title to my ancestral estate in reversion as described below, to wit:

ALL that certain plot, piece or parcel of land with resources, buildings and improvement thereon erected, situated, lying and being, known to be located near Houston, Texas; known by the street address of 703 Deveron Lane. Texas, at Maghrib al Aqsá, North-West Amexem, and geographically located on the North American continent within the dominions of the Moroccan Empire at Maghrib al Aqsá, North-West Amexem, Latitude

Longitude **95.437722** Latitude **30.009458**
GPS Coordinates**30° 0' 34.0488" N95° 26' 15.7992"** W

6. This claim is made pursuant to the aboriginal land tenure systems, traditions, and customs of my ancient Moabite Foremothers and Forefathers in accordance with international law under Articles 26, 27, 28, 29, 30, and 37 of the United Nations Declaration on the Rights of Indigenous Peoples.
7.The above-described property is registered in a private allodial trust titled: Allodial Irrevocable Private Living Trust of Rachael Griffin- El dated December 30,2024, which I am the Trustee of; and the attached document titled Memorandum of Trust shall serve as evidence of such trust.
8. Any mortgage, hypothecation, lien, encumbrance, or fee simple deed (color of title) attached to my ancestral estate in reversion known as 703 Deveron Lane. Houston Texas, claimed or held by any citizen(s) of the United State via feudal law practice within purview of the 14th Amendment to the United States Constitution, being recorded in the Land Records of Harris County, Texas, or any other records in the Land Records of Harris County, Texas, or any other records
associated there to are held to be ineffective, invalid, null, void and unconstitutional per the Congressional Record Proceedings and Debates of the 90th Congress, 1s Session,

Volume 113 - Part 12, June 12, 1967, page 15614 (The 14TH Amendment Is Unconstitutional).

9. I am, therefore, executing this Affidavit for the purpose of attesting to the truthfulness of the facts set forth herein.

**AFFIDAVIT**

I affirm by virtue of Divine Law; under the Zodiac Constitution; and upon the United States Republic Constitution; and upon the honor of my Foremothers and Forefathers that the foregoing Affidavit of Fact: Adverse Claim of Title and Reversion of Ancestral Estate is true and correct.

Executed this 30th day of December 2024

Affiant: Rachael Griffin -EL, de jure
in propria persona, sui juris, in solo proprio authorized representative, ex rel.
RACHAEL GRIFFIN/ RACHEL GRIFFIN
All Rights Reserved.
C/o 703 DEVERON LN.
HOUSTON, TEXAS [Zip Exempt]

DENIA MARIELA PEREA
My Notary ID # 130092166
Expires January 27, 2027

12-30-24.

**Affidavit of Fact**
Certificate of Service

***Moorish National Republic Federal Government***

***Moorish Divine and National Movement of the WorldNorthwest Amexem / Northwest Africa / North America /"The North Gate'***

***~'Temple of the Moon and Sun'~***

***e o~ Societas Republicae Ea Al Mourikanos~ e***

***The True and De jure Natural peoples ~ Heirs of the Land***

---

**Affidavit of Fact**

**Notice of Default**

International Document

Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

C Exhibit: B

Thomas J. Axon, (acting as) Chairman of the Board of Directors /Chief
Executive Officer
FRANKLIN CREDIT MANAGEMENT CORPORATION
101 Hudson Street, 25th floor
JerseyCity, [near 07302, United States]

Re: Misrepresented Instruments - Bills of Attainder / Foreign Bills of Exchange titled MORTGAGE STATEMENT December 9, 2024, associated with account number 1000002795; and my ancestral estate in reversion known as 703 Deveron Ln. Houston, Texas.

On or about January 8, 2025, you were served with process at your present address via United States Postmaster - certified mail (article number 9589 0710 5270 2556 6743 67) with the Affidavit of Dispute [Exhibit: A] and attachment EXHIBIT A1, and you were given ten (10) days from that date as an opportunity to answer and prove your claim in accordance with

9589 0710 5270 2556 6653 58

the prerequisites of my due process rights secured under the 5th Amendment of the Constitution for the United States of North America; As of this date you have waived your due process rights by failing to answer and prove your claim of an alleged debt which constitutes default.
Your default stands as conclusive evidence of your admission by silence to you being guilty of fraud and swindles under Title 18 USC 1341. Your default also stands as conclusive proof of you having no valid claim of a debt, and proof that your misrepresented instrument - bill of attainder / foreign bill of exchange titled MORTGAGE STATEMENT dated December 9, 2024, and any other instrument associated with account number 1000002795; are unconstitutional, notwithstanding , null and void ab initio, and are unenforceable for fraud. See **United States v. Throckmorton, 98 U.S. 61, 25 L.Ed. 93** (*Fraud vitiates the most solemn contracts, documents, and even judgments.* ").

**Redress**

In accordance with the 'Fair Credit Reporting Act' (FCRA) §611(a)(5)(B)(ii) (ill) you must immediately report to the credit reporting agencies that the alleged debt associated with account 1000002795 shall be immediately removed from the credit report for fraud. Otherwise, you are guilty of 'Fraud and Swindles' under federal law Title 18 USC §1341, which states the following:
"*Whoever,* ***having devised or intending to devise any*** *scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations. or promises, or to sell, dispose of, loan, exchange, alter, give away, distribute, supply, or furnish or procure for unlawful use any counterfeit or spurious coin, obligation, security, or other article, or anything represented to be or intimated or held out to be such counterfeit or spurious article, for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service, or deposits or causes to be deposited any matter or thing whatever to be sent or delivered by any private or commercial interstate carrier, or takes or receives therefrom, any such matter or thing, or knowingly causes to be delivered by mail or such carrier according to the direction thereon, or at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter or thing, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred. disbursed, or paid in connection with, a presidentially declared major disaster or emergency* ***(as those terms are defined in section 102 of the*** *Robert T. Satfford Disaster*

*Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both."*

## Affidavit

I declare and affirm by virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution for the United States of North America 1791. and the honor of my Foremothers and Forefathers that the above Notice of Default is true and correct to the best of my knowledge and honorable intent.

Executed this 27 day of January 2025.

LATORYA WATSON CLINCY
Notary Public, State of Texas
Comm. Expires 03-22-2026
Notary ID 13150031-1

Latorya Watson Clincy

Rachael Griffin-El

Alliant: Rachael Griffin -El, de jure

in propria persona, sui juris, in solo proprio authorized representative, ex rel.

RACHAEL GRIFFIN/ RACHEL GRIFFIN

Al Rights Reserved

C/o 703 DEVERON LN.

HOUSTON, TEXAS [Zip Exempt]

**Affidavit of Fact**

Certificate of Service

I Rachael Griffin-El, hereby certify that on the 27 day of January 2025. the enclosed Affidavit of Fact: Notice of Default [Exhibit: B] was sent via certified mail to the following recipients:

Thomas J. Axon, (acting as) Chairman of the Board of Directors /Chief Executive Officer
FRANKLIN CREDIT MANAGEMENT CORPORATION
101 Hudson Street, 25th floor
JerseyCity, [near 07302, United States]

LATORYA WATSON CLINCY
Notary Public, State of Texas
Comm. Expires 03-22-2026
Notary ID 13150031-1

All Rights Reserved

CC U.S. Treasury Department's Office of Foreign Assets Control
Jane Nelson, Texas Secretary of State
Antony J. Blinken, United States Secretary of State
Merrick B. Garland, United States Attorney General
Volker Türk, United Nations High Commissioner for Human Rights
Office of Consul GeneralMorocco, Maghrib al Aqsá
http://

SCAN

Showing: All

9589071052702556674367

**Delivered:**
JERSEY CITY, NJ 07303 on
January 8, 2025 at 2:19 pm

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Jersey City, NJ 07302

9589 0710 5270 2556 6743 67

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $13.35 |
| Total Postage and Fees | $18.20 |

0056
33
12/31/2024

Sent To: Thomas J. Axon/Urban ... Co.
Street and Apt. No., or PO Box No.: 101 Hudson Street 25th Floor
City, State, ZIP+4®: Jersey City, 07302

PS Form 3800, January 2023 ... See Reverse for Instructions

*Moorish National Republic Federal Government*

*Moorish Divine and National Movement of the World Northwest Amexem / Northwest Africa / North America /"The North Gate'*

*~'Temple of the Moon and Sun'~*

*e o~ Societas Republicae Ea Al Mourikanos~ e*

*The True and De jure Natural peoples ~ Heirs of the Land*

---

Affidavit of Fact

**Notice of Error**

International Document

Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

Exhibit: C
Thomas J. Axon Chief Executive Office of FRANKLIN CREDIT MANAGEMENT CO.
101 Hudson street, 25th floor
Jersey City , [near 07302 United State]

Re: Misrepresented Instrument - Bill of Attainder / Foreign Bill of Exchange styled as a Letter dated January 17, 2025 and February 14, 2025 Notice of Breach, associated with account number 1000002795; and my ancestral estate in reversion
known as 703 Deveron lane Houston Texas

Stare Decisis Law

See **United States v. Throckmorton, 98 U.S. 61, 25 L.Ed. 93** ("Fraud vitiates the most solemncontracts, documents, and even judgments. ").

Pages1

I am in receipt of the misrepresented instrument - bill of attainder / foreign bill of exchange letter dated Letter dated January 17, 2025 and February14, 2025 and Notice

of Breach, regarding account number 1000002795 However, the letter does not constitute an answer to my dispute because it was not sent from you, Thomas J.Axon , but was addressed to the fictitious corporate person / nom de guerre Rachael Griffin/ Rachel Griffin , under color of law within purview of the unconstitutional 14th Amendment which constitutes fraud.
Furthermore, the letter does not reflect the name or signature of the sender which also constitutes fraud and swindles under Title 18 USC 1341. Any future correspondence sent from any mystery person or other third-party person representing the foreign de facto FRANKLIN CREDIT MANAGEMENT CO. will be ignored for fraud! See **EXHIBIT: C1** attached hereto as conclusive evidence of 'Fraud and Swindles' under Title 18 USC 1341.

Wherefore, your spurious instrument letter dated January 17, 2025 and February 14, 2025 and Notice of Breach, and any other attachments associated thereto regarding account number 1000002795 are UNCONSTITUTIONAL, ERRONEOUS, NULL and VOID AB INITIO, and are UNENFORCEABLE for fraud. You are to CEASE and DESIST forthwith in sending me any further spurious instruments / letters as an attempt to extort funds from me by way of fraud. This Notice of Error and other supporting affidavits and documents will be used as conclusive evidence of your guilt of Fraud and Swindles' under Title 18 USC 1341.

**<u>Affidavit</u>**

I declare and affirm by virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution for I declare and affirm by virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution for the United States of North America 1791. and the honor of my Foremothers and Forefathers that the above Notice of Error is true and correct to the best of my knowledge and honorable intent.

Executed this 24 day of February 2025.

Alliant: Rachael Griffin-[redacted]jure
in propria persona, sui juris, in solo proprio authorized representative, ex rel.

Rachael griffin-El Creditor
c/o 703 Deveron lane
Houston,TX[ 77090]

**Affidavit of Fact**
Certificate of Service

I Rachael Griffin-El, hereby certify that on the 24 day of February 2025. the enclosed Affidavit of Fact: Notice of Error [Exhibit: C] and attachment EXHIBIT: C1 were sent via certified mail to the following recipients:

Thomas J. Axon, Chief Executive Office of FRANKLIN CREDIT MANAGEMENT CO.
101 Hudson street, 25th floor
Jersey City , [near 07302 United State]

Rachael Griffin-El
All Rights Reserved

CC U.S. Treasury Department's Office of Foreign Assets Control
Jane Nelson, Texas Secretary of State
Antony J. Blinken, United States Secretary of State
Merrick B. Garland, United States Attorney General
Volker Türk, United Nations High Commissioner for Human Rights
Office of Consul GeneralMorocco, Maghrib al Aqsá

# EXHIBIT: C1

FRANKLIN CREDIT
MANAGEMENT CORPORATION

Evidence of fictitious corporate name 'nom de querre which constitute fraud

... 07302
T 800-656-7162 • F 201-839-4351
... 8:00AM - 5:00PM EST
...franklincredit.com

January 17, 2025

Rachel Griffin
703 Deveron Ln.
Houston, TX 77090

| | | |
|---|---|---|
| RE: | FCMC Account Number: | 1000002795 |
| | Borrowers: | Rachael L. Griffin |
| | Property Address: | 703 Deveron Ln., Houston, TX 77090 |
| | Original Creditor: | Long Beach Mortgage Company |
| | Current Creditor: | Bosco Credit II Trust Series 2010-1 |

Dear Ms. Griffin:

Franklin Credit Management Corporation ("Franklin Credit") is in receipt of your recent letters regarding the above-referenced account. After reviewing the relevant account information, we were unable to confirm the existence of any servicing errors related to your dispute.

Our records indicate that Ms. Rachael L. Griffin executed a Note on October 31, 2005, promising to pay $32,753.00 to Long Beach Mortgage Company, and its successors and assigns thereafter. The loan is payable in monthly installments with a maturity date of November 1, 2035. A Security Document was also executed on the same date, securing a second lien on the real property located at 703 Deveron Ln., Houston, TX 77090.

Pursuant to your request, enclosed please find copies of the following documents as verification of debt:

- Note (w/ open endorsement)
- Security Document
- Assignment of Deed of Trust
- Notice of Transfer of Collection Rights of Real Time Resolutions, Inc. Loan No. 0111394891
- Notifications of Assignment, Sale or Transfer of Your Mortgage Loan
- Real Time Resolutions Inc.'s Loan History Summary
- Franklin Credit's Loan History Summary

We disagree with your claim that the debt was discharged and that the lien on the property is invalid. As shown in Franklin Credit's Loan History Summary, the account currently has an unpaid balance of $22,764.54 and is past due for the regular monthly installments due on October 1, 2024, November 1, 2024, December 1, 2024, and January 1, 2025.

If you have any questions, please contact us toll-free at (800) 255-5897 to speak with a customer service representative in our servicing department.

Sincerely,

Franklin Credit management Corporation

Evidence of there being no name or signature of the sender which constitutes Fraud and swindles under Title 18 USC1341

This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained may be used for that purpose.

FRANKLINCREDIT
MANAGEMENT CORPORATION

101 Hudson Street, 24th Floor, Jersey City, NJ 07302
T 800-650-7162 • F 201-839-4351
Mon. – Fri. 8:00AM to 5:00PM, ET
www.FranklinCredit.com

February 14, 2025

Rachel Griffin
703 Deveron Ln.
Houston, TX 77090

Evidence of fictitious corporate name / nom de queer which constitutes fraud

| | | |
|---|---|---|
| RE: | FCMC Account Number | 1000002795 |
| | Borrowers: | Rachael L. Griffin |
| | Property Address: | 703 Deveron Ln., Houston, TX 77090 |
| | Original Creditor: | Long Beach Mortgage Company |
| | Current Creditor: | Bosco Credit II Trust Series 2010-1 |

Dear Ms. Griffin:

Franklin Credit Management Corporation ("Franklin Credit") is in receipt of your Notice of Default dated January 27, 2025, regarding the above-referenced account.

Please be advised that a response to your Affidavit of Dispute was provided by this office on January 17, 2025. A courtesy copy of same is attached for your review.

If you have any questions, please contact us toll-free at (800) 255-5897 to speak with a customer service representative in our servicing department.

Sincerely,

Franklin Credit management Corporation

This is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained may be used for that purpose.

Evidence of there being no name or signature of the sender which constitutes Fraud and swindles under Title 18 USC1341

SCAN

Showing: All

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

For delivery information, visit our website at [illegible]

Jersey City, NJ 07302

| | |
|---|---|
| Certified Mail Fee | $4.85 |
| $ | $0.00 |
| Extra Services & Fees | |
| Return Receipt (hardcopy) | $0.00 |
| Return Receipt (electronic) | $0.00 |
| Certified Mail Restricted Delivery | $0.00 |
| Adult Signature Required | $0.00 |
| Adult Signature Restricted Delivery | $ |
| Postage | $13.35 |
| Total Postage and Fees | $18.20 |

0056
32
12/31/2024

Sent To: Thomas J. Ax[illegible]
Street and Apt. No., or PO Box No.: 101 Hudson Street [illegible]
City, State, ZIP+4®: Jersey City, 0730[illegible]

9589 0710 5270 2556 6743 67

**Delivered:**
JERSEY CITY, NJ 07303 on
January 8, 2025 at 2:19 pm

*Moorish National Republic Federal Government*

*Moorish Divine and National Movement of the World Northwest Amexem / Northwest Africa / North America / "The North Gate'*

*~'Temple of the Moon and Sun'~*

*e o~ Societas Republicae Ea Al Mourikanos~ e*

*The True and De jure Natural peoples ~ Heirs of the Land*

---

**<u>Affidavit of Fact</u>**

Notice of Error

International Document Notice to Agent is Notice to Principal - Notice to Principal is Notice to Agent

Exhibit D

Thomas J. Axon, Chairman of the Board of Directors /Chief Executive Officer

FRANKLIN CREDIT MANAGEMENT CORPORATION/ Wilmington Saving Funds Society, FSB

Trustee of Bosco Credit II Trust series 2010-1

101 Hudson Street, 24 floor

JerseyCity, NJ [near 07302, United States]

Re: Misrepresented Instrument - Bill of Attainder / Foreign Bill of Exchange FRANKLIN CREDIT styled as a Letter dated March 25, 2025. account statement regarding Account: 1000002795 Notice of Breach, associated with account number 1000002795; and my ancestral estate in reversion known as 703 Deveron Lane Houston, Texas.

**Stare Decisis Law**

See United States v. Throckmorton, 98 U.S. 61, 25 L.Ed. 93 ("Fraud vitiates the most solemn contracts, documents, and even judgments.")

[redacted] [redacted]

I am in receipt of your misrepresented instrument - bill of attainder / foreign bill of exchange titled. FRANKLIN CREDIT , dated March 10,2025; and Misrepresented Instrument Bills of Attainder / Foreign Bill of Exchange titled as: MORTGAGE STATEMENT Account number 1000002795 /Statement date March 10, 2025 Neither one of the instruments does not bear a name or signature from the sender, nor is there an identifiable natural person claiming to be the alleged creditor in such instruments. Also, your instruments are addressed to the fictitious corporate person / nom de guerre RACHEAL GRIFFIN (race: black) under color of law within purview of the unconstitutional 14th Amendment.

Furthermore, on January 08,2025, you were served process at your present address via United States Postmaster - certified mail (article number 9589 0710 5270 2556 6653) with the Affidavit of Dispute, the Affidavit of Fact: Adverse claim of Title and Reversion of Ancestral Estate and Memorandum of Trust, and you were given ten (10) days from that date as an opportunity to answer and produce the evidence which proves your claim. Since then, you failed to answer which constitutes default.

On February 4, 2025, you were served process at your present address via United States Postmaster -certified mail (article 9589 0710 5270 2556 6653 58) and February 27, 2025 mail (9589 0710 5270 2556 6743 67) with the Affidavit of Fact: Notice of Default and Affidavit of Fact: Notice of Error which stands as conclusive evidence of your admission by silence to you being guilty of fraud and swindles under

Title18 USC 1341; and conclusive proof of you having no valid claim, and the alleged debt associated with account number 1000002795 could only be discharged in pursuance of and in reliance on Title 12 USC 95a (2).

Exhibit: D1; and any and all other spurious instruments that I receive from you and / or any other representative or contractor for the foreign de facto FRANKLIN CREDIT MANAGEMENT CO. being associated with account number 1000002795 are void ab initio for fraud and will be ignored. See Exhibit FTC Report. 184793761 Pursuant to 15 USC 1692(a) you are knowingly engaging in abusive, deceptive, and unfair alleged debt collection practices contributing to invasion of privacy. Pursuant to 15 USC 1692(c) without the express permission of a court of competent jurisdiction, you may not communicate with me in connection with the collection of any alleged debt. You have been served notice of my status, nationality, and the appropriate consular jurisdiction in which you are lawfully obligated to respond.

Therefore, each correspondence from you is deemed an inconvenience and violation of 15 USC 1692(c)(a)(1). Pursuant to 1692(c)(c) you are commanded to cease and desist all communications with exception to notify of a remedy. You are in violation of 15 USC 1692(d) you must not harass, oppress, or abuse me or my estate in connection with the collection of an alleged debt. You are harming me and my estate physically and mentally. you are in violation of 15 USC 1692(d)(4) in which you are stating the intent to advertise for sale of any alleged debt to coerce payment of the alleged debt.

[redacted]

[redacted]

You are in violation of 15 USC 1692(e) as you are using false, deceptive, and misleadingYou are in violation of 15 USC 1692(e)(2) because you are misrepresenting the character, amount, and legal status of the alleged debt. You are in violation of 15 USC 1692(e)(4) as you are threatening selzure of property on my ancestral estate. You are in violation of 15 USC 1692(e)(5) because you are threatening to take actions that cannot legally be taken. You are in violation to 15 USC 1692(e)(8) as you are communicating and threatening to communication to be false, including the failure to communicate that a disputed alleged debt is disputed.

February 27, 2025, you were served process United States Postmaster - certified mail (article number (9589 0710 5270 2556 6743 67) with the Affidavit of Fact: Notice of Error which stands as conclusive evidence of your admission by silence to you being guilty of fraud and swindles under Title 18 USC [illegible] and conclusive proof of you having no valid claim, and the alleged debt associated with account number 1000002795 discharged in pursuance of and in reliance on Title 12 USC 95a(2).

Because you have been unable to validate your claim, the alleged debt is void ab initio for fraud. Therefore, you are in violation of 15 USC 1692(f)(1). You must not pursue the collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the alleged debt or permitted by law.
You are in violation of 15 USC 1692(f)(6) because you are threatening to take nonjudicial action to effect dispossession or disablement of property. You are in violation of 15 USC 1692(f)(6)(A) because there is no present right to possession of the property claimed as collateral through an enforceable security interest. You are in violation of 15 USC 1692(f)(6)(C) because the property is exempt by law from such dispossession or disablement.

Pursuant to 15 USC 1692(g)(b) upon receipt of this notice you must immediately cease and desist all collection of the alleged debt as you have neglected to provide a validation of your claim. Pursuant to 15 USC 1681i(5) (A)(i) you must promptly delete the alleged debt being associated with account 1000002795 Pursuant to 15 USC 1681(b)(6)(2)(A)(ii) all alleged and assumed authorization to communicate any reporting about me or my ancestral estate is revoked with all signatures rescinded.

## Affidavit

I declare and affirm by virtue of Divine Law, under the Zodiac Constitution, and upon the Constitution for the United States of North America 1791, and the honor of my Foremothers and Forefathers that the above Affidavit of Fact - Notice of Error [Exhibit:D] and attachment Exhibit: Dl, D2 and Exhibit: FTC Report184793761 is true and correct to the best of my knowledge and

Executed this day of 31 March, 2025

Affiant: Rachael Griffin-El, dejure in propria persona,

Sui juris, In solo proprio authorized representative, ex rel.

RACHAEL GRIFFIN/RACHEL GRIFFIN

All Right Reserved

## Affidavit of fact

Certificate of service

I Rachael Griffin-El, hereby certify that on the 31 day of March,2025, the enclosed Affidavit of Notice of Error [ Exhibit:D and attachment EXHIBIT: D1and D2, FTC Report 184793761

Certified mail to the following recipients:

Thomas J. Axon, Chairman of the Board of Directors /Chief Executive Officer

FRANKLIN CREDIT MANAGEMENT CORPORATION/ Wilmington Saving Funds Society, FSB

Trustee of Bosco Credit II Trust series 2010-1

101 Hudson Street, 24 floor

JerseyCity, NJ [near 07302, United States]

All rights reserved

CC

U.S. Treasury Department's Office of Foreign Assets Control

Jane Nelson, Texas Secretary of State

Marco Rubio, United States Secretary of State

Pamela Bondi, United States Attorney General

Volker Türk, United Nations High Commissioner for Human Rights

# Exhibit:D1

EXHIBIT: FTC

FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number:
184793761

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Last Name: | |
|---|---|---|
| [illegible] | [illegible] El | |
| **Address:** | **Phone:** | **Email:** |
| [illegible]<br>Houston , TX 77090<br>USA | [illegible]3220 | [illegible] |

## Personal Statement

[illegible] bill of [illegible] foreign bill of [illegible] a [illegible] and letter date 02132025 the instrument does not bear signature, this document showed malicious and fraudulent intent. Most importantly the instrument is address to a fictitious person corporate nom de guerre [illegible] under color of [illegible] creation of the foreign, defacto United States Co. operaters, The notice is erroneous,void, ab initio and unenforceable for fraud JPMORGAN CHASE and Franklin credit management received Notice of Dispute on January 10,2025 and they were given an opportunity to answer and produce the [illegible] as part of discovery process which prove their claim. Since they have failed to answer or valitheir claims,which constitute default. they received Notice of Error on February 18,2025 non responsive,which make this fraud and swindle under Title 18 USC 1341 Im a victim.

## Accounts Affected by the Crime

| Fraudulent Real Estate Loan | |
|---|---|
| Company or Organization: | FRANKLIN CREDIT MANAGEMENT CORPORATION |
| Account Number: | 1000002795 |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 9/2024 | $ 0 |

| Fraudulent Real Estate Loan | |
|---|---|
| Company or Organization: | JPMORGAN CHASE |
| Account Number: | 0696921980 |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 9/2024 | $ 0 |

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

Rachael Griffin-El  
Rachael Griffin-El

3/14/2025  
Date

**Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.**

EXHIBIT: D1

Franklin Credit Management Corporation
PO Box 9102
Temecula, CA 92589-9102

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

Send Payments to:
Franklin Credit Management Corporation
101 HUDSON STREET
24TH FLOOR
JERSEY CITY, NJ 07302

Send Correspondence to:
Franklin Credit Management Corporation
101 HUDSON STREET
24TH FLOOR
JERSEY CITY, NJ 07302

RACHAEL L GRIFFIN
703 DEVERON LN
HOUSTON, TX 77090-3827

# Evidence of fictitious name / nom de guerre

Evidence of fraud and swindles
under title 18 USC 1341

TX_DEMAND

EXHIBIT: D1

FRANKLINCREDIT
MANAGEMENT CORPORATION

101 HUDSON STREET
24TH FLOOR
JERSEY CITY, NJ 07302
Phone: 1-800-650-7160
Fax: 1-201-839-4606
www.franklincredit.com

Sent Via First Class Mail®

03/25/2025

Evidence of fictitious corporate name, nom de guerre which Constitutes Fraud

RACHAEL L GRIFFIN
703 DEVERON LN
HOUSTON, TX 77090-3827

Loan Number: 1000002795
Property Address: 703 DEVERON LANE
HOUSTON, TX 77090

Dear RACHAEL L GRIFFIN:

This letter is formal notice by Franklin Credit Management Corporation, the Servicer of the above referenced loan on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Certificate Trustee of Bosco Credit II Trust Series 2010-1, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by (04/29/2025) (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). Failure to cure the default on or before this date will result in acceleration of the sums secured by the Security Instrument and sale of the property.

As of the date of this notice, the total amount required to cure the default is $1,723.14, which consists of the following:

| | | | |
|---|---|---|---|
| Next Payment Due Date: | | | 10/01/2024 |
| Total Monthly Payments Due: | | | $1,723.14 |
| 10/01/2024 | at | $287.19 | |
| 11/01/2024 | at | $287.19 | |
| 12/01/2024 | at | $287.19 | |
| 01/01/2025 | at | $287.19 | |
| 02/01/2025 | at | $287.19 | |
| 03/01/2025 | at | $287.19 | |
| Late Charges: | | | $0.00 |
| Unapplied Balance: | | | $0.00 |
| TOTAL YOU MUST PAY TO CURE DEFAULT: | | | $1,723.14 |

You can cure this default by making a payment of $1,723.14 by 04/29/2025. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current. You may contact our Loss Mitigation Department at 1-201-604-4503 to obtain updated payment information. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default. Please include your loan number and property address with your payment and send to:

Evidence of fraud and swindles under Title 18 USC 1341

Franklin Credit Management Corporation
101 HUDSON STREET
24TH FLOOR
JERSEY CITY, NJ 07302

If you wish to dispute the delinquency, or if you dispute the calculation of amount of the delinquency and reinstatement amount, you may contact us by calling 1-800-650-7162.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, Franklin Credit Management Corporation offers consumer assistance programs designed to help resolve delinquencies and avoid foreclosure. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternatives to foreclosure. If you would like to learn more about these programs, you may contact David [illegible] at 1-201-604-4503, Monday through Friday 8:00 AM - 5:00 PM ET to discuss possible options. You may also visit our website www.franklincredit.com. WE ARE VERY INTERESTED IN ASSISTING YOU.

You have the right to reinstate the loan after acceleration and to bring a court action to assert the non-existence of a default or any other defense to acceleration and sale. If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property.

To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.

Franklin Credit Management Corporation is the mortgage servicer for the mortgagee of the Deed of Trust and the parties have entered into an agreement granting Franklin Credit Management Corporation authority to service the mortgage and represent the mortgagee (the "Servicing Agreement"). Pursuant to the Servicing Agreement, Franklin Credit Management Corporation is granted authority to collect and service debt associated with the Deed of Trust. Under §51.0025 of the Texas Property Code, Franklin Credit Management Corporation, as mortgage servicer, is authorized to administer any resulting foreclosure of the property covered by the Deed of Trust on behalf of the Mortgagee. All communication about your mortgage should be made through our Loss Mitigation Department at 1-201-604-4503 at 101 HUDSON STREET, 24TH FLOOR, JERSEY CITY, NJ 07302.

Franklin Credit Management Corporation is a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose.

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Franklin Credit Management Corporation.

Attention Servicemembers and Dependents: Assert and protect your rights as a member of the armed forces of the United States. If you or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately. Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, AND joined after signing the Note and Security Instrument now in default, please notify Franklin Credit Management Corporation immediately. When contacting Franklin Credit Management Corporation as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents



2399342404

with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil, 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (https://www.hud.gov/counseling). You can also contact [illegible] toll free at [illegible] if you have questions about your rights under SCRA.

For your benefit and assistance, there are government approved homeownership counseling agencies designed to help homeowners avoid losing their homes. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit https://www.hud.gov/counseling. You may also contact the Homeownership Preservation Foundation's Hope hotline at 1-888-995-HOPE (4673).

If your loan was originated as a Texas Home Equity Loan under the Texas Constitution, Article XVI, Section 50(a)(6), your property will be scheduled for foreclosure in accordance with Rules 735 and 736 of the Texas Rules of Civil Procedure and the Texas Constitution, by obtaining a court order for the foreclosure.

This [illegible] is very important. Please give it your immediate attention.

Sincerely,

Evidence of Being No name of the Sender Which constitute Fraud and [illegible] under the 18 USC 1341

Franklin Credit Management Corporation
101 HUDSON STREET
24TH FLOOR
JERSEY CITY, NJ 07302
1-800-650-7162

Texas Department of Savings and Mortgage Lending Registration Information:
NAME: Franklin Credit Management Corporation
NMLS ID: 47288
WEBSITE: www.franklincredit.com

Wiring Instructions: PNC Bank, N.A 249 Fifth Ave. Pittsburgh, PA 15222 ABA: 031 207 607 Bank Swift Code: PNCCUS33 -required for International payments- Account number: 802 636 1855 Franklin Credit Management Corp - General Depository 101 Hudson Street, 24TH FLOOR Jersey City, NJ 07302

FRANKLIN
[illegible]

Franklin Credit Management
101 Hudson St. 24th Floor
Jersey City, NJ 07302

# MORTGAGE STATEMENT

Statement Date: March 10, 2025

**Contact Information**

Online Information: http://franklincredit.com
By Phone: 1-800-255-5897
Monday - Friday 8 am - 5 pm
By Fax: 201-839-4565
Correspondence: [illegible]@franklincredit.com

RETURN SERVICE REQUESTED

Evidence of [illegible] [illegible] [illegible] [illegible] Fraud

001791
RACHAEL L GRIFFIN
703 DEVERON LANE
HOUSTON, TX 77090

| | |
|---|---|
| Loan Number: | 1000002795 |
| Payment Due Date: | 04/01/2025 |
| **Amount Due:** | **$2,010.33** |

*If payment is not received by 04/18/2025, a late fee of $0.00 will be assessed.*

**Account Information**

| | |
|---|---|
| Property Address: | 703 DEVERON LANE HOUSTON, TX 77090 |
| Outstanding Principal Balance | $22,764.54 |
| Deferred Balance | $0.00 |
| Escrow Balance | $0.00 |
| Interest Rate | 9.990% |
| Prepayment Penalty | No |
| Maturity Date | November 2035 |

**Explanation of Amount Due**

| | |
|---|---|
| Principal | $102.66 |
| Interest | $184.53 |
| Escrow | $0.00 |
| Regular Monthly Payment | $287.19 |
| Past Due Amount | $1,723.14 |
| Total Late Charges | $0.00 |
| Total Other Fees | $0.00 |
| Recoverable Corporate Advance | $0.00 |
| Total Amount Due | $2,010.33 |
| Suspense/Unapplied Balance* | $0.00 |

**Transaction Activity (02/11/25 to 03/10/25)**

| Date Paid | Description | Principal | Interest | Escrow | Late Charges/ Other Fees | Unapplied Funds | Total |
|---|---|---|---|---|---|---|---|

No transactions have occurred on your loan between the last billing statement and this statement date.

Evidence of Fraud and Swindles under Title 18 USC 1341

**Past Payments Breakdown**

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Late Charges/Other Fees | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

**Important Information About Partial Payments**

* *Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account. If you pay the balance of a partial payment, the funds will then be applied to your mortgage. Suspense funds/partial payments may be subject to return.*

**Delinquency Notice**

The mortgage payments on this loan are late. Failure to bring the loan current may result in fees and foreclosure - the loss of the home. As of 03/10/2025, mortgage payments from 10/01/2024 are owed and the mortgage loan is 160 days delinquent.

Recent Account History

- Payment Due 10/01/24 Unpaid Amount of $287.19.
- Payment Due 11/01/24 Unpaid Amount of $287.19.
- Payment Due 12/01/24 Unpaid Amount of $287.19.
- Payment Due 01/01/25 Unpaid Amount of $287.19.
- Payment Due 02/01/25 Unpaid Amount of $287.19.
- Payment Due 03/01/25 Unpaid Amount of $287.19.

Current Payment Due 04/01/25 $287.19.

Total Amount Due: $2,010.33. You must pay this amount to bring your loan current.

For those experiencing financial difficulty: Additional information about mortgage counseling or assistance can be found on the back of this statement.

If the obligation for this account was previously discharged in a chapter 7 bankruptcy proceeding, and if the obligation was not reaffirmed, this letter is being sent for informational purposes only. We are not attempting to collect, recover, or offset the discharged debt as the debtor's personal liability.

RACHAEL L GRIFFIN

| Loan Number | Scheduled Due Date | Payment Amount | Past Due Amount | Total Amount Due |
|---|---|---|---|---|
| 1000002795 | 04/01/2025 | $287.19 | $1,723.14 | $2,010.33 |

**Payment processing cutoff time is 5:00pm Eastern Time, Monday through Friday. Payments received after cutoff time will be applied to the account the next business day. Late charges may be assessed if payments are not received on time as specified in the terms of the mortgage agreement. Payments due on a weekend or legal holiday will not be assessed a late charge if received by cutoff time the following business day. Cutoff times may vary if choosing alternative payment options.

| **If Received After Cutoff On | Please Pay |
|---|---|
| 04/18/2025 | $2,010.33 |

☐ Check here if name, address and/or phone number changes have been indicated on reverse side.

FRANKLIN

Franklin Credit Management
P.O. Box 829629
Philadelphia, PA 19182-9629

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Other (Please specify) | $ |
| Total Amount Enclosed | $ |

1000002795002010333333

Evidence of fraud and [illegible] under [illegible] 18 USC 1341

**Massachusetts: NOTICE OF IMPORTANT RIGHTS**

You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten days unless you provide written confirmation of the request postmarked or delivered within seven days of such request. You may terminate this request by writing to the debt collector.

**REINSTATEMENT AMOUNT**

Interest, late charges, legal fees and/or other fees may vary from day to day, so the amount due after the date of this letter may vary and an adjustment may be necessary. Please call our office at 1-800-650-7162 for the exact balance due.

**MODIFICATION TRIAL PLANS, REPAYMENTS PLANS, STRUCTURED SETTLEMENTS AND OTHER PLANS**

Monthly statements may not accurately reflect the terms of all payment plans. If you are making payments on any of these plans, please refer to the terms of your [illegible] If you have any questions [illegible] Mitigation Department at 1-800-650-7162.

BILLING DISPUTES - Please provide the following information when submitting a billing dispute: (1) Your name and account number; (2) The dollar amount of the suspected error; (3) Describe the error and explain why you believe there is an error; and (4) Provide supporting documentation [illegible] of cancelled checks, receipts or other [illegible] [illegible]

Please forward all billing disputes, disputes on the accuracy of information reported to credit bureaus or inquiries to:

Franklin Credit Management Corporation
PO Box 2399
Jersey City, NJ [illegible]
Or Fax to: 201-839-4351

When we are investigating your dispute, you are obligated to pay the parts of your billing that are not in question. You may contact Franklin Credit Management Corp.'s Customer Service Department at: 800-255-5897

**Cell Phone Disclosure Notice** - Please be advised, when you provide your telephone contact information, [illegible] express consent to contact [illegible] including but not limited to, auto dialed calls and [illegible] prerecorded messages. If you do [illegible] please contact us [illegible] consent.

**MORTGAGE COUNSELING AND ASSISTANCE**

HOUSING COUNSELOR INFORMATION: If you would like counseling or assistance, you can contact the following: U.S. Department of Housing and Urban Development (HUD): For a list of homeownership [illegible] or call 800-569-4287

**PAYMENT OPTIONS for CORRESPONDENCE**

For your payment convenience, FCMC accepts the following:

Western Union Quick Collect® Visit any authorized Western Union, complete the blue payment form with Code City: [illegible], State: NY. For Customer Service call: 1-800 [illegible]

MoneyGram ExpressPayment® Visit any MoneyGram authorized center, [illegible] ExpressPayment® (blue) form payable to FCMC, Receive Code: 3529

For Customer Service call: 1-800 [illegible]. For ExpressPayment® Online, go to www.moneygram.com.

*Payments made using the above methods before 12:00pm Eastern Time will be credited the next business day.*

*Payments made using the above methods after 12:00pm Eastern Time will be credited two business days later.*

ACH [illegible] from your checking account, funds will be deducted from your account and credited to your loan.

*Payments made using the above method before 3:00pm Eastern Time will be credited the next business day.*

*Payments made using the above method after 3:00pm Eastern Time will be credited two business days later.*

The above payment [illegible] subject to change without notice. For more information go to our website Franklincredit.com

Where to Send Payments by Overnight Mail:
[illegible] C/O FRANKLIN CREDIT MANAGEMENT
LOCKBOX NUMBER 6283[illegible]
312 W ROUTE 38
MOORESTOWN, NJ 08057

ACH Program.

Say Goodbye to writing checks, postage stamps and lost mail - our ACH Program ensures prompt and convenient bill payment every month. By signing up for our free ACH Program, your payment will be deducted from your checking/savings account when a payment is due. If you would like to participate in our ACH Program, please contact our Customer Service Department at 800-255-5897 [illegible] for informational purposes only.

Hazard Insurance Reminders:

It is your responsibility to maintain proper and sufficient hazard insurance coverage. Hazard insurance includes Fire and Extended Coverage, and where required, Flood Insurance. Periodically consult your insurance agent to assure that your policy is adequate. To protect our mutual interests, we will require evidence of proper insurance. Without this, we may purchase insurance [illegible] This insurance may, but need not, protect your interests. The [illegible] purchased by us, but only after providing us with evidence that you have obtained insurance as required by our agreement. You may later cancel any insurance force placed on your account. You will be given prior notice before coverage is [illegible]

Please forward all insurance policies, renewals, changes, and bills that you receive to: Hazard Insurance Department, Franklin Credit Management Corporation, 101 Hudson Street, 24th Floor, Jersey City, N.J. 07302

Property Tax Reminders:

It is your responsibility to file any tax exemptions. Should you receive a delinquent tax bill, please forward it directly to: Property Tax Department, Franklin Credit Management Corporation, 101 Hudson Street, 24th Floor, Jersey City, N.J. 07302.

Pennsylvania only: If you receive a tax bill, please immediately mail the original tax bill to the address noted above. For all other states, keep the original bill for your records.

Additional Amounts section:

[illegible] blocks provided on the coupon. If you wish to make additional payments to your principal, please indicate the amounts in the blocks provided on the coupon. If you do not specify the terms, any additional funds will be applied to your principal balance and/or any outstanding fees in accordance with your loan documents.

**FEE SCHEDULE**

The following is a list of fees that you may be charged depending on your loan documents, your use of various services provided by Franklin Credit, and applicable laws and regulations.*

| Fee | Amount | Fee | Amount |
|---|---|---|---|
| Release of Lien | Varies by state/county/municipality | Payment with check by phone | $8.75 |
| Verification of Mortgage | [illegible] | [illegible] Attorney Fees | Varies |
| Subordination Fee | $0.00 | Foreclosure/bankruptcy expenses and court costs | Varies |
| Late Payment Fee | Refer to your Mortgage/Deed of Trust | Prepayment Penalty Fee | Refer to your Mortgage/Deed of Trust |
| Returned Check Fee | Varies by state | | |

*This list does not include all fees that may be charged for services rendered. Additional fees could be charged if you utilize services not listed above. The fees are subject to change without notice. The fees listed above may not be applicable on all loans or in all states. If you have a question about this Fee Schedule, please contact Franklin Credit's Customer Relations Department at 800-255-5897.